AO 442 (Rev 01/09) Arrest Warrant     FID# 10277644

# UNITED STATES DISTRICT COURT
## for the
## District of Columbia

*— SEALED*

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:17-cr-00046 |
| KASSIM TAJIDEEN, aka HAJ KASSIM, BIG HAJ... | ) | Assigned To : Walton, Reggie B. |
| and | ) | Assign. Date : 3/7/2017 |
| IMAD HASSOUN, aka IMMAD HASSOUN | ) | Description: INDICTMENT (B) |
| | ) | Case Related to: 16-cv-64 (RBW) |
| *Defendant* | | |

**FILED**

**MAR 2 4 2017**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Kassim Tajideen, aka Qassim Tajideen, Kassim Taj Al Din, Kassim Tajadeen, Kassim Taj Aldin ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371- (Conspiracy);  50 U.S.C. § 1705(a)- (International Emergency Economic Powers Act); 31 C.F.R. § 594- (Global Terrorism Sanctions Regulations);  8 U.S.C. § 2- (Aiding and Abetting and Causing an Act to Be Done);
18 U.S.C. § 1956(h) (Conspiracy to Launder Monetary Instruments); 18 U.S.C. § 981(a)(1), 28 U.S.C. § 2461(c) (Criminal Forfeiture)

Date: 03/07/2017

*Issuing officer's signature*

City and state: Washington, D.C.            United States Magistrate Judge G. Michael Harvey
*Printed name and title*

---

### Return

This warrant was received on *(date)* 3/9/2017 , and the person was ~~arrested~~ on *(date)* 3/24/2017
at *(city and state)* Washington, DC .           Received

Date: 3/24/2017

Dale Thoman
~~Arresting~~ officer's signature
Receiving
Thoman, Dale   DUSM
*Printed name and title*