# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:17-cr-00046 (RBW)** |
| | : | |
| **v.** | : | |
| | : | |
| **KASSIM TAJIDEEN,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Deborah A. Curtis is entering her appearance in this matter on behalf of the United States.

        Respectfully submitted,

        CHANNING D. PHILLIPS
        United States Attorney
        D.C. Bar No. 415793


By:         /s/
        DEBORAH A. CURTIS
        Assistant United States Attorney
        CA Bar No. 172208
        National Security Section
        United States Attorney's Office
        555 4th Street NW, 11th Floor
        Washington, D.C. 20530
        202-252-6920
        Deborah.curtis@usdoj.gov