UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                        )<br>)<br>KASSIM TAJIDEEN,                           )<br>)<br>      Defendant.                            )<br>                                                      ) | Criminal No. 17-00046 (RBW) |

## MOTION FOR RELIEF

Defendant Kassim Tajideen, by and through undersigned counsel, hereby moves for an order (1) permitting Mr. Tajideen's counsel to deliver to Mr. Tajideen medications taken from Mr. Tajideen's possession upon arrest; and (2) to receive a prompt visit from a medical doctor in order to assess his current medical condition and provide treatment as necessary.

Date: March 31, 2017

_____
David W. Bowker
DC Bar #989309
1875 Pennsylvania Avenue NW
Washington, D.C. 20006
Phone: (202) 663-6558
Fax: (202) 663-6363
E-mail: david.bowker@wilmerhale.com
Attorney for Defendant Kassim Tajideen

_____
Matthew Jones
DC Bar #502943
1875 Pennsylvania Avenue NW
Washington, D.C. 20006
Phone: (202) 663-6018
Fax: (202) 663-6363
E-mail: matt.jones@wilmerhale.com
Attorney for Defendant Kassim Tajideen