**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:17-CR-00046 (RBW) |
| | : | |
| v. | : | |
| | : | |
| KASSIM TAJIDEEN, | : | |
| also known as | : | |
| HAJ KASSIM, BIG HAJ, BIG BOSS, | : | |
| QASIM TAJIDEEN, QASSIM TAJIDEEN, | : | |
| KASSEM TAJIDEEN, KASSIM TAJ ALDINE, | : | |
| KASSIM TAJ ALDIN, KASSIM TAJ AL-DIN, | : | |
| KASSIM TAJ AL-DINE, and | : | |
| KASSIM TAJADIN, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S FIRST NOTICE OF COMPLIANCE AND REQUEST FOR RECIPROCAL DISCOVERY

The United States of America, by and through the undersigned attorneys, hereby files notification of compliance with discovery obligations in this case and request for reciprocal discovery from the defendant.[1] Due to the volume of material, additional productions are forthcoming from the government. As additional discoverable material becomes available, such material will be provided within a reasonable time, and in accordance with any scheduling order entered by the Court.

The United States gives notice that the following five productions were made via FedEx overnight delivery to David Bowker, Esq., counsel of record for the defendant, at Wilmer Cutler Hale Pickering and Dorr, LLP, 1875 Pennsylvania Avenue, NW, Washington, DC, 20006:

---

[1] Both parties have agreed in principle to the terms of a protective order. Details of the proposed filing are still being finalized.

1

1. March 28, 2017,

    a. An external hard drive (with usb cable) containing documents received by the government from email service providers pursuant to search warrants, bates labeled DOJ_T_00000001 to DOJ_T_01201597;

    b. Disk #1, bates labeled DOJ_01201598, containing three .wav audio files that consist of recordings of the defendant;

    c. Disk #2 containing a .pdf file with 11 search warrant application packages, bates labeled DOJ_01201621 to DOJ_01201923, as well as a .pdf file containing 723 pages of OFAC submissions by the defendant, bates labeled DOJ_01201924 to DOJ_01202646.

2. April 5, 2017,

    a. Disk #3 containing:

        i. A .pdf file containing 22 photographs taken immediately prior to and during the defendant's post-arrest flight to the United States, bates labeled DOJ_01201599 to DOJ_01201620;
        ii. A .pdf file containing a scanned copy of a business card, bates labeled DOJ_01202647;
        iii. A file folder containing 271 .pdf files of emails, swift receipts, and other commercial business records pertaining to an American company, bates labeled DOJ 01202648 to DOJ_01204261;
        iv. A .pdf file containing 3 pages of records pertaining to an American company, bates labeled DOJ_01204262 to DOJ_01204264.

3. April 7, 2017,

    a. Disk #4 containing commercial business records pertaining to two American companies, bates labeled DOJ_01204265 to DOJ_01211301.

4. April 13, 2017,

    a. A thumb drive containing commercial business documents pertaining to five American companies, as well as open source materials and public documents, all bates labeled DOJ_01211302 to DOJ_01299963;

    b. Disk #5 containing,
        i. DEA Form 6 dated March 28, 2017, bates labeled DOJ_01299964 to DOJ_01299968;
        ii. DEA Form 13 dated March 28, 2017, bates labeled DOJ_01299969;
        iii. Transcription of a post-arrest statement to foreign authorities, bates labeled DOJ_01299970;

       iv. A folder containing 10 .pdf files of emails, swift receipts, and other commercial business records pertaining to an American company, bates labeled DOJ_01299971 to DOJ_01300370.

5. April 20, 2017,

    a. A thumb drive containing commercial business documents pertaining to an American company, bates labeled DOJ_01300371 to DOJ_01545114.

The United States also hereby requests disclosure of evidence by the defendant (known as reciprocal discovery) pursuant to Federal Rule of Criminal Procedure 16(b). As defined in Rule 16, the defendant must allow the Government to inspect and to copy the following:

1. Documents and tangible objects the defendant intends to introduce as evidence at trial;
2. Reports of examinations and tests the defendant intends to introduce at trial or that were prepared by a witness whom the defendants intends to call at trial; and
3. A written summary of the testimony of any expert the defendants intend to use at trial under Federal Rules of Evidence 702, 703, and 705.

The Government recognizes its continuing duty to exercise due diligence in disclosing materials which may later become known to the prosecution team before the trial of this case.

        Respectfully submitted,

        CHANNING D. PHILLIPS
        UNITED STATES ATTORNEY

By:    /S/_____
     Deborah Curtis, CA Bar #172208
     Thomas A. Gillice, DC Bar # 452336
     Assistant United States Attorneys
     Jacqueline L. Barkett, NY Bar #5424916
     Special Assistant United States Attorney
     National Security Section
     United States Attorney's Office
     555 4th Street, N.W.
     Washington, D.C.  20530
     (202) 252-7809
     deborah.curtis@usdoj.gov
     thomas.gillice@usdoj.gov
     jacqueline.l.barkett@usdoj.gov

        And

        DEBORAH CONNOR
        ACTING CHIEF

By:    /S/_____
        Joseph Palazzo, MA Bar #669666
        Trial Attorney
        Money Laundering and Asset Recovery
         Section, Criminal Division
        United States Department of Justice
        1400 New York Avenue, N.W., 10th Floor
        Washington, D.C.  20005
        (202) 514-1263
        joseph.palazzo@usdoj.gov

Dated: April 25, 2017

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the Government's Memorandum was served upon counsel for the Defendant through electronic filing on CM/ECF system, this 25th day of April, 2017.

        /S/_____
        Joseph Palazzo
        Trial Attorney
        Money Laundering and Asset Recovery
         Section, Criminal Division
        United States Department of Justice