1                **IN THE UNITED STATES DISTRICT COURT**

2                **FOR THE DISTRICT OF COLUMBIA**

3    UNITED STATES OF AMERICA        .
                      Plaintiff,     .
4    vs.                             .   Docket No. CR 17-46
                                     .
5    KASSIM TAJIDEEN                 .   Washington, D.C.
                                     .   April 26, 2017
6                 Defendant.         .
     . . . . . . . . . . . . . . . . .x   2:05 p.m.

7

8                TRANSCRIPT OF MOTIONS HEARING

9        BEFORE THE HONORABLE SENIOR JUDGE REGGIE B. WALTON

10                UNITED STATES DISTRICT JUDGE

11   APPEARANCES:

12   For the Government:  Thomas Gillice, AUSA
                          Jacqueline Barkett, AUSA
13                        Deborah A. Curtis, AUSA
                          UNITED STATES ATTORNEY'S OFFICE
14                        National Security Section
                          555 Fourth Street, NW
15                        Washington, DC 20530

16                        Joseph Palazzo, Trial Attorney
                          U.S. DEPARTMENT OF JUSTICE
17                        1400 New York Avenue, NW
                          Washington, DC 20530

18

19   For the Defendant:  David Bowker, Esquire
                          Matthew Jones, Esquire
20                        WILMER HALE
                          1875 Pennsylvania Avenue, NW
21                        Washington, DC 20006

22                        Eric Delinsky, Esquire
                          THE BROOKINGS INSTITUTION
23                        1775 Massachusetts Avenue, NW
                          Washington, DC 20033

24

25

```
1    Court Reporter:   Cathryn J. Jones, RPR
                       Official Court Reporter
2                      Room 6521, U.S. District Court
                       333 Constitution Avenue, N.W.
3                      Washington, D.C. 20001

4

5

6

7    Proceedings recorded by machine shorthand, transcript
     produced by computer-aided transcription.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**P R O C E E D I N G S**

THE DEPUTY CLERK:  Good afternoon.  We have

criminal matter 17-46, United States of America versus

Kassim Tajideen.  If counsel will approach the lectern and

identify yourselves for the record.

MR. GILLICE:  Your Honor, good afternoon.  Tom

Gillice along with Deborah Curtis, Jacqueline Barkett and

Joseph Palazzo on behalf of the United States.

THE COURT:  Good afternoon.

MR. BOWKER:  Good afternoon, your Honor.  Mat

Jones from the Wilmer Hale firm on behalf of Mr. Tajideen,

along with my colleague, David Bowker also from Wilmer Hale

and Eric Delinsky of the Zuckerman Spader firm.

THE COURT:  Good afternoon.  What's our status?

What's our situation in this case?

MR. GILLICE:  Your Honor, we had come back today

to I believe hear from defense counsel on their assessment

of the conflict of interest in this case.

THE COURT:  Right.  I'll hear from counsel on that

issue.

MR. JONES:  Thank you, your Honor.  We appreciate

that opportunity to be heard on these issues.  We've engaged

in a series of discussions with the government to understand

its view on these conflicts, but frankly even before that we

had began to examine those issues because we at Wilmer take

1    very seriously, of course, Mr. Tajideen's right to zealous

2    advocacy on his behalf as well as our own obligations.

3             But more importantly than us understanding these

4    issues, we thought it was important that Mr. Tajideen

5    understood these issues.  And so he has engaged a separate

6    independent source counsel from Zuckerman Spader, Mr. Bill

7    Taylor and Eric Delinsky who's with us here today, to

8    independently advise him on the potential theories under

9    which a conflict might emerge in this case.  Mr. Delinsky

10   and Mr. Taylor have spoken with Mr. Tajideen without our

11   involvement and are also here today to be able to answer any

12   questions that you may have of them.

13            At bottom, we don't standing here today see any

14   conflict that would warrant depriving Mr. Tajideen of his

15   Sixth Amendment right to his choice of counsel.  We

16   certainly understand that there are potential issues down

17   the road if the government were to pursue a particular trial

18   strategy, if Mr. Tajideen chose to pursue a particular trial

19   strategy, but speculation about what might happen at a later

20   point in the case in our view does not warrant the removal

21   of counsel at this point.  It's just far too early.  The

22   government is just now producing to us reams and reams of

23   discovery, so factual investigation and assessment of

24   potential defenses and the strength of the claims is going

25   on now.

1           And as the Court knows removal of counsel is a

2     drastic measure that can be a huge burden on the defendant

3     and its a measure of last resort.  There's an

4     extraordinarily high burden that has to be met before

5     disqualifying counsel.  And courts are particularly

6     reluctant to do so in criminal cases because of the Sixth

7     Amendment implications of doing so as well as because of

8     legitimate concerns that potential conflicts could be used

9     tactically to deprive a defendant of the counsel that is

10    best positioned to provide his defense.

11          We are not contending in any way that a conflict

12    could never arise in this case.  And that's why Mr. Tajideen

13    has engaged Zuckerman Spader as well and has asked them to

14    remain as an integral part of the trial team going forward,

15    to continuously monitor the developments to assess whether

16    any conflict will emerge.  And if a conflict were to arise

17    they would independently advise him on that.  And if it was

18    one that he could not waive or did not want to waive then

19    they could step into the case to continue the representation

20    without any attended delay.

21          To give the Court a sense of the ethical issues

22    that are in play here there are essentially two buckets that

23    would arise under different Rules of Professional Conduct.

24    The first is Rule 3.7.  The second is Rule 1.7.  Rule 3.7,

25    as you know presents the lawyer as witness issues.  That

1    rule provides that a lawyer shall not act as an advocate at

2    trial in a case where that lawyer is a necessary witness,

3    except when the issues about which he would testify are not

4    contested or it would do a substantial hardship to the

5    defendant.  And what that means the practical upshot of that

6    in this case is as you may know as background, so Wilmer

7    Hale has represented Mr. Tajideen for a number of years now

8    before the Treasury Department attempting to convince the

9    U.S. government that it has its facts wrong about his

10   business dealings.  And as a result of that, the government

11   may be interested in calling --

12        THE COURT:  Did your representation of him relate

13   to his business dealings?

14        MR. JONES:  Our representation it was not me

15   personally, but my colleagues at the firm represented him in

16   attempting to have OFAC remove him from being designated

17   under their regulations such that he was sanctioned from

18   doing business with the United States.  Essentially by

19   saying you've got the facts wrong about this guy.  He's not

20   involved in the types of businesses that you say he is and

21   with the types of people that you say he is.

22        And so because of that, my colleague --

23        THE COURT:  Would members of your firm reportedly

24   have firsthand information about the nature of the business

25   he was engaged in, and if necessary, be able to refute the

1    government's allegations in reference to that?

2         MR. JONES:  So the members of our firm certainly

3    have worked with people on the ground in the Middle East and

4    Africa over the number of last years to understand yes, his

5    business dealings and how those pieces fit together.  And so

6    there certainly is a possibility that at some point in the

7    future Mr. Tajideen could say that there would be some value

8    of calling a lawyer from Wilmer as a witness to represent

9    him in the case.  But it's far too early at this point to

10   make any judgment in that regard.

11        THE COURT:  Are there other legal representatives

12   other than members of your firm who would be able to

13   provide, assuming that became a strategy you wanted to

14   pursue, the same testimony as members of your firm would be

15   able to provide on that issue?

16        MR. JONES:  Yes, there's another lawyer involved

17   in this case, Mr. Mallat who's been involved.  There are

18   accountants who have been involved in doing this work.  And

19   so I mean this all goes to the question of whether someone

20   from our firm would necessarily be a witness in order to

21   provide that information.

22        THE COURT:  That's why I'm asking the question.

23        MR. JONES:  I think it's quite possible that there

24   would be other people who would be available to provide the

25   same testimony.  On some of the items on which the

1    government has suggested that it might want to call a Wilmer

2    lawyer as a witness it seems like those would be fairly

3    basic issues that could be stipulated to like the fact, the

4    authenticity of submissions that our firm made to the

5    government on behalf of Mr. Tajideen in which they would not

6    raise these issues.

7         But I think what's important about Rule 3.7 is

8    that it's a trial question.  And first of all, the

9    commentary to Rule 3.7 makes clear that there's not a

10   general rule of imputed disqualification in, to other

11   members of the firm under Rule 3.7.  So in practice if my

12   colleagues, Mr. Meltzer and Mr. Horn, who represented

13   Mr. Tajideen before OFAC were in fact we got to trial and it

14   was determined they were necessary witnesses on issues that,

15   on uncontested issues and they needed to be called in the

16   case they could do so, and they couldn't act as trial

17   counsel but other members from the firm could do so.

18        In addition, the rule makes clear -- the ethics

19   opinions makes clear --

20        THE COURT:  They can do that, but obviously you

21   don't know what impact that would have on a fact finder who

22   would conceivably perceive that since the information was

23   coming from the same firm that's representing him that that

24   information doesn't have any credibility.  So it could work

25   to his detriment to have somebody if that were to come to

1    past somebody from the same firm representing him also

2    testifying in reference to his defense.  I can see how a

3    jury could not buy in on the credibility of that testimony

4    if that were the case.

5          MR. JONES:  That's absolutely fair, your Honor.

6    That's exactly why Zuckerman Spader has been engaged to

7    advise Mr. Tajideen on those sort of risks that might emerge

8    given the way that a trial might play out and could advise

9    him on those questions.  And if it came to that sort of

10   point and Mr. Tajideen could obviously decide to put Wilmer

11   Hale aside and have Zuckerman Spader perform the role of

12   trial counsel.  But under the ethics rules and the ethics

13   opinions interpreting 3.7, it's clear that that rule is

14   about the trial itself.  And even lawyers who are prohibited

15   by the rule from acting as advocates at trial under 3.7, are

16   permitted to represent the client during the pretrial

17   proceedings and helping him prepare for trial.

18         THE COURT:  And those other lawyers in your firm

19   who provided representation to him regarding the related

20   matter I assume those lawyers would not be directly involved

21   as counsel in this case?

22         MR. JONES:  We're so far out that frankly we

23   haven't discussed that with Mr. Tajideen, but the counsel

24   who represented him before OFAC are regulatory counsel who

25   do not normally perform criminal trials and, but Mr. Bowker

1   and I and Mr. McGuire who's also here would fully be able

2   available to represent him in a case capacity.  But frankly

3   given how far down the road that is we have not discussed

4   the issue of who, what the composition of the trial team

5   would look like yet.

6          THE COURT:  Government have any prospective on

7   this issue?  The other role did you want to discuss that?

8          MR. JONES:  Yes, briefly, your Honor.  So the

9   other issue is --

10          THE COURT:  That's rule what?

11          MR. JONES:  1.7.  And so this is just a more

12   generalized conflicts theory that could arise.  As the

13   government has articulated it to us their concerns that

14   Wilmer Hales's interests could diverge from Mr. Tajideen's

15   interests because Mr. Tajideen could conceivably

16   theoretically choose to employ an advice of counsel defense.

17   So on that theory, Mr. Tajideen might decide to put the

18   advice of counsel at issue, waive the attorney client

19   privilege, and put before the government and the fact

20   finder, all the communications back and forth between Wilmer

21   and himself or other lawyers and himself in order to advance

22   his case.

23          And if that were to happen the concern is that the

24   professional judgment of Wilmer lawyers could be adversely

25   affected because we would be more concerned about protecting

1   the reputation of the firm and advice that it had provided

2   rather than protecting Mr. Tajideen.  And again, that's

3   conceivably could happen at some point in the future, but at

4   this point it's just far too early to determine whether that

5   defense is even on the table or not.  And Mr. Tajideen

6   shouldn't be forced at this point to not receive his choice

7   of counsel based on a defense that may ultimately end up

8   being irrelevant, elusory, not at all even on the table.

9        Those are questions that Zuckerman Spader can

10  advise Mr. Tajideen on without Wilmer's influence whether

11  this is an advice, this is the type of defense that holds

12  any water and it would be useful to advance or not.  If it's

13  not there's no issue.  And under those circumstances it

14  would do great hardship to Mr. Tajideen to remove from him

15  the firm that over the last five years has built trust with

16  him and has come to know the ends and outs of all his

17  businesses.  And has frankly demonstrated that the

18  government has gotten it wrong time and time again about the

19  facts of Mr. Tajideen's dealings.

20        So that's the general issue.

21        THE COURT:  One moment.

22        [Brief pause.]

23        MR. JONES:  Sure.  So our bottom line view is that

24  it is far too early at this point to make an assessment of

25  these questions.  If the Court were to take the drastic

 1    measure of removing counsel would need a far more concrete

 2    set of facts in order to surmount that extraordinary burden,

 3    and Zuckerman Spader engaged in the case in order to protect

 4    Mr. Tajideen's interest, make sure that he is fully informed

 5    about any conflict that may emerge as we go along.  And also

 6    to be available to step in as substitute counsel should a

 7    conflict emerge that Mr. Tajideen cannot or does not want to

 8    waive.

 9              THE COURT:  Government.

10              MR. GILLICE:  Thank you.  So first let me just say

11    that we do agree that those are the two rules that do apply

12    in this case.  From the government's prospective with regard

13    to a lawyer as a witness, we do foresee the strong

14    possibility that one side or the other could seek to call

15    some member of the defendant's prior team that was

16    representing him in front of OFAC as a witness.  Now at this

17    date the government does not foresee, cannot definitively

18    say that we would for sure call someone at that point.

19              But what we do see is that, for example --

20              THE COURT:  Is there a time you anticipate making

21    that definitive assessment?

22              MR. GILLICE:  Yes, and I think we would look to

23    make, have both defense counsel and the government make such

24    an assessment at some point when discovery is closed in this

25    case.  But I think it is fair to say that even now it is, it

1     is clear that the issue of intent of the defendant which

2     would clearly be an issue at the trial in this case is

3     strongly imputed by the representation of the Wilmer Hale

4     law firm with regard to Mr. Tajideen in front of OFAC.

5             And there are few reasons that I say that.  One,

6     they gave training to his employees --

7             THE COURT:  What kind of business are we talking

8     about?

9             MR. GILLICE:  So the defendant, your Honor, runs a

10    lot of businesses primarily around selling commodities, food

11    products.  He operates in a number of different countries.

12    The countries that we're primarily talking about in this

13    case are countries in Africa, and he has a number of

14    different people who work for him.  He was designated by the

15    Office of Foreign Assess Control, the Treasury Department in

16    2009, as an essentially designated global terrorist.  And

17    what that did was tell all U.S. persons they cannot deal

18    with him.

19            THE COURT:  And what year was that?

20            MR. GILLICE:  2009.  They cannot deal with him in

21    a business fashion.  They're not allowed to do any

22    transactions, to do anything for his benefit.  I'm

23    paraphrasing obviously.  Thereafter, more of his companies

24    were designated in 2010, and we are unclear of exactly when

25    Wilmer Hale got involved in representing him, but at some

1    point they did begin representing him by filing documents

2    and statements with OFAC in order to try to get him

3    delisted.

4              During that time period when they were filing

5    those statements a number of the charges --

6              THE COURT:  I assume the government has definitive

7    evidence indicating that he would have been put on notice of

8    his inability to continue to do business with certain U.S.

9    companies?

10             MR. GILLICE:  Yes, your Honor.  In fact, some of

11   the documents that were filed with OFAC I think showed he

12   understands exactly what the affect on him was of the OFAC

13   designation.

14             So our charges accrue during a time period at

15   least partially when the defendant's represented by Wilmer

16   Hale.  And so during that time they are filing a number of

17   documents.  They filed statements by the defendant himself.

18   They filed a large report by PricewaterhouseCoopers on the

19   defendant's financial probably not on his holdings, the

20   number of companies that he owns and what he is, they say he

21   is doing in order to try to comply with everything OFAC

22   wants.

23             So it's clear from those filings and from the

24   training that Wilmer Hale did that the defendant is put on

25   notice that his actions thereafter are willful and an

1    intentional with regard to dealing with U.S. persons.

2    That's really the issue that the, the documents that were

3    filed by Wilmer Hale testimony with regard to you know what

4    they understood his business dealings were at that time

5    would speak to at trial.

6              So for example, one can foresee a circumstance

7    where the government which has gotten a copy of this

8    PowerPoint which done by Wilmer Hale, might seek to put that

9    in to evidence.  And the defendant might seek to have the

10   attorney or who represented that from Wilmer Hale, to take

11   the stand to say hey, you know, I know what it looks like

12   but in fact it was something else completely.  Or the

13   defendant might put on some evidence like that, and the

14   government in some way might be seeking rebuttal testimony

15   from a Wilmer Hale lawyer.

16             I could also foresee a case where as Mr. Jones

17   said the defendant wants to say no, I didn't do it willfully

18   because my lawyers told me it was okay.  Or my lawyers told

19   me I didn't need to worry about it or some other such

20   formulation.  So those issues obviously go to the heart of

21   what the government will need to prove at a trial.  And

22   because of that we raise these concerns both with the Court

23   during the last hearing and with defense counsel.  We have

24   written them to describe what we see as the potential

25   conflicts issues.

1          Obviously, we don't have the insight that defense

2    counsel does into how those issues might specifically arise

3    in the future.  We're not privy to the communications that

4    they have with their client, et cetera, but we do see these

5    as issues that we think need to be addressed.  So our

6    request and I don't know if the Court is ready to pursue

7    this today, or if defense is ready to pursue this today,

8    although we did let them know we would be making this

9    request, is that the Court inquire both of conflict counsel

10   and of the defendant as to what their understanding is of

11   the potential conflicts in this case, and whether or not

12   conflict counsel and the defendant are comfortable going

13   forward under those conditions.

14          THE COURT:  Well it seems to me based upon what's

15   been said that it may be premature at this point for me to

16   make any type of definitive decision on whether there is a

17   conflict.  It seems to me that based upon at least what I've

18   heard the first thing that needs to happen is for the

19   government to decide what its trial strategy is going to be.

20   And it seems to me that once they fully appreciate what that

21   trial strategy is that number one, your trial strategy

22   itself may create a potential conflict if, for example, you

23   decided to introduce the PowerPoint presentation or some

24   other evidence that clearly would be predicated on

25   information or advice that they would have provided to him.

1              And it seems to me that once that assessment has

2     been made and that puts me at least in a better position to

3     assess to what extent there is a conflict.  Because at that

4     point it seems to me conceivably the appropriate thing to

5     do, obviously I can't require that they play their hand in

6     reference to what their defense is going to be based upon

7     what you indicate your theory of prosecution is.  But it

8     seems to me I could require that they submit something to me

9     ex parte as to what their position is, and how they would

10    seek to meet the force of what you would be presented by way

11    of your prosecution.  And at that point conceivably I'd be

12    in a better position to assess whether they could in fact

13    represent him at trial.

14             I think at least some of my concerns are allayed

15    by the fact that he now has other counsel, conflict counsel

16    who also says that they would be prepared to keep themselves

17    abreast of this case and in the event it was decided that

18    there was a conflict then Zuckerman Spader would be able to

19    step in and provide the representation.  I think obviously

20    that assessment has to be made before we start trial because

21    I wouldn't want to find myself in a situation where it was

22    at trial a determination was made that there was a conflict

23    and then at that point Zuckerman Spader would seek to try

24    and step in and represent the defendant.  I think a

25    determination as to who's going to represent him will have

1   to be made before we actually start the trial.

2          But it seems to me that -- and I don't know at

3   what point the government would be in a position to make an

4   assessment to how you intend to proceed and what your theory

5   of prosecution is going to be and what evidence you will

6   present in support of that theory.  But it seems to me that

7   would be the first step we need to reach before I would be

8   in a position to move onto further assessments as to whether

9   there is in fact a conflict that precludes counsel of his

10  choice from representing him.

11         I think it is appropriate for me to at this point

12  inquire of him as to whether he is comfortable with

13  Zuckerman Spader acting as conflict counsel, and also if a

14  determination of conflict is made whether he is prepared to

15  have Zuckerman Spader take over his legal representation.

16         MR. GILLICE:  Very well.  I can tell the Court as

17  it stands now we do intend to introduce that PowerPoint into

18  evidence.  I think we should take the time that the Court is

19  implying offering to us to see what else we might be

20  introducing so that we can address all the issues at once.

21         THE COURT:  Because I don't think as I say I or

22  they will be in a position to fully assess to what extent

23  there is a conflict because the need for there to be

24  testimony or whatever from members of the firm.  And it

25  seems to me we only get there if we know what your theory of

1    prosecution is going to be and what evidence you're going to

2    present in support of that.

3              MR. GILLICE:  Very well.

4              THE COURT:  Any comments in reference to what I

5    just said?  I think I do need to inquire of your client

6    about his satisfaction with Zuckerman Spader acting as

7    conflict counsel, and if a determination of conflict is in

8    fact determined and your firm can't represent him whether he

9    is prepared to go to trial with Zuckerman Spader as defense

10   counsel.

11             MR. JONES:  Very well, your Honor.

12             THE COURT:  Sir, you want to bring him up.  State

13   your name, sir.

14             THE DEFENDANT:  Kassim Tajideen.

15             THE COURT:  And sir, as I understand Zuckerman

16   Spader or some lawyers from that firm have been consulting

17   with you in reference to whether there is a conflict in

18   reference to counsel representing you in this case; is that

19   right?

20             THE DEFENDANT:  Yes, sir.

21             THE COURT:  And are you satisfied with the

22   representation they've provided you in reference to that?

23             THE DEFENDANT:  Yes, sir, I'm satisfied.

24             THE COURT:  And if it is determined that there is

25   a conflict and Zuckerman Spader would have to represent you,

1    are you prepared to have them represent you as defense

2    counsel at trial?

3              THE DEFENDANT:  Yes.

4              THE COURT:  You're sure of that?

5              THE DEFENDANT:  Yes, yes, sir.

6              THE COURT:  Very well.  Thank you.  Anything else?

7    Yes?

8              MR. GILLICE:  Just one more question the defendant

9    will previously indicated he was comfortable going forward

10   in English, I just would ask the Court to inquire with

11   regard to these legal matters if he's comfortable.

12             THE COURT:  Sir, what's your native language?

13             THE DEFENDANT:  English.

14             THE COURT:  Oh, you speak English all your life?

15             THE DEFENDANT:  It's English.  It's not very good

16   English, but I understand.

17             THE COURT:  So you don't have any problems

18   understanding English?

19             THE DEFENDANT:  No, no, I understand.  I

20   understand.

21             THE COURT:  Okay.  So you're prepared to proceed

22   without any interpreter?

23             THE DEFENDANT:  Yes, sir.  Yes, sir.

24             THE COURT:  Okay.  Thank you.

25             THE DEFENDANT:  Thank you.

```
 1            THE COURT:  So the government has and I assume
 2  defense counsel received this government's first notice of
 3  compliance and request for reciprocal discovery?  Did you
 4  receive that?
 5            MR. JONES:  Yes, your Honor.
 6            THE COURT:  And do you have any response to their
 7  request for reciprocal discovery?
 8            MR. JONES:  No, not at this time, your Honor.  We
 9  need to get our, get straight on that.
10            THE COURT:  So you may challenge?
11            MR. JONES:  Yes, your Honor.
12            THE COURT:  So when do you think you'd be in a
13  position to do that based at least upon this first filing?
14            MR. JONES:  Within this week, your Honor.
15            THE COURT:  Very well.  I'll require that if there
16  is going to be an objection to the request for reciprocal
17  discovery that that be filed by Friday.
18            MR. JONES:  Very well.
19            THE COURT:  Would the government want to file any
20  type of reply to that if there is an objection?
21            MR. GILLICE:  Yes, sir.
22            THE COURT:  How much time would you need to do
23  that?
24            MR. GILLICE:  One week.
25            THE COURT:  Very well.  I'll give you until the
```

1   following Friday to file that.  As far as discovery is

2   concerned, is there additional discovery that the government

3   needs to provide?

4          MR. GILLICE:  Your Honor, there is.  We have

5   provided a vast amount already, but we are still in the

6   process of providing it as some documents take more time to

7   prepare.

8          THE COURT:  How long do you think it will take

9   before you're able to provide full discovery?

10          MR. GILLICE:  Court's brief indulgence.

11          [Brief pause.]

12          MR. GILLICE:  Your Honor, we'd ask the Court for

13   six weeks at this point.  We do have some documents that

14   have come in recently, takes some time to number them,

15   prepare them for delivery to defense counsel and --

16          THE COURT:  Before I make that assessment what is

17   our speedy trial situation?

18          MR. GILLICE:  Your Honor, at this point the Court

19   has tolled the speedy trial until the resolution of the

20   conflict matter.  I don't recall whether the Court's

21   specific language pegged it till today or --

22          THE COURT:  I think it was to today that was my

23   recollection.

24          MR. GILLICE:  But in any event because this is a

25   complex case we would ask the Court to designate it as such.

1    We've already provided a million plus pages, I believe, of

2    discovery to defense counsel.  We expect I don't know

3    exactly how many more, but a fair number.

4              And in addition as the Court can see there are a

5    number of other issues percolating regarding both the

6    defendant's representation.

7              THE COURT:  And if I do designate and I'll

8    obviously hear from the defense in reference to that, but it

9    would appear at least to be a complex case then what would,

10   how much time would the government be asking be excluded?

11             MR. GILLICE:  Well, to the next hearing that the

12   Court believes is appropriate to set.

13             THE COURT:  At least to that point?

14             MR. GILLICE:  Correct.

15             THE COURT:  Defense, any position on the issue of

16   whether this case should be certified as complex?

17             MR. JONES:  Your Honor, at this time the defense

18   does not have an objection to tolling the clock until the

19   time of the next hearing in this matter.

20             THE COURT:  Very well.  Based upon what counsel

21   has said about the production of discovery when do you think

22   it would be prudent for us to come back?

23             MR. JONES:  I appreciate it if you give an

24   opportunity for my colleague, Mr. Bowker, to speak on

25   another issue on which we'd like to set a hearing in short

 1   order.

 2            THE COURT:  Very well.

 3            MR. BOWKER:  Thank you, your Honor.  David Bowker

 4   with Wilmer Hale for Mr. Tajideen.  I wanted to speak with

 5   your Honor today about some of the detention issues we

 6   raised with your Honor at our last hearing.  There have been

 7   further developments and I wanted to apprize the Court of

 8   those developments, and to notify the Court of our intention

 9   to file a motion in short order to fix bail and for a

10   conditional release.  And let me just explain why that is.

11            First, I want to focus on the alarming conditions

12   of detention down at the Rappahannock jail where

13   Mr. Tajideen is being detained.  We've spoken at length with

14   our colleagues in the government who have been very open to

15   working with us on these issues and we appreciate that very

16   much.  I think it's fair to say that the defense and the

17   government agree that it would be unlawful to

18   subject Mr. Tajideen to punitive measures at this pretrial

19   stage or inhumane measures at that regional jail.  And our

20   very serious concern is that in the month of detention thus

21   far, Mr. Tajideen has suffered unlawful conditions that we

22   believe are inhumane and punitive and I'd like to describe

23   those for your Honor.

24            In particular for a month actually slightly longer

25   than a month, Mr. Tajideen was in effectively solitary

1    confinement all day, 24 hours and at times 23 hour lockdown

2    with no access to daylight, no access to human interaction,

3    no time outside his cell, no time outdoors, no time to

4    exercise, socialize or eat out of his cell.  When he asked

5    on many occasions for time outside he was taken to a very

6    small cell, eight by 10 with 20-foot high walls and no roof,

7    with no sunlight, cold, damp, sometimes raining that was his

8    outside time alone in a eight-foot by 10-foot concrete cell

9    with no roof.

10           He was suffering both health, adverse health

11    consequences of this, mental health and physical health.

12    We raised these issues with the U.S. government multiple

13    times and I think it's fair to say they were open to

14    exploring how we might address these.  Part of the problem

15    is the relative independence of the regional jail which is a

16    state facility.  I take it from our colleagues in the

17    government that the marshals have limited authority and

18    limited ability to change the factors on the ground there.

19    And that understanding the levels of detention and the

20    levels of security is actually even unknown to our

21    colleagues at counsel's table.

22           We were told, and I think it's fair and I wouldn't

23    blame our colleagues here, but that at times they were

24    simply out of control of those circumstances.  We had, we

25    wrote a rather pointed letter on Friday expressing our

1   serious concern and frustration at these issues.  And we had

2   a sudden change on the eve of hearing just yesterday where

3   he was finally moved out of solitary into a different

4   circumstance.  We don't know if that's a permanent change or

5   if that's to blunt the force of our presentation today.  We

6   really just have no idea what the jail has decided and why

7   it has decided to do this yesterday.

8          We raised with your Honor our concerns about

9   denial of access to medical care.  Your Honor issued a very

10  clear order on April 3rd, ordering that the facility at

11  Rappahannock regional jail conduct a physical examination

12  and that they permit a medical doctor to visit Mr. Tajideen

13  to quote, "Assess his current medical treatment and provide

14  treatment as necessary."  We provided a copy of that order

15  on the very same day to the administrative authorities at

16  the jail.  It took 16 more days to get a medical visit.  The

17  visit that occurred on April 19, was from an individual who

18  purported to be a doctor but may not have been.  Spent three

19  minutes with Mr. Tajideen, asked no questions, conducted no

20  examination, touched a stethoscope to his torso five times

21  and left the room.

22         Nurses have taken his blood pressure on several

23  occasions, but have not conducted an examination nor treated

24  him.  The very first examination was coincidentally

25  yesterday.  And we have as you can understand concerns and

1   were upset by the treatment.  Mr. Tajideen has suffered both

2   mentally and physically in the interim.  There's been a

3   denial of adequate food at the facility.  The facility has

4   ignored Mr. Tajideen's dietary restrictions.  Rather than

5   bringing him meat or protein consistent with his religious

6   requirements they simply stop bringing him meat or continue

7   to bring him meat he cannot eat.  There's been no religious

8   accommodation other than to bring him quote "vegetarian

9   diet," and we were present when the meal was delivered to

10  him on one occasion and it consisted of lettuce, potatoes

11  and tea.  Mr. Tajideen has lost 20 pounds since he entered

12  detention.  He drops from 166 to 146 pounds, and there's no

13  sign of stabilization in his weight.  He has 10 minutes to

14  eat, and as I mentioned before he eats in solitary.

15          With respect to religious issues he's asked many

16  times for a compass to figure out which direction Mecca

17  lies.  The jail has denied him that.  We asked to bring one

18  in, the jail denied permission.  Finally someone from the

19  jail three weeks after his arrival came in with an IPhone

20  that purportedly pointed north, but it was exactly the

21  opposite direction of the direction that had been pointed

22  out the day prior.  So as you can understand, Mr. Tajideen

23  is concerned that he may not be praying in the direction of

24  Mecca as Islam requires.

25          There's no Islamic cleric or counselor present and

 1   has not been at that facility for more two years even though

 2   the other Christian inmates do have a counselor and clerical

 3   services.  He's had no religiously acceptable meals in the

 4   prison.  And our very serious concern is that Ramadan is

 5   rapidly approaching.  It begins May 26th and ends Sunday,

 6   June 25th.  As your Honor knows that requires fasting all

 7   day from sunrise to sundown, and requires very special food

 8   on a special schedule.  We are very concerned that the

 9   facility will not be able or will not be willing to meet the

10   requirements or the schedule.

11         Now I do want to be fair to our colleagues in the

12   U.S. Attorney's office who are sympathetic and have

13   expressed their desire to see changes made.  They have

14   offered to talk to the facility and I believe have talked to

15   the facility on several occasions, but the problem is the

16   treatment at the facility has really been appalling.  We

17   think the conditions are punitive.  I don't think that's an

18   overstatement.  I don't ascribe bad faith to the officials

19   at the facility, but it's causing health consequences for

20   our client and it's actually affecting our ability to do our

21   work with him.

22         There are times we go down, we wait an hour and a

23   half to see him.  We have 45 minutes with him and then we

24   are forced to leave, so it's also affecting our ability to

25   interact with him as counsel.  And our colleagues in the

1    government have said that the facility is able to provide

2    meals and services consistent with the requirements of

3    Ramadan.  And again, no offense intended to our colleagues

4    here today we just don't, we are concerned that the facility

5    itself will not be able to deliver on those assurances.

6             Separate and apart from these conditions we have

7    concerns about continuing to keep Mr. Tajideen in jail where

8    the only concern that the government has is that he is, they

9    view him as a risk of flight.  We of course feel differently

10   about our client.  Know him to be a man of his word and

11   someone we would trust to stay in the jurisdiction, but I

12   just wanted to notify the Court that we are putting together

13   a serious comprehensive package to address the government's

14   concerns about risk of flight with the notion that he could

15   be under house arrest with a professional security firm, 24

16   lockdown at an outside private home or apartment with all of

17   the technology required, video and electronic monitoring.

18            We're putting together that package, and the

19   government has agreed to consider it before we bring it to

20   the Court.  We would hope to be able to reach an agreement

21   with the government on this although they have expressed

22   skepticism.  So what we would propose to the Court is that

23   we file a motion by Friday, May 5, and hopefully by then we

24   will have had our discussions with the government and either

25   they will agree or they will oppose, but we would like to

1    get this presented to the Court before further suffering at

2    the facility.

3              THE COURT:  Obviously I have a lot of concern

4    about the conditions of his detention because I totally

5    agree even post conviction someone should be treated

6    humanely.  And obviously it is more disturbing if it's

7    occurring pre-adjudication, so I mean that's something

8    that's going to have to be addressed.  The other component,

9    I mean assuming you can work something out, I don't what I

10   feel about that because it seems to me tends to give the

11   advantage to somebody with resources as compared to

12   unfortunately most people I have before me who come into

13   this court who don't have the resources to be able to -- so

14   it's unequal treatment to permit one person because they

15   have the means of doing what you say can be done and so they

16   get out, whereas somebody who is poor doesn't have that same

17   opportunity.  That does trouble me, but again, I have a lot

18   of concern if what you're saying is accurate and I have no

19   reason to question that, about conditions of his detention

20   which if you're correct is clearly not proper.

21             Is there any reason -- I mean I've had other

22   complaints about this facility from other detainees and

23   their counsel.  Is there any reason why he has to be

24   detained at that location?

25             MR. GILLICE:  Your Honor, the government did not

1    make the decision.  It was -- well, the government -- a

2    different part of the government made the decision.  It was

3    the marshals I believe who chose to put him there.  We can

4    certainly talk to the marshals about that.

5              THE COURT:  You can let them know that based upon

6    what's been told I'm very troubled and I'm not going to

7    permit that situation to continue because I don't want

8    somebody to suffer serious physical or psychological injury

9    while they are detained in a case that's pending before me.

10   And if that situation can't be rectified then they are going

11   to have to do something.

12             MR. GILLICE:  Understood.  If I may, your Honor, I

13   did as Mr. Bowker suggested actually have conversations with

14   personnel at the jail to address some of the issues that

15   defense counsel had raised in a letter to us, a lengthy

16   letter.  And we do have some disagreement about what the

17   conditions were exactly what has happened with, with regard

18   to Mr. Tajideen.  Obviously, I'm getting my information from

19   the officials at the jail.  Defense counsel are getting

20   their information from defendant.  I don't imply any

21   credibility finding with regard to the defendant, but I did

22   ask them about the conditions there.

23             First of all, what I was told was the defendant

24   was not on 24 hour lockdown, he was on 23 hour lockdown and

25   was allowed to take showers or to go outside for at least an

1    hour each day.

2           THE COURT:  Is there any reason why he's on

3    lockdown?

4           MR. GILLICE:  The jail placed him in

5    administrative segregation.  I do not fully understand why

6    they placed him in administrative segregation.  Yesterday we

7    received a phone call indicating they had decided to put him

8    in general population.  I inquired as to the reasons for

9    that and did not get an answer to that question either.  But

10   so now he is not in 23 hour lockdown.  He's in the same

11   conditions as the majority of the inmates at that jail.

12          I can also say that my understanding was that he

13   saw a physician's assistant on April 7th, that that was his

14   first opportunity to be examined by a medical personnel.

15   Prior to that having been made aware by defense counsel and

16   I think by the Court of the potential for high blood

17   pressure issues that they had been monitoring his blood

18   pressure, that he requested and received a vegetarian diet

19   since the 25th March which was the day or day after he

20   arrived at the facility, that he's been on a lactose

21   vegetarian diet since the 6th of April.

22          Now I have not had the opportunity to see those

23   meals as defense counsel has, but it does appear that the

24   facility is trying to do what Mr. Tajideen is asking with

25   regard to his diet.  So I realize the Court is not asking us

1    to argue this entire issue now but I did just want to say

2    there may be two sides to this story.  So I'm happy to

3    continue our discussions with defense counsel.  We can talk

4    about another facility if that's where everyone thinks we

5    should be headed, but --

6         THE COURT:  What's the government's position as to

7    why it's believed he poses a risk of flight?

8         MR. GILLICE:  Your Honor, the defendant is as the

9    Court pointed out a man of great means.  I don't know

10   exactly what his net worth is.  In the press they call him a

11   billionaire.  We've seen millions of dollars of transactions

12   through his companies during the course of our

13   investigation.

14        He holds a Lebanese passport and I believe two

15   other passports as well.  He has no ties to the United

16   States whatsoever at least that I'm aware of.  And so if he

17   were to be released by the Court he'd be subject to

18   deportation at this point.  I believe that I can't state the

19   exact mechanism but that ICE gave him a special waiver to

20   enter the country to be prosecuted.  Otherwise, due to his

21   OFAC designation I understand he would not have been allowed

22   to enter the United States. so --

23        THE COURT:  Was he brought here involuntary or he

24   came voluntary?

25        MR. GILLICE:  He was arrested in a foreign country

1   and in essence extradited to the United States.  Because of

2   all those things, your Honor, yes, we do believe he's an

3   extreme risk of flight and certainly he could flee to

4   countries that would be beyond the reach in most

5   circumstances.

6            THE COURT:  Even if his passports were taken?

7            MR. GILLICE:  I believe so, your Honor, yes.  On

8   the end of that type of means with enough motivation to

9   escape a prosecution could certainly buy himself a passport

10  with a different name on it that might be able to bypass

11  security controls of the borders.  So yes, we do see him as

12  a significant risk of flight.

13           THE COURT:  I'll ask that you all see if you can

14  reach some agreement about his situation.  If you can't I'll

15  just have to entertain whatever submissions are made to me

16  regarding what his status should be pending the resolution

17  of this case.

18           MR. GILLICE:  Very well.

19           MR. BOWKER:  Your Honor, if I may just a few brief

20  words in response.  I think counsel is correct that we don't

21  need to burden your Honor with a full-blown argument on the

22  underlying facts here, but I will point out three things.

23  On the diet I understand the jail has a name for it and it

24  sounds nice, but in reality we've seen it.  The proof is the

25  fact that he's lost 20 pounds.  They do bring him meat that

1    he can't eat despite the fact that he's on this so-called

2    lactovegetarian diet which actually when we saw it was

3    potatoes and lettuce.

4            THE COURT:  A meat he can't eat which is what?

5            MR. BOWKER:  Beef products, pork, and these sorts

6    of products that he's not able to eat.  He's requested fish

7    and eggs and other simple foods that the facility will not

8    provide.  With respect to time outside it is absolutely the

9    case that he had no time outside until yesterday.  He was

10   brought to a room, a tiny room as I described with very tall

11   walls and no roofs where it was so dark, damp, and cramp

12   that he couldn't remain for more than a few minutes.  That

13   happened on three occasions over a month.

14           And so there really has not been time outside.

15   And with respect to medical examinations there was no

16   medical examination until yesterday.  The only things that

17   happened medically prior to yesterday is his blood pressure

18   taken and someone touched a stethoscope to his torso five

19   times and left the room.

20           THE COURT:  Did he get the medication and other --

21           MR. BOWKER:  He was given his medications but he

22   was not treated for chest tightness, shortness of breath,

23   symptoms of depression or any of the other things that we've

24   witnessed visiting him on a regular basis in the facility.

25   And it's been alarming to watch his decline physically and

1    emotionally.

2            In terms of the risk of flight issues I just want

3    to say that I don't think it's fair of the government to

4    point to his nationality as a basis for keeping him in the

5    jail especially given that he was pluck from where he's from

6    and brought here.  And I don't think it's fair for the

7    government to point to that nationality as a reason to keep

8    him you in jail.  With respect to --

9            THE COURT:  I assume they were only saying he

10   doesn't have any local ties and therefore because of that

11   should be detained.

12           MR. BOWKER:  He does have obviously ties to us and

13   he does have some more distant relatives here in the United

14   States.  We'll lay that out for your Honor in the papers.  I

15   do also want to say that he offered on many occasions to

16   come here voluntarily to meet with the government prior to

17   this arrest overseas and the involuntary extradition.  He

18   had volunteered to come and meet and provide information to

19   the U.S. government, so there are two sides to this story as

20   well.

21           And then finally with respect to his means we take

22   your Honor's point very seriously.  We certainly have

23   represented people at the other end of the spectrum.  And we

24   see very clearly the inequality between someone who has

25   these means and someone who does not.  Just the same I don't

```
 1   think it's fair of the government to point to his means as a

 2   basis for keeping him jailed.  But again --

 3               THE COURT:  I didn't see them making that

 4   argument.  I think the argument they were making is that his

 5   means gives him a greater capacity to escape from the

 6   jurisdiction.

 7               MR. BOWKER:  That's fair.  One of the factors for

 8   keeping him jailed and one of the factors contributing to

 9   his alleged risk of flight is that he is a person of means.

10   We appreciate your Honor's consideration of these issues

11   today, and we're grateful for the order that you issued

12   before and we're going to bring these issues to you with a

13   paper by May 5.  Thank you.

14               THE COURT:  Very well.  So when do we come back

15   based upon what the government represents about the

16   additional discovery that's going to be provided?  And I

17   will, based upon what was indicated I will toll the running

18   of the speedy trial clock until that next date provided that

19   that next date is within a reasonable period of time from

20   now.

21               MR. BOWKER:  Your Honor, we may not need a hearing

22   on this detention issue if we can reach agreement with the

23   government.  If we can't we may want to come see you before

24   Ramadan?

25               THE COURT:  When is that?
```

1          MR. BOWKER:  That begins the 26th of May.

2          THE COURT:  I'll be around.

3          MR. BOWKER:  And would want to see you at least a

4    week prior so that if your Honor were to agree with us that

5    we could facilitate his relocation before that, that

6    important --

7          THE COURT:  You just need to let us know.  We'll

8    fit you in somehow.  I thought I was going to be out of the

9    jurisdiction because I'm also trying cases in Pittsburgh,

10   but it looks like that's going to be a plea so I would

11   anticipate being here.

12         MR. BOWKER:  Excellent, thank you, your Honor.

13         THE COURT:  Again, when should we come back based

14   upon the government's timetable for providing the additional

15   discovery?  And obviously, once you get it you have to

16   review it, so it seems to me that review needs to be

17   meaningful before we come back.  So when should we come

18   back?

19         MR. GILLICE:  So if we're -- court's indulgence.

20         [Brief pause.]

21         MR. JONES:  Your Honor, the week of June 27th or

22   26th, so either the 27th or the 28th.

23         THE COURT:  That's the same time as the judicial

24   conference, and I'll be out of the jurisdiction attending.

25   The only date I have available that week would be the 26th

1    in the morning.

2              MR. JONES:  That works for both sides, your Honor.

3              THE COURT:  Very well.  We can do 10:30; is that

4    good?

5              MR. GILLICE:  That's fine for the government.

6              THE COURT:  Maybe 10:45 because I have a

7    sentencing at 9:45, and I anticipate that may be a lengthy

8    sentencing so 10:45; is that good?

9              MR. GILLICE:  Very well.

10             MR. JONES:  Yes, your Honor.

11             THE COURT:  Anything else?

12             MR. GILLICE:  Not for the government?

13             MR. JONES:  Just one other item, your Honor.  Just

14   wanted to, we're not asking the Court to take any action at

15   this moment, but wanted to make you're aware of another

16   issue the parties have been discussing which involves the

17   government's handling of Mr. Tajideen's privileged attorney

18   client communications and attorney work product in this

19   case.

20             As part of the discovery that we've received in

21   this case we learned that in 2015, the government applied

22   for and received a search warrant for Mr. Tajideen's

23   personal email account without notice to Mr. Tajideen or his

24   counsel.  And as a result of that the government is in

25   possession of scores and scores of privileged communications

1    between Mr. Tajideen and his counsel including the counsel

2    from Wilmer Hale.  We have been in discussions with the

3    government to try to understand how those documents were

4    handled, whether they have been reviewed by the prosecution

5    team.  We've also been in touch with the taint team we

6    understand that the government has established.

7           We hope to be able to resolve at least in part the

8    issues regarding the handling of those privileged

9    communications, but did want you to make you aware the

10   parties are discussing those issues.  And given what we

11   discover we may come back and ask for the Court's assistance

12   in protecting the privilege.

13          THE COURT:  Very well.  Just let me know.

14          MR. GILLICE:  Your Honor, just so the Court

15   understands before those materials were reviewed by the

16   prosecution team a list of search terms intended to reveal

17   documents that might be privileged was applied to, used to

18   search those documents and any responsive documents were

19   then filtered out and have not been looked at by the

20   prosecution team.

21          THE COURT:  Okay.  Thank you.  Thank you.

22          [Thereupon, the proceedings adjourned at 3:03

23          p.m.]

24

25

1                        CERTIFICATE

2           I, Cathryn J. Jones, an Official Court Reporter

3    for the United States District Court of the District of

4    Columbia, do hereby certify that I reported, by machine

5    shorthand, the proceedings had and testimony adduced in the

6    above case.

7           I further certify that the foregoing 40 pages

8    constitute the official transcript of said proceedings as

9    transcribed from my machine shorthand notes.

10          In witness whereof, I have hereto subscribed my

11   name, this the 12th day of May, 2017.

12

13                         /s/_Cathryn J. Jones
14                         Cathryn J. Jones, RPR
                           Official Court Reporter
15

16

17

18

19

20

21

22

23

24

25

**MR. BOWKER: [11]** 3/9 24/2 34/18 35/4 35/20 36/11 37/6 37/20 37/25 38/2 38/11

**MR. GILLICE: [31]** 3/5 3/15 12/9 12/21 13/8 13/19 14/9 18/15 19/2 20/7 21/20 21/23 22/3 22/9 22/11 22/17 22/23 23/10 23/13 30/24 31/11 32/3 33/7 33/24 34/6 34/17 38/18 39/4 39/8 39/11 40/13

**MR. JONES: [22]** 3/20 6/13 7/1 7/15 7/22 9/4 9/21 10/7 10/10 11/22 19/10 21/4 21/7 21/10 21/13 21/17 23/16 23/22 38/20 39/1 39/9 39/12

**THE COURT: [69]**

**THE DEFENDANT: [10]** 19/13 19/19 19/22 20/2 20/4 20/12 20/14 20/18 20/22 20/24

**THE DEPUTY CLERK: [1]** 3/1

**.**

**.x [1]** 1/6

**/**

**/s [1]** 41/13

**1**

**1.7 [2]** 5/24 10/11
**10 [2]** 25/6 27/13
**10-foot [1]** 25/8
**10:30 [1]** 39/3
**10:45 [2]** 39/6 39/8
**12th [1]** 41/11
**1400 [1]** 1/17
**146 [1]** 27/12
**16 [1]** 26/16
**166 [1]** 27/12
**17-46 [2]** 1/4 3/3
**1775 [1]** 1/23
**1875 [1]** 1/20
**19 [1]** 26/17

**2**

**20 pounds [2]** 27/11 34/25
**20-foot [1]** 25/6
**20001 [1]** 2/3
**20006 [1]** 1/21
**20033 [1]** 1/23
**2009 [2]** 13/16 13/20
**2010 [1]** 13/24
**2015 [1]** 39/21
**2017 [2]** 1/5 41/11
**20530 [2]** 1/15 1/17
**23 [3]** 25/1 31/24 32/10
**24 [3]** 25/1 29/15 31/24
**25th [2]** 28/6 32/19
**26 [1]** 1/5
**26th [4]** 28/5 38/1 38/22 38/25
**27th [2]** 38/21 38/22
**28th [1]** 38/22
**2:05 [1]** 1/6

**3**

**3.7 [7]** 5/24 5/24 8/7 8/9 8/11 9/13 9/15
**333 [1]** 2/2
**3:03 [1]** 40/22
**3rd [1]** 26/10

**4**

**40 [1]** 41/7
**45 [1]** 28/23
**46 [2]** 1/4 3/3

**5**

**555 [1]** 1/14

**6**

**6521 [1]** 2/2
**6th [1]** 32/21

**7**

**7th [1]** 32/13

**9**

**9:45 [1]** 39/7

**A**

**ability [3]** 25/18 28/20 28/24
**able [15]** 4/11 6/25 7/12 7/15 10/1 17/18 22/9 28/9 29/1 29/5 29/20 30/13 34/10 35/6 40/7
**about [30]** 4/19 6/3 6/9 6/19 6/24 8/7 9/14 10/25 11/18 12/5 13/8 13/12 15/19 19/6 23/21 24/5 26/8 29/7 29/10 29/14 30/4 30/10 30/19 30/22 31/4 31/16 31/22 33/4 34/14 37/15
**above [1]** 41/6
**abreast [1]** 17/17
**absolutely [2]** 9/5 35/8
**acceptable [1]** 28/3
**access [3]** 25/2 25/2 26/9
**accommodation [1]** 27/8
**account [1]** 39/23
**accountants [1]** 7/18
**accrue [1]** 14/14
**accurate [1]** 30/18
**act [2]** 6/1 8/16
**acting [3]** 9/15 18/13 19/6
**action [1]** 39/14
**actions [1]** 14/25
**actually [6]** 18/1 24/24 25/20 28/20 31/13 35/2
**addition [2]** 8/18 23/4
**additional [3]** 22/2 37/16 38/14
**address [4]** 18/20 25/14 29/13 31/14
**addressed [2]** 16/5 30/8
**adduced [1]** 41/5
**adequate [1]** 27/3
**adjourned [1]** 40/22
**adjudication [1]** 30/7
**administrative [2]** 26/15 32/5 32/6
**advance [2]** 10/21 11/12
**advantage [1]** 30/11
**adverse [1]** 25/10
**adversely [1]** 10/24
**advice [5]** 10/16 10/18 11/1 11/11 16/25
**advise [5]** 4/8 5/17 9/7 9/8 11/10
**advocacy [1]** 4/2
**advocate [1]** 6/1
**advocates [1]** 9/15
**affect [1]** 14/12
**affected [1]** 10/25
**affecting [2]** 28/20 28/24
**Africa [2]** 7/4 13/13

**after [2]** 27/19 32/19
**afternoon [5]** 3/2 3/6 3/9 3/10 3/14
**again [6]** 11/2 11/18 29/3 30/17 37/2 38/13
**agree [5]** 12/11 24/17 29/25 30/5 38/4
**agreed [1]** 29/19
**agreement [3]** 29/20 34/14 37/22
**aided [1]** 2/7
**alarming [2]** 24/11 35/25
**all [14]** 7/19 8/8 10/20 11/8 11/16 13/17 18/20 20/14 25/1 28/6 29/16 31/23 34/2 34/13
**allayed [1]** 17/14
**allegations [1]** 7/1
**alleged [1]** 37/9
**allowed [3]** 13/21 31/25 33/21
**alone [1]** 25/8
**along [3]** 3/7 3/12 12/5
**already [2]** 22/5 23/1
**also [12]** 3/12 4/11 9/1 10/1 12/5 15/16 17/16 18/13 28/24 32/12 36/15 38/9 40/5
**although [2]** 16/8 29/21
**Amendment [4]** 4/15 5/7
**AMERICA [2]** 1/3 3/3
**amount [1]** 22/5
**another [4]** 7/16 23/25 33/4 39/15
**answer [2]** 4/11 32/9
**anticipate [3]** 12/20 38/11 39/7
**anything [3]** 13/22 20/6 39/11
**any [27]** 4/11 4/13 5/11 5/16 5/20 7/10 8/24 10/6 11/12 12/5 13/21 16/16 19/4 20/17 20/22 21/6 21/19 22/24 23/15 30/21 30/23 31/20 32/2 35/23 36/10 39/14 40/18
**apart [1]** 29/6
**apartment [1]** 29/16
**appalling [1]** 28/16
**appear [2]** 23/9 32/23
**APPEARANCES [1]** 1/11
**applied [2]** 39/21 40/17
**apply [1]** 12/11
**appreciate [5]** 3/21 16/20 23/23 24/15 37/10
**apprize [1]** 24/7
**approach [1]** 3/4
**approaching [1]** 28/5
**appropriate [3]** 17/4 18/11 23/12
**April [5]** 1/5 26/10 26/17 32/13 32/21
**April 19 [1]** 26/17
**April 3rd [1]** 26/10
**are [40]** 4/11 4/16 5/5 5/11 5/22 5/22 6/3 7/11 7/17 9/14 9/15 9/24 11/9 12/11 13/5 13/7 13/13 13/24 14/16 14/25 16/12 17/14 19/21 20/1 22/5 23/4 24/22 28/8 28/12 28/17 28/22 28/24 29/4 29/12 31/9 31/10 31/19 34/15 36/19 40/10
**argue [1]** 33/1
**argument [3]** 34/21 37/4 37/4
**arise [5]** 5/12 5/16 5/23 10/12 16/2
**around [2]** 13/10 38/2
**arrest [2]** 29/15 36/17
**arrested [1]** 33/25
**arrival [1]** 27/19
**arrived [1]** 32/20
**articulated [1]** 10/13

**A**

as [72]
ascribe [1] 28/18
aside [1] 9/11
ask [6] 20/10 22/12 22/25 31/22 34/13
40/11
asked [5] 5/13 25/4 26/19 27/15 27/17
asking [5] 7/22 23/10 32/24 32/25
39/14
assess [6] 5/15 13/15 17/3 17/12
18/22 26/13
assessment [9] 3/17 4/23 11/24 12/21
12/24 17/1 17/20 18/4 22/16
assessments [1] 18/8
assistance [1] 40/11
assistant [1] 32/13
assume [4] 9/20 14/6 21/1 36/9
assuming [2] 7/13 30/9
assurances [1] 29/5
attempting [2] 6/8 6/16
attended [1] 5/20
attending [1] 38/24
attorney [5] 1/16 10/18 15/10 39/17
39/18
ATTORNEY'S [2] 1/13 28/12
AUSA [3] 1/12 1/12 1/13
authenticity [1] 8/4
authorities [2] 26/15
authority [1] 25/17
available [4] 7/24 10/2 12/6 38/25
Avenue [4] 1/17 1/20 1/23 2/2
aware [4] 32/15 33/16 39/15 40/9

**B**

back [8] 3/16 10/20 23/22 37/14 38/13
38/17 38/18 40/11
background [1] 6/6
bad [1] 28/18
bail [1] 24/9
Barkett [2] 1/12 3/7
based [10] 11/7 16/14 16/17 17/6
21/13 23/20 31/5 37/15 37/17 38/13
basic [1] 8/3
basis [3] 35/24 36/4 37/2
be [89]
became [1] 7/13
because [21] 3/25 5/6 5/7 6/22 10/15
10/25 15/18 15/22 17/3 17/20 18/21
18/23 22/24 30/4 30/10 30/14 31/7
34/1 36/10 38/9 39/6
Beef [1] 35/5
been [27] 7/17 7/18 9/6 14/7 16/15
17/2 19/16 24/6 24/14 26/18 27/2 27/7
27/21 28/1 28/16 31/6 32/15 32/17
32/20 33/21 35/14 35/25 39/16 40/2
40/4 40/5 40/19
before [22] 1/9 3/24 5/4 6/8 8/13 9/24
10/19 17/20 18/1 18/7 22/9 22/16
27/14 29/19 30/1 30/12 31/9 37/12
37/23 38/5 38/17 40/15
began [1] 3/25
begin [1] 14/1
begins [2] 28/5 38/1
behalf [4] 3/8 3/11 4/2 8/5
being [4] 6/16 11/8 24/13 38/11
believe [9] 3/17 23/1 24/22 28/14 31/3
33/14 33/18 34/2 34/7

believed [1] 33/7
believes [1] 23/12
benefit [1] 13/22
best [1] 5/10
better [2] 17/2 17/12
between [3] 10/20 36/24 40/1
beyond [1] 34/4
Bill [1] 4/6
billionaire [1] 33/11
blame [1] 34/21
blood [4] 26/22 32/16 32/17 35/17
blown [1] 34/21
blunt [1] 26/5
borders [1] 34/11
both [7] 12/23 15/22 16/9 23/5 25/10
27/1 39/2
bottom [2] 4/13 11/23
Bowker [5] 1/19 3/12 9/25 23/24 24/3
31/13
breath [1] 35/22
brief [5] 11/22 22/10 22/11 34/19
38/20
briefly [1] 10/8
bring [7] 19/12 27/7 27/8 27/17 29/19
34/25 37/12
bringing [2] 27/5 27/6
BROOKINGS [1] 1/22
brought [5] 33/23 35/10 36/6
buckets [1] 5/22
built [1] 11/15
burden [4] 5/2 5/4 12/2 34/21
business [9] 6/10 6/13 6/18 6/24 7/5
13/7 13/21 14/8 15/4
businesses [3] 6/20 11/17 13/10
buy [2] 9/3 34/9
bypass [1] 34/10

**C**

call [5] 8/1 12/14 12/18 32/7 33/10
called [2] 8/15 35/1
calling [2] 6/11 7/8
came [3] 9/9 27/19 33/24
can [19] 5/2 8/20 9/2 11/9 15/6 18/16
18/20 23/4 26/25 27/22 30/9 30/15
31/3 31/5 32/12 33/3 34/13 37/22 39/3
can't [8] 17/5 19/8 31/10 33/18 34/14
35/1 35/4 37/23
cannot [5] 12/7 12/17 13/17 13/20
27/7
capacity [2] 10/2 37/5
care [1] 26/9
case [33] 3/15 3/18 4/9 4/20 5/12 5/19
6/2 6/6 7/9 7/17 8/16 9/4 9/21 10/2
10/22 12/3 12/12 12/25 13/2 13/13
15/16 16/11 17/17 19/18 22/25 23/9
23/16 31/9 34/17 35/9 39/19 39/21
41/6
cases [2] 5/6 38/9
Cathryn [4] 2/1 41/2 41/13 41/14
causing [1] 28/19
cell [4] 25/3 25/4 25/6 25/8
certain [1] 14/8
certainly [7] 4/16 7/2 7/6 31/4 34/3
34/9 36/22
CERTIFICATE [1] 41/1
certified [1] 23/16
certify [2] 41/4 41/7

cetera [1] 16/4
challenge [1] 21/10
change [3] 25/18 26/2 26/4
changes [1] 28/13
charges [2] 14/5 14/14
chest [1] 35/22
choice [3] 4/15 11/6 18/10
choose [1] 10/16
chose [2] 4/18 31/3
Christian [1] 28/2
circumstance [2] 15/6 26/4
circumstances [3] 11/13 25/24 34/5
claims [1] 4/24
clear [7] 8/9 8/18 8/19 9/13 13/1 14/23
26/10
clearly [4] 13/2 16/24 30/20 36/24
cleric [1] 27/25
clerical [1] 28/2
client [7] 9/16 10/18 16/4 19/5 28/20
29/10 39/18
clock [2] 23/18 37/18
closed [1] 12/24
coincidentally [1] 26/24
cold [1] 25/7
colleague [3] 3/12 6/22 23/24
colleagues [9] 6/15 8/12 24/14 25/16
25/21 25/23 28/11 28/25 29/3
COLUMBIA [2] 1/2 41/4
come [14] 3/16 8/25 11/16 22/14 23/22
30/12 36/16 36/18 37/14 37/23 38/13
38/17 38/17 40/11
comfortable [4] 16/12 18/12 20/9
20/11
coming [1] 8/23
commentary [1] 8/9
comments [1] 19/4
commodities [1] 13/10
communications [5] 10/20 16/3 39/18
39/25 40/9
companies [4] 13/23 14/9 14/20 33/12
compared [1] 30/11
compass [1] 27/16
complaints [1] 30/22
completely [1] 15/12
complex [3] 22/25 23/9 23/16
compliance [1] 21/3
comply [1] 14/21
component [1] 30/8
composition [1] 10/4
comprehensive [1] 29/13
computer [1] 2/7
computer-aided [1] 2/7
conceivably [5] 8/22 10/15 11/3 17/4
17/11
concern [7] 10/23 24/20 26/1 28/4
29/8 30/3 30/9
concerned [5] 10/25 22/2 27/23 28/8
29/4
concerns [8] 5/8 10/13 15/22 17/14
26/8 26/25 29/7 29/14
concrete [2] 12/1 25/8
conditional [1] 24/10
conditions [10] 16/13 24/11 24/21
28/17 29/6 30/4 30/19 31/17 31/22
32/11
conduct [2] 5/23 26/11
conducted [2] 26/19 26/23

**C**

conference [1] 38/24
confinement [1] 25/1
conflict [25] 3/18 4/9 4/14 5/11 5/16
5/16 12/5 12/7 16/9 16/12 16/17 16/22
17/3 17/15 17/18 17/22 18/9 18/13
18/14 18/23 19/7 19/7 19/17 19/25
22/20
conflicts [5] 3/24 5/8 10/12 15/25
16/11
consequences [2] 25/11 28/19
consider [1] 29/19
consideration [1] 37/10
consisted [1] 27/10
consistent [2] 27/5 29/2
constitute [1] 41/8
Constitution [1] 2/2
consulting [1] 19/16
contending [1] 5/11
contested [1] 6/4
continue [5] 5/19 14/8 27/6 31/7 33/3
continuing [1] 29/7
continuously [1] 5/15
contributing [1] 37/8
control [2] 13/15 25/24
controls [1] 34/11
conversations [1] 31/13
conviction [1] 30/5
convince [1] 6/8
copy [2] 15/7 26/14
correct [3] 23/14 30/20 34/20
could [25] 5/8 5/12 5/18 5/19 7/7 8/3
8/16 8/17 8/24 9/3 9/8 9/10 10/12
10/14 10/15 10/24 11/3 12/14 15/16
17/8 17/12 29/14 34/3 34/9 38/5
couldn't [2] 8/16 35/12
counsel [47]
counsel's [1] 25/21
counselor [2] 27/25 28/2
countries [4] 13/11 13/12 13/13 34/4
country [2] 33/20 33/25
course [3] 4/1 29/9 33/12
court [34] 1/1 2/1 2/1 2/2 2/5 5/1 5/21
11/25 15/22 16/6 16/9 18/16 18/18
20/10 22/12 22/18 22/25 23/4 23/12
24/7 24/8 29/12 29/20 29/22 30/1
30/13 32/16 32/25 33/9 33/17 39/17
40/14 41/2 41/3 41/14
court's [4] 22/10 22/20 38/19 40/11
courts [1] 5/5
CR [1] 1/4
cramp [1] 35/11
create [1] 16/22
credibility [3] 8/24 9/3 31/21
criminal [3] 3/3 5/6 9/25
current [1] 26/13
Curtis [2] 1/13 3/7

**D**

D.C [2] 1/5 2/3
damp [2] 25/7 35/11
dark [1] 35/11
date [4] 12/17 37/18 37/19 38/25
David [3] 1/19 3/12 24/3
day [8] 25/1 26/15 27/22 28/7 32/1
32/19 32/19 41/11
daylight [1] 25/2

days [1] 26/16
DC [4] 1/18 1/17 1/21 1/23
deal [2] 13/17 13/20
dealing [1] 15/1
dealings [5] 6/10 6/13 7/5 11/19 15/4
Deborah [2] 1/13 3/7
decide [1] 17/16 16/19
decided [5] 16/23 17/17 26/6 26/7
32/7
decision [3] 16/16 31/1 31/2
decline [1] 35/25
defendant [20] 1/6 1/19 5/2 5/9 6/5
13/1 13/9 14/17 14/24 15/9 15/13
15/17 16/10 16/12 17/24 20/8 31/20
31/21 31/23 33/8
defendant's [4] 12/15 14/15 14/19
23/6
defense [26] 3/17 5/10 9/2 10/16 11/5
11/7 11/11 12/23 15/23 16/1 16/7 17/6
19/9 20/1 21/2 22/15 23/2 23/8 23/15
23/17 24/16 31/15 31/19 32/15 32/23
33/3
defenses [1] 4/24
definitive [3] 12/21 14/6 16/16
definitively [1] 12/17
delay [1] 5/20
Delinsky [4] 1/22 3/13 4/7 4/9
delisted [1] 14/3
deliver [1] 29/5
delivered [1] 27/9
delivery [1] 22/15
demonstrated [1] 11/17
denial [1] 26/9 27/3
denied [2] 27/17 27/18
DEPARTMENT [3] 1/16 6/8 13/15
deportation [1] 33/18
depression [1] 35/23
deprive [1] 5/9
depriving [1] 4/14
describe [2] 15/24 24/22
described [1] 35/10
designate [2] 22/25 23/7
designated [6] 6/16 13/14 13/16 13/24
designation [2] 14/13 33/21
desire [1] 28/13
despite [1] 35/1
detained [4] 24/13 30/24 31/9 36/11
detainees [1] 30/22
detention [8] 24/5 24/12 24/20 25/19
27/12 30/4 30/19 37/22
determination [4] 17/22 17/25 18/14
19/7
determine [1] 11/4
determined [3] 8/14 19/8 19/24
detriment [1] 8/25
developments [3] 5/15 24/7 24/8
did [15] 5/18 6/12 10/7 13/17 14/1
14/24 16/8 21/3 30/25 31/13 31/21
32/9 33/1 35/20 40/9
didn't [3] 15/17 15/19 37/3
diet [6] 27/9 32/18 32/21 32/25 34/23
35/2
dietary [1] 27/4
different [6] 5/23 13/11 13/14 26/3
31/2 34/10
differently [1] 29/9
direction [4] 27/16 27/21 27/21 27/23

directly [1] 9/20
disagreement [1] 37/16
discover [1] 40/11
discovery [13] 4/23 12/24 21/3 21/7
21/17 22/1 22/2 22/9 23/2 23/21 37/16
38/15 39/20
discuss [1] 10/7
discussed [2] 9/23 10/3
discussing [2] 39/16 40/10
discussions [4] 3/23 29/24 33/3 40/2
disqualification [1] 8/10
disqualifying [1] 5/5
distant [1] 36/13
DISTRICT [6] 1/1 1/2 1/10 2/2 41/3
41/3
disturbing [1] 30/6
diverge [1] 10/14
do [42]
Docket [1] 1/4
doctor [2] 26/12 26/18
documents [10] 14/1 14/11 14/17 15/2
22/6 22/13 40/3 40/17 40/18 40/18
does [10] 4/20 12/7 12/17 16/2 23/18
30/17 32/23 36/12 36/13 36/25
doesn't [3] 8/24 30/16 36/10
doing [5] 5/7 6/18 7/18 14/21 30/15
dollars [1] 33/11
don't [22] 4/13 8/21 16/1 16/6 18/2
18/21 20/17 22/20 23/2 26/4 28/17
28/18 29/4 30/9 30/13 31/7 31/20 33/9
34/20 36/3 36/6 36/25
done [2] 15/8 30/15
down [4] 4/16 10/3 24/12 28/22
drastic [2] 5/2 11/25
drops [1] 27/12
due [1] 33/20
during [6] 9/16 14/4 14/14 14/16 15/23
33/12

**E**

each [1] 32/1
early [4] 4/21 7/9 11/4 11/24
East [1] 7/3
eat [6] 25/4 27/7 27/14 35/1 35/4 35/6
eats [1] 27/14
effectively [1] 24/25
eggs [1] 35/7
eight [2] 25/6 25/8
eight-foot [1] 25/8
either [3] 29/24 32/9 38/22
electronic [1] 29/17
else [4] 15/12 18/19 20/6 39/11
elusory [1] 11/8
email [1] 39/23
emerge [5] 4/9 5/16 9/7 12/5 12/7
emotionally [1] 36/1
employ [1] 10/16
employees [1] 13/6
end [3] 11/7 34/8 36/23
ends [2] 11/16 28/5
engaged [6] 3/22 4/5 5/13 6/25 9/6
12/3
English [6] 20/10 20/13 20/14 20/15
20/16 20/18
enough [1] 34/8
enter [2] 33/20 33/22
entered [1] 27/11

**E**

entertain [1] 34/15
entire [1] 33/1
Eric [3] 1/22 3/13 4/7
escape [2] 34/9 37/5
especially [1] 36/5
Esquire [3] 1/19 1/19 1/22
essence [1] 34/1
essentially [3] 5/22 6/18 13/16
established [1] 40/6
et [1] 16/4
ethical [1] 5/21
ethics [3] 8/18 9/12 9/12
eve [1] 26/2
even [9] 3/24 9/14 11/5 11/8 12/25
  25/20 28/1 30/5 34/6
event [2] 17/17 22/24
everyone [1] 33/4
everything [1] 14/21
evidence [7] 14/7 15/9 15/13 16/24
  18/5 18/18 19/1
ex [1] 17/9
exact [1] 33/19
exactly [7] 9/6 13/24 14/12 23/3 27/20
  31/17 33/10
examination [5] 26/11 26/20 26/23
  26/24 35/16
examinations [1] 35/15
examine [1] 3/25
examined [1] 32/14
example [3] 12/19 15/6 16/22
Excellent [1] 38/12
except [1] 6/3
excluded [1] 23/10
exercise [1] 25/4
expect [1] 23/2
explain [1] 24/10
exploring [1] 25/14
expressed [2] 28/13 29/21
expressing [1] 25/25
extent [2] 17/3 18/22
extradited [1] 34/1
extradition [1] 36/17
extraordinarily [1] 5/4
extraordinary [1] 12/2
extreme [1] 34/3

**F**

facilitate [1] 38/5
facility [19] 25/16 26/10 27/3 27/3 28/1
  28/9 28/14 28/15 28/16 28/19 29/1
  29/4 30/2 30/22 32/20 32/24 33/4 35/7
  35/24
fact [12] 8/3 8/13 8/21 10/19 14/10
  15/12 17/12 17/15 18/9 19/8 34/25
  35/1
factors [3] 25/18 37/7 37/8
facts [5] 6/9 6/19 11/19 12/2 34/22
factual [1] 4/23
fair [11] 9/5 12/25 23/3 24/16 25/13
  25/22 28/11 36/3 36/6 37/1 37/7
fairly [1] 8/2
faith [1] 28/18
far [9] 4/21 7/9 9/22 10/3 11/4 11/24
  12/1 22/1 24/21
fashion [1] 13/21
fasting [1] 28/6

**G**

gave [2] 13/6 33/19
general [3] 8/10 11/20 32/8
generalized [1] 10/12
get [10] 14/2 18/25 21/9 21/9 26/16
  30/1 30/16 32/9 35/20 38/15
getting [2] 31/18 31/19
Gillice [2] 1/12 3/7
give [4] 5/21 21/25 23/23 30/10
given [5] 9/8 10/3 35/21 36/5 40/10
gives [1] 37/5
global [1] 13/16
go [5] 12/5 15/20 19/9 28/22 31/25
goes [1] 7/19
going [18] 4/24 5/14 16/12 16/19 17/6

**feel**

feel [2] 29/9 30/10
few [3] 13/5 34/19 35/12
figure [1] 27/16
file [4] 21/19 22/1 24/9 29/23
filed [5] 14/11 14/17 14/18 15/3 21/17
filing [4] 14/1 14/4 14/16 21/13
filings [1] 14/23
filtered [1] 40/19
finally [3] 26/3 27/18 36/21
financial [1] 14/19
find [1] 17/21
finder [2] 8/21 10/20
finding [1] 31/21
fine [1] 39/5
firm [21] 3/11 3/13 6/15 6/23 7/2 7/12
  7/14 7/20 8/4 8/11 8/17 8/23 9/1 9/18
  11/1 11/15 13/4 18/24 19/8 19/16
  29/15
first [11] 5/24 8/8 12/10 16/18 18/7
  21/2 21/13 24/11 26/24 31/23 32/14
firsthand [1] 6/24
fish [1] 35/6
fit [2] 7/5 38/8
five [3] 11/15 26/20 35/18
fix [1] 24/9
flee [1] 34/3
flight [7] 29/9 29/14 33/7 34/3 34/12
  36/2 37/9
focus [1] 24/11
following [1] 22/1
food [3] 13/10 27/3 28/7
foods [1] 35/7
foot [3] 25/6 25/8 25/8
force [2] 17/10 26/5
forced [2] 11/6 28/24
foregoing [1] 41/7
foreign [2] 13/15 33/25
foresee [4] 12/13 12/17 15/6 15/16
formulation [1] 15/20
forth [1] 10/20
forward [3] 5/14 16/13 20/9
Fourth [1] 1/14
frankly [1] 3/24 9/22 10/2 11/17
Friday [4] 21/17 22/1 25/25 29/23
front [2] 12/16 13/4
frustration [1] 26/1
full [2] 22/9 34/21
full-blown [1] 34/21
fully [5] 10/1 12/4 16/20 18/22 32/5
further [4] 18/8 24/7 30/1 41/7
future [2] 7/7 11/3 16/3

**H**

had [16] 3/16 3/25 11/1 25/24 26/1
  27/21 28/3 29/24 30/21 31/15 32/7
  32/17 32/22 35/9 36/18 41/5
HALE [15] 1/20 3/11 3/12 6/7 9/11
  11/3 13/25 14/16 14/24 15/3 15/8
  15/10 15/15 24/4 40/2
Hales's [1] 10/14
half [1] 28/23
hand [1] 17/5
handled [1] 40/4
handling [2] 39/17 40/8
happen [4] 4/19 10/23 11/3 16/18
happened [3] 31/17 35/13 35/17
happy [1] 33/2
hardship [2] 6/4 11/14
has [42]
have [74]
haven't [1] 9/23
having [1] 32/15
he [63]
he'd [1] 33/17
he's [13] 6/19 20/11 27/15 28/3 32/2
  32/10 32/20 34/2 34/25 35/1 35/6 35/6
  36/5
headed [1] 33/5
health [5] 25/10 25/10 25/11 25/11
  28/19
hear [3] 3/17 3/19 23/8
heard [2] 3/22 16/18
hearing [8] 1/8 15/23 23/11 23/19
  23/25 24/6 26/2 37/21
heart [1] 15/20
helping [1] 9/17
here [13] 4/7 4/11 4/13 5/22 10/1
  25/23 29/4 33/23 34/22 36/6 36/13
  36/16 38/11
hereby [1] 41/4
hereto [1] 41/10
hey [1] 15/11
high [3] 5/4 25/6 32/16
him [57]
himself [4] 10/21 10/21 14/17 34/9
his [55]
holdings [1] 14/19
holds [2] 11/11 33/14
home [1] 29/16
Honor [40] 3/6 3/10 3/16 3/21 9/5 10/8
  13/9 14/10 19/11 21/5 21/8 21/11
  21/14 22/4 22/12 22/18 23/17 24/3
  24/5 24/6 24/23 26/8 26/9 28/6 30/25
  31/12 33/8 34/2 34/7 34/19 34/21

**feel** 17/25 18/5 19/1 19/1 20/9 21/16 30/8
  31/6 37/10 37/12 37/16 38/8 38/10
good [8] 3/2 3/6 3/9 3/10 3/14 20/15
  39/4 39/8
got [3] 6/19 8/13 13/25
gotten [1] 11/18 15/7
government [50]
government's [7] 7/1 12/12 21/2
  29/13 33/6 38/14 39/17
grateful [1] 37/11
great [2] 11/14 33/9
greater [1] 37/5
ground [2] 7/3 25/18
guy [1] 6/19

**H**

**Honor... [9]** 36/14 37/21 38/4 38/12 38/21 39/2 39/10 39/13 40/14
**Honor's [2]** 36/22 37/10
**HONORABLE [1]** 1/9
**hope [2]** 29/20 40/7
**hopefully [1]** 29/23
**Horn [1]** 8/12
**hour [6]** 25/1 28/22 31/24 31/24 32/1 32/10
**hours [1]** 25/1
**house [1]** 29/15
**how [12]** 7/5 9/2 10/3 16/2 17/9 18/4 21/22 22/8 23/3 23/10 25/14 40/3
**huge [1]** 5/2
**human [1]** 25/2
**humanely [1]** 30/6

**I**

**I'd [2]** 17/11 24/22
**I'll [8]** 3/19 21/15 21/25 23/7 34/13 34/14 38/2 38/24
**I'm [9]** 7/22 13/22 19/23 31/6 31/6 31/18 33/2 33/16 38/9
**I've [2]** 16/17 30/21
**ICE [1]** 33/19
**idea [1]** 26/6
**identify [1]** 3/5
**ignored [1]** 27/4
**impact [1]** 8/21
**implications [1]** 5/7
**imply [1]** 31/20
**implying [1]** 18/19
**important [3]** 4/4 8/7 38/6
**importantly [1]** 4/3
**imputed [2]** 8/10 13/3
**inability [1]** 14/8
**including [1]** 40/1
**independence [1]** 25/15
**independent [1]** 4/6
**independently [2]** 4/8 5/17
**indicate [1]** 17/7
**indicated [2]** 20/9 37/17
**indicating [1]** 14/7 32/7
**individual [1]** 26/17
**indulgence [2]** 22/10 38/19
**inequality [1]** 36/24
**influence [1]** 11/10
**information [8]** 6/24 7/21 8/22 8/24 16/25 31/18 31/20 36/18
**informed [1]** 12/4
**inhumane [2]** 24/19 24/22
**injury [1]** 31/8
**inmates [1]** 28/2 32/11
**inquire [4]** 16/9 18/12 19/5 20/10
**inquired [1]** 32/8
**insight [1]** 16/1
**INSTITUTION [1]** 1/22
**integral [1]** 5/14
**intend [2]** 18/4 18/17
**intended [2]** 29/3 40/16
**intent [1]** 13/1
**intention [1]** 24/8
**intentional [1]** 15/1
**interact [1]** 28/25
**interaction [1]** 25/2
**interest [2]** 3/18 12/4

**interested [1]** 6/11
**interests [2]** 10/14 10/15
**interim [1]** 27/2
**interpreter [1]** 20/22
**interpreting [1]** 9/13
**introduce [2]** 16/23 18/17
**introducing [1]** 18/20
**investigation [2]** 4/23 33/13
**involuntary [2]** 33/23 36/17
**involved [6]** 6/20 7/16 7/17 7/18 9/20 13/25
**involvement [1]** 4/11
**involves [1]** 39/16
**IPhone [1]** 27/19
**irrelevant [1]** 11/8
**is [108]**
**Islam [1]** 27/24
**Islamic [1]** 27/25
**issue [16]** 3/20 7/15 10/4 10/7 10/9 10/18 11/13 11/20 13/1 13/2 15/2 23/15 23/25 33/1 37/22 39/16
**issued [2]** 26/9 37/11
**issues [30]** 3/22 3/25 4/4 4/5 4/16 5/21 5/25 6/3 8/3 8/6 8/14 8/15 15/20 15/25 16/2 16/5 18/20 23/5 24/5 24/15 25/12 26/1 27/15 31/14 32/17 36/2 37/10 37/12 40/8 40/10
**it [72]**
**it's [23]** 4/21 7/9 7/23 8/8 9/13 11/4 11/12 14/23 20/15 20/15 24/16 25/13 25/22 28/19 28/20 28/24 30/6 30/14 33/7 35/25 36/3 36/6 37/1
**item [1]** 39/13
**items [1]** 7/25
**its [4]** 3/24 5/3 6/9 16/19
**itself [2]** 9/14 16/22 29/5

**J**

**Jacqueline [2]** 1/12 3/7
**jail [17]** 24/12 24/19 25/15 26/6 26/11 26/16 27/17 27/18 27/19 29/7 31/14 31/19 32/4 32/11 34/23 36/5 36/8
**jailed [1]** 37/2 37/8
**Jones [7]** 1/19 2/1 3/11 15/16 41/2 41/13 41/14
**Joseph [2]** 1/16 3/8
**JUDGE [2]** 1/9 1/10
**judgment [2]** 7/10 10/24
**judicial [1]** 38/23
**June [2]** 28/6 38/21
**June 27th [1]** 38/21
**jurisdiction [4]** 29/11 37/6 38/9 38/24
**jury [1]** 9/3
**just [23]** 4/21 4/22 10/11 11/4 12/10 19/5 20/8 20/10 24/10 26/2 26/6 29/4 29/12 33/1 34/15 34/19 36/2 36/25 38/7 39/13 39/13 40/13 40/14
**JUSTICE [1]** 1/16

**K**

**KASSIM [3]** 1/5 3/4 19/14
**keep [3]** 17/16 29/7 36/7
**keeping [3]** 36/4 37/2 37/8
**kind [1]** 13/7
**know [18]** 5/25 6/6 8/21 11/16 15/3 15/11 15/11 16/6 16/8 18/2 18/25 23/2 26/4 29/10 31/5 33/9 38/7 40/13

**knows [2]** 5/1 28/6

**L**

**lactose [1]** 32/20
**lactovegetarian [1]** 35/2
**language [2]** 20/12 22/21
**large [1]** 14/18
**last [5]** 5/3 7/4 11/15 15/23 24/6
**later [1]** 4/19
**law [1]** 13/4
**lawyer [8]** 5/25 6/1 6/2 7/8 7/16 8/2 12/13 15/15
**lawyers [8]** 9/14 9/18 9/20 10/21 10/24 15/18 15/18 19/16
**lay [1]** 36/14
**learned [1]** 39/21
**least [11]** 14/15 16/17 17/2 17/14 21/13 23/9 23/13 31/25 33/16 38/3 40/7
**leave [1]** 28/24
**Lebanese [1]** 33/14
**lectern [1]** 3/4
**left [2]** 26/21 35/19
**legal [3]** 7/11 18/15 20/11
**legitimate [1]** 5/8
**length [1]** 24/13
**lengthy [2]** 31/15 39/7
**let [6]** 12/10 16/8 24/10 31/5 38/7 40/13
**letter [3]** 25/25 31/15 31/16
**lettuce [2]** 27/10 35/3
**levels [2]** 25/19 25/20
**lies [1]** 27/17
**life [1]** 20/14
**like [9]** 8/2 8/3 10/5 15/11 15/13 23/25 24/22 29/25 38/10
**limited [2]** 25/17 25/18
**line [1]** 11/23
**list [1]** 40/16
**local [1]** 36/10
**location [1]** 30/24
**lockdown [6]** 25/1 29/16 31/24 31/24 32/3 32/10
**long [1]** 22/8
**longer [1]** 24/24
**look [2]** 10/5 12/22
**looked [1]** 40/19
**looks [2]** 15/11 38/10
**lost [2]** 27/11 34/25
**lot [3]** 13/10 30/3 30/17

**M**

**machine [3]** 2/7 41/4 41/9
**made [10]** 8/4 17/2 17/20 17/22 18/1 18/14 28/13 31/2 32/15 34/15
**majority [1]** 32/11
**make [11]** 7/10 11/24 12/4 12/23 12/23 16/16 18/3 22/16 31/1 39/15 40/9
**makes [3]** 8/9 8/18 8/19
**making [4]** 12/20 16/8 37/3 37/4
**Mallat [1]** 7/17
**man [2]** 29/10 33/9
**many [4]** 23/3 25/5 27/15 36/15
**March [1]** 32/19
**marshals [3]** 25/17 31/3 31/4
**Massachusetts [1]** 1/23
**Mat [1]** 3/10

**M**

materials [1] 40/15
matter [4] 3/3 9/20 22/20 23/19
matters [1] 20/11
Matthew [1] 1/19
may [22] 4/12 6/6 6/11 11/7 12/5 16/15
16/22 21/10 26/18 27/23 28/5 29/23
31/12 33/2 34/19 37/13 37/21 37/23
38/1 39/7 40/11 41/11
May 26th [1] 28/5
May 5 [2] 29/23 37/13
Maybe [1] 39/6
McGuire [1] 10/1
me [25] 6/14 12/10 15/18 15/19 16/14
16/15 16/17 16/20 17/1 17/2 17/4 17/8
17/8 18/2 18/6 18/11 18/25 24/10
30/10 30/12 30/17 31/9 34/15 38/16
40/13
meal [1] 27/9
meals [3] 28/3 29/2 32/23
mean [4] 7/19 30/7 30/9 30/21
meaningful [1] 38/17
means [9] 6/5 30/15 33/9 34/8 36/21
36/25 37/1 37/5 37/9
measure [3] 5/2 5/3 12/1
measures [2] 24/18 24/19
meat [5] 27/5 27/6 27/7 34/25 35/4
Mecca [2] 27/16 27/24
mechanism [1] 33/19
medical [7] 26/9 26/12 26/13 26/16
32/14 35/15 35/16
medically [1] 35/17
medication [1] 35/20
medications [1] 35/21
meet [4] 17/10 28/9 36/16 36/18
Meltzer [1] 8/12
member [1] 12/15
members [7] 6/23 7/2 7/12 7/14 8/11
8/17 18/24
mental [1] 25/11
mentally [1] 27/2
mentioned [1] 27/14
met [1] 5/4
Middle [1] 7/3
might [15] 4/9 4/19 8/1 9/7 9/8 10/17
15/8 15/9 15/13 15/14 16/2 18/19
25/14 34/10 40/17
million [1] 23/1
millions [1] 33/11
minutes [4] 26/19 27/13 28/23 35/12
moment [2] 11/21 39/15
monitor [1] 5/15
monitoring [2] 29/17 32/17
month [4] 24/20 24/24 24/25 35/13
more [13] 4/3 10/11 10/25 12/1 13/23
20/8 22/6 23/3 26/16 28/1 30/6 35/12
36/13
morning [1] 39/1
most [2] 30/12 34/4
motion [2] 24/9 29/23
MOTIONS [1] 1/8
motivation [1] 34/8
move [1] 18/8
moved [1] 26/3
Mr [44]
Mr. [10] 4/6 4/10 7/17 8/12 8/13 12/4
15/16 24/13 24/18 40/1

Mr. Bill [1] 4/6
Mr. Horn [1] 8/12
Mr. Jones [1] 15/16
Mr. Mallat [1] 7/17
Mr. Tajideen [4] 4/10 8/13 24/13 40/1
Mr. Tajideen's [1] 12/4
much [3] 21/22 23/10 24/16
multiple [1] 25/12
my [13] 3/12 6/15 6/22 8/11 15/18
15/18 17/14 22/22 23/24 31/18 32/12
41/9 41/10
myself [1] 17/21

**N**

N.W [1] 2/2
name [4] 19/13 34/10 34/23 41/11
National [1] 1/14
nationality [2] 36/4 36/7
native [1] 20/12
nature [1] 6/24
necessarily [1] 7/20
necessary [4] 6/2 6/25 8/14 26/14
need [12] 12/1 15/19 15/21 16/5 18/7
18/23 19/5 21/9 21/22 34/21 37/21
38/7
needed [1] 8/15
needs [3] 16/18 22/3 38/16
net [1] 33/10
never [1] 5/12
New [1] 1/17
next [4] 23/11 23/19 37/18 37/19
nice [1] 34/24
no [27] 1/4 11/13 15/17 20/19 20/19
21/8 25/2 25/2 25/3 25/3 25/3 25/6
25/7 25/9 26/6 26/19 26/19 27/7 27/12
27/25 28/3 29/3 30/18 33/15 35/9
35/11 35/15
normally [1] 9/25
north [1] 27/20
not [54]
notes [1] 41/9
notice [4] 14/7 14/25 21/2 39/23
notify [2] 24/8 29/12
notion [1] 29/14
now [12] 4/22 4/25 6/7 12/16 12/25
17/15 18/17 28/11 32/10 32/22 33/1
37/20
number [11] 6/7 7/4 13/11 13/13 14/5
14/16 14/20 16/21 22/14 23/3 23/5
Nurses [1] 26/22
NW [4] 1/14 1/17 1/20 1/23

**O**

objection [3] 21/16 21/20 23/18
obligations [1] 4/2
obviously [13] 8/20 9/10 13/23 15/20
16/1 17/5 17/19 23/8 30/3 30/6 31/18
36/12 38/15
occasion [1] 27/10
occasions [5] 25/5 26/23 28/15 35/13
36/15
occurred [1] 26/17
occurring [1] 30/7
OFAC [10] 6/16 8/13 9/24 12/16 13/4
14/2 14/11 14/12 14/21 33/21
offense [1] 29/3
offered [2] 28/14 36/15

offering [1] 18/19
office [9] 1/13 13/15 28/12
official [4] 2/1 41/2 41/8 41/14
officials [2] 28/18 31/19
Oh [1] 20/14
okay [4] 15/18 20/21 20/24 40/21
once [4] 16/20 17/1 18/20 38/15
one [14] 5/18 11/21 12/14 13/5 15/6
16/21 20/8 21/24 27/10 27/17 30/14
37/7 37/8 39/13
only [5] 18/25 29/8 35/16 36/9 38/25
open [2] 24/14 25/13
operates [1] 13/11
opinions [2] 8/19 9/13
opportunity [5] 3/22 23/24 30/17
32/14 32/22
oppose [1] 29/25
opposite [1] 27/21
order [11] 7/20 10/21 12/2 12/3 14/2
14/21 24/1 24/9 26/10 26/14 37/11
ordering [1] 26/10
other [25] 7/11 7/12 7/24 8/10 8/17
9/18 10/7 10/9 10/21 12/14 15/19
16/24 17/15 23/5 27/8 28/2 30/8 30/21
30/22 33/15 35/7 35/20 35/23 36/23
39/13
Otherwise [1] 33/20
our [36] 3/14 3/15 4/2 4/10 4/20 6/14
7/2 7/20 8/4 11/23 14/14 16/5 21/9
22/17 24/6 24/8 24/14 24/19 25/16
25/20 25/23 25/25 26/5 26/8 28/4
28/11 28/20 28/20 28/20 28/24 28/25
29/3 29/10 29/24 33/3 33/12
out [15] 9/8 9/22 25/4 25/24 26/3
27/16 27/22 30/9 30/16 33/9 34/22
36/14 38/8 38/24 40/19
outdoors [1] 25/3
outs [1] 11/16
outside [8] 25/3 25/5 25/8 29/16 31/25
35/8 35/9 35/14
over [4] 7/4 11/15 18/15 35/13
overseas [1] 36/17
overstatement [1] 28/18
own [1] 4/2
owns [1] 14/20

**P**

p.m [2] 1/6 40/23
package [2] 29/13 29/18
pages [2] 23/1 41/7
Palazzo [1] 1/16 3/8
paper [1] 37/13
papers [1] 36/14
paraphrasing [1] 13/23
part [5] 5/14 25/14 31/2 39/20 40/7
parte [1] 17/9
partially [1] 14/15
particular [3] 4/17 4/18 24/24
particularly [1] 5/5
parties [2] 39/16 40/10
passport [2] 33/14 34/9
passports [2] 33/15 34/6
past [1] 9/1
pause [3] 11/22 22/11 38/20
pegged [1] 22/21
pending [2] 31/9 34/16
Pennsylvania [1] 1/20

**P**

people [6]  6/21 7/3 7/24 13/14 30/12 36/23
perceive [1]  8/22
percolating [1]  23/5
perform [2]  9/11 9/25
period [3]  14/4 14/14 37/19
permanent [1]  26/4
permission [1]  27/18
permit [3]  26/12 30/14 31/7
permitted [1]  9/16
person [2]  30/14 37/9
personal [1]  39/23
personally [1]  6/15
personnel [2]  31/14 32/14
persons [2]  13/17 15/1
phone [1]  32/7
physical [3]  25/11 26/11 31/8
physically [2]  27/2 35/25
physician's [1]  32/13
pieces [1]  7/5
Pittsburgh [1]  38/9
placed [2]  32/4 32/6
Plaintiff [1]  1/3
play [3]  5/22 9/8 17/5
plea [1]  38/10
pluck [1]  36/5
plus [1]  23/1
point [27]  4/20 4/21 7/6 7/9 9/10 11/3
11/4 11/6 11/24 12/18 12/24 14/1
16/15 17/4 17/11 17/23 18/3 18/11
22/13 22/18 23/13 33/18 34/22 36/4
36/7 36/22 37/1
pointed [4]  25/25 27/20 27/21 33/9
poor [1]  30/16
population [1]  32/8
pork [1]  35/5
poses [1]  27/6
position [9]  17/2 17/9 17/12 18/3 18/8
18/22 21/13 23/15 33/6
positioned [1]  5/10
possession [1]  39/25
possibility [2]  7/6 12/14
possible [1]  7/23
post [1]  30/5
potatoes [2]  27/10 35/3
potential [8]  4/8 4/16 4/24 5/8 15/24
16/11 16/22 32/16
pounds [3]  27/11 27/12 34/25
PowerPoint [3]  15/8 16/23 18/17
practical [1]  6/5
practice [1]  8/11
praying [1]  27/23
pre [1]  30/7
pre-adjudication [1]  30/7
precludes [1]  18/9
predicated [1]  16/24
premature [1]  16/15
prepare [3]  9/17 22/7 22/15
prepared [5]  17/16 18/14 19/9 20/1
20/21
present [4]  18/6 19/2 27/9 27/25
presentation [2]  16/23 26/5
presented [2]  17/10 30/1
presents [1]  5/25
press [1]  33/10
pressure [4]  26/22 32/17 32/18 35/17

pretrial [2]  9/16 24/18
previously [1]  20/9
PricewaterhouseCoopers [1]  14/18
primarily [2]  13/10 13/12
prior [6]  12/15 27/22 32/15 35/17
36/16 38/4
prison [1]  28/4
private [1]  29/16
privilege [2]  10/19 40/12
privileged [4]  39/17 39/25 40/8 40/17
privy [1]  16/3
probably [1]  14/19
problem [2]  25/14 28/15
problems [1]  20/17
proceed [2]  18/4 20/21
proceedings [5]  2/7 9/17 40/22 41/5
41/8
process [1]  22/6
produced [1]  2/7
producing [1]  4/22
product [1]  39/18
production [1]  23/21
products [3]  13/11 35/5 35/6
professional [3]  5/23 10/24 29/15
prohibited [1]  9/14
proof [1]  34/24
proper [1]  30/20
propose [1]  29/22
prosecuted [1]  33/20
prosecution [8]  17/7 17/11 18/5 19/1
34/9 40/4 40/16 40/20
prospective [2]  10/6 12/12
protect [1]  12/3
protecting [3]  10/25 11/2 40/12
protein [1]  27/5
prove [1]  15/21
provide [12]  5/10 7/13 7/15 7/21 7/24
17/19 22/3 22/9 26/13 29/1 35/8 36/18
provided [9]  9/19 11/1 16/25 19/22
22/5 23/1 26/14 37/16 37/18
provides [1]  6/1
providing [2]  22/6 38/14
prudent [1]  23/22
psychological [1]  31/8
punitive [3]  24/18 24/22 28/17
purported [1]  26/18
purportedly [1]  27/20
pursue [5]  4/17 4/18 7/14 16/6 16/7
put [9]  9/10 10/17 10/19 14/7 14/24
15/8 15/13 31/3 32/7
puts [1]  17/2
putting [2]  29/12 29/18

**Q**

question [6]  7/19 7/22 8/8 20/8 30/19
32/9
questions [5]  4/12 9/9 11/9 11/25
26/19
quite [1]  7/23
quote [2]  26/13 27/8

**R**

raining [1]  25/7
raise [2]  8/6 15/22
raised [4]  24/6 25/12 26/8 31/15
Ramadan [3]  28/4 29/3 37/24
rapidly [1]  28/5

Rappahannock [2]  24/12 26/11
father [3]  11/2 25/25 27/4
reach [5]  18/7 29/20 34/4 34/14 37/22
ready [2]  16/6 16/7
reality [1]  34/24
realize [1]  32/25
really [4]  15/2 26/6 28/16 35/14
reams [2]  4/22 4/22
reason [5]  30/19 30/21 30/23 32/2
36/7
reasonable [1]  37/19
reasons [2]  13/5 32/8
rebuttal [1]  15/14
recall [1]  22/20
receive [1]  11/6 21/4
received [5]  21/2 32/7 32/18 39/20
39/22
recently [1]  22/14
reciprocal [3]  21/3 21/7 21/16
recollection [1]  22/23
record [1]  3/5
recorded [1]  2/7
rectified [1]  31/10
reference [8]  7/1 9/2 17/6 19/4 19/17
19/18 19/22 23/8
refute [1]  6/25
regard [9]  7/10 12/12 13/4 15/1 15/3
20/11 31/17 31/21 32/25
regarding [4]  9/19 23/5 34/16 40/8
REGGIE [1]  1/9
regional [3]  24/19 25/15 26/11
regular [1]  35/24
regulations [1]  6/17
regulatory [1]  9/24
relate [1]  6/12
related [1]  9/19
relative [1]  25/15
relatives [1]  36/13
release [1]  24/10
released [1]  33/17
religious [3]  27/5 27/7 27/15
religiously [1]  28/3
relocation [1]  38/5
reluctant [1]  5/6
remain [2]  5/14 35/12
removal [2]  4/20 5/1
remove [2]  6/16 11/14
removing [1]  12/1
reply [1]  21/20
report [1]  14/18
reported [1]  41/4
reportedly [1]  6/23
Reporter [4]  2/1 2/1 41/2 41/14
represent [9]  7/8 9/16 10/2 17/13
17/24 17/25 19/8 19/25 20/1
representation [9]  5/19 6/12 6/14 9/19
13/3 17/19 18/15 19/22 23/6
representatives [1]  7/11
represented [7]  6/7 6/15 8/12 9/24
14/15 15/10 36/23
representing [7]  8/23 9/1 12/16 13/25
14/1 18/10 19/18
represents [1]  37/15
reputation [1]  11/1
request [5]  16/6 16/9 21/3 21/7 21/16
requested [2]  32/18 35/6
require [2]  17/5 17/8 21/15

**R**

required [1] 29/17
requirements [3] 27/6 28/10 29/2
requires [3] 27/24 28/6 28/7
resolution [2] 22/19 34/16
resolve [1] 40/7
resort [1] 5/3
resources [2] 30/11 30/13
respect [5] 27/15 35/8 35/15 36/8
36/21
response [2] 21/6 34/20
responsive [1] 40/18
restrictions [1] 27/4
result [2] 6/10 39/24
reveal [1] 40/16
review [2] 38/16 38/16
reviewed [2] 40/4 40/15
right [4] 3/19 4/1 4/15 19/19
risk [7] 29/9 29/14 33/7 34/3 34/12
36/2 37/9
risks [1] 9/7
road [2] 4/17 10/3
role [2] 9/11 10/7
roof [2] 25/6 25/9
roofs [1] 35/11
room [5] 2/2 26/21 35/10 35/10 35/19
RPR [2] 2/1 41/14
rule [12] 5/24 5/24 5/24 6/1 8/7 8/9
8/10 8/11 8/18 9/13 9/15 10/10
rules [3] 5/23 9/12 12/11
running [1] 37/17
runs [1] 13/9

**S**

said [6] 15/17 16/15 19/5 23/21 29/1
41/8
same [9] 7/14 7/25 8/23 9/1 26/15
30/16 32/10 36/25 38/23
sanctioned [1] 6/17
satisfaction [1] 19/6
satisfied [2] 19/21 19/23
saw [2] 32/13 35/2
say [18] 6/20 6/21 7/7 12/10 12/18
12/25 13/5 14/20 15/11 15/17 18/21
24/16 25/13 30/15 32/12 33/1 36/3
36/15
saying [3] 6/19 30/18 36/9
says [1] 17/16
schedule [2] 28/8 28/10
scores [2] 39/25 39/25
search [3] 39/22 40/16 40/18
second [1] 5/24
Section [1] 1/14
security [4] 1/14 25/20 29/15 34/11
see [16] 4/13 9/2 12/19 15/24 16/4
18/19 23/4 28/13 28/23 32/22 34/11
34/13 36/24 37/3 37/23 38/3
seek [5] 12/14 15/8 15/9 17/10 17/23
seeking [1] 15/14
seems [12] 8/2 16/14 16/17 16/20 17/1
17/4 17/8 18/2 18/5 28/25 30/10 38/16
seen [2] 33/11 34/24
segregation [2] 32/5 32/6
selling [1] 13/10
SENIOR [1] 1/9
sense [1] 5/21
sentencing [2] 39/7 39/8

separate [2] 4/5 29/6
series [1] 3/23
serious [5] 24/20 26/1 28/4 29/13 31/8
seriously [1] 4/1 36/22
services [2] 28/3 29/2
set [3] 12/2 23/12 23/25
several [2] 26/22 28/15
shall [1] 6/1
short [2] 23/25 24/9
shorthand [3] 2/7 41/5 41/9
shortness [1] 35/22
should [9] 12/6 18/18 23/16 30/5 33/5
34/16 36/11 38/13 38/17
shouldn't [1] 11/6
showed [1] 14/11
showers [1] 31/25
side [1] 12/14
sides [3] 33/2 36/19 39/2
sign [1] 27/13
significant [1] 34/12
simple [1] 35/7
simply [2] 25/24 27/6
since [4] 8/22 27/11 32/19 32/21
sir [10] 19/12 19/13 19/15 19/20 19/23
20/5 20/12 20/23 20/23 21/21
situation [6] 3/15 17/21 22/17 31/7
31/10 34/14
six [1] 22/13
Sixth [2] 4/15 5/6
skepticism [2] 29/22
slightly [1] 24/24
small [1] 25/6
so [59]
so-called [1] 35/1
socialize [1] 25/4
solitary [3] 24/25 26/3 27/14
some [22] 7/6 7/7 7/25 11/3 12/15
12/24 13/25 14/10 15/13 15/14 15/19
16/23 17/14 19/16 22/6 22/13 22/14
24/5 31/14 31/16 34/14 36/13
somebody [5] 8/25 9/1 30/11 30/16
31/8
somehow [1] 38/8
someone [8] 7/19 12/18 27/18 29/11
30/5 35/18 36/24 36/25
something [5] 15/12 17/8 30/7 30/9
31/11
sometimes [1] 25/7
sort [2] 9/7 9/9
sorts [1] 35/5
sounds [1] 34/24
source [1] 4/6
Spader [15] 3/13 4/6 5/13 9/6 9/11
11/9 12/3 17/18 17/23 18/13 18/15
19/6 19/9 19/16 19/25
speak [4] 15/5 20/14 23/24 24/4
special [3] 28/7 28/8 33/19
specific [1] 22/21
specifically [1] 16/2
spectrum [1] 36/23
speculation [1] 4/19
speedy [3] 22/17 22/19 37/18
Spent [1] 26/18
spoken [2] 4/10 24/13
stabilization [1] 27/13
stage [1] 24/19
stand [1] 15/11

standing [1] 4/13
stands [1] 18/17
start [2] 17/20 18/1
state [3] 19/12 25/16 33/18
statements [3] 14/2 14/5 14/17
STATES [12] 1/1 1/3 1/10 1/13 3/3 3/8
6/18 33/16 33/22 34/1 36/14 41/3
status [2] 3/14 34/16
stay [1] 29/11
step [5] 5/19 12/6 17/19 17/24 18/7
stethoscope [2] 26/20 35/18
still [1] 22/5
stipulated [1] 8/3
stop [1] 27/6
story [2] 33/2 36/19
straight [1] 21/9
strategy [6] 4/18 4/19 7/13 16/19
16/21 16/21
Street [1] 1/14
strength [1] 4/24
strong [1] 12/13
strongly [1] 13/3
subject [2] 24/18 33/17
subject Mr. Tajideen [1] 24/18
submissions [2] 8/4 34/15
submit [1] 17/8
subscribed [1] 41/10
substantial [1] 6/4
substitute [1] 12/6
such [4] 6/17 12/23 15/19 22/25
sudden [1] 26/2
suffer [1] 31/8
suffered [2] 24/21 27/1
suffering [2] 25/10 30/1
suggested [2] 8/1 31/13
Sunday [1] 28/5
sundown [1] 28/7
sunlight [1] 25/7
sunrise [1] 28/7
support [2] 18/6 19/2
sure [4] 11/23 12/4 12/18 20/4
surmount [1] 12/2
sympathetic [1] 28/12
symptoms [1] 35/23

**T**

table [3] 11/5 11/8 25/21
tactically [1] 5/9
taint [1] 40/5
TAJIDEEN [39] 1/5 3/4 3/11 4/4 4/10
4/14 4/18 5/12 6/7 7/7 8/5 8/13 9/7
9/10 9/23 10/15 10/17 11/2 11/5 11/10
11/14 12/7 13/4 19/14 24/4 24/13
24/18 24/21 24/25 26/12 26/19 27/1
27/11 27/22 29/7 31/18 32/24 39/23
40/1
Tajideen's [7] 4/1 10/14 11/19 12/4
27/4 39/17 39/22
take [11] 3/25 11/25 15/10 18/15 18/18
22/6 22/8 25/16 31/25 36/21 39/14
taken [4] 25/5 26/22 34/6 35/14
takes [1] 22/14
talk [3] 28/14 31/4 33/3
talked [1] 28/14
talking [2] 13/7 13/12
tall [1] 35/10
Taylor [2] 4/7 4/10

**T**

**tea** [1] 27/11
**team** [7] 5/14 10/4 12/15 40/5 40/5 40/16 40/20
**technology** [1] 29/17
**tell** [2] 13/17 18/16
**tends** [1] 30/10
**terms** [2] 36/2 40/16
**terrorist** [1] 13/16
**testify** [1] 6/3
**testifying** [1] 9/2
**testimony** [7] 7/14 7/25 9/3 15/3 15/14 18/24 41/5
**than** [7] 4/3 7/12 11/2 24/25 27/4 27/8 35/12
**thank** [10] 3/21 12/10 20/6 20/24 20/25 24/3 37/13 38/12 40/21 40/21
**that** [263]
**that's** [21] 5/12 7/22 8/23 9/5 9/6 10/10 11/2 11/20 15/2 26/4 26/5 28/17 30/7 30/8 31/9 33/4 37/7 37/16 38/10 38/23 39/5
**their** [12] 3/17 6/17 10/13 16/4 16/10 17/5 17/6 17/9 21/6 28/13 30/23 31/20
**them** [10] 4/12 5/13 15/24 16/8 20/1 22/14 22/15 31/5 31/22 37/3
**themselves** [1] 17/16
**then** [9] 5/18 17/18 17/23 23/9 28/23 29/23 31/10 36/21 40/19
**theoretically** [1] 10/16
**theories** [1] 4/8
**theory** [6] 10/12 10/17 17/7 18/4 18/6 18/25
**there** [36] 4/16 5/22 7/6 7/7 7/11 7/17 7/23 12/20 13/5 16/16 17/3 17/18 17/22 18/9 18/23 18/23 18/25 19/17 19/24 21/15 21/20 22/2 22/4 23/4 24/6 25/18 28/22 30/21 30/23 31/3 31/22 32/2 33/2 35/14 35/15 36/19
**there's** [8] 5/3 7/16 8/9 11/13 27/2 27/7 27/12 27/25
**thereafter** [2] 13/23 14/25
**therefore** [1] 36/10
**Thereupon** [1] 40/22
**these** [18] 3/22 3/24 4/3 4/5 8/6 11/25 15/22 16/4 20/11 24/15 25/12 25/14 26/1 29/6 35/5 36/25 37/10 37/12
**they** [48]
**They're** [1] 13/21
**they've** [1] 19/22
**thing** [2] 16/18 17/4
**things** [4] 34/2 34/22 35/16 35/23
**think** [28] 7/23 8/7 12/22 12/25 14/11 16/5 17/14 17/19 17/24 18/11 18/18 18/21 19/5 21/12 22/8 22/22 23/21 24/16 25/13 25/22 28/17 28/17 32/16 34/20 36/3 36/6 37/1 37/4
**thinks** [1] 33/4
**this** [62]
**Thomas** [1] 1/12
**those** [26] 3/25 7/5 8/2 9/7 9/9 9/18 9/20 11/9 11/13 12/11 14/5 14/23 15/20 16/2 16/13 24/8 24/23 25/24 29/5 32/22 34/2 40/3 40/8 40/10 40/15 40/18
**though** [1] 28/1
**thought** [2] 4/4 38/8

**three** [4] 26/18 27/19 34/22 35/13
**through** [1] 33/12
**thus** [1] 24/20
**ties** [3] 33/15 36/10 36/12
**tightness** [1] 35/22
**till** [1] 22/21
**time** [25] 11/18 11/18 12/20 14/4 14/14 14/16 15/4 18/18 21/8 21/22 22/6 22/14 23/10 23/17 23/19 25/3 25/3 25/3 25/5 25/8 35/8 35/9 35/14 37/19 38/23
**times** [7] 25/1 25/13 25/23 26/20 27/16 28/22 35/19
**timetable** [1] 38/14
**tiny** [1] 35/10
**today** [12] 3/16 4/7 4/11 4/13 16/7 16/7 22/21 22/22 24/5 26/5 29/4 37/11
**together** [3] 7/5 29/12 29/18
**told** [5] 15/18 15/18 25/22 31/6 31/23
**toll** [1] 37/17
**tolled** [1] 22/19
**tolling** [1] 23/18
**Tom** [1] 3/6
**too** [4] 4/21 7/9 11/4 11/24
**took** [1] 26/16
**torso** [2] 26/20 35/18
**totally** [1] 30/4
**touch** [1] 40/5
**touched** [2] 26/20 35/18
**training** [2] 13/6 14/24
**transactions** [2] 13/22 33/11
**transcribed** [1] 41/9
**transcript** [3] 1/8 2/7 41/8
**transcription** [1] 2/7
**Treasury** [2] 6/8 13/15
**treated** [3] 26/23 30/5 35/22
**treatment** [5] 26/13 26/14 27/1 28/16 30/14
**trial** [29] 1/16 4/17 4/18 5/14 6/2 8/8 8/13 8/16 9/8 9/12 9/14 9/15 9/17 10/4 13/2 15/5 15/21 16/19 16/21 16/21 17/13 17/20 17/22 18/1 19/9 20/2 22/17 22/19 37/18
**trials** [1] 9/25
**trouble** [1] 30/17
**troubled** [1] 31/6
**trust** [2] 11/15 29/11
**try** [4] 14/2 14/21 17/23 40/3
**trying** [2] 32/24 38/9
**two** [6] 5/22 12/11 28/1 33/2 33/14 36/19
**type** [4] 11/11 16/16 21/20 34/8
**types** [2] 6/20 6/21

**U**

**U.S** [9] 1/16 2/2 6/9 13/17 14/8 15/1 25/12 28/12 36/19
**ultimately** [1] 11/7
**unclear** [1] 13/24
**uncontested** [1] 8/15
**under** [9] 4/8 5/23 6/17 8/11 9/12 9/15 11/13 16/13 29/15
**underlying** [1] 34/22
**understand** [14] 3/23 4/16 7/4 19/15 20/16 20/19 20/20 20/25 27/22 32/5 33/21 34/23 40/3 40/6
**understanding** [5] 4/3 16/10 20/18

25/19 32/12
**understands** [2] 14/12 40/15
**understood** [3] 4/5 15/4 31/12
**unequal** [1] 30/14
**unfortunately** [1] 30/12
**UNITED** [12] 1/1 1/3 1/10 1/13 3/3 3/8 6/18 33/15 33/22 34/1 36/13 41/3
**unknown** [1] 25/20
**unlawful** [2] 24/17 24/21
**until** [6] 21/25 22/19 23/18 35/9 35/16 37/18
**up** [2] 11/7 19/12
**upon** [9] 16/14 16/17 17/6 21/13 23/20 31/5 37/15 37/17 38/14
**upset** [1] 27/1
**upshot** [1] 6/5
**us** [12] 4/3 4/7 4/22 10/13 18/19 23/22 24/15 31/15 32/25 36/12 38/4 38/7
**used** [2] 5/8 40/17
**useful** [1] 11/12

**V**

**value** [1] 7/7
**vast** [1] 22/5
**vegetarian** [3] 27/8 32/18 32/21
**versus** [1] 3/3
**very** [30] 4/1 18/16 19/3 19/11 20/6 20/15 21/15 21/18 21/25 23/20 24/2 24/14 24/15 24/20 25/5 26/9 26/15 26/24 28/4 28/7 28/8 34/6 34/18 35/10 36/22 36/24 37/14 39/3 39/9 40/13
**video** [1] 29/17
**view** [1] 3/24 4/20 11/23 29/9
**visit** [3] 26/12 26/16 26/17
**visiting** [1] 35/24
**voluntarily** [1] 36/16
**voluntary** [1] 33/24
**volunteered** [1] 36/18

**W**

**wait** [1] 28/22
**waive** [4] 5/18 5/18 10/18 12/8
**waiver** [1] 33/19
**walls** [2] 25/6 35/11
**WALTON** [1] 1/9
**want** [16] 5/18 8/1 10/7 12/7 17/21 19/12 21/19 24/11 28/11 31/7 33/1 36/2 36/15 37/23 38/3 40/9
**wanted** [6] 7/13 24/4 24/7 29/12 39/14 39/15
**wants** [2] 14/22 15/17
**warrant** [3] 4/14 4/20 39/22
**was** [53]
**Washington** [6] 1/5 1/15 1/17 1/21 1/23 2/3
**watch** [1] 35/25
**water** [1] 11/12
**way** [4] 5/11 9/8 15/14 17/10
**we** [107]
**we'd** [2] 22/12 23/25
**We'll** [2] 36/14 38/7
**we're** [8] 9/22 13/12 16/3 29/18 37/11 37/12 38/19 39/14
**we've** [8] 3/22 23/1 24/13 33/11 34/24 35/23 39/20 40/5
**week** [5] 21/14 21/24 38/4 38/21 38/25
**weeks** [2] 22/13 27/19

**W**

weight [1]  27/13

well [22]  4/2 5/7 5/13 16/14 18/16 19/3 19/11 20/6 21/15 21/18 21/25 23/11 23/20 24/2 31/1 33/15 34/18 36/20 37/14 39/3 39/9 40/13

were [27]  4/17 5/16 8/13 8/14 8/25 9/4 10/23 11/25 13/24 14/4 14/11 15/2 15/4 25/13 25/22 25/23 27/1 27/9 31/17 33/17 34/6 36/9 37/4 38/4 40/3 40/15 40/18

what [50]

what's [7]  3/14 3/15 8/7 16/14 20/12 31/6 33/6

whatever [2]  18/24 34/15

whatsoever [1]  33/16

when [14]  6/3 12/24 13/24 14/4 14/15 21/12 23/21 25/4 27/9 35/2 37/14 37/25 38/13 38/17

where [10]  6/2 15/7 15/16 17/21 24/12 26/2 29/7 33/4 35/11 36/5

whereas [1]  30/16

whereof [1]  41/10

whether [15]  5/15 7/19 11/4 11/10 16/11 16/16 17/12 18/8 18/12 18/14 19/8 19/17 22/20 23/16 40/4

which [15]  4/9 6/3 7/25 8/5 13/1 15/7 15/8 23/25 25/15 27/16 30/20 32/19 35/2 35/4 39/16

while [1]  31/9

who [22]  7/12 7/18 7/24 8/12 8/21 9/14 9/19 9/24 9/24 10/4 13/14 15/10 17/16 24/14 26/17 28/12 30/12 30/13 30/16 31/3 36/24 36/25

who's [4]  4/7 7/17 10/1 17/25

why [9]  5/12 7/22 9/6 24/10 26/6 30/23 32/2 32/5 33/7

will [18]  3/4 5/16 15/21 17/25 18/5 18/22 20/9 22/8 28/9 28/9 29/5 29/24 29/25 29/25 34/22 35/7 37/17 37/17

willful [1]  14/25

willfully [1]  15/17

willing [1]  28/9

WILMER [21]  1/20 3/11 3/12 3/25 6/6 7/8 8/1 9/10 10/14 10/20 10/24 13/3 13/25 14/15 14/24 15/3 15/8 15/10 15/15 24/4 40/2

Wilmer's [1]  11/10

within [2]  21/14 37/19

without [5]  4/10 5/20 11/10 20/22 39/23

witness [8]  5/25 6/2 7/8 7/20 8/2 12/13 12/16 41/10

witnessed [1]  35/24

witnesses [1]  8/14

word [1]  29/10

words [1]  34/20

work [6]  7/18 8/24 13/14 28/21 30/9 39/18

worked [1]  7/3

working [1]  24/15

works [1]  39/2

worry [1]  15/19

worth [1]  33/10

would [58]

wouldn't [2]  17/21 25/22

written [1]  15/24

wrong [3]  6/3 6/19 11/18

wrote [1]  23/25

**Y**

year [1]  13/19

years [4]  6/7 7/4 11/15 28/1

yes [20]  7/4 7/16 10/8 12/22 14/10 19/20 19/23 20/3 20/5 20/5 20/7 20/23 20/23 21/5 21/11 21/21 34/2 34/7 34/11 39/10

yesterday [7]  26/2 26/7 26/25 32/6 35/9 35/16 35/17

yet [1]  10/5

York [1]  1/17

you [64]

you'd [1]  21/12

you're [7]  19/1 20/4 20/21 22/9 30/18 30/20 39/15

you've [1]  6/19

your [57]

yourselves [1]  3/5

**Z**

zealous [1]  4/1

Zuckerman [15]  3/13 4/6 5/13 9/6 9/11 11/9 12/3 17/18 17/23 18/13 18/15 19/6 19/9 19/15 19/25