1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF COLUMBIA

3    UNITED STATES OF AMERICA      .
                        Plaintiff,   .
4    vs.                            .   Docket No. CR 17-46
                                    .
5    KASSIM TAJIDEEN                .   Washington, D.C.
                                    .   May 18, 2017
6                   Defendant.      .
     . . . . . . . . . . . . . . . .x  2:35 p.m.

7

8                 TRANSCRIPT OF MOTIONS HEARING

9        BEFORE THE HONORABLE SENIOR JUDGE REGGIE B. WALTON

10                  UNITED STATES DISTRICT JUDGE

11   APPEARANCES:

12   For the Government:   Thomas Gillice, AUSA
                           Jacqueline Barkett, AUSA
13                         UNITED STATES ATTORNEY'S OFFICE
                           National Security Section
14                         555 Fourth Street, NW
                           Washington, DC 20530
15
                           Joseph Palazzo, Trial Attorney
16                         U.S. DEPARTMENT OF JUSTICE
                           1400 New York Avenue, NW
17                         Washington, DC 20530

18
     For the Defendant:    Matthew Jones, Esquire
19                         Ronald Meltzer, Esquire
                           WILMER HALE
20                         1875 Pennsylvania Avenue, NW
                           Washington, DC 20006
21
                           Eric Delinsky, Esquire
22                         THE BROOKINGS INSTITUTION
                           1775 Massachusetts Avenue, NW
23                         Washington, DC 20033

24

25

1    Court Reporter:    Cathryn J. Jones, RPR
2                       Official Court Reporter
                        Room 6521, U.S. District Court
3                       333 Constitution Avenue, N.W.
                        Washington, D.C. 20001

4

5

6

7    Proceedings recorded by machine shorthand, transcript
     produced by computer-aided transcription.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    **P R O C E E D I N G S**

2          THE DEPUTY CLERK:  Your Honor, this afternoon's

3   matter United States versus Kassim Tajideen.  This is

4   Criminal Record 17-46.  Ask the parties to step forward and

5   identify yourselves for the record, please.

6          MR. GILLICE:  Good afternoon, your Honor, Tom

7   Gillice along with Joseph Palazzo and Jacqueline Barkett on

8   behalf of the United States.

9          THE COURT:  Good afternoon.

10         MR. JONES:  Good afternoon, your Honor.  Mat Jones

11  along with Ron Meltzer and Eric Delinsky for Mr. Tajideen.

12         THE COURT:  I've reviewed the submissions that

13  were made both by counsel for the defendant and counsel for

14  the government.  Anything else counsel for the defendant

15  would like to say before I hear from government counsel?

16         MR. JONES:  No, your Honor.  Although we're here

17  of course, on Mr. Tajideen's motion for release, it is the

18  government's burden to prove that there's no combination of

19  conditions no matter how extensive that could reasonably

20  assure his appearance.  And as you've seen from the papers

21  we believe the government hasn't seriously engaged with that

22  question of why the conditions we proposed, which were

23  developed by career law enforcement professionals with

24  expertise, professionalism, integrity who are here today are

25  not sufficient to keep a man with no passport, no money, no

1   friends in sight from leaving the jurisdiction.

2           And so just want to make you aware that Mr. Caulk

3   and Mr. Sullivan from the, who have decades of experience in

4   law enforcement.  Mr. Sullivan as director of the Secret

5   Service, Mr. Caulk as a 20 year official in the U.S. marshal

6   service who among other things was responsible for

7   protecting the safety of this courthouse and other

8   courthouses across the country as well as involved in

9   managing the custody and transport of pretrial detainees.

10  They put together the plan and are here to answer any

11  questions that your Honor may have about how it would

12  executed and address any concerns you may have.

13          THE COURT:  When you say doesn't have access to

14  funds, I assume it takes funds to do the extensive things

15  that you say he would be able to do so there are funds.

16          MR. JONES:  Yes, but logistically it's very

17  difficult to get those funds here.  And he would have to do

18  so in a way that would not allow him to access those funds

19  without detection in order to have some escape plot.

20  Because of the, the OFAC sanctions in order to pay us, in

21  order to pay the court a bond, in order to pay the security

22  firm we'd have to go to OFAC get a license in order for

23  those funds to be transferred here and then apply them.

24          If Mr. Tajideen on his own isolated in this

25  apartment attempted to access those funds there's, he has no

1    cash, no checks, no credit cards, no bank account.  He

2    couldn't even open a bank account if he wanted to, so it's

3    unclear how --

4          THE COURT:  The funds you're talking about are

5    what funds?

6          MR. JONES:  Access any -- the government says this

7    is a man with vast overseas holdings and therefore, he could

8    somehow put that money to work to put together some sort of

9    an escape scenario either by bribing people, buying private

10   transportation, buying fake documents, but in order to carry

11   that out he would somehow have to get access to money.  And

12   it's just difficult to imagine how he could conceivably put

13   that money, get his hands on that money under the current

14   state of affairs.

15         THE COURT:  That's what I'm asking, what pool of

16   money are we talking about, and how do we know that pool of

17   money that you're referencing is the only pool of money

18   conceivably he can gain access to?

19         MR. JONES:  Well, the plan as described would have

20   him in an apartment by himself with his communications

21   monitored, his movements monitored, his visits monitored.

22   And so there's no way that money could get to him without

23   any sort of detection.  All the money he has in the U.S. is

24   frozen, but he couldn't really access that anyway.  He

25   couldn't just walk into a bank and get that money.  The

1   government's continued claim is this man has vast overseas

2   holdings, but they are that overseas.  There's no way to get

3   that money to him.

4          He is situated -- he cannot even open a bank

5   account in the United States because of his name.  And even

6   if he were able to somehow without while wearing a GPS

7   bracelet, overcome the video cameras and security folks who

8   are watching him 24 hours a day he couldn't walk into a bank

9   and open a bank account and then contact someone to have

10  them wire him money there that then he could take to go find

11  someone who could create him some documents.

12         I mean just -- I understand the theoretical

13  imaginative ways in which he could escape.  I've seen enough

14  Jason Bourne movies to figure that out, but in reality what

15  is being described just cannot be carried out under the

16  conditions that have been put together by this very

17  experienced security team.  And if there is some specific

18  flaw in these conditions, some hole in the program that the

19  government thinks could be exploited then they have a burden

20  to prove why that hole in the program exists and cannot be

21  reasonably addressed.  We are happy to work --

22         THE COURT:  If he were able to theoretically

23  circumvent the system who would be held accountable?  I mean

24  unless these individuals willfully did something to assist

25  him, if somehow he were able to circumvent whatever they put

1    in place nobody could be held accountable.

2         MR. JONES:  I don't understand they would be any

3    differently positioned than the folks who work at the jail

4    currently who could have, who could be circumvented in what

5    they were doing.  I mean these are people who have built

6    their entire careers in law enforcement.  And the stakes for

7    them are so high that they would not, could never risk their

8    reputations for being the people who were responsible for

9    his escape.

10        THE COURT:  Why do you say their stakes are so

11   high?  Is this something that they do as a business?

12        MR. JONES:  No, no, but these are people who

13   decades in law enforcement have established that they are

14   serious people who are responsible to the justice system,

15   responsible to the court as they would be, as they would be

16   here.  And for them allowing something like this to happen

17   would be devastating to them and they never would.  That's

18   why there are so many different layers and checks and

19   balances put in place.

20        THE COURT:  Why would it be devastating to them if

21   this isn't a business that they're involved in?

22        MR. JONES:  No, I mean, they're involved more

23   generally in selling their, in providing security

24   consultations to the biggest companies in the world and in

25   the United States.  But they also are people who as men of

1   character and integrity have answered to do the Court have

2   wanted to do the right thing all along.  And as, you know,

3   when they spoke specifically to the government about these

4   issues they were asked you know how can we trust that you're

5   going to be more loyal to the criminal justice system than

6   to Mr. Tajideen.  And there's no upside for them in doing

7   anything that would prevent him from --

8          THE COURT:  I'm not questioning that they would do

9   something inappropriate to assist him.  I'm just questioning

10  whether if somehow he was able to circumvent what they would

11  have in place, I mean they couldn't be held accountable for

12  it.

13         MR. JONES:  If they did anything it would --

14  willful act.

15         THE COURT:  If they did something to willfully

16  assist, sure, but short of that if somehow he was able to

17  make his escape they don't suffer any consequences.

18         MR. JONES:  We just don't there's any reasonable

19  way in which he could make that escape because there are so

20  many layers of security here, so many backstops.  To be

21  clear our view is that 24 hour home detention with 24 hour

22  electronic monitoring by Pretrial Services would be

23  sufficient to reasonably assure Mr. Tajideen's return.  We

24  wanted to indulge the government.  We anticipated it may

25  have additional concerns and so we asked these professionals

1    to put together a plan, use all the technology they want to

2    conceive of all the possibility, all the possible means by

3    which Mr. Tajideen might be able to take flight, and they

4    put that plan together.  And so far the government which

5    bears the burden of saying why that combination of

6    conditions is not sufficient has not engaged with that plan.

7    They've seen --

8            THE COURT:  Let me hear from the government and

9    I'll let you respond to them.

10           MR. JONES:  Sure.

11           MR. GILLICE:  Thank you, your Honor.  From our

12   prospective the government has engaged with the plan.  What

13   we said in our motion, your Honor, was that the only

14   solution for a man of Mr. Tajideen's means is a series of

15   doors, a series of personnel that are rotating that have the

16   responsibility of specifically making sure that no one

17   escapes from that jail.  Not an apartment with two or more

18   people that are standing out front that are being paid by

19   Mr. Tajideen to watch him.

20           Now defense counsel wants to say that you know

21   we're being fanciful or imaginative or, you know, other

22   words like that when we posit this possibility that

23   Mr. Tajideen could get access to a fake passport and leave

24   the country.  But the reality is this man reported to OFAC

25   doing over a billion dollars in revenue on an annual basis.

1    So if the Court can imagine you know a CEO of a major

2    American corporation getting arrested overseas people would

3    come out of the woodwork to help that man.  If Tim Cook or

4    Sam Walton got arrested overseas that would make the press

5    back here and people would call, ask what they can do for

6    him, things like that.

7            And your Honor, we got reports of that similar

8    sort of activity that we talked about in our motion that

9    occurred when he was being held in Morocco, so this is not

10   imaginative, this is not fanciful.  This is a man of

11   incredible wealth for whom it would pay a lot --

12           THE COURT:  In reference to Morocco be more

13   specific.

14           MR. GILLICE:  Your Honor, I'm sorry.  What I

15   should say the country in which he was arrested and detained

16   prior to being brought to the United States.

17           THE COURT:  Okay.

18           MR. GILLICE:  So the point being that we've

19   already seen that type of activity.  It doesn't have to be,

20   for example, the defendant accessing his own money.  It

21   seems odd to me that he wouldn't be able to access his own

22   money in some fashion.  But I take defense counsel's point

23   that OFAC has regulations they're required to go through a

24   series of procedures in order to get access to the

25   defendant's own funds.

1          His family members, his family members, close

2    family members; brothers, nephews, et cetera, run large

3    businesses overseas, have access to large amounts of cash.

4    Because we are talking about businesses that do large

5    amounts of cash transactions.  So again, not fanciful or

6    imaginative that someone could try to help him from overseas

7    to escape.

8          And the plain fact is that you know as the Court

9    pointed out there would be no accountability for the

10   defendant's own private security firm.  There would also be

11   almost no recourse for the United States if the defendant

12   were to escape to Lebanon which is his home because there's

13   no treaty extradition treaty with Lebanon.  So in essence if

14   he can do that he puts himself in almost exactly the same

15   position as he was before he was brought to the United

16   States.  He was not allowed to come to the United States

17   because of his designation by OFAC, but he was free to try

18   to get U.S. businesses to do business with his companies.

19   So if he can escape back to Lebanon he puts himself back in

20   the same position he was in.

21          There's really no reason for him not to try to do

22   that.  There's no reason not to be very motivated to do

23   that.  Unlike people who are U.S. citizens who have ties to

24   the community, ties to the United States do not have the

25   means to in essence disappear overseas, Mr. Tajideen has all

1    those things.

2          THE COURT:  You said his family is involved in

3    businesses that generate a lot of revenue.  What's your

4    basis for saying that that is the case?

5          MR. GILLICE:  Your Honor, in the course of our

6    investigation we have both gathered a lot of information

7    through Grand Jury subpoenas as well as through search

8    warrants.  A lot of the search warrant information, if not

9    all of it, has already been given over to defense counsel.

10   And those search warrants reveal address, certain email

11   addresses and backs and forth amongst members of

12   Mr. Tajideen's family and these companies that are doing

13   business largely in Africa but also in other places, so the

14   investigation is the short answer.

15          In addition to that you know the defense wants us

16   to identify some flaw.  Again, I would say the flaw is this,

17   we've got one door and two guys standing outside the door in

18   their plan.  That's just simply not enough.  The Court would

19   not I'm sure, but I don't want to speculate.  The reason we

20   have jails that have more than one door and more than two

21   people is because it's not adequate in order to keep someone

22   held if they were, if they want to escape.  If they perhaps

23   have help.  And so that is what we're facing here.

24          In addition, your Honor, I will say Mr. Tajideen's

25   wealth should not allow him to buy himself his own jail, buy

1   himself out of being a risk of flight.  Because it's, I

2   don't see it as fair to others but also it just feels wrong

3   to trust someone who is being paid by the person they're

4   supposed to be guarding.  I mean no disrespect to the law

5   enforcement officials that would be supervising this

6   operation, but at the same time the only way to ensure that

7   Mr. Tajideen cannot simply buy his way out is as I've said

8   rotating personnel, more than one door, security cameras

9   that are watching all these people all the time such as they

10  have out at the jail.

11         THE COURT:  Other than the nature of the offense

12  and the amount of wealth that he has what is your basis for

13  otherwise believing that he would not make himself available

14  to the Court?

15         MR. GILLICE:  Well, your Honor, I did in our

16  response, our opposition mention that his prior conviction

17  in Belgium that had, that was related to documents that had

18  been forged in relation to government affairs there.  I

19  believe they were tariffs.  In addition to that defense

20  counsel responded to it in their reply.  We have seen

21  evidence in the email search warrants that the members of

22  Mr. Tajideen's, his companies have dealt previously with

23  forged documents, forged papers.  And in fact, I passed to

24  defense counsel recently because we just found this last

25  night, an email, and Mr. Tajideen is not on this email, but

1    it contains a copy of two versions of a passport.  One that

2    has all the information removed and one that has all the

3    information present.  And without being --

4              THE COURT:  Whose passport?

5              MR. GILLICE:  I'm sorry?

6              THE COURT:  Whose passport?

7              MR. GILLICE:  It's a third person not related to

8    the case, but these are emails to and from folks that we

9    have seen emailing significantly to and from Mr. Tajideen

10   over the course of the investigation.  The last line is

11   Mr. Tajideen has the power to take him, that's the person

12   mentioned elsewhere in the email, from Turkey through the

13   Lebanese Interpol with the documents I will provide you

14   because the wanted man is a Lebanese origin.

15             It's not like Mr. Tajideen is just Tim Cook or Sam

16   Walton or some other U.S. businessman who has not had

17   contact with the criminal element before.  He has in fact

18   been convicted of a scheme related to forging documents in

19   the past.  And that's exactly what we're worried about here.

20             THE COURT:  And what has been done in reference to

21   his conditions of confinement?

22             MR. GILLICE:  Your Honor, frankly I don't

23   completely understand where defense counsel is coming from

24   with that.  We first started engaging with them over a month

25   ago on this issue.  With regard to the food I know the Court

1    has seen in our pleading he has been receiving a vegetarian

2    diet for weeks and weeks.  I believe he started receiving

3    the day of his entry or the day after I don't recall

4    exactly.  He received a lactovegetarian diet when he later

5    requested that.  They want to say he's being, for example,

6    their words denied religious accommodations.  That's simply

7    not true.  It's simply not true.  They are not feeding him

8    pork at least not on purpose or any other foods on purpose

9    that he is not supposed to eat.  They have acceded to his

10   wishes as to what diet he wants to be put on.

11           Now are they giving him fish and eggs and rice,

12   well my understanding because I talked to the jail about

13   this is they will not put together a special meal package

14   for every inmate who ask for it.  If there's a medical need

15   for it then they will do it.  I don't know if there's a

16   medical need for Mr. Tajideen to have it.  It sounds like

17   defense counsel is implying that through their pleadings,

18   but I will look into that as we have looked into every other

19   allegation they have made here.

20           With regard to Mecca, defense counsel says, you

21   know, they denied him a room with windows or a compass to

22   see which direction Mecca was in.  Well, I spoke to the

23   lieutenant at the jail who said I personally gave a cell

24   phone on two different occasions to someone to take down

25   there to show Mr. Tajideen because you know it had a compass

1   sort of arrangement on it, to show him you know what

2   direction worth was so that he could figure it.  And we

3   provided him with a map of the facility.  So you know is

4   that something that was happening for the first few days

5   that has now been corrected?

6          We don't know according to defense counsel's

7   paperwork.  But according to the government's inquiry to the

8   jail that has been rectified.  Now as far as -- the medical

9   treatment, I mean here again the last time we were in court

10  was April 26th.  Defense counsel said on that day, they

11  admitted on that day their client had been seen the day

12  before.  And then in their filings they say the defendant

13  was not seen medically for almost a month after the Court

14  issued its order.  I know the Court read our pleading.  It's

15  very clear that he was seen three times in the 22 days after

16  the Court issued its order.

17         And that when he complained of gas, for example,

18  that he was treated.  Now it wasn't treated that exact same

19  day but it was a complaint of gas not of a life-threatening

20  illness or something.  And he was treated I think four days

21  later is what the records show.  He never complained, and

22  the last time I checked was May 15th, the day we had to file

23  our response.  According to the medical folks there he never

24  complained of depression, of weight loss, of I'm blanking on

25  the other things that they're claiming were medical issues

1    for him.  So if he doesn't tell someone he's got these

2    issues then he's not going to get treatment for it.  But if

3    he does the record shows, he does get treatment.

4           And then with regard to the weight loss it does

5    appear the defendant lost some weight after he got to the

6    facility.  Still don't know exactly how much defense counsel

7    I think would agree with me when I say that there is some

8    problem with the scale in the intake where he was initially

9    weighed because I think even they had previously in a letter

10   said it might be 24 pounds.  It might be 14 pounds.  The

11   scale is often off.  The point is this, Mr. Tajideen's

12   weight has stabilized at 147 to 148, that is shown through

13   subsequent weighings, one each week.  The last one that I'm

14   aware of being on this last Monday, May 15th.

15          And so you know while it's not great that he loss

16   some weight when he got to the facility all of a sudden he's

17   on a vegetarian diet, does it make sense that he would lose

18   some weight especially I'm sure of the stresses of being

19   incarcerated?  Yes, it does, it makes some sense.  But it

20   doesn't mean that you know that he's being punished or

21   denied access to medical care.

22          THE COURT:  Thank you.  Response.  Let me just ask

23   defense counsel this I guess this philosophical and maybe

24   legal issue or question.  You know, there are a lot of

25   jurisdictions now at the state level that are considering

1    whether they should adopt a system like we have in the

2    federal system i.e., do away with money bond and have a

3    determination based upon factors other than money.  And

4    obviously the reason that that debate is being waged and why

5    I think it has a lot of merit is that when money bond is the

6    predicate or one's financial capacity is a predicate for

7    whether someone is released or not obviously, the rich gain

8    a tactical advantage which the rich have in our society

9    already over people who are poor people because poor people

10   can't come up with the money, so they end up staying in

11   jail, rich people have money get out.

12        And doesn't what's being proposed here strike at

13   the predicate for the adoption of the Bail Reform Act which

14   wanted people regardless of what their financial means to be

15   treated equally and not give an advantage when it comes to

16   whether someone is released or someone is incarcerated on

17   one's financial capacity?

18        MR. JONES:  Yes, your Honor.  No, I think

19   absolutely our system is designed to not disadvantage people

20   based on their wealth status or other things outside of

21   their control.  In this situation you know it's, it's unfair

22   and it's unfair that the government has decided we'll spend

23   the resources to apprehend Mr. Tajideen in a foreign

24   country, send agents there, put him on a airplane, put him

25   on a helicopter, pay to keep him in Rappahannock regional

1      jail but we won't spend similar resources in order to ensure

2      that he can be outside of jail pretrial.

3              THE COURT:  You say it's unfair to expend the

4      funds to apprehend somebody who they believe is committing a

5      very serious crime?

6              MR. JONES:  And to -- but to not be willing on

7      spend such funds on pretrial detention resources.  Because

8      there are conditions outside of jail that could allow Mr.

9      Tajideen to reasonably assure his appearance.  But the

10     government apparently is saying that they're not willing to

11     provide for that outside of the jail, so Mr. Tajideen is

12     saying well, I will step in and fill the gap for what the

13     U.S. government is unwilling to do.  The only reason --

14             THE COURT:  I don't understand what you are saying

15     they can do?  I guess theoretically they can break the bank

16     and I guess do that for everybody who is detained pretrial.

17             MR. JONES:  I'm not sure how much they're spending

18     now to put him in Rappahannock regional jail, but if they

19     were willing to commit familiar resources to this effort

20     then potentially he can be held pretrial as well.  I'm not

21     sure why they can't electronically monitor him 24 hours a

22     day and the like in order to make sure that he's geo-fenced

23     in in a particular location where everyone in the world will

24     know if he ever --

25             THE COURT:  Of course, in my experiences --

1          MR. JONES:  It doesn't always work, yes.

2          THE COURT:  Yes.

3          MR. JONES:  But in this situation, Mr. Tajideen

4   has been disadvantaged in a number of ways under of the Bail

5   Reform Act there outside of his control, so he's not

6   similarly situated to defendants without means who appear

7   before your Honor.  One of the, the principal reason they

8   say he's a risk of flight is because they say he has money.

9   But then at the same time they're saying no, you can't spend

10  that money to help reduce that risk of flight.  We can point

11  to it and hold it against you under the statutory analysis,

12  but you can't use it yourself to reduce the risk of flight

13  in the statutory analysis.

14          Similarly, he's disadvantaged because he doesn't

15  have ties to the community which no doubt is a relevant

16  factor under the statute, but the reason he doesn't is

17  because the United Stated picked him up and involuntarily

18  brought him to a place where he knows no one.  And they say

19  well, we put him in this place where he knows nobody, and he

20  can't use the money that he has in this place to reduce the

21  risk of flight.

22          For a typical defendant third party custody is the

23  very first condition that a judge, is listed there that a

24  judge can impose under 3142 in order to assure return.  And,

25  but Mr. Tajideen doesn't know anyone here.  There's no third

1    party custodian that he can go to, so he's disadvantaged in

2    that way.  The only way that he can close up that gap is by

3    taking advantage of his own resources in order to hire

4    somebody who can watch him.

5           I do, I do want to say in terms of the wealth

6    though, again, regardless of who has this money if there are

7    these sheiks that they describe, if they are relatives in

8    Angola who have cash, if they're relatives in Angola, not

9    Mr. Tajideen according to the evidence that the government

10   has presented, but if he has relatives or employees

11   somewhere who have used fake documents in the past the

12   question is how does that cash, how does those fake

13   documents get into Mr. Tajideen's hands such that he can

14   flee under the conditions that have been outlined here?

15          But I think it's important we focused a lot on the

16   conditions, but in terms of risk of flight I don't want us

17   to just assume that because Mr. Tajideen could somehow get

18   access to his own money that he doesn't have ties that would

19   make him want to stay here, that he's going to leave.  The

20   government points to his Belgium conviction in 2003.  And

21   that's the best evidence we have of what Mr. Tajideen would

22   do when faced with serious consequences in the criminal

23   justice system.  And there when he faced very serious

24   allegations he never tried to flee.  I'd encourage the court

25   if you haven't had an opportunity to read the letter from

1    his counsel in that matter that was attached to the reply we

2    filed yesterday.  And it explains that rather than fleeing,

3    Mr. Tajideen traveled knowing that the investigation was

4    ongoing from Lebanon to Belgium to voluntarily submit

5    himself to law enforcement knowing that he could be

6    arrested.  He was and after he was released pretrial he

7    continued to come back from Lebanon to Belgium to face the

8    music, to talk to law enforcement whenever they wanted him

9    to answer questions, to appear at trial.  And then even

10   after he was convicted came back from Lebanon again to the

11   appellate proceedings knowing that he could face

12   incarceration.

13           That's the best evidence what we have of what

14   Mr. Tajideen would do in a situation like this.  He's not

15   the kind of person that runs away from his problems.

16           THE COURT:  Do you know if Belgium has an

17   extradition agreement with Lebanon?

18           MR. JONES:  I believe that it does, your Honor.  I

19   believe that it does.  But nevertheless, nevertheless,

20   Mr. Tajideen if he really is this man of enormous wealth and

21   influence that they have described he could have returned to

22   the village of 3,000 people where he grew up and lived away

23   his years.  But instead he knew that he wanted to live

24   openly in the world, to clear his name, and that's the same

25   things that he's tried to do with the United States.

1          In 2009, when they put him on the list and said we

2     think that he's up to no good, he said -- he didn't say I'm

3     going to stay in Africa.  I'm going to just stay away from

4     the United States.  He spent a lot of time and resources

5     engaging with the U.S. government saying please tell me what

6     evidence you have against me so I can tell you why it's

7     wrong.  I'm not the man that you think I am.

8          He's volunteered.  He said please, tell me what

9     U.S. government agents you want me to talk to to answer

10    questions.  Please I'll meet with the government.  I want to

11    clear my name.  That's the kind of man he is.  He knows that

12    it would be futile for him, it would be inconsistent with

13    his character for him to flee and attempt to avoid justice

14    in this situation.

15          THE COURT:  Thank you.

16          MR. GILLICE:  Your Honor, one quick point if I may

17    on the Belgium angle.  Mr. Tajideen has significant ties to

18    Belgium.  He is a citizen there.  He has business interests,

19    large business interests there.  We have some reason to

20    believe he has family there, so it's a different situation

21    there from here where he has nothing holding him, no

22    motivations holding him to the United States.

23          THE COURT:  The case does raise some fundamental

24    concerns that I have about the question of whether one's

25    financial means should be able to put them in a different

1    status as far as release is concerned when compared to

2    somebody who does not have similar means.  And obviously

3    anybody with significant financial means would have the

4    ability to basically buy their way out of pretrial detention

5    by coming up with a plan consistent with what is being

6    proposed here.  And therefore, be able because of their

7    financial means to gain their release pending trial.

8    Whereas, obviously somebody with money doesn't have that

9    same potential, so they suffer the consequences of detention

10   whereas, somebody with financial means doesn't have to

11   suffer that same consequence.  And that philosophically

12   seems to me to be inconsistent with the reason for the

13   adoption of the Bail Reform Act which took the issue of

14   money out of the equation as to whether someone should be

15   detained or not.

16          However, on the other hand, I don't know if

17   someone's financial means should act as an adverse factor in

18   assessing whether they should be released.  And I think the

19   real issue then still just becomes whether because of their

20   means or not they pose a risk of flight.  And it seems to me

21   it's being suggested by the defense that because there is a

22   control on his assessability to funds that are his own funds

23   that are here in the United States or the United States has

24   some ability to control that that means that he would not be

25   able to use his financial means in order to effectuate

1  conceivably his escape or his ability to circumvent the

2  controls that are being proposed and go back to his own

3  country and make himself unavailable for the proceedings in

4  this case especially in light of the fact that there is no

5  extradition agreement between Lebanon and the United States.

6         And I would agree with the government that the

7  equation or the position that the Belgium situation is

8  analogous to this case is not.  That's why I asked the

9  question whether there is an agreement with Belgium and

10 Lebanon.  And counsel candidly admits that there is which

11 obviously makes it less likely that somebody would be

12 willing to flee back to their home country when in fact

13 there's an extradition agreement, and the government points

14 out in addition that he has citizenship in Belgium, and also

15 that he has financial assets in that country which obviously

16 is an incentive for him to make himself available in that,

17 country despite the fact that he also is a citizen of

18 another country.

19        I don't think that I have to conclude that because

20 he theoretically doesn't have access to his own money that

21 somehow that means that funds could not be used in some way

22 to assist him in making himself unavailable to the court.

23 Because I don't know what assets he has otherwise that the

24 United States government has no control over.  And the mere

25 fact that he can't directly make those funds available to a

1    third person doesn't mean that that third person could not

2    receive financial remuneration from assisting him because if

3    those funds are available or he has funds available either

4    himself or through relatives or other individuals in another

5    country, and those individuals were able to assist him to

6    flee to another country and therefore be compensated for

7    their efforts in that other country with funds that the

8    government doesn't have access to, there's no reason for me

9    not to believe that conceivably that's a potential.

10            And while I don't in any way denigrate those

11   individuals who are saying they would be able to provide the

12   level of security that's being proposed, as I indicated I

13   don't see how they, and I'm not saying they don't have from

14   a professional prospective and their reputations to ensure

15   that he's available, but I just don't see what consequence

16   they suffer.  And I don't have any reason to believe they

17   would intentionally assist him in making himself

18   unavailable.  And that being the case if he did somehow

19   circumvent the system and make himself available I don't see

20   where there's any consequences they suffer as a result of

21   that.

22            So despite what is being proposed, and obviously

23   I'll require that the government continue to monitor what is

24   taking place in reference to his detention status and to

25   apprise me and obviously defense counsel to apprise me as to

1    whether he's not being provided with medical care,

2    appropriate ability to practice his religion and appropriate

3    diet, obviously I would do what I could to intervene to make

4    sure those things are made available to him.

5            But I just under the circumstances considering the

6    serious nature of the charges that he faces, considering his

7    lack of ties to this community and also this country, and

8    his financial means even though some of those funds may not

9    be available to him under the circumstances I cannot

10   conclude that the government hasn't shown that conditions

11   are available that would ensure that he would be available

12   to this Court to face the charges that have been filed

13   against him.

14           So despite what's been proposed I would have to

15   conclude that the government has in fact shown that no

16   condition or combination of conditions would in fact ensure

17   his appearance before this Court for future proceedings.  So

18   is the motion for release pending trial will have to be

19   denied.  Okay, our next date we have is June 26th, so I'll

20   see you all at that time.  Yes?

21           MR. GILLICE:  The court had requested that parties

22   indicate their availability for July 10 instead.

23           THE COURT:  Actually, I think I will be available

24   on that date.  I thought I would not be available because I

25   am also handling cases in Pittsburgh because of the judicial

1   emergency because of a number of vacancies they have in that

2   jurisdiction, and I had anticipated to be presiding over

3   securities fraud case at that time, but I was told today

4   that there is a substantial likelihood that the defendant in

5   that case is going to plead guilty and therefore, I expect

6   to be available on the 26th.

7               MR. GILLICE:  Very well.

8               THE COURT:  Thank you.

9               MR. GILLICE:  Thank you, your Honor.

10              [Thereupon, the proceedings adjourned at 3:14

11              p.m.]

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                         CERTIFICATE

2           I, Cathryn J. Jones, an Official Court Reporter

3    for the United States District Court of the District of

4    Columbia, do hereby certify that I reported, by machine

5    shorthand, the proceedings had and testimony adduced in the

6    above case.

7           I further certify that the foregoing 28 pages

8    constitute the official transcript of said proceedings as

9    transcribed from my machine shorthand notes.

10          In witness whereof, I have hereto subscribed my

11   name, this the 23rd day of May, 2017.

12

13                          /s/_Cathryn J. Jones
14                          Cathryn J. Jones, RPR
                            Official Court Reporter
15

16

17

18

19

20

21

22

23

24

25

**MR. GILLICE: [13]**  3/5 9/10 10/13 10/17 12/4 13/14 14/4 14/6 14/21 23/15 27/20 28/6 28/8

**MR. JONES: [17]**  3/9 3/15 4/15 5/5 5/18 7/1 7/11 7/21 8/12 8/17 9/9 18/17 19/5 19/16 19/25 20/2 22/17

**THE COURT: [28]**  3/8 3/11 4/12 5/3 5/14 6/21 7/9 7/19 8/7 8/14 9/7 10/11 10/16 12/1 13/10 14/3 14/9 14/19 17/21 19/2 19/13 19/24 20/1 22/15 23/14 23/22 27/22 28/7

**THE DEPUTY CLERK: [1]**  3/1

---

**.**

**.x [1]**  1/6

---

**/**

**/s [1]**  29/13

---

**1**

**10 [1]**  27/22
**14 [1]**  17/10
**1400 [1]**  1/16
**147 [1]**  17/12
**148 [1]**  17/12
**15th [2]**  16/22 17/14
**17-46 [2]**  1/4 3/4
**1775 [1]**  1/22
**18 [1]**  1/5
**1875 [1]**  1/20

---

**2**

**20 [1]**  4/5
**20001 [1]**  2/3
**20006 [1]**  1/20
**2003 [1]**  21/20
**20033 [1]**  1/23
**2009 [1]**  23/1
**2017 [2]**  1/5 29/11
**20530 [2]**  1/14 1/17
**22 [1]**  16/15
**23rd [1]**  29/11
**24 [5]**  6/8 8/21 8/21 17/10 19/21
**26th [3]**  16/10 27/19 28/6
**28 [1]**  29/7
**2:35 [1]**  1/6

---

**3**

**3,000 [1]**  22/22
**3142 [1]**  20/24
**333 [1]**  2/2
**3:14 [1]**  28/10

---

**4**

**46 [2]**  1/4 3/4

---

**5**

**555 [1]**  1/14

---

**6**

**6521 [1]**  2/2

---

**A**

**ability [4]**  24/4 24/24 25/1 27/2
**able [13]**  4/15 6/6 6/22 6/25 8/10 8/16 9/3 10/21 23/25 24/6 24/25 26/5 26/11

---

**about [9]**  4/11 5/4 5/16 8/3 10/8 11/4 14/13 15/12 23/24
**above [1]**  29/6
**absolutely [1]**  18/19
**acceded [1]**  15/9
**access [15]**  4/13 4/18 4/25 5/6 5/11 5/18 5/24 9/23 10/21 10/24 11/3 17/21 21/18 25/20 26/8
**accessing [1]**  10/20
**accommodations [1]**  15/6
**according [4]**  16/6 16/7 16/23 21/9
**account [4]**  5/1 5/2 6/5 6/9
**accountability [1]**  11/9
**accountable [3]**  6/23 7/1 8/11
**across [1]**  4/8
**act [5]**  8/14 18/13 20/5 24/13 24/17
**activity [1]**  10/8 10/19
**Actually [1]**  27/23
**addition [4]**  12/15 12/24 14/13 19/25/14
**additional [1]**  8/25
**address [2]**  4/12 12/10
**addressed [1]**  6/21
**addresses [1]**  12/11
**adduced [1]**  29/5
**adequate [1]**  12/21
**adjourned [1]**  28/10
**admits [1]**  25/10
**admitted [1]**  16/11
**adopt [1]**  18/1
**adoption [2]**  18/13 24/13
**advantage [3]**  18/8 18/15 21/3
**adverse [1]**  24/17
**affairs [2]**  5/14 13/18
**Africa [2]**  12/13 23/3
**after [6]**  15/3 16/13 16/15 17/5 22/6 22/10
**afternoon [3]**  3/6 3/9 3/10
**afternoon's [1]**  3/2
**again [5]**  11/5 12/16 16/9 21/6 22/10
**against [3]**  20/11 23/6 27/13
**agents [2]**  18/24 23/9
**ago [1]**  14/25
**agree [2]**  17/7 25/6
**agreement [4]**  22/17 25/5 25/9 25/13
**aided [1]**  2/7
**airplane [1]**  18/24
**all [13]**  5/23 8/2 9/1 9/2 9/2 11/25 12/9 13/9 13/9 14/2 14/2 17/16 27/20
**allegation [1]**  15/19
**allegations [1]**  21/24
**allow [3]**  4/18 12/25 19/8
**allowed [1]**  11/16
**allowing [1]**  7/16
**almost [3]**  11/11 11/14 16/13
**along [3]**  3/7 3/11 8/2
**already [3]**  10/19 12/9 18/9
**also [8]**  7/25 11/10 12/13 13/2 25/14 25/17 27/7 27/25
**Although [1]**  3/16
**always [1]**  20/1
**am [2]**  23/7 27/25
**AMERICA [1]**  1/3
**American [1]**  10/2
**among [1]**  4/6
**amongst [1]**  12/11
**amount [1]**  13/12
**amounts [2]**  11/3 11/5

---

**analogous [1]**  25/8
**analysis [2]**  20/11 20/13
**angle [1]**  23/17
**Angola [2]**  21/8 21/8
**annual [1]**  9/25
**another [4]**  25/18 26/4 26/6
**answer [4]**  4/10 12/14 22/9 23/9
**answered [1]**  8/1
**anticipated [2]**  8/24 28/2
**any [11]**  4/10 4/12 5/6 5/23 7/2 8/17 8/18 15/8 26/10 26/16 26/20
**anybody [1]**  24/3
**anyone [1]**  20/25
**anything [3]**  3/14 8/7 8/13
**anyway [1]**  5/24
**apartment [3]**  4/25 5/20 9/17
**apparently [1]**  19/10
**appear [3]**  17/5 20/6 22/9
**appearance [3]**  3/20 19/9 27/17
**APPEARANCES [1]**  1/11
**appellate [1]**  22/11
**apply [1]**  4/23
**apprehend [2]**  18/23 19/4
**apprise [2]**  26/25 26/25
**appropriate [2]**  27/2 27/2
**April [1]**  16/10
**April 26th [1]**  16/10
**are [42]**
**arrangement [1]**  16/1
**arrested [4]**  10/2 10/4 10/15 22/6
**as [31]**
**ask [4]**  3/4 10/5 15/14 17/22
**asked [3]**  8/4 8/25 25/8
**asking [1]**  5/15
**assessability [1]**  24/22
**assessing [1]**  24/18
**assets [2]**  25/15 25/23
**assist [6]**  6/24 8/9 8/16 25/22 26/5 26/17
**assisting [1]**  26/2
**assume [2]**  4/14 21/17
**assure [4]**  3/20 8/23 19/9 20/24
**attached [1]**  22/11
**attempt [1]**  23/13
**attempted [1]**  4/25
**Attorney [1]**  1/15
**ATTORNEY'S [1]**  1/13
**AUSA [2]**  1/12 1/12
**availability [1]**  27/22
**available [14]**  13/13 25/16 25/25 26/3 26/3 26/15 26/19 27/4 27/9 27/11 27/11 27/23 27/24 28/6
**Avenue [4]**  1/16 1/20 1/22 2/2
**avoid [1]**  23/13
**aware [2]**  4/2 17/14
**away [4]**  18/2 22/15 22/22 23/3

---

**B**

**back [7]**  10/5 11/19 11/19 22/7 22/10 25/2 25/12
**backs [1]**  12/11
**backstops [1]**  8/20
**Bail [3]**  18/13 20/4 24/13
**balances [1]**  7/19
**bank [7]**  5/1 5/2 5/25 6/4 6/8 6/9 19/15
**Barkett [1]**  1/12 3/7
**based [2]**  18/3 18/20

## B

**basically** [1] 24/4
**basis** [3] 9/25 12/4 13/12
**be** [53]
**bears** [1] 9/5
**because** [28] 4/20 6/5 8/19 11/4 11/12 11/17 12/21 13/1 13/24 14/14 15/12 15/25 17/9 18/9 19/7 20/8 20/14 20/17 21/17 24/6 24/19 24/21 25/19 25/23 26/2 27/24 27/25 28/1
**becomes** [1] 24/19
**been** [13] 6/16 12/9 13/18 14/18 14/20 15/1 16/5 16/8 16/11 20/4 21/14 27/12 27/14
**before** [7] 1/9 3/15 11/15 14/17 16/12 20/7 27/17
**behalf** [1] 3/8
**being** [23] 6/15 7/8 9/18 9/21 10/9 10/16 10/18 13/1 13/3 14/3 15/5 17/14 17/18 17/20 18/4 18/12 24/5 24/21 25/2 26/12 26/18 26/22 27/1
**Belgium** [10] 13/17 21/20 22/4 22/7 22/16 23/17 23/18 25/7 25/9 25/14
**believe** [9] 3/21 13/19 15/2 19/4 22/18 22/19 23/20 26/9 26/16
**believing** [1] 13/13
**best** [2] 21/21 22/13
**between** [1] 25/5
**biggest** [1] 7/24
**billion** [1] 9/25
**blanking** [1] 16/24
**bond** [3] 4/21 18/2 18/5
**both** [2] 3/13 12/6
**Bourne** [1] 6/14
**bracelet** [1] 6/7
**break** [1] 19/15
**bribing** [1] 5/9
**BROOKINGS** [1] 1/22
**brothers** [1] 11/2
**brought** [3] 10/16 11/15 20/18
**built** [1] 7/5
**burden** [3] 3/18 6/19 9/5
**business** [6] 7/11 7/21 11/18 12/13 23/18 23/19
**businesses** [4] 11/3 11/4 11/18 12/3
**businessman** [1] 14/16
**buy** [4] 12/25 12/25 13/7 24/4
**buying** [2] 5/9 5/10

## C

**call** [1] 10/5
**came** [1] 22/10
**cameras** [2] 6/7 13/8
**can** [17] 5/18 8/4 10/1 10/5 11/14 11/19 19/2 19/15 19/15 19/20 20/10 20/24 21/1 21/2 21/4 21/13 23/6
**can't** [6] 18/10 19/21 20/9 20/12 20/20 25/25
**candidly** [1] 25/10
**cannot** [5] 6/4 6/15 6/20 13/7 27/9
**capacity** [2] 18/6 18/17
**cards** [1] 5/1
**care** [2] 17/21 27/1
**career** [1] 3/23
**careers** [1] 7/6
**carried** [1] 6/15
**carry** [1] 5/10

**case** [9] 12/4 14/8 23/23 25/4 25/8 26/18 26/3 26/9 26/9
**cases** [1] 27/25
**cash** [5] 5/1 11/3 11/5 21/8 21/12
**Cathryn** [4] 2/1 29/2 29/13 29/14
**Caulk** [2] 4/2 4/5
**cell** [1] 15/23
**CEO** [1] 10/1
**certain** [1] 12/10
**CERTIFICATE** [1] 29/1
**certify** [2] 29/4 29/7
**cetera** [1] 11/2
**character** [2] 8/1 23/13
**charges** [2] 27/6 27/12
**checked** [1] 16/22
**checks** [2] 5/1 7/18
**circumstances** [2] 27/5 27/9
**circumvent** [5] 6/23 6/25 8/10 25/1 26/19
**circumvented** [1] 7/4
**citizen** [2] 23/18 25/17
**citizens** [1] 11/23
**citizenship** [1] 25/14
**claim** [1] 6/1
**claiming** [1] 16/25
**clear** [4] 8/21 16/15 22/24 23/11
**client** [1] 16/11
**close** [2] 11/1 21/2
**COLUMBIA** [2] 1/2 29/4
**combination** [3] 3/18 9/5 27/16
**come** [4] 10/3 11/16 18/10 22/7
**comes** [1] 18/15
**coming** [2] 14/23 24/5
**commit** [1] 19/19
**committing** [1] 19/4
**communications** [1] 5/20
**community** [3] 11/24 20/15 27/7
**companies** [4] 7/24 11/18 12/12 13/22
**compared** [1] 24/1
**compass** [2] 15/21 15/25
**compensated** [1] 26/6
**complained** [3] 16/17 16/21 16/24
**complaint** [1] 16/19
**completely** [1] 14/23
**computer** [1] 2/7
**computer-aided** [1] 2/7
**conceivably** [4] 5/12 5/18 25/1 26/9
**conceive** [1] 9/2
**concerned** [1] 24/1
**concerns** [3] 4/12 8/25 23/24
**conclude** [3] 25/19 27/10 27/15
**condition** [2] 20/23 27/16
**conditions** [11] 3/19 3/22 6/16 6/18 9/6 14/21 19/8 21/14 21/16 27/10 27/16
**confinement** [1] 14/21
**consequence** [2] 24/1 26/15
**consequences** [4] 8/17 21/22 24/9 26/20
**considering** [3] 17/25 27/5 27/6
**consistent** [1] 24/5
**constitute** [1] 29/8
**Constitution** [1] 2/2
**consultations** [1] 7/24
**contact** [2] 6/9 14/17
**contains** [1] 14/1
**continue** [1] 26/23

**continued** [2] 6/1 22/7
**controls** [2] 18/21 20/5 24/22 24/24 25/24
**controls** [1] 25/2
**convicted** [2] 14/18 22/10
**conviction** [2] 13/16 21/20
**Cook** [2] 10/3 14/15
**copy** [1] 14/1
**corporation** [1] 10/2
**corrected** [1] 16/5
**could** [24] 3/19 5/7 5/12 5/22 6/10 6/11 6/13 6/19 7/1 7/4 7/4 7/7 8/9 9/23 11/6 16/2 19/8 21/17 22/5 22/11 22/21 25/21 26/1 27/3
**couldn't** [5] 5/2 5/24 5/25 6/8 8/11
**counsel** [17] 3/13 3/13 3/14 3/15 9/20 12/9 13/20 13/24 14/23 15/17 15/20 16/10 17/6 17/23 22/1 25/10 26/25
**counsel's** [2] 10/22 16/6
**country** [13] 4/8 9/24 10/15 18/24 25/3 25/12 25/15 25/17 25/18 26/5 26/6 26/7 27/7
**course** [4] 3/17 12/5 14/10 19/25
**court** [24] 1/1 2/1 2/1 2/2 4/21 7/15 8/1 10/1 11/8 12/18 13/14 14/25 16/9 16/13 16/14 16/16 21/24 25/22 27/12 27/17 27/21 29/2 29/3 29/14
**courthouse** [1] 4/7
**courthouses** [1] 4/8
**CR** [1] 1/4
**create** [1] 6/11
**credit** [1] 5/1
**crime** [1] 19/5
**criminal** [4] 3/4 8/5 14/17 21/22
**current** [1] 5/13
**currently** [1] 7/4
**custodian** [1] 21/1
**custody** [2] 4/9 20/22

## D

**D.C** [2] 1/5 2/3
**date** [2] 27/19 27/24
**day** [10] 6/8 15/3 15/3 16/10 16/11 16/11 16/19 16/22 19/22 29/11
**days** [3] 16/4 16/15 16/20
**DC** [4] 1/14 1/17 1/20 1/23
**dealt** [1] 13/22
**debate** [1] 18/4
**decades** [2] 4/3 7/13
**decided** [1] 18/22
**defendant** [10] 1/6 1/18 3/13 3/14 10/20 11/11 16/12 17/5 20/22 28/4
**defendant's** [2] 10/25 11/10
**defendants** [1] 20/6
**defense** [15] 9/20 10/22 12/9 12/15 13/19 13/24 14/23 15/17 15/20 16/6 16/10 17/6 17/23 24/21 26/25
**Delinsky** [2] 1/21 3/11
**denied** [4] 15/6 15/21 17/21 27/19
**denigrate** [1] 26/10
**DEPARTMENT** [1] 1/16
**depression** [1] 16/24
**describe** [1] 21/7
**described** [3] 5/19 6/15 22/21
**designation** [1] 11/17
**designed** [1] 18/19
**despite** [3] 25/17 26/22 27/14

## D

**detained [3]** 10/15 19/16 24/15
**detainees [1]** 4/9
**detection [2]** 4/19 5/23
**detention [5]** 8/21 19/7 24/4 24/9 26/24
**determination [1]** 18/3
**devastating [2]** 7/17 7/20
**developed [1]** 3/23
**did [5]** 6/24 8/13 8/15 13/15 26/18
**didn't [1]** 23/2
**diet [5]** 15/2 15/4 15/10 17/17 27/3
**different [4]** 7/18 15/24 23/20 23/25
**differently [1]** 7/3
**difficult [2]** 4/17 5/12
**direction [2]** 15/22 16/2
**directly [1]** 25/25
**director [1]** 4/4
**disadvantage [1]** 18/19
**disadvantaged [3]** 20/4 20/14 21/1
**disappear [1]** 11/25
**disrespect [1]** 13/4
**DISTRICT [6]** 1/1 1/2 1/10 2/2 29/3 29/3
**do [29]** 4/14 4/15 4/17 5/16 7/10 7/11 8/1 8/2 8/8 10/5 11/4 11/14 11/18 11/21 11/22 11/24 15/15 18/2 19/13 19/15 19/16 21/5 21/5 21/22 22/14 22/16 22/25 27/3 29/4
**Docket [1]** 1/4
**documents [8]** 5/10 6/11 13/17 13/23 14/13 14/18 21/11 21/13
**does [11]** 17/3 17/3 17/4 17/17 17/19 21/12 21/12 22/18 22/19 23/23 24/2
**doesn't [15]** 4/13 10/19 17/1 17/20 18/12 20/1 20/14 20/16 20/25 21/18 24/8 24/10 25/20 26/1 26/8
**doing [4]** 7/5 8/6 9/25 12/12
**dollars [1]** 9/25
**don't [21]** 7/2 8/17 8/18 12/19 13/2 14/22 15/3 15/15 16/6 17/6 19/14 21/16 24/16 25/19 25/23 26/10 26/13 26/13 26/15 26/16 26/19
**done [1]** 14/20
**door [4]** 12/17 12/17 12/20 13/8
**doors [1]** 9/15
**doubt [1]** 20/15
**down [1]** 15/24

## E

**each [1]** 17/13
**eat [1]** 15/9
**effectuate [1]** 24/25
**effort [1]** 19/19
**efforts [1]** 26/7
**eggs [1]** 15/11
**either [2]** 5/9 26/3
**electronic [1]** 8/22
**electronically [1]** 19/21
**element [1]** 14/17
**else [1]** 3/14
**elsewhere [1]** 14/12
**email [5]** 12/10 13/21 13/25 13/25 14/12
**emailing [1]** 14/9
**emails [1]** 14/8
**emergency [1]** 28/1

**employees [1]** 21/10
**encourage [1]** 21/24
**end [1]** 18/10
**enforcement [7]** 3/23 4/4 7/6 7/13 13/5 22/5 22/8
**engaged [3]** 3/21 9/6 9/12
**engaging [2]** 14/24 23/5
**enormous [1]** 22/20
**enough [2]** 6/13 12/18
**ensure [5]** 13/6 19/1 26/14 27/11 27/16
**entire [1]** 7/6
**entry [1]** 15/3
**equally [1]** 18/15
**equation [2]** 24/14 25/7
**Eric [2]** 1/21 3/11
**escape [7]** 4/19 5/9 6/13 7/9 8/17 8/19 11/7 11/12 11/19 12/22 25/1
**escapes [1]** 9/17
**especially [2]** 17/18 25/4
**Esquire [3]** 1/18 1/19 1/21
**essence [2]** 11/13 11/25
**established [1]** 7/13
**et [1]** 11/2
**even [6]** 5/24 6/4 6/5 17/9 22/9 27/8
**ever [1]** 19/24
**every [2]** 15/14 15/18
**everybody [1]** 19/16
**everyone [1]** 19/23
**evidence [5]** 13/21 21/9 21/21 22/13 23/6
**exact [1]** 16/18
**exactly [4]** 11/4 14/19 15/4 17/6
**example [3]** 10/20 15/5 16/17
**executed [1]** 4/12
**exists [1]** 6/20
**expect [1]** 28/5
**expend [1]** 19/3
**experience [1]** 4/3
**experienced [1]** 6/17
**experiences [1]** 19/25
**expertise [1]** 3/24
**explains [1]** 22/2
**exploited [1]** 6/19
**extensive [2]** 3/19 4/14
**extradition [4]** 11/13 22/17 25/5 25/13

## F

**face [3]** 22/7 22/11 27/12
**faced [2]** 21/22 21/23
**faces [1]** 27/6
**facility [3]** 16/3 17/6 17/16
**facing [1]** 12/23
**fact [9]** 11/8 13/23 14/17 25/4 25/12 25/17 25/25 27/15 27/16
**factor [2]** 20/16 24/17
**factors [1]** 18/3
**fair [1]** 13/2
**fake [4]** 5/10 9/23 21/11 21/12
**familiar [1]** 19/19
**family [6]** 11/1 11/1 11/2 12/2 12/12 23/20
**fanciful [1]** 9/21 10/10 11/5
**far [3]** 9/4 16/8 24/1
**fashion [1]** 10/22
**federal [1]** 18/2
**feeding [1]** 15/7

**feels [1]** 13/2
**fenced [1]** 19/22
**few [1]** 16/4
**figure [2]** 6/14 16/2
**file [1]** 16/22
**filed [2]** 22/2 27/12
**filings [1]** 16/12
**fill [1]** 19/12
**financial [12]** 18/6 18/14 18/17 23/25 24/3 24/7 24/10 24/17 24/25 25/15 26/2 27/8
**find [1]** 6/10
**firm [2]** 4/22 11/10
**first [3]** 14/24 16/4 20/23
**fish [1]** 15/11
**flaw [3]** 6/18 12/16 12/16
**flee [5]** 21/14 21/24 23/13 25/12 26/6
**fleeing [1]** 22/2
**flight [8]** 9/3 13/1 20/8 20/10 20/12 20/21 21/16 24/20
**focused [1]** 21/15
**folks [4]** 6/7 7/3 14/8 16/23
**food [1]** 14/25
**foods [1]** 15/8
**foregoing [1]** 29/7
**foreign [1]** 18/23
**forged [3]** 13/18 13/23 13/23
**forging [1]** 14/18
**forth [1]** 12/11
**forward [1]** 3/4
**found [1]** 13/24
**four [1]** 16/20
**Fourth [1]** 1/14
**frankly [1]** 14/22
**fraud [1]** 28/3
**free [1]** 11/17
**friends [1]** 4/1
**front [1]** 9/18
**frozen [1]** 5/24
**fundamental [1]** 23/23
**funds [20]** 4/14 4/14 4/15 4/17 4/18 4/23 4/25 5/4 5/5 10/25 19/4 19/7 24/22 24/22 25/21 25/25 26/3 26/3 26/7 27/8
**further [1]** 29/7
**futile [1]** 23/12
**future [1]** 27/17

## G

**gain [3]** 5/18 18/7 24/7
**gap [2]** 19/12 21/2
**gas [2]** 16/17 16/19
**gathered [1]** 12/6
**gave [1]** 15/23
**generally [1]** 7/23
**generate [1]** 12/3
**geo [1]** 19/22
**geo-fenced [1]** 19/22
**get [15]** 4/17 4/22 5/11 5/13 5/22 5/25 6/2 9/23 10/24 11/18 17/2 17/3 18/11 21/13 21/17
**getting [1]** 10/2
**Gillice [2]** 1/12 3/7
**give [1]** 18/15
**given [1]** 12/9
**giving [1]** 15/11
**go [5]** 4/22 6/10 10/23 21/1 25/2

**G**

**going [6]** 8/5 17/2 21/19 23/3 23/3 28/5
**good [4]** 3/6 3/9 3/10 23/2
**got [6]** 10/4 10/7 12/17 17/1 17/5 17/16
**government [27]** 1/12 3/14 3/15 3/21 5/6 6/19 8/3 8/24 9/4 9/8 9/12 13/18 18/22 19/10 19/13 21/9 21/20 23/5 23/9 23/10 25/6 25/13 25/24 26/8 26/23 27/10 27/15
**government's [3]** 3/18 6/1 16/7
**GPS [1]** 6/6
**Grand [1]** 12/7
**great [1]** 17/15
**grew [1]** 22/22
**guarding [1]** 13/4
**guess [3]** 17/23 19/15 19/16
**guilty [1]** 28/5
**guys [1]** 12/17

**H**

**had [11]** 13/17 13/17 14/16 15/25 16/11 16/22 17/9 21/25 27/21 28/2 29/5
**HALE [1]** 1/19
**hand [1]** 24/16
**handling [1]** 27/25
**hands [2]** 5/13 21/13
**happen [1]** 7/16
**happening [1]** 16/4
**happy [1]** 6/21
**has [40]**
**hasn't [2]** 3/21 27/10
**have [67]**
**haven't [1]** 21/25
**he [108]**
**he's [17]** 15/5 17/1 17/2 17/16 17/20 19/22 20/5 20/8 20/14 21/1 21/19 22/14 22/25 23/2 23/8 26/15 27/1
**hear [2]** 3/15 9/8
**HEARING [1]** 1/8
**held [6]** 6/23 7/1 8/11 10/9 12/22 19/20
**helicopter [1]** 18/25
**help [4]** 10/3 11/6 12/23 20/10
**here [19]** 3/16 3/24 4/10 4/17 4/23 7/16 8/20 10/5 12/23 14/19 15/19 16/9 18/12 20/25 21/14 21/19 23/21 24/6 24/23
**hereby [1]** 29/4
**hereto [1]** 29/10
**high [2]** 7/7 7/11
**him [46]**
**himself [13]** 5/20 11/14 11/19 12/25 13/1 13/13 22/5 25/3 25/16 25/22 26/4 26/17 26/19
**hire [1]** 21/3
**his [46]**
**hold [1]** 20/11
**holding [2]** 23/21 23/22
**holdings [2]** 5/7 6/2
**hole [2]** 6/18 6/20
**home [3]** 8/21 11/12 25/12
**Honor [18]** 3/2 3/6 3/10 3/16 4/11 9/11 9/13 10/7 10/14 12/5 12/24 13/15 14/22 18/18 20/7 22/18 23/16 28/9

**HONORABLE [1]** 1/9
**hour [2]** 6/21 8/21
**hours [2]** 6/8 19/21
**how [11]** 3/19 4/11 5/3 5/12 5/16 8/4 17/6 19/17 21/12 21/12 26/13
**However [1]** 24/16

**I**

**I'd [1]** 21/24
**I'll [4]** 9/9 23/10 26/23 27/19
**I'm [15]** 5/15 8/8 8/9 10/14 12/19 14/5 16/24 17/13 17/18 19/17 19/20 23/2 23/3 23/7 26/13
**I've [3]** 3/12 6/13 13/7
**i.e [1]** 18/2
**identify [2]** 3/5 12/16
**illness [1]** 16/20
**imaginative [4]** 6/13 9/21 10/10 11/6
**imagine [2]** 5/12 10/1
**implying [1]** 15/17
**important [1]** 21/15
**impose [1]** 20/24
**inappropriate [1]** 8/9
**incarcerated [2]** 17/19 18/16
**incarceration [1]** 22/12
**incentive [1]** 25/16
**inconsistent [2]** 23/12 24/12
**incredible [1]** 10/11
**indicate [1]** 27/22
**indicated [1]** 26/12
**individuals [4]** 6/24 26/4 26/5 26/11
**indulge [1]** 8/24
**influence [1]** 22/21
**information [4]** 12/6 12/8 14/2 14/3
**initially [1]** 17/8
**inmate [1]** 15/14
**inquiry [1]** 16/7
**instead [2]** 22/23 27/22
**INSTITUTION [1]** 1/22
**intake [1]** 17/8
**integrity [2]** 3/24 8/1
**intentionally [1]** 26/17
**interests [2]** 23/18 23/19
**Interpol [1]** 14/13
**intervene [1]** 27/3
**investigation [4]** 12/6 12/14 14/10 22/3
**involuntarily [1]** 20/17
**involved [4]** 4/8 7/21 7/22 12/2
**is [81]**
**isn't [1]** 7/21
**isolated [1]** 4/24
**issue [4]** 14/25 17/24 24/13 24/19
**issued [2]** 16/14 16/16
**issues [3]** 8/4 16/25 17/2
**it [46]**
**it's [18]** 4/16 5/2 5/12 12/21 13/1 14/7 14/15 15/7 16/14 17/15 18/21 18/21 18/22 19/3 21/15 23/6 23/20 24/21
**its [2]** 16/14 16/16

**J**

**Jacqueline [2]** 1/12 3/7
**jail [13]** 7/3 9/17 12/25 13/10 15/12 15/23 16/8 18/11 19/1 19/2 19/8 19/11 19/18
**jails [1]** 12/20

**Jasen [1]** 6/14
**Jones [6]** 1/18 2/13 3/10 29/2 29/13 29/14
**Joseph [2]** 1/15 3/7
**judge [4]** 1/9 1/10 20/23 20/24
**judicial [1]** 27/25
**July [1]** 27/22
**June [1]** 27/19
**June 26th [1]** 27/19
**jurisdiction [2]** 4/1 28/2
**jurisdictions [1]** 17/25
**Jury [1]** 12/7
**just [17]** 4/2 5/12 5/25 6/12 6/15 8/9 8/18 12/18 13/2 13/24 14/15 17/22 21/17 23/3 24/19 26/15 27/5
**justice [5]** 1/16 7/14 8/5 21/23 23/13

**K**

**KASSIM [2]** 1/5 3/3
**keep [3]** 3/25 12/21 18/25
**kind [2]** 22/15 23/11
**knew [1]** 22/23
**know [26]** 5/16 8/2 8/4 9/20 9/21 10/1 11/8 12/15 14/25 15/15 15/21 15/25 16/1 16/3 16/6 16/14 17/6 17/15 17/20 17/24 18/21 19/24 20/25 22/16 24/16 25/23
**knowing [3]** 22/3 22/5 22/11
**knows [3]** 20/18 20/19 23/11

**L**

**lack [1]** 27/7
**lactovegetarian [1]** 15/4
**large [4]** 11/2 11/3 11/4 23/19
**largely [1]** 12/13
**last [6]** 13/24 14/10 16/9 16/22 17/13 17/14
**later [2]** 15/4 16/21
**law [7]** 3/23 4/4 7/6 7/13 13/4 22/5 22/8
**layers [2]** 7/18 8/20
**least [1]** 15/8
**leave [2]** 9/23 21/19
**leaving [1]** 4/1
**Lebanese [2]** 14/13 14/14
**Lebanon [9]** 11/12 11/13 11/19 22/4 22/7 22/10 22/17 25/5 25/10
**legal [1]** 17/24
**less [1]** 25/11
**let [3]** 9/8 9/9 17/22
**letter [2]** 17/9 21/25
**level [2]** 17/25 26/12
**license [1]** 23/1
**lieutenant [1]** 15/23
**life [1]** 16/19
**life-threatening [1]** 16/19
**light [1]** 25/4
**like [9]** 3/15 7/16 9/22 10/6 14/15 15/16 18/1 19/22 22/14
**likelihood [1]** 28/4
**likely [1]** 25/11
**line [1]** 14/10
**list [1]** 23/1
**listed [1]** 20/23
**live [1]** 22/23
**lived [1]** 22/22
**location [1]** 19/23

**L**

**logistically** [1] 4/16
**look** [1] 15/18
**looked** [1] 15/18
**lose** [1] 17/17
**loss** [3] 16/24 17/4 17/15
**lost** [1] 17/5
**lot** [8] 10/11 12/3 12/6 12/8 17/24 18/5 21/15 23/4
**loyal** [1] 8/5

**M**

**machine** [3] 2/7 29/4 29/9
**made** [3] 3/13 15/19 27/4
**major** [1] 10/1
**make** [13] 4/2 8/17 8/19 10/4 13/13 17/17 19/22 21/19 25/3 25/16 25/25 26/19 27/3
**makes** [2] 17/19 25/11
**making** [3] 9/16 25/22 26/17
**man** [11] 3/25 5/7 6/1 9/14 9/24 10/3 10/10 14/14 22/20 23/7 23/11
**managing** [1] 4/9
**many** [3] 7/18 8/20 8/20
**map** [1] 16/3
**marshal** [1] 4/5
**Massachusetts** [1] 1/22
**Mat** [1] 3/10
**matter** [3] 3/3 3/19 22/1
**Matthew** [1] 1/18
**may** [9] 1/5 4/11 4/12 8/24 16/22 17/14 23/16 27/8 29/11
**May 15th** [2] 16/22 17/14
**maybe** [1] 17/23
**me** [13] 9/8 10/21 17/7 17/22 23/5 23/6 23/8 23/9 24/12 24/20 26/8 26/25 26/25
**meal** [1] 15/13
**mean** [9] 6/12 6/23 7/5 7/22 8/11 13/4 16/9 17/20 26/1
**means** [16] 9/2 9/14 11/25 18/14 20/6 23/25 24/2 24/3 24/7 24/10 24/17 24/20 24/24 24/25 25/21 27/8
**Mecca** [2] 15/20 15/22
**medical** [7] 15/14 15/16 16/8 16/23 16/25 17/21 27/1
**medically** [1] 16/13
**meet** [1] 23/10
**Meltzer** [2] 1/19 3/11
**members** [5] 11/1 11/1 11/2 12/11 13/21
**men** [1] 7/25
**mention** [1] 13/16
**mentioned** [1] 14/12
**mere** [1] 25/24
**merit** [1] 18/5
**might** [3] 9/3 17/10 17/10
**Monday** [1] 17/14
**money** [28] 3/25 5/8 5/11 5/13 5/13 5/16 5/17 5/17 5/22 5/23 5/25 6/3 6/10 10/20 10/22 18/2 18/3 18/5 18/10 18/11 20/8 20/10 20/20 21/6 21/18 24/8 24/14 25/20
**monitor** [2] 19/21 26/23
**monitored** [3] 5/21 5/21 5/21
**monitoring** [1] 8/22
**month** [2] 14/24 16/13

**more** [7] 7/22 8/5 9/17 10/12 13/20 12/20 13/8
**Morocco** [2] 10/9 10/12
**motion** [4] 3/17 9/13 10/8 27/18
**MOTIONS** [1] 1/8
**motivated** [1] 11/22
**motivations** [1] 23/22
**movements** [1] 5/21
**movies** [1] 6/14
**Mr** [28] 3/11 3/17 4/24 8/6 8/23 9/3 9/14 9/19 11/25 12/24 13/7 13/22 13/25 14/9 14/15 15/16 15/25 17/11 18/23 19/8 19/11 20/3 20/25 21/9 21/17 21/21 22/3 23/17
**Mr.** [10] 4/2 4/3 4/4 4/5 9/23 12/12 14/11 21/13 22/14 22/20
**Mr. Caulk** [2] 4/2 4/5
**Mr. Sullivan** [2] 4/3 4/4
**Mr. Tajideen** [4] 9/23 14/11 22/14 22/20
**Mr. Tajideen's** [2] 12/12 21/13
**much** [2] 17/6 19/17
**music** [1] 22/8
**my** [5] 15/12 19/25 23/11 29/9 29/10

**N**

**N.W** [1] 2/2
**name** [4] 6/5 22/24 23/11 29/11
**National** [1] 1/13
**nature** [2] 13/11 27/6
**need** [2] 15/14 15/16
**nephews** [1] 11/2
**never** [5] 7/7 7/17 16/21 16/23 21/24
**nevertheless** [2] 22/19 22/19
**New** [1] 1/16
**next** [1] 27/19
**night** [1] 13/25
**no** [35]
**nobody** [2] 7/1 20/19
**not** [57]
**notes** [1] 29/9
**nothing** [1] 23/21
**now** [7] 9/20 15/11 16/5 16/8 16/18 17/25 19/18
**number** [2] 20/4 28/1
**NW** [4] 1/14 1/16 1/20 1/22

**O**

**obviously** [9] 18/4 18/7 24/2 24/8 25/11 25/15 26/22 26/25 27/3
**occasions** [1] 15/24
**occurred** [1] 10/9
**odd** [1] 10/21
**OFAC** [5] 4/20 4/22 9/24 10/23 11/17
**off** [1] 17/11
**offense** [1] 13/11
**OFFICE** [1] 1/13
**official** [5] 2/1 4/5 29/2 29/8 29/14
**officials** [1] 13/5
**often** [1] 17/11
**Okay** [2] 10/17 27/19
**one** [11] 9/16 12/17 12/20 13/8 14/1 14/2 17/13 17/13 20/7 20/18 23/16
**one's** [3] 18/6 18/17 23/24
**ongoing** [1] 22/4
**only** [5] 5/17 9/13 13/6 19/13 21/2
**open** [3] 5/2 6/4 6/9

**openly** [1] 22/24
**operation** [1] 13/6
**opportunity** [1] 21/25
**opposition** [1] 13/16
**order** [15] 4/19 4/20 4/21 4/21 4/22 5/10 10/24 12/21 16/14 16/16 19/1 19/22 20/24 21/3 24/25
**origin** [1] 14/14
**other** [14] 4/6 4/7 9/21 12/13 13/11 14/16 15/8 15/18 16/25 18/3 18/20 24/16 26/4 26/7
**others** [1] 13/2
**otherwise** [2] 13/13 25/23
**our** [13] 8/21 9/11 9/13 10/8 12/5 13/15 13/16 15/1 16/14 16/23 18/8 18/19 27/19
**out** [13] 5/11 6/14 6/15 9/18 10/3 11/9 13/1 13/7 13/10 18/11 24/4 24/4 25/14
**outlined** [1] 21/14
**outside** [6] 12/17 18/20 19/2 19/8 19/11 20/5
**over** [7] 9/25 12/9 14/10 14/24 18/9 25/24 28/2
**overcome** [1] 6/7
**overseas** [8] 5/7 6/1 6/2 10/2 10/4 11/3 11/6 11/25
**own** [11] 4/24 10/20 10/21 10/25 11/10 12/25 21/3 21/18 24/22 25/2 25/20

**P**

**p.m** [2] 1/6 28/11
**package** [1] 15/13
**pages** [1] 29/7
**paid** [2] 9/18 13/3
**Palazzo** [2] 1/15 3/7
**papers** [2] 3/20 13/23
**paperwork** [1] 16/7
**particular** [1] 19/23
**parties** [2] 3/4 27/21
**party** [2] 20/22 21/1
**passed** [1] 13/23
**passport** [5] 3/25 9/23 14/1 14/4 14/6
**past** [2] 14/19 21/11
**pay** [5] 4/20 4/21 4/21 10/11 18/25
**pending** [2] 24/7 27/18
**Pennsylvania** [1] 1/20
**people** [19] 5/9 7/5 7/8 7/12 7/14 7/25 9/18 10/2 10/5 11/23 12/21 13/9 18/9 18/9 18/9 18/11 18/14 18/19 22/22
**perhaps** [1] 12/22
**person** [6] 13/3 14/7 14/11 22/15 26/1 26/1
**personally** [1] 15/23
**personnel** [2] 9/15 13/8
**philosophical** [1] 17/23
**philosophically** [1] 24/11
**phone** [1] 15/24
**picked** [1] 20/17
**Pittsburgh** [1] 27/25
**place** [7] 7/1 7/19 8/11 20/18 20/19 20/20 26/24
**places** [1] 12/13
**plain** [1] 11/8
**Plaintiff** [1] 1/3
**plan** [8] 4/10 5/19 9/1 9/4 9/6 9/12 12/18 24/5

## P

plead [1] 28/5
pleading [2] 15/1 16/14
pleadings [1] 15/17
please [4] 3/5 23/5 23/8 23/10
plot [1] 4/19
point [5] 10/18 10/22 17/11 20/10
23/16
pointed [1] 11/9
points [2] 21/20 25/13
pool [3] 5/15 5/16 5/17
poor [2] 18/9 18/9
pork [1] 15/8
pose [1] 24/20
posit [1] 9/22
position [3] 11/15 11/20 25/7
positioned [1] 7/3
possibility [2] 9/2 9/22
possible [1] 9/2
potential [2] 24/9 26/9
potentially [1] 19/20
pounds [2] 17/10 17/10
power [1] 14/11
practice [1] 27/2
predicate [3] 18/6 18/6 18/13
present [1] 14/3
presented [1] 21/10
presiding [1] 28/2
press [1] 10/4
pretrial [8] 4/9 8/22 19/2 19/7 19/16
19/20 22/6 24/4
prevent [1] 8/7
previously [2] 13/22 17/9
principal [1] 20/7
prior [2] 10/16 13/16
private [2] 5/9 11/10
problem [1] 17/8
problems [1] 22/15
procedures [1] 10/24
proceedings [7] 2/7 22/11 25/3 27/17
28/10 29/5 29/8
produced [1] 2/7
professional [1] 26/14
professionalism [1] 3/24
professionals [2] 3/23 8/25
program [2] 6/18 6/20
proposed [7] 3/22 18/12 24/6 25/2
26/12 26/22 27/14
prospective [2] 9/12 26/14
protecting [1] 4/7
prove [2] 3/18 6/20
provide [3] 14/13 19/11 26/11
provided [2] 16/3 27/1
providing [1] 7/23
punished [1] 17/20
purpose [2] 15/8 15/8
put [17] 4/10 5/8 5/8 5/12 6/16 6/25
7/19 9/1 9/4 15/10 15/13 18/24 18/24
19/18 20/19 23/1 23/25
puts [2] 11/14 11/19

## Q

question [5] 3/22 17/24 21/12 23/24
25/9
questioning [2] 8/8 8/9
questions [3] 4/11 22/9 23/10
quick [1] 23/16

## R

raise [1] 23/23
Rappahannock [2] 18/25 19/18
rather [1] 22/2
read [2] 16/14 21/25
real [1] 24/19
reality [2] 6/14 9/24
really [5] 5/24 11/21 22/20
reason [11] 11/21 11/22 12/19 18/4
19/13 20/7 20/16 23/19 24/12 26/8
26/16
reasonable [1] 8/18
reasonably [4] 3/19 6/21 8/23 19/9
recall [1] 15/3
receive [1] 26/2
received [1] 15/4
receiving [2] 15/1 15/2
recently [1] 13/24
record [3] 3/4 3/5 17/3
recorded [1] 2/7
records [1] 16/21
recourse [1] 11/11
rectified [1] 16/8
reduce [3] 20/10 20/12 20/20
reference [3] 10/12 14/20 26/24
referencing [1] 5/17
Reform [3] 18/13 20/5 24/13
regard [3] 14/25 15/20 17/4
regardless [2] 18/14 21/6
REGGIE [1] 1/9
regional [2] 18/25 19/18
regulations [1] 10/23
related [3] 13/17 14/7 14/18
relation [1] 13/18
relatives [4] 21/7 21/8 21/10 26/4
release [4] 3/17 24/1 24/7 27/18
released [4] 18/7 18/16 22/6 24/18
relevant [1] 20/15
religion [1] 27/2
religious [1] 15/6
removed [1] 14/2
remuneration [1] 26/2
reply [1] 13/20 22/1
reported [1] 9/24 29/4
Reporter [4] 2/1 2/1 29/2 29/14
reports [1] 10/7
reputations [1] 7/8 26/14
requested [2] 15/5 27/21
require [1] 26/23
required [1] 10/23
resources [6] 18/23 19/1 19/7 19/19
21/3 23/4
respond [1] 9/9
responded [1] 13/20
response [3] 13/16 16/23 17/22
responsibility [1] 9/16
responsible [4] 4/6 7/8 7/14 7/15
result [1] 26/20
return [2] 8/23 20/24
returned [1] 22/21
reveal [1] 12/10
revenue [1] 9/25 12/3
reviewed [1] 3/12
rice [1] 15/11
rich [3] 18/7 18/8 18/11
right [1] 8/2
risk [8] 7/7 13/1 20/8 20/10 20/12

## R

20/21 21/16 24/20
Ron [1] 11/5
Ronald [1] 1/19
room [2] 2/2 15/21
rotating [2] 9/15 13/8
RPR [2] 2/1 29/14
run [1] 11/2
runs [1] 22/15

## S

safety [1] 4/7
said [10] 9/13 12/2 13/7 15/23 16/10
17/10 23/1 23/2 23/8 29/8
Sam [2] 10/4 14/15
same [8] 11/14 11/20 13/6 16/18 20/9
22/24 24/9 24/11
sanctions [1] 4/20
say [17] 3/15 4/13 4/15 7/10 9/20
10/15 12/16 12/24 15/5 16/12 17/7
19/3 20/8 20/8 20/18 21/5 23/2
saying [9] 9/5 12/4 19/10 19/12 19/14
20/9 23/5 26/11 26/13
says [2] 5/6 15/20
scale [2] 17/8 17/11
scenario [1] 5/9
scheme [1] 14/18
search [4] 12/7 12/8 12/10 13/21
Secret [1] 4/4
Section [1] 1/13
securities [1] 28/3
security [9] 1/13 4/21 6/7 6/17 7/23
8/20 11/10 13/8 26/12
see [6] 13/2 15/22 26/13 26/15 26/19
27/20
seems [3] 10/21 24/12 24/20
seen [10] 3/20 6/13 9/7 10/19 13/20
14/9 15/1 16/11 16/13 16/15
selling [1] 7/23
send [1] 18/24
SENIOR [1] 1/9
sense [2] 17/17 17/19
series [3] 9/14 9/15 10/24
serious [5] 7/14 19/5 21/22 21/23 27/6
seriously [1] 3/21
service [2] 4/5 4/6
Services [1] 8/22
sheiks [1] 21/7
short [2] 8/16 12/14
shorthand [3] 2/7 29/5 29/9
should [7] 10/15 12/25 18/1 23/25
24/14 24/17 24/18
show [3] 15/25 16/1 16/21
shown [3] 17/12 27/10 27/15
shows [1] 17/3
sight [1] 4/1
significant [2] 23/17 24/3
significantly [1] 14/9
similar [3] 10/7 19/1 24/2
similarly [2] 20/6 20/14
simply [4] 12/18 13/7 15/6 15/7
situated [2] 6/4 20/6
situation [6] 18/21 20/3 22/14 23/14
23/20 25/7
so [35]
society [1] 18/8
solution [1] 9/14
some [18] 4/19 5/8 6/11 6/17 6/18

**S**

some... **[13]**  10/22 12/16 14/16 17/5 17/7 17/16 17/18 17/19 23/19 23/23 24/24 25/21 27/8
somebody **[6]**  19/4 21/4 24/2 24/8 24/10 25/11
somehow **[9]**  5/8 5/11 6/6 6/25 8/10 8/16 21/17 25/21 26/18
someone **[11]**  6/9 6/11 11/6 12/21 13/3 15/24 17/1 18/7 18/16 18/16 24/14
someone's **[1]**  24/17
something **[7]**  6/24 7/11 7/16 8/9 8/15 16/4 16/20
somewhere **[1]**  21/11
sorry **[2]**  10/14 14/5
sort **[4]**  5/8 5/23 10/8 16/1
sounds **[1]**  15/16
special **[1]**  15/13
specific **[2]**  6/17 10/13
specifically **[2]**  8/3 9/16
speculate **[1]**  12/19
spend **[4]**  18/22 19/1 19/7 20/9
spending **[1]**  19/17
spent **[1]**  23/4
spoke **[2]**  8/3 15/22
stabilized **[1]**  17/12
stakes **[2]**  7/6 7/10
standing **[2]**  9/18 12/17
started **[2]**  14/24 15/2
state **[2]**  5/14 17/25
Stated **[1]**  20/17
STATES **[21]**  1/1 1/3 1/10 1/13 3/3 3/8 6/5 7/25 10/16 11/11 11/16 11/16 11/24 22/25 23/4 23/22 24/23 24/23 25/5 25/24 29/3
status **[3]**  18/20 24/1 26/24
statute **[1]**  20/16
statutory **[2]**  20/11 20/13
stay **[3]**  21/19 23/3 23/3
staying **[1]**  18/10
step **[2]**  3/4 19/12
still **[2]**  17/6 24/19
Street **[1]**  1/14
stresses **[1]**  17/18
strike **[1]**  18/12
submissions **[1]**  3/12
submit **[1]**  22/4
subpoenas **[1]**  12/7
subscribed **[1]**  29/10
subsequent **[1]**  17/13
substantial **[1]**  28/4
such **[3]**  13/9 19/7 21/13
sudden **[1]**  17/16
suffer **[5]**  8/17 24/9 24/11 26/16 26/20
sufficient **[3]**  3/25 8/23 9/6
suggested **[1]**  24/21
Sullivan **[2]**  4/3 4/4
supervising **[1]**  13/5
supposed **[2]**  13/4 15/9
sure **[9]**  8/16 9/10 9/16 12/19 17/18 19/17 19/21 19/22 27/4
system **[8]**  6/23 7/14 8/5 18/1 18/2 18/19 21/23 26/19

**T**

tactical **[1]**  18/8

**TAJIDEEN [28]**  1/5 3/3 3/11 4/24 8/6 9/3 9/19 9/23 11/22 13/7 13/25 14/9 14/11 14/15 15/16 15/25 18/23 19/9 19/11 20/3 20/25 21/9 21/17 21/21 22/3 22/14 22/20 23/17
Tajideen's **[8]**  3/17 8/23 9/14 12/12 12/24 13/22 17/11 21/13
take **[5]**  6/10 9/3 10/22 14/11 15/24
takes **[1]**  4/14
taking **[2]**  21/3 26/24
talk **[2]**  22/8 23/9
talked **[2]**  10/8 15/12
talking **[3]**  5/4 5/16 11/4
tariffs **[1]**  13/19
team **[1]**  6/17
technology **[1]**  9/1
tell **[4]**  17/1 23/5 23/6 23/8
terms **[2]**  21/5 21/16
testimony **[1]**  29/5
than **[8]**  7/3 8/5 12/20 12/20 13/8 13/11 18/3 22/2
Thank **[5]**  9/11 17/22 23/15 28/8 28/9
that **[207]**
that's **[13]**  5/15 7/17 12/18 14/11 14/19 15/6 21/21 22/13 22/24 23/11 25/8 26/9 26/12
their **[21]**  7/6 7/7 7/10 7/23 12/18 13/20 15/6 15/17 16/11 16/12 18/14 18/20 18/21 24/4 24/6 24/7 24/19 25/12 26/7 26/14 27/22
them **[10]**  4/23 6/10 7/7 7/16 7/17 7/20 8/6 9/9 14/24 23/25
then **[12]**  4/23 6/9 6/10 6/19 15/15 16/12 17/2 17/4 19/20 20/9 22/9 24/19
theoretical **[1]**  6/12
theoretically **[3]**  6/22 19/15 25/20
there **[27]**  4/15 6/10 6/17 7/18 8/19 11/9 11/10 13/18 15/25 16/23 17/7 17/24 18/24 19/8 20/5 20/23 21/6 21/23 23/18 23/19 23/20 23/21 24/21 25/4 25/9 25/10 28/4
there's **[15]**  3/18 4/25 5/22 6/2 8/6 8/18 11/12 11/21 11/22 15/14 15/15 20/25 25/13 26/8 26/20
therefore **[4]**  5/7 24/6 26/6 28/5
Thereupon **[1]**  28/10
these **[11]**  6/18 6/24 7/5 7/12 8/3 8/25 12/12 13/9 14/8 17/1 21/7
they **[65]**
they're **[9]**  7/21 7/22 10/23 13/3 16/25 19/10 19/17 20/9 21/8
They've **[1]**  9/7
thing **[1]**  8/2
things **[8]**  4/6 4/14 10/6 12/1 16/25 18/20 22/25 27/4
think **[11]**  16/20 17/7 17/9 18/5 18/18 21/15 23/2 23/7 24/18 25/19 27/23
thinks **[1]**  6/19
third **[5]**  14/7 20/22 20/25 26/1 26/1
this **[41]**
Thomas **[1]**  1/12
those **[13]**  4/17 4/18 4/23 4/25 12/1 12/10 21/12 25/25 26/3 26/5 26/10 27/4 27/8
though **[2]**  21/6 27/8
thought **[1]**  27/24
threatening **[1]**  16/19

three **[1]**  16/15
through **[7]**  10/23 12/7 12/7 14/12 15/17 17/12 26/4
ties **[6]**  11/23 11/24 20/15 21/18 23/17 27/7
Tim **[2]**  10/3 14/15
time **[8]**  13/6 13/9 16/9 16/22 20/9 23/4 27/20 28/3
times **[1]**  16/15
today **[2]**  3/24 28/3
together **[6]**  4/10 5/8 6/16 9/1 9/4 15/13
told **[1]**  28/3
Tom **[1]**  3/6
took **[1]**  24/13
transactions **[1]**  11/5
transcribed **[1]**  29/9
transcript **[3]**  1/8 2/7 29/8
transcription **[1]**  2/7
transferred **[1]**  4/23
transport **[1]**  4/9
transportation **[1]**  5/10
traveled **[1]**  22/3
treated **[4]**  16/18 16/18 16/20 18/15
treatment **[3]**  16/9 17/2 17/3
treaty **[2]**  11/13 11/13
trial **[4]**  1/15 22/9 24/7 27/18
tried **[2]**  21/24 22/25
true **[2]**  15/7 15/7
trust **[2]**  8/4 13/3
try **[3]**  11/6 11/17 11/21
Turkey **[1]**  14/12
two **[5]**  9/17 12/17 12/20 14/1 15/24
type **[1]**  10/19
typical **[1]**  20/22

**U**

U.S **[10]**  1/16 2/2 4/5 5/23 11/18 11/23 14/16 19/13 23/5 23/9
unavailable **[3]**  25/3 25/22 26/18
unclear **[1]**  5/3
under **[9]**  5/13 6/15 20/4 20/11 20/16 20/24 21/14 27/5 27/9
understand **[4]**  6/12 7/2 14/23 19/14
understanding **[1]**  15/12
unfair **[3]**  18/21 18/22 19/3
UNITED **[22]**  1/1 1/3 1/10 1/13 3/3 3/8 6/5 7/25 10/16 11/11 11/15 11/16 11/24 20/17 22/25 23/4 23/22 24/23 24/23 25/5 25/24 29/3
unless **[1]**  6/24
Unlike **[1]**  11/23
unwilling **[1]**  19/13
up **[7]**  18/10 18/10 20/17 21/2 22/22 23/2 24/5
upon **[1]**  18/3
upside **[1]**  8/6
us **[3]**  4/20 12/15 21/16
use **[4]**  9/1 20/12 20/20 24/25
used **[2]**  21/11 25/21

**V**

vacancies **[1]**  28/1
vast **[2]**  5/7 6/1
vegetarian **[2]**  15/1 17/17
versions **[1]**  14/1
versus **[1]**  3/3

**V**

**very [8]**  4/16 6/16 11/22 16/15 19/5
20/23 21/23 28/7
**video [1]**  6/7
**view [1]**  8/21
**village [1]**  22/22
**visits [1]**  5/21
**voluntarily [1]**  22/4
**volunteered [1]**  23/8

**W**

**waged [1]**  18/4
**walk [2]**  5/25 6/8
**WALTON [3]**  1/9 10/4 14/16
**want [10]**  4/2 9/1 12/19 12/22 15/5
21/5 21/16 21/19 23/9 23/10
**wanted [7]**  5/2 8/2 8/24 14/14 18/14
22/8 22/23
**wants [3]**  9/20 12/15 15/10
**warrant [1]**  12/8
**warrants [3]**  12/8 12/10 13/21
**was [29]**  4/6 8/10 8/16 9/13 10/9 10/15
11/15 11/15 11/16 11/17 11/20 13/17
15/22 16/2 16/4 16/10 16/13 16/15
16/18 16/19 16/20 16/22 17/8 22/1
22/3 22/6 22/6 22/10 28/3
**Washington [6]**  1/5 1/14 1/17 1/20
1/23 2/3
**wasn't [1]**  16/18
**watch [2]**  9/19 21/4
**watching [2]**  6/8 13/9
**way [11]**  4/18 5/22 6/2 8/19 13/6 13/7
21/2 21/2 24/4 25/21 26/10
**ways [2]**  6/13 20/4
**we [37]**
**we'd [1]**  4/22
**we'll [1]**  18/22
**we're [4]**  3/16 9/21 12/23 14/19
**we've [2]**  10/18 12/17
**wealth [6]**  10/11 12/25 13/12 18/20
21/5 22/20
**wearing [1]**  6/6
**week [1]**  17/13
**weeks [2]**  15/2 15/2
**weighed [1]**  17/9
**weighings [1]**  17/13
**weight [6]**  16/24 17/4 17/5 17/12
17/16 17/18
**well [10]**  4/8 5/19 12/7 13/15 15/12
15/22 19/12 19/20 20/19 28/7
**were [15]**  3/13 3/22 6/6 6/22 6/25 7/5
7/8 8/4 11/12 12/22 13/19 16/9 16/25
19/19 26/5
**what [30]**
**what's [3]**  12/3 18/12 27/14
**whatever [1]**  6/25
**when [15]**  4/13 8/3 9/22 10/9 15/4
16/17 17/7 17/16 18/5 18/15 21/22
21/23 23/1 24/1 25/12
**whenever [1]**  22/8
**where [8]**  14/23 17/8 19/23 20/18
20/19 22/22 23/21 26/20
**whereas [2]**  24/8 24/10
**whereof [1]**  29/10
**whether [10]**  8/10 18/1 18/7 18/16
23/24 24/14 24/18 24/19 25/9 27/1
**which [14]**  3/22 6/13 8/19 9/3 9/4

**while [3]**  6/6 17/15 26/10
**who [30]**
**whom [1]**  10/11
**Whose [2]**  14/4 14/6
**why [10]**  3/22 6/20 7/10 7/18 7/20 9/5
18/4 19/21 23/6 25/8
**will [9]**  12/24 14/13 15/13 15/15 15/18
19/12 19/23 27/18 27/23
**willful [1]**  8/14
**willfully [2]**  6/24 8/15
**willing [4]**  19/6 19/10 19/19 25/12
**WILMER [1]**  1/19
**windows [1]**  15/21
**wire [1]**  6/10
**wishes [1]**  15/10
**without [5]**  4/19 5/22 6/6 14/3 20/6
**witness [1]**  29/10
**won't [1]**  19/1
**woodwork [1]**  10/3
**words [2]**  9/22 15/6
**work [4]**  5/8 6/21 7/3 20/1
**world [3]**  7/24 19/23 22/24
**worried [1]**  14/19
**worth [1]**  16/2
**would [49]**
**wouldn't [1]**  10/21
**wrong [2]**  13/2 23/7

**Y**

**year [1]**  4/5
**years [1]**  22/23
**yes [6]**  4/16 17/19 18/18 20/1 20/2
27/20
**yesterday [1]**  22/2
**York [1]**  1/16
**you [40]**
**you're [3]**  5/4 5/17 8/4
**you've [1]**  3/20
**your [20]**  3/2 3/6 3/10 3/16 4/11 9/11
9/13 10/7 10/14 12/3 12/5 12/24 13/12
13/15 14/22 18/18 20/7 22/18 23/16
28/9
**yourself [1]**  20/12
**yourselves [1]**  3/5