```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

    UNITED STATES OF AMERICA        :
                                    :
              Plaintiff,            :   Criminal Action
                                    :   No. 17-46
    v.                              :
                                    :
    KASSIM TAJIDEEN,                :   July 19, 2017
                                    :
                                    :
                                    :
              Defendant.            :   Washington, D.C.
                                    :
    ............................    :
```

**TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS**
**BEFORE THE HONORABLE REGGIE B. WALTON,**
**UNITED STATES DISTRICT COURT JUDGE**

APPEARANCES:

| | |
|---|---|
| For the United States: | **Thomas A. Gillice, Assistant U.S. Attorney**<br>U.S. ATTORNEY'S OFFICE<br>National Security Section<br>555 4th Street, NW<br>Washington, DC 22205<br>(202) 252-1791<br>Email: Thomas.gillice@usdoj.gov |
| | **Joseph Palazzo, Assistant U.S. Attorney**<br>U.S. DEPARTMENT OF JUSTICE<br>1400 New York Avenue, NW<br>Bond Building<br>Washington, DC 20530<br>(202) 445-7910<br>Email: Joseph.palazzo@usdoj.gov |
| | **Jacqueline Lauren Barkett, Assistant U.S. Attorney**<br>US ATTORNEYS OFFICE IN WASHINGTON,<br>National Security Section<br>555 4th Street, NW<br>Washington, DC 20530<br>(202) 598-0648<br>jacqueline.l.barkett@usdoj.gov |

```
APPEARANCES:   Cont.

For the Defendant:          Mathew Jones, Esq.
                            WILMER HALE
                            1875 Pennsylvania Avenue, NW
                            Washington, DC 20006
                            202-663-6363
                            Fax: 202-663-6363

                            David W. Bowker, Esq.
                            WILMER HALE
                            1875 Pennsylvania Avenue NW
                            Washington, DC 20006
                            (202) 663-6558
                            Fax: (202) 663-6363
                            Email: David.bowker@wilmerhale.com

                            Ronald Meltzer, Esq.
                            1801 Pennsylvania Avenue, NW
                            Washington, DC 20006
                            (202) 663-6389
                            Fax: (202) 663-6363

                            Eric Robert Delinsky, Esq.
                            THE BROOKINGS INSTITUTION
                            1775 Massachusetts Ave., NW
                            Washington, DC 20033
                            (202) 778-1800
                            Fax: (202) 822-8106
                            Email: Edelinsky@zuckerman.com


Court Reporter:             Scott L. Wallace, RDR, CRR
                            Official Court Reporter
                            Room 6503, U.S. Courthouse
                            Washington, D.C. 20001
                            202.354.3196
                            scottlyn01@aol.com

Proceedings reported by machine shorthand, transcript produced
by computer-aided transcription.
```

**AFTERNOON SESSION, JULY 19, 2017**

(2:40 p.m.)

    THE COURTROOM CLERK: Your Honor, this afternoon this is the matter of the *United States versus Kassim Tajideen*, Criminal Record 17-46. I would ask the parties to step forward, identify yourselves for the record, please.

    MR. GILLICE: Your Honor, good afternoon. Tom Gillice on behalf of the United States, along with Joseph Palazzo and Jacqueline Barkett.

    THE COURT: Good afternoon.

    MR. GILLICE: Good afternoon, Your Honor.

    MR. JONES: Good afternoon, Your Honor. Mat Jones on behalf of Mr. Tajideen, along with David Bowker and Ron Metzer of the WilmerHale firm, and Eric Delinsky of the Zuckerman Spaeder firm.

    THE COURT: Good afternoon.

    ALL PARTIES PRESENT: Good afternoon.

    THE COURT: I apologize for the delay, but I was participating in a proceeding in which one of my law clerks was being sworn into the bar of this court, so I do apologize.

    What's our status at this point?

    MR. GILLICE: Yes, Your Honor. So, with regard to discovery, so far the government has provided approximately two and a half million pages to defense counsel. We are not quite finished. There are some materials that the government still

1  needs to receive itself from the taint team, perhaps.  There are
2  some other materials that are still coming in.  We reasonably
3  believe that we can complete discovery in approximately 45 days
4  or so.
5           The Court knows that the government filed a notice of a
6  potential conflict of interest for defense counsel.  We did that
7  in response to the Court telling us at the last hearing that we
8  should let the judge and defense counsel know what we anticipate
9  we would put into evidence at trial, and so we have endeavored to
10 do that as best we can at this point.  It's possible that we
11 might want to add to that list as time goes along, but we thought
12 it was appropriate at this point to let the Court and
13 conflict-free counsel, as well as the other counsel, know what we
14 would anticipate so that people can start to discern what issues
15 might come up.
16          Of course, we can't tell what issues might come up on the
17 defense side.  We are -- certainly we will take the Court's
18 direction, but we are not actually asking the Court to do
19 anything at this time.  I know because of the -- I'm sure defense
20 counsel will likely tell us they have not had enough time to talk
21 with their client about the issues that are raised therein, but I
22 wanted to just mention it for the Court here today.
23          The defense counsel filed a motion to compel.  The
24 government, of course, expects to respond to that fully.  I would
25 ask the Court to extend the normal time for response to 14 days,

1  until the 1st of July, and the reason for that request is
2  because, honestly, I have some leave scheduled that I'm hoping
3  that the Court would just give me a few extra days in order to
4  get --
5        THE COURT:  So, do you think you can comply with that?
6        MR. GILLICE:  July 1st -- August 1st.
7        THE COURT:  August 1st, you mean.
8        MR. GILLICE:  I'm sorry, August 1st.  I don't believe
9  defense counsel objects to that.
10       THE COURT:  Anything else?
11       MR. GILLICE:  Your Honor, we have discussed preliminarily,
12 if the Court wants to set a hearing on that, which we
13 anticipated, setting a hearing the week of August 7th or the
14 following Monday, August 14, if the Court's available.
15       THE COURT:  On the motion to compel?
16       MR. GILLICE:  Yes.
17       THE COURT:  That will be a problem because I'm on vacation
18 the week before, so I would not have had time to prepare.  I
19 could do it on the 15th.
20       MR. GILLICE:  I know from prior conversations that one of
21 the defense counsel is out of town the rest of that week, but
22 I'll let them obviously speak to the scheduling.
23       THE COURT:  Is that a problem, the 15th?  The 14th is just
24 not good because I would not have had an opportunity to review
25 the submissions, since I'll be on leave the week before that.

*1*     MR. GILLICE:  Your Honor, the government's available.  I
*2* believe defense counsel might have some availability issues.
*3*     THE COURT:  Actually, I guess, if you're going to file
*4* your opposition or your reply -- it's going to be an opposition,
*5* I assume?
*6*     MR. GILLICE:  Yes.
*7*     THE COURT:  And you're going to file that by August 1st?
*8*     MR. GILLICE:  Correct.
*9*     THE COURT:  I guess I can take it with me and, it kind of
*10* won't make my wife happy, but -- so I guess we could do it on the
*11* 14th if we do it in the afternoon.  That would give me time to
*12* confer with my clerk in the morning on the 14th.  So we could do
*13* it at 2:00 on August 14th.
*14*     MR. JONES:  We would be eternally grateful if you could
*15* make that work, Your Honor.
*16*     THE COURT:  Send my wife a note.  Okay.
*17*     MR. GILLICE:  Your Honor, beyond that, we have had some
*18* very preliminary, I would say, plea discussions, in that defense
*19* counsel has asked the government to tender one, and we are
*20* considering that now.  We anticipate doing so in the very near
*21* future.  And I believe that's all we have at this point.
*22*     THE COURT:  Any objection to the government responding to
*23* the motion to compel by August 1st?
*24*     MR. JONES:  No, Your Honor.
*25*     THE COURT:  Very well.  The government will file its

1  opposition on or before that date.  Okay.  Yes.
2          MR. JONES:  Yes.  Nothing further from counsel for
3  Mr. Tajideen.  As the government mentioned, we have received
4  their conflict notice that was filed yesterday, but have not yet
5  had an opportunity, either us from WilmerHale or those from
6  Zuckerman Spaeder, to discuss it with Mr. Tajideen, so it would
7  be really premature to provide any response at this point.
8          THE COURT:  So you don't know what position you're going
9  to take in reference to that?
10         MR. BOWKER:  It probably would be better for Mr. Delinsky
11 from Zuckerman Spaeder to discuss these issues.
12         MR. DELINSKY:  Good afternoon, Your Honor.  Eric Delinsky
13 from Zuckerman Spaeder on behalf of Mr. Tajideen.
14         As Your Honor knows, Mr. Tajideen engaged Bill Taylor and
15 I when the government first raised these issues of a potential
16 conflict of interest, and we've been involved in monitoring these
17 issues and advising Mr. Tajideen on them ever sense.  We have not
18 had the opportunity to discuss the contents of the notice with
19 Mr. Tajideen or, for that matter, with the government, and we
20 will have conversations with both the government and Mr. Tajideen
21 about the notice.
22         As a preliminary matter, I just will say that the issues
23 set forth in the government's notice are, generally speaking, the
24 same issues that the government has raised previously, both
25 verbally and in e-mail communications with us.  They have been

1  the subject of prior discussions between us and Mr. Tajideen, and
2  as Your Honor may recall, Your Honor questioned Mr. Tajideen
3  himself at the last hearing, and he indicated in plain terms that
4  he wished the WilmerHale firm to continue to represent him.  All
5  that being said, we'll continue to confer with the government and
6  confer with Mr. Tajideen, and if there's a change, we'll bring it
7  to the Court's attention.
8       THE COURT:  Do you know at this time whether you intend to
9  file something in writing in reference to that notice?
10      MR. DELINSKY:  At this time, we don't know one way or the
11 other.
12      THE COURT:  Okay.  Well, let us know how you intend to
13 proceed so that if we need to hold a hearing, we can schedule
14 that.
15      MR. DELINSKY:  Okay.  We will, Your Honor.
16      THE COURT:  Okay.  Anything else?  Thank you.
17      MR. GILLICE:  Your Honor, I'm sorry.  My apologies.  I
18 assume that the speedy trial clock is tolled because the Court
19 has accepted a motion from defense counsel, but I did want to be
20 sure that the Court saw it that way as well and that the
21 motion -- the speedy trial clock would be tolled going forward.
22      THE COURT:  Any objection to that?
23      MR. JONES:  Not pending the disposition of the motion.
24      THE COURT:  Very well.  I will conclude that the filing of
25 the motion to compel has tolled the running of the speedy trial

1  clock, and that will be tolled until such time as the motion is
2  resolved.
3      MR. GILLICE:  Thank you.
4      THE COURT:  Thank you.
5      (Proceedings adjourned at 2:50 p.m.)
6
7             **C E R T I F I C A T E**
8           I, Scott L. Wallace, RDR-CRR, certify that
   the foregoing is a correct transcript from the record of
9  proceedings in the above-entitled matter.
10
    /s/ Scott L. Wallace                    7/24/17
11  -----------------------------        -----------------
    **Scott L. Wallace, RDR, CRR**              **Date**
12     **Official Court Reporter**

*Scott L. Wallace, RDR, CRR, Official Court Reporter*
*(202)354-3196 * scottlyn01@aol.com*