**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

```
UNITED STATES OF AMERICA        .
                 Plaintiff,     .
vs.                             .  Docket No. CR 17-46
                                .
KASSIM TAJIDEEN                 .  Washington, D.C.
                                .  August 28, 2017
                 Defendant.     .
. . . . . . . . . . . . . . . .x  3:04 p.m.
```

TRANSCRIPT OF MOTIONS HEARING

BEFORE THE HONORABLE SENIOR JUDGE REGGIE B. WALTON

UNITED STATES DISTRICT JUDGE

APPEARANCES:

```
For the Government:  Thomas Gillice, AUSA
                     Jacqueline Barkett, AUSA
                     UNITED STATES ATTORNEY'S OFFICE
                     National Security Section
                     555 Fourth Street, NW
                     Washington, DC 20530

                     Joseph Palazzo, Trial Attorney
                     U.S. DEPARTMENT OF JUSTICE
                     1400 New York Avenue, NW
                     Washington, DC 20530


For the Defendant:   Matthew Jones, Esquire
                     Ronald Meltzer, Esquire
                     David Bowker, Esquire
                     WILMER HALE
                     1875 Pennsylvania Avenue, NW
                     Washington, DC 20006
```

1    Court Reporter:   Cathryn J. Jones, RPR
                       Official Court Reporter
2                      Room 6521, U.S. District Court
                       333 Constitution Avenue, N.W.
3                      Washington, D.C. 20001

4

5

6

7    Proceedings recorded by machine shorthand, transcript
     produced by computer-aided transcription.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                   **P R O C E E D I N G S**

2            THE DEPUTY CLERK:  Your Honor, this afternoon's

3   matter, United States versus Kassim Tajideen.  This is

4   Criminal Record 17-46.  Ask the parties to step forward and

5   identify yourselves for the record, please.

6            MR. GILLICE:  Good afternoon.  Tom Gillice along

7   with Jacqueline Barkett and Joseph Palazzo on behalf of the

8   United States.

9            THE COURT:  Good afternoon.

10           MR. PALAZZO:  Good afternoon.

11           MR. JONES:  Good afternoon, your Honor.  Mat Jones

12   on behalf of Kassim Tajideen, who is present, along with my

13   colleagues, Ronald Meltzer and David Bowker.

14           THE COURT:  In reference to this motion, is the

15   essence of the motion a desire to have information related

16   to the designation of your client as a terrorist?

17           MR. JONES:  To some extent, your Honor, yes.

18   We're seeking information that is in OFAC's files that

19   touches on virtually every aspect of preparing his defense

20   to the charges that are in the indictment.  We're not

21   seeking, asking the Court to remove Mr. Tajideen from the

22   SDGT list.  We're not asking only for the information that

23   the government will be putting forward during its

24   case-in-chief.  We're looking for the information under Rule

25   16 and *Brady* that is material to preparing Mr. Tajideen's

1   defense on the charges that are in the indictment.

2            THE COURT:  But as I understand the government,

3   and obviously I'll hear from the government, even though

4   there may be allegations in the indictment they don't intend

5   to necessarily introduce evidence regarding all of those

6   allegations.

7            MR. JONES:  Regardless of whether the government

8   intends to introduce that evidence those issues are

9   inextricably tied in to the charges that the government

10  continues to press.

11           Count one of the indictment charges Mr. Tajideen

12  with a conspiracy to defraud OFAC of its lawful government

13  functions by making material misrepresentations over a

14  seven-year period in which he was engaged with OFAC trying

15  to convince it that he should not have been designated as a

16  specially designated global terrorist because he had not and

17  does not support Hezbollah.  As overt acts in further of

18  that conspiracy the government selects a few sentence

19  fragments from that seven-year long history and says they

20  were materially false.  That includes in Paragraph 29, of

21  the indictment in which the government alleges that

22  Mr. Tajideen lied about reframing from financial dealings

23  with entities and individuals associated with terrorist

24  organizations such as Hezbollah.

25           THE COURT:  So are you saying that other things

1    that he would have said to the agency over that period of

2    time would tend to undermine the suggestion that what the

3    government's relying upon are falsehoods?

4            MR. JONES:  That's right.  It is our understanding

5    that Mr. Tajideen's engagement with OFAC, his level of

6    opening up his personal and business affairs over that

7    seven-year period was literally unprecedented and

8    fundamentally inconsistent with the government's theory that

9    Mr. Tajideen was conspiring to defraud OFAC.  You know, he

10   was hiring a big four firm to vet millions of his

11   transactions, offering to have in-person meetings with U.S.

12   government officials, to answer their questions.  Giving up

13   reams of confidential business information.

14           And OFAC's analysis of all those submissions,

15   their awareness of them, their remarking on the extensive

16   degree of his transparency.  Their decision to say we don't

17   need any more information because you have provided us so

18   much detail.  All of that information would help to develop

19   the defense that Mr. Tajideen was not intending to defraud

20   OFAC of its lawful government functions.

21           To us it seems self-evident that in a case where

22   he is charged with conspiring to defraud OFAC of its

23   government functions you need some documents to describe

24   what the government's lawful functions were in this case.

25   What was OFAC up to?  What was important to OFAC?  What was

1   OFAC doing?  Rather than honing in on this self-selected

2   record that the government has prepared.  Instead it's

3   important to look at the full context of the back and forth

4   with OFAC in order to understand that context.

5            THE COURT:  Let me hear from the government, and

6   I'll let you obviously respond.

7            MR. JONES:  Sure.

8            THE COURT:  I guess I -- because obviously what's

9   alleged in the indictment isn't necessarily what the

10  government will have to introduce evidence on.  Because I

11  think the government has a right to omit evidence related to

12  allegations in the indictment if it deems that appropriate.

13  I don't think that's inappropriate for the government to do.

14  But what do you intend to present in support of the

15  defendant's alleged culpability?

16           MR. GILLICE:  So, your Honor, with regard to the

17  OFAC piece in particular what we would anticipate calling

18  would be a witness from OFAC just in general say what the

19  agency is, that is it's an arm of the Department of the

20  Treasury.  What its general purpose as an agency is.  And

21  from there we would ask whether or not the defendant was

22  designated, and would show --

23           THE COURT:  Designated as?

24           MR. GILLICE:  As a specially designated global

25  terrorist, as I believe the words that the Federal Register

1    notice uses.  We would enter the Federal Register notice

2    into evidence.  Thereafter, we would ask the witness whether

3    or not the witness had run checks to determine whether or

4    not licenses were prepared or were issued for specific

5    transactions or for specific companies.  And that of course,

6    would go to the specific transactions that are at issue with

7    regard to the indictment, the ones that are charged and

8    alleged further as overt acts in furtherance of the

9    conspiracy.

10           THE COURT:  In reference to the designation itself

11   while I understand that the designation is not an element of

12   the offenses charged in this case, considering the nature of

13   the designation and considering the nature of the charges

14   that have been filed against the defendant, which are

15   terrorist related charges, isn't there the potential that if

16   you introduce evidence about the designation even though

17   it's not an element, that the jury may nonetheless consider

18   that designation in their assessment as to whether or not

19   he's culpable of a terrorist related conduct?

20           MR. GILLICE:  Your Honor, I think the Court could

21   adequately address that through appropriate jury

22   instructions and instruct the jury they should draw no

23   reference to, whatever the wording is that we would all

24   decide on I'm sure together, that would be put forth to the

25   jury in this case.

1          THE COURT:  And hopefully, you know, the jury does

2     listen to instructions and follow those instructions, but

3     there's no guarantee that's always going to be the case.

4     And if there is evidence, I'm not saying there is, that

5     would negate the legitimacy of the designation then why

6     shouldn't they be able to prove that?

7          For example, even though motive is not an element

8     of any crime if the government introduces evidence of motive

9     in support of its theory as to why the elements have been

10    proven, it seems to me that if the government has

11    information related to motive that the defense would be

12    entitled to discovery regarding that evidence in order to

13    negate or undermine, defend against the claim that there was

14    a motive.  And why isn't this analogous?

15         MR. GILLICE:  In this case, your Honor, I would

16    point the Court to some of the cases we cited in our brief.

17    The one that seems most appropriate is actually the *Lewis*

18    *versus U.S.* case.  That's a case in which a person who had

19    been previously convicted of a felony was attempting to

20    basically, collaterally attack that felony for purposes of

21    subsequent charge.  And the Court said no, you can't attack

22    that now.  You can't attack that in this proceeding, and

23    because you had an opportunity to attack it previously and

24    you chose not to do so.

25         And indeed, not only did you choose not to do so,

1    but you chose to in essence pretend you didn't have that

2    prior felony when determining what actions you took going

3    forward.

4              To my mind the defendant was designated.  I

5    understand that he was trying to fight that designation that

6    he was engaged with OFAC and trying to get himself delisted

7    and it was not working out.  Nonetheless, he was required to

8    abide by that designation and not do business with U.S.

9    companies and entities and he continued to do so.  So really

10   the underpinnings of that particular designation, the basis

11   whether or not it was correct are not at issue in this

12   trial.

13             What are at issue are whether or not the defendant

14   basically was involved in these transactions, caused

15   transactions in violation of OFAC's regulations.  And you

16   know, as part of our proof of that of course, we have to

17   show that he was designated, and so that's why we are

18   circumscribing our proof.  We under the case law to be

19   relatively clear on this point that we would not, we would

20   not presume to come in and try to prove that the defendant

21   was materially supporting Hezbollah in a case where he's not

22   charged with materially supporting Hezbollah.

23             THE COURT:  What about the position articulated by

24   defense counsel that if you're just using certain statements

25   that he made to the agency in support of your theory that he

1    provided false and fraudulent information to the agency,

2    that if there's additional information he provided to the

3    agency that that information they say would tend to

4    undermine the suggestion that the limited number of

5    statements that he made that you're going to seek to use

6    were false, that these other statements would put those

7    statements in context, and therefore conceivably undermine

8    the position that those statements are false?

9            MR. GILLICE:  And so in essence we agreed with the

10   defendant that they should have access to that information.

11   What we disagree about is exactly what that information is.

12   So what the government has done is we have gone to OFAC, and

13   we have gotten from what we understand or are in the process

14   of getting.  What we understand from them to be and this is

15   their words, "All unclassified non-privileged materials

16   relating to the defendant's designation."  And some other

17   related to his delisting petition, and the designation of

18   his brother's and several companies.

19            And we have provided --

20           THE COURT:  You're not saying that his statements

21   that he made to OFAC would be privileged, are you?

22           MR. GILLICE:  No, no not at all.

23           THE COURT:  As I understand that's one of the

24   things that they're saying they want any statements he would

25   have made to OFAC that they say if they're able to introduce

1    or have access to that and able to introduce that that would

2    undermine your position that the statements that you're

3    using were false.

4         MR. GILLICE:  And I agree that they should have

5    access to that information.  And that was the next part of

6    my summation.  We have also asked OFAC for all official

7    communications back and forth between OFAC and the

8    defendant, and not only these attorneys, but the attorneys

9    that preceded them in representing the defendant.  And so in

10   the end, your Honor, what is left that has not been turned

11   over from OFAC is a small universe of documents which OFAC

12   -- what they did give us was what they said were all

13   unclassified and non-privileged documents.

14        So we have turned over what we understand to be --

15        THE COURT:  As I understand I guess it's public

16   knowledge that a classified filing has been made to you by

17   the Court?

18        MR. GILLICE:  That's correct.

19        THE COURT:  That additional information you say

20   has not been produced is that, that's the subject of that

21   classified filing or not?

22        MR. GILLICE:  I have to be very careful in my

23   answers.

24        THE COURT:  I understand, and I'm not obviously

25   trying to have you reveal any classified information.  But

1    are you saying that the information you provided to me in

2    this classified filing is that information that has not been

3    introduced to the defense?

4              MR. GILLICE:  I cannot make representations about

5    that in particular, your Honor.  What I can say is that OFAC

6    has told us in essence what I've already told the Court,

7    that they provided --

8              THE COURT:  So if I review that information that's

9    not going to inform me as to whether this additional

10   information that you've produced should be produced?

11             MR. GILLICE:  Your Honor, if I were to answer that

12   question I think it would, I think it would implicate

13   classified, a classified information privilege.  And so I

14   request to either answer that in some ex parte classified

15   forum or to not answer it.

16             THE COURT:  I may have to have you do that.  I

17   haven't had since that information was just submitted, I

18   haven't had a chance to review that classified information

19   yet, which I will do before I make a definitive ruling on

20   the motion that's currently before me which hopefully I will

21   be able to do expeditiously, but I need to I think review

22   that.  And that may inform me as to whether I think this

23   additional information that conceivably we're talking about

24   needs to be revealed to me in another classified filing or

25   some type of classified proceeding.

1          MR. GILLICE:  Very well.  Your Honor, one other

2    thing I would just point out to the Court.  Defense counsel

3    in their motions and in their oral argument today talks

4    about how they need OFAC's internal documents.  This is the

5    other part of things apart from any information that might

6    be classified with regard to OFAC files on the defendant.

7    Our OFAC only internal documents and their presumably this

8    would be emails amongst OFAC personnel.  If there are any

9    internal memorandum that you know things of that nature.

10          So your Honor, those pieces of information the

11   government believes are not relevant to anything that needs

12   to be proven in this trial or that needs to be defended

13   against in this trial.  The government has charged the

14   defendant with conspiracy to do two things, actually three

15   things.  Count one is violate i.e., but and defraud the

16   government, so that's a conspiracy to defraud basically

17   OFAC.

18          The conspiracy does not require that OFAC buy in

19   to the fraud.  And in fact, I think that, I don't want to

20   speak for OFAC, but one presumes that in the course of

21   getting, putting forward information to try to get himself

22   delisted that if they'd have bought the fraud he would have

23   been delisted by now.  No.  What we're required to prove is

24   the defendant conspired to defraud OFAC.  An attempt is good

25   enough.  A conspiracy and agreement with someone else to put

1    forward false information is good enough.

2            What OFAC thinks about what he said to them makes

3    no difference.  If the defendant lied to OFAC about item A,

4    and they believe it, does that matter?  If they don't

5    believe it, does that matter to his intent as to what's in

6    his mind?  The only thing that matters for the defendant's

7    mind is what he hears or says with regard to OFAC.  So his

8    correspondence as the Court has already pointed out would be

9    relevant.  As defense counsel pointed out.  What he says to

10   OFAC that would certainly be relevant.  They can try to show

11   that you know they set a thousand things to OFAC.  And only

12   X number of them were not true.

13           They could try to say that OFAC in their

14   correspondence to the defendant said A, B, and C, and that

15   therefore affected his intent.  And that would be a logical

16   argument.

17           THE COURT:  And you've agreed that if there is

18   such information you will provide that?

19           MR. GILLICE:  Yes, your Honor.  As I said we have

20   provided, I believe we provided already if we haven't we are

21   in the process of doing it, all correspondence, official

22   correspondence from OFAC, between OFAC and the defendant and

23   his prior counsels as well.

24           But what, what does not go into the defendant's

25   intent were his knowledge or anything else, stuff that he

1   doesn't know about.  So if you know per one of their points

2   in their pleadings you know he tells OFAC about a company

3   that he owns and thereafter that company is never designated

4   as an SDGT as a number of other companies actually were.

5          That fact that it was never designated by OFAC

6   where he can use that fact.  He can use that fact by saying

7   you know OFAC never designated this company.  But what he

8   can't use is any internal discussions about whether or not

9   it should have been designated because he doesn't know about

10  those.  Those don't go to what his intent might be, or what

11  he understands the law to be.  Or whatever else is internal

12  to the defendant's thinking that the defendant's defense is

13  trying to point to in order to make these documents

14  relevant.

15          THE COURT:  So in reference to the designation

16  itself since you say it's not an element of the crimes he's

17  charged with then why is it even relevant to introduce

18  evidence of the designation?

19          MR. GILLICE:  Well, your Honor, there's one slight

20  correction I'd make.  The designation, the fact of the

21  designation is an element that the government has to prove,

22  but it's the biases behind the designation.  We are not

23  going to come into court and say the defendant was

24  designated because he was providing financial support to

25  Hezbollah as the press release says and et cetera, et cetera

1  about Hezbollah and financial support.

2          What we're going to do is come into court as --

3  what we plan to do is come into court and present the

4  testimony as I recited to you earlier.  Very bare bones.

5  This is a designation.  This is a, you know, there were no

6  licenses.  And just a little bit about OFAC as an agency

7  because not everybody knows what OFAC is or does or what

8  have you.

9          THE COURT:  Thank you.  I may have further

10  questions after I hear from defense counsel.

11          In reference to the designations how do you

12  distinguish the case the government relies upon as to why

13  you should not have a right to challenge the designation

14  since it was decided in the context of a felon previously

15  convicted of a crime that he in that case did not have a

16  right to challenge the underlying felony conviction?

17          MR. JONES:  Your Honor, *Lewis* was followed by

18  before administrative determination can be used as a

19  conclusive element in support of a criminal case there must

20  be some meaningful review of that review of that

21  determination by an independent judicial officer.  That has

22  not occurred here.

23          This is a strange situation in which Mr. Tajideen

24  himself is the target of the sanctions that were allegedly

25  violated in this case.  He has not had a chance to have that

1    designation reviewed at all by a judicial officer because he

2    was --

3              THE COURT:  He could have, right?

4              MR. JONES:  Well, he was in the notice midst of

5    the back and forth with OFAC when the Justice Department

6    came in and brought these charges against him.  So he was,

7    so he was unable to do so.  So the government's position is

8    we can conclusively establish these, this element of the

9    offense.  It doesn't matter if independent judicial review

10   would find it unlawful, discriminatory, pulled out of thin

11   air.  We can conclusively establish this element of the

12   offense through the designation.  We think that's incorrect.

13             But your Honor does not have to decide that

14   question in order to resolve this motion.  Because those

15   designation materials are tied in and meshed with so many of

16   the other part of preparing this defense.  It's a bit of a

17   moving target here, but it is incorrect to say as the

18   government just did that this case is all about

19   transactions, and whether those transactions were violative

20   of the law.

21             The first count of this indictment is a conspiracy

22   to defraud OFAC of its lawful government functions over the

23   course of the seven-year period with the sole point of the

24   back and forth between OFAC and Mr. Tajideen was over, does

25   he support Hezbollah?  Should he be especially designated

1    global terrorist on this list?  That was the entire point of

2    the proceeding in which this fraud allegedly occurred.  So

3    it's impossible to pull, to pull these charges out from

4    their context.

5            THE COURT:  Have they provided you discovery about

6    what those legitimate government functions were?

7            MR. JONES:  No.  What we have is -- what the

8    government has provided is what its described as

9    non-privileged, unclassified documents.  It says we're going

10   to get those eventually.  But what that means is that the

11   vast majority of that is documents that Mr. Tajideen himself

12   submitted to OFAC to try to get delisted.  We have two

13   memos, heavily redacted memos that say Mr. Tajideen should

14   be on the list, redacted, redacted, redacted.  He supports

15   Hezbollah, he should be on the list.  That's the sum and

16   substance of it.

17           We don't have anything that shows us what was

18   going on inside OFAC.  What its lawful government functions

19   were.  And we think that is indeed relevant to

20   Mr. Tajideen's intent, for example, if Mr. Tajideen gets up

21   at trial.

22           THE COURT:  I would assume, I could be wrong.  I

23   am not familiar with the statute.  I haven't had a chance to

24   really look at it in great detail, but I would assume that

25   what the lawful government functions are are set forth in

1   the statute that created the agency, right?  Maybe I'm wrong

2   in that regard, but I would assume if that's the predicate

3   for the charges that they'd have to present some evidence to

4   show what those lawful government functions were, and that

5   he in some way circumvented or did something that was

6   contrary to those functions.

7          MR. JONES:  In order to understand what

8   Mr. Tajideen was doing, the effect of what he saying, the

9   intent of what he was saying, you have to understand the

10  context in which it was taking place.  Our argument would be

11  that this entire, that this entire episode was about proving

12  that he was not Hezbollah.

13         THE COURT:  Have they told you what those

14  functions were that they believed he violated?

15         MR. JONES:  They say very broadly, they say I

16  think it's the enforcement of OFAC regulations.

17         THE COURT:  I mean with reference to discovery, I

18  assume there is a request that's been made, what were those

19  regulations that you say were violated.  And obviously

20  they'd have an obligation it seems to me to tell you what

21  those regulations were.

22         MR. JONES:  We have not put the question in exact

23  that way.  In the indictment they describe the OFAC, lawful

24  functions of OFAC just to be enforcement of the OFAC

25  regulations, I believe.

1          THE COURT:  Let me just ask the government and

2     I'll let you respond, does the government intend to

3     introduce evidence of what those lawful functions that you

4     say he violated?

5          MR. GILLICE:  Well your Honor, in one sense, yes.

6     The defendant was required to get a license or to not cause

7     U.S. firms to not get a license prior to dealing with him.

8          THE COURT:  Right.

9          MR. GILLICE:  And so that is a lawful government

10    function that was the defendant --

11         THE COURT:  I guess my question is do you intend

12    to reveal to them upon request what those lawful government

13    functions were that you say he in some way made false

14    statements in reference to or defrauded?

15         MR. GILLICE:  Certainly.  I believe we already

16    have, but I'm certainly happy to have a further conversation

17    with defense counsel if they are unclear.  Yes, absolutely.

18         THE COURT:  Okay.  Thank you.  With those

19    representations I mean why would you be entitled to anything

20    more than that information as to what those lawful functions

21    were and why they believe that he violated those?

22         MR. JONES:  Because it goes to Mr. Tajideen's

23    intent and what he understood this whole proceeding to be

24    about, which is reflected in OFAC's filing.  What was

25    actually going on?  For instance, the government says

1    that -- so its key theory in this case is that Mr. Tajideen

2    set up and then used these U.S. entities with which he was

3    not associated to secretly conduct business with the United

4    States.  The whole theory is that he was trying to hide his

5    association with these entities.

6          There's one in the indictment that's prominently

7    featured called ICTC.  The record would show that

8    Mr. Tajideen disclosed his association with ICTC to OFAC

9    back in 2012, that he gave status reports on ICTC to OCTF in

10   '13, '15 and 2016.  And documents that would show OFAC's

11   awareness of that issue, their analysis of the issue, and

12   the fact that OFAC chose not to designate ICTC.  Not to put

13   it on the list of companies that can't do business with the

14   U.S.  Those could help establish a powerful defense that

15   one, those transactions with ICTC were not in themselves

16   violative of the regulations.  Or that a minimum that

17   Mr. Tajideen did not intend them to violate the regulations.

18         The government wants to suggest that the

19   regulations here are very clear cut, easy to understand, but

20   they are incredibly burdensome and difficult.  And OFAC's

21   documents that show how they apply to this specific

22   situations of this case will be very important in

23   determining whether or not Mr. Tajideen -- a conspiracy

24   existed and whether or not there was any intent to violate

25   the law.

1          THE COURT:  It seems to me you know what the

2     regulations are.  And if you're saying they are complex and

3     difficult to understand obviously you can present those to

4     the jury.  And if the jury accepted your proposition that

5     they are complex and difficult to understand why wouldn't

6     that be in and of itself sufficient to support the theory

7     that you're advancing?

8          MR. JONES:  It would be easy for Mr. Tajideen to

9     get up on the stand and say I don't understand all this

10    stuff.  It's really complicated, but if there's a document

11    from OFAC that says it's unclear whether ICTC is covered by

12    --

13         THE COURT:  That would be great.  I mean sure, if

14    there's something that exists now that they know that's a

15    theory of your defense that these regulations are complex

16    and difficult to understand, if internally they have some

17    information that people in OFAC were saying that information

18    was difficult to understand then it seems to me that would

19    qualify as *Brady* and have an obligation to produce it.

20         MR. JONES:  We agree, your Honor.  The concern

21    here is the government has said we're not going to look at

22    anything that OFAC determines to be classified or

23    privileged.  We're not sure what -- these are unspecified

24    privileges.  We're not sure if they're qualified.

25         THE COURT:  Maybe I'm wrong, but I thought that

1    initially they said they weren't going to review the OFAC

2    information.  They took a different position and said

3    ultimately they would review it.  Am I wrong in that regard?

4            MR. GILLICE:  No, your Honor, we have and we are

5    reviewing OFAC information, that's correct.

6            MR. JONES:  Including all classified and allegedly

7    privileged documents?

8            MR. GILLICE:  I can't speak to classified

9    documents.

10           THE COURT:  But I mean obviously if that

11   classified information would include exculpatory information

12   that he'd be entitled to then he'd have a right either to

13   receive it.  Or under IEEPA for the consequences of it not

14   being produced because it is classified which is a

15   government decision coming into play.

16           MR. GILLICE:  Your Honor, what I can say is that

17   if any classified information is implied or intersects with

18   this case the government will absolutely deal with it

19   through the appropriate processes.

20           THE COURT:  And if there is inculpatory

21   information contained within that, I assume although you may

22   not reveal the nature of it, that you would let me and the

23   defense know that there is such information.  Obviously you

24   may have to reveal that to me in an ex parte proceeding, and

25   then I would have to make a determination as to whether it

1    is in fact producible.  If it is in fact producible then

2    under IEEPA, I'd have to make a determination if you decide

3    not to produce it, which you have a right not to do, whether

4    there's any consequences from that decision, which is what I

5    had to do quite frequently in the Libby case.  Obviously,

6    that's an obligation I have under IEEPA.

7            MR. GILLICE:  Your Honor, one thing that might

8    help in this regard.  The other part of the question that I

9    have not answered is with regard to privileged information

10   from OFAC.  If defense counsel has any specific items such

11   as that that they would ask us to look for we're happy to do

12   so with regard to any sort of privileged information, and

13   then deal with that appropriately as well.

14           THE COURT:  Okay.  With the concessions that the

15   government has made about what it would do, I guess I'm

16   amiss as to what else it is you're saying that they have an

17   obligation to do and that you're entitled to.  Because they

18   seem to say they will review all of the OFAC information

19   whether it be classified or unclassified.  And if there is

20   in fact *Brady* information that's relevant to this case that

21   they'll produce that.  And they've already said they are

22   prepared to introduce any of the statements your client is

23   supposed to have made to OFAC.  Whether they're relying upon

24   them are or not.  Consistent with your position that those

25   other statements might in fact undermine the suggestion that

1    the statements they're relying upon were in fact fraudulent

2    or false.

3              MR. JONES:  What I think -- your Honor, I heard

4    with respect to classified information that they do intend

5    to review all of the classified information to look for

6    otherwise discoverable material and then deal with it

7    through the IEEPA process.  As part of that process we would

8    simply ask that the Court to the greatest extent possible,

9    make those ex parte filings available in some redacted form

10   to preserve due process to the extent possible while

11   protecting what IEEPA is intended to protect.

12             As you know under IEEPA you are allowed to but not

13   required to entertain ex parte submissions from the

14   government.  And in this case we're particularly concerned

15   about the government's representations about classified

16   information not being subject to the regular adversarial

17   process.  Because the drips and drabs of information that

18   we've gotten out of OFAC over the last seven years have

19   proven to be oftentimes faulty, flawed, demonstratively

20   false, mixing up company names, conflating Mr. Tajideen's

21   basic factual errors.

22             And obviously your Honor is naturally not

23   sufficiently with the facts to sufficiently interrogate the

24   government's representations in those regard.  So to the

25   extent that the adversarial process can be preserved, we

1   would ask your Honor to ask the government to make redacted

2   filings available.  At least on legal argumentation issues

3   if not the classified information that's involved.

4        THE COURT:  As I understand IEEPA and as I said

5   became extremely emerged in the IEEPA process in the Scooter

6   Libby case, I think the government has an obligation to do

7   what you're requesting that they do.  Obviously they can if

8   they are seeking to use that redaction as a basis for

9   introducing that information in the redacted form.  And then

10  I have to make a determination as to whether that

11  essentially gives you what the classified information what

12  it entails.

13       But if they decide that the information is so

14  highly classified that it would potentially cause harm to

15  the national security or whatever you know national

16  security, then obviously they it seems to me don't have to

17  produce it in an adversarial manner.  Maybe they produce it

18  to me if they so chose.  I assume they could conceivably

19  decide not to introduce it and then maybe suffer the

20  consequences.

21       At least in the Libby trial they did in that case

22  submit to me things that they weren't prepared to give to

23  the defense and were prepared to give to me in an ex parte

24  manner.  And then I had to assess whether the information

25  was in fact pertinent to the defense.  And if it was

1   pertinent whether a redaction of it that would preserve its

2   classified nature but nonetheless provide to the defense

3   what the defense wanted and had to make a determination as

4   to whether that was essential or not essential but whether

5   it was in fact sufficient to provide what the defense wanted

6   by way of a defense.  And if I decided that was not the case

7   then I would have to conclude that information related to a

8   certain part of the government's case that related to that

9   information could not be introduced.

10          MR. JONES:  Yes, your Honor.  You're exactly right

11  about the general process.  I apologize for not being more

12  clear.  I was speaking about their filing itself under

13  Section IV, which they are, they are permitted to ask you to

14  take that argument ex parte.  Under Section IV you are

15  allowed to but not required to take that motion ex parte.

16  And in many cases judges will order the government to redact

17  the filing so that, for instance, it leaves the cases in the

18  legal argumentation so that the adversarial process is

19  preserved to some degree.

20          And so we would ask as IEEPA litigation goes on

21  here that we be permitted to engage in that process to the

22  extent possible.

23          THE COURT:  What if the government took the

24  position, I don't know if they would, but what if they took

25  the position that even in a redacted form it would

1    potentially disclose information that could be harmful to

2    the government, and therefore, it's not prepared to produce

3    that redaction?

4         MR. JONES:  That would be up to your Honor to

5    decide under IEEPA how to proceed then.

6         THE COURT:  Considering it seems they've made

7    concessions that to address to a significant degree what

8    you're saying that you're entitled to.

9         MR. JONES:  I think the one remaining piece here

10   which seems -- I'm still, perhaps I'm just being not sharp

11   here, but is the question of what's going to happen with the

12   documents that OFAC is calling privileged.  I think

13   Mr. Gillice said that he wants us to come back with more

14   specific requests, but I think that's putting the cart

15   before the horse.  Those documents the government in our

16   view has an obligation to review them for *Brady*, to review

17   them for Rule 16 materials.  And then, and then decide

18   whether the privilege is such that it is strong enough that

19   they wouldn't have to turn over that information probably by

20   providing a privileged log.

21         And in particular here where we don't even know

22   what the grounds for this privilege is; if it's attorney

23   client.  If it's some flavor of deliberative process

24   privilege, something that's qualified or unqualified.  The

25   government should have to look at those documents first to

1    determine whether or not they are otherwise discoverable

2    rather than saying we're not going to look at them because

3    they are privileged unless you come back and tell us exactly

4    where to go look for Rule 16 or *Brady* materials.

5            THE COURT:  I didn't understand them to say that.

6    I thought they said that they would review both the

7    unclassified and the classified information.  And if upon

8    that review there was information that was producible either

9    under Rule 16 or under *Brady* that they would either produce

10   it.  Or if they felt it was not subject to production either

11   because of its classified nature or because of a privilege,

12   that I assume they are saying they would then let the Court

13   know that they have made that decision.  And I guess we'd

14   have to then go from there assuming that they in fact make

15   one of those determinations.

16           MR. JONES:  If the government intends to review

17   all the potentially privileged documents for Rule 16 or

18   *Brady* materials then we have no concern about that process.

19           MR. GILLICE:  Your Honor, we do.  The reason that

20   I asked for some pointers as it were is because just like in

21   any arena if the defendant has a certain view of *Brady* that

22   we're not aware of and we don't know that and we don't know

23   to look for that.

24           THE COURT:  I think that's fair.  I don't think

25   you have to speculate as to what conceivably might be their

1    defense because I think that's probably impossible.  And I

2    think to the extent that they have a theory, and obviously

3    in the IEEPA context it may be unfortunate, but it's the

4    reality based upon the statute and why the statute was

5    adopted that under certain circumstances the defense is

6    going to have to, which is normally not the case, reveal

7    what their potential defense is in order to put the

8    government on notice as to what they should be seeking to

9    assess, and what conceivably their discovery obligation is

10   as a result of that assessment.

11          So I mean that's the unfortunate maybe reality of

12   a situation where you're talking about classified

13   information that requires in certain circumstances that the

14   defense have to play its hand in order for the government to

15   know to what extent it has a discovery obligation.

16          So I will under the circumstances based upon

17   what's been represented to me, obviously I'll review the

18   issue of if it needs to be done I will conclude that the

19   motion for discovery should be denied based upon the

20   government's representation that it will in fact review both

21   the classified and the unclassified information contained in

22   the OFAC file.  And if there is in fact Rule 16 discoverable

23   information or *Brady* information that that information will

24   be produced.  Or if the government decides that it cannot be

25   produced the government will so advise the Court and then

1    we'll have to proceed from there.

2              Anything else?  Thank you.

3              MR. GILLICE:  Your Honor, just to --

4              [Brief pause.]

5              THE COURT:  My clerk says there's another issue

6    regarding the speedy trial?

7              MR. GILLICE:  Yes, your Honor.  I apologize.  Your

8    Honor, as the Court knows the government has filed a motion

9    under IEEPA.  We reasonably believe that that does toll the

10   Speedy Trial Act until the Court acts on that motion as

11   well.  But I wanted to make sure that that was clear on the

12   record in this case.  In addition, we reasonably may have

13   some plea negotiations, whether or not they are fruitful we

14   don't know, and the government is currently as the Court

15   knows finishing discovery in this case.

16             THE COURT:  Response.

17             MR. JONES:  We have no objection to tolling of the

18   Speedy Trial Act pending the disposition of the IEEPA

19   section of the motion.

20             THE COURT:  Very well.  Based upon that concession

21   the speedy trial clock will be tolled until that

22   determination is made.  Thank you.

23             MR. GILLICE:  Thank you.

24             [Thereupon, the proceedings adjourned at 3:49

25             p.m.]

1                          CERTIFICATE

2          I, Cathryn J. Jones, an Official Court Reporter

3    for the United States District Court of the District of

4    Columbia, do hereby certify that I reported, by machine

5    shorthand, the proceedings had and testimony adduced in the

6    above case.

7          I further certify that the foregoing 31 pages

8    constitute the official transcript of said proceedings as

9    transcribed from my machine shorthand notes.

10         In witness whereof, I have hereto subscribed my

11   name, this the 29th day of August, 2017.

12

13                         /s/_Cathryn J. Jones
14                         Cathryn J. Jones, RPR
                           Official Court Reporter
15

16

17

18

19

20

21

22

23

24

25

**MR. GILLICE: [26]**  3/5 6/15 6/23 7/19
8/14 10/8 10/21 11/3 11/17 11/21 12/3
12/10 12/25 14/18 15/18 20/4 20/8
20/14 23/3 23/7 23/15 24/6 29/18 31/2
31/6 31/22
**MR. JONES: [21]**  3/10 3/16 4/6 5/3
6/6 16/16 17/3 18/6 19/6 19/14 19/21
20/21 22/7 22/19 23/5 25/2 27/9 28/3
28/8 29/15 31/16
**MR. PALAZZO: [1]**  3/9
**THE COURT: [43]**
**THE DEPUTY CLERK: [1]**  3/1

**'**

**'13 [1]**  21/10
**'15 [1]**  21/10

**.**

**.x [1]**  1/6

**/**

**/s [1]**  32/13

**1**

**1400 [1]**  1/16
**16 [6]**  3/25 28/17 29/4 29/9 29/17
30/22
**17-46 [2]**  1/4 3/4
**1875 [1]**  1/20

**2**

**20001 [1]**  2/3
**20006 [1]**  1/21
**2012 [1]**  21/9
**2016 [1]**  21/10
**2017 [2]**  1/5 32/11
**20530 [2]**  1/14 1/17
**28 [1]**  1/5
**29 [1]**  4/20
**29th [1]**  32/11

**3**

**31 [1]**  32/7
**333 [1]**  2/2
**3:04 [1]**  1/6
**3:49 [1]**  31/24

**4**

**46 [2]**  1/4 3/4

**5**

**555 [1]**  1/14

**6**

**6521 [1]**  2/2

**A**

**abide [1]**  9/8
**able [4]**  8/6 10/25 11/1 12/21
**about [26]**  4/22 7/16 9/23 10/11 12/4
12/23 13/4 14/2 14/3 15/1 15/2 15/8
15/9 16/1 16/6 17/18 18/5 19/11 20/24
24/15 25/15 25/15 27/11 27/12 29/18
30/12
**above [1]**  32/6
**absolutely [2]**  20/17 23/18

**accepted [1]**  22/4
**access [3]**  16/10 17/1 11/5
**Act [2]**  31/10 31/18
**actions [1]**  9/2
**acts [3]**  4/17 7/8 31/10
**actually [4]**  8/17 13/14 15/4 20/25
**addition [1]**  31/12
**additional [4]**  10/2 11/19 12/9 12/23
**address [2]**  7/21 28/7
**adduced [1]**  5/17
**adequately [1]**  7/21
**adjourned [1]**  31/24
**administrative [1]**  16/18
**adopted [1]**  30/5
**advancing [1]**  22/7
**adversarial [4]**  25/16 25/25 26/17
27/18
**advise [1]**  30/25
**affairs [1]**  5/6
**affected [1]**  14/15
**after [1]**  16/10
**afternoon [4]**  3/6 3/9 3/10 3/11
**afternoon's [1]**  3/2
**against [4]**  7/14 8/13 13/13 17/6
**agency [8]**  5/1 6/19 6/20 9/25 10/1
10/3 16/6 19/1
**agree [2]**  11/4 22/20
**agreed [2]**  10/9 14/17
**agreement [1]**  13/25
**aided [1]**  2/7
**air [1]**  17/11
**all [16]**  4/5 5/14 5/18 7/23 10/15 10/22
11/6 11/12 14/21 17/1 17/18 22/9 23/6
24/18 25/5 29/17
**allegations [3]**  4/4 4/6 6/12
**alleged [3]**  6/9 6/15 7/8
**allegedly [3]**  16/24 18/2 23/6
**alleges [1]**  4/21
**allowed [2]**  25/12 27/15
**along [2]**  3/6 3/12
**already [5]**  12/6 14/8 14/20 20/15
24/21
**also [1]**  11/6
**although [1]**  23/21
**always [1]**  8/3
**am [2]**  18/23 23/3
**AMERICA [1]**  1/3
**amiss [1]**  24/16
**amongst [1]**  13/8
**analogous [1]**  8/14
**analysis [2]**  5/14 21/11
**another [2]**  12/24 31/5
**answer [4]**  5/12 12/11 12/14 12/15
**answered [1]**  24/9
**answers [1]**  11/23
**anticipate [1]**  6/17
**any [14]**  5/17 8/8 10/24 11/25 13/5
13/8 15/8 21/24 23/17 24/4 24/10
24/12 24/22 29/21
**anything [6]**  13/11 14/25 18/17 20/19
22/22 31/2
**apart [1]**  13/5
**apologize [2]**  27/11 31/7
**APPEARANCES [1]**  1/11
**apply [1]**  21/21
**appropriate [4]**  6/12 7/21 8/17 23/19
**appropriately [1]**  24/13

**are [43]**
**arena [1]**  29/21
**argument [4]**  13/3 14/16 19/10 27/14
**argumentation [2]**  26/2 27/18
**arm [1]**  6/19
**articulated [1]**  9/23
**as [54]**
**ask [10]**  3/4 6/21 7/2 20/1 24/11 25/8
26/1 26/1 27/13 27/20
**asked [2]**  11/6 29/20
**asking [2]**  3/21 3/22
**aspect [1]**  3/19
**assess [2]**  26/24 30/9
**assessment [2]**  7/18 30/10
**associated [2]**  4/23 21/3
**association [2]**  21/5 21/8
**assume [3]**  18/22 18/24 19/2 19/18
23/21 26/18 29/12
**assuming [1]**  29/14
**attack [4]**  8/20 8/21 8/22 8/23
**attempt [1]**  13/24
**attempting [1]**  8/19
**attorney [2]**  1/15 28/22
**ATTORNEY'S [1]**  1/13
**attorneys [2]**  11/8 11/8
**August [2]**  1/5 32/11
**AUSA [2]**  1/12 1/12
**available [2]**  25/9 26/2
**Avenue [3]**  1/16 1/20 2/2
**aware [1]**  29/22
**awareness [2]**  5/15 21/11

**B**

**back [7]**  6/3 11/7 17/5 17/24 21/9
28/13 29/3
**bare [1]**  16/4
**Barkett [1]**  1/12 3/7
**based [4]**  30/4 30/16 30/19 31/20
**basic [1]**  25/21
**basically [3]**  8/20 9/14 13/16
**basis [2]**  9/10 26/8
**be [55]**
**became [1]**  26/5
**because [19]**  4/16 5/17 6/8 6/10 8/23
15/9 15/24 16/7 17/1 17/14 20/22
23/14 24/17 25/17 29/2 29/11 29/11
29/20 30/1
**been [12]**  4/15 7/14 8/9 8/19 11/10
11/16 11/20 12/2 13/23 15/9 19/18
30/17
**before [5]**  1/9 12/19 12/20 16/18 28/15
**behalf [2]**  3/7 3/12
**behind [1]**  15/22
**being [4]**  23/14 25/16 27/11 28/10
**believe [8]**  6/25 14/4 14/5 14/20 19/25
20/15 20/21 31/9
**believed [1]**  19/14
**believes [1]**  13/11
**between [3]**  11/7 14/22 17/24
**biases [1]**  15/22
**big [1]**  5/10
**bit [2]**  16/6 17/16
**bones [1]**  16/4
**both [2]**  29/6 30/20
**bought [1]**  13/22
**Bowker [1]**  1/19 3/13
**Brady [9]**  3/25 22/19 24/20 28/16 29/4

**B**

Brady... [4]  29/9 29/18 29/21 30/23
brief [2]  8/16 31/4
broadly [1]  19/15
brother's [1]  10/18
brought [1]  17/6
burdensome [1]  21/20
business [5]  5/6 5/13 9/8 21/3 21/13
buy [1]  13/18

**C**

called [1]  21/7
calling [2]  6/17 28/12
came [1]  17/6
can [11]  12/5 14/10 15/6 15/6 16/18 17/8 17/11 22/3 23/16 25/25 26/7
can't [5]  8/21 8/22 15/8 21/13 23/8
cannot [2]  12/4 30/24
careful [1]  11/22
cart [1]  28/14
case [30]  3/24 5/21 5/24 7/12 7/25 8/3 8/15 8/18 8/18 9/18 9/21 16/12 16/15 16/19 16/25 17/18 21/1 21/22 23/18 24/5 24/20 25/14 26/6 26/21 27/6 27/8 30/6 31/12 31/15 32/6
case-in-chief [1]  3/24
cases [3]  8/16 27/16 27/17
Cathryn [4]  2/1 32/2 32/13 32/14
cause [2]  20/6 26/14
caused [1]  9/14
certain [5]  9/24 27/8 29/21 30/5 30/13
certainly [3]  14/10 20/15 20/16
CERTIFICATE [1]  32/1
certify [2]  32/4 32/7
cetera [2]  15/25 15/25
challenge [2]  16/13 16/16
chance [3]  12/18 16/25 18/23
charge [1]  22/4
charged [6]  5/22 7/7 7/12 9/22 13/13 15/17
charges [9]  3/20 4/1 4/9 4/11 7/13 7/15 17/6 18/3 19/3
checks [1]  7/3
chief [1]  3/24
choose [1]  8/25
chose [3]  8/24 9/1 21/12 26/18
circumscribing [1]  9/18
circumstances [3]  30/5 30/13 30/16
circumvented [1]  19/5
cited [1]  8/16
claim [1]  8/13
classified [29]  11/16 11/21 11/25 12/2 12/13 12/13 12/14 12/18 12/24 12/25 13/6 22/22 23/6 23/8 23/11 23/14 23/17 24/19 25/4 25/5 25/15 26/3 26/11 26/14 27/2 29/7 29/11 30/12 30/21
clear [4]  9/19 21/19 27/12 31/11
clerk [1]  31/5
client [3]  3/16 24/22 28/23
clock [1]  31/21
collaterally [1]  8/20
colleagues [1]  3/13
COLUMBIA [2]  1/2 32/4
come [6]  9/20 15/23 16/2 16/3 28/13 29/3
coming [1]  23/15

communications [1]  11/7
companies [5]  7/5 9/9 10/18 15/4 21/13
company [4]  15/2 15/3 15/7 25/20
complex [3]  22/2 22/5 22/15
complicated [1]  22/10
computer [1]  2/7
computer-aided [1]  2/7
conceivably [5]  10/7 12/23 26/18 29/25 30/9
concern [2]  22/20 29/18
concerned [1]  25/14
concession [1]  31/20
concessions [2]  24/14 28/7
conclude [2]  27/7 30/18
conclusive [1]  16/19
conclusively [2]  17/8 17/11
conduct [2]  7/19 21/3
confidential [1]  5/13
conflating [1]  25/20
consequences [3]  23/13 24/4 26/20
consider [1]  7/17
considering [3]  7/12 7/13 28/6
Consistent [1]  24/24
conspiracy [9]  4/12 4/18 7/9 13/14 13/16 13/18 13/25 17/21 21/23
conspired [1]  13/24
conspiring [2]  5/9 5/22
constitute [1]  32/8
Constitution [1]  2/2
contained [2]  23/21 30/21
context [7]  6/3 6/4 10/7 16/14 18/4 19/10 30/3
continued [1]  9/9
continues [1]  4/10
contrary [1]  19/6
conversation [1]  20/16
convicted [2]  16/9 16/15
conviction [1]  16/16
convince [1]  4/15
correct [3]  9/11 11/18 23/5
correction [1]  15/20
correspondence [4]  14/8 14/14 14/21 14/22
could [8]  7/20 14/13 17/3 18/22 21/14 26/18 27/9 28/1
counsel [6]  9/24 13/2 14/9 16/10 20/17 24/10
counsels [1]  14/23
count [3]  4/11 13/15 17/21
course [4]  7/5 9/16 13/20 17/23
court [24]  1/1 2/1 2/1 2/2 3/21 7/20 8/16 8/21 11/17 12/6 13/2 14/8 15/23 16/2 16/3 25/8 29/12 30/25 31/8 31/10 31/14 32/2 32/3 32/14
covered [1]  22/11
CR [1]  1/4
created [1]  19/1
crime [2]  8/8 16/15
crimes [1]  15/16
criminal [2]  3/4 16/19
culpability [1]  6/15
culpable [1]  7/19
currently [2]  12/20 31/14
cut [1]  21/19

**D**

D.C [2]  1/5 2/3
David [2]  1/19 3/13
day [1]  32/11
DC [3]  1/14 1/17 1/21
deal [3]  23/18 24/13 25/6
dealing [1]  20/7
dealings [1]  4/22
decide [7]  7/24 17/13 24/2 26/13 26/19 28/5 28/17
decided [2]  16/14 27/6
decides [1]  30/24
decision [4]  5/16 23/15 24/4 29/13
deems [1]  6/12
defend [1]  8/13
defendant [20]  1/6 1/18 6/21 7/14 9/4 9/13 9/20 10/10 11/8 11/9 13/6 13/14 13/24 14/3 14/14 14/22 15/23 20/6 20/10 29/21
defendant's [6]  6/15 10/16 14/6 14/24 15/12 15/12
defended [1]  13/12
defense [26]  3/19 4/1 5/19 8/11 9/24 12/3 13/2 14/9 15/12 16/10 17/16 20/17 21/14 22/15 23/23 24/10 26/23 26/25 27/2 27/3 27/5 27/6 30/1 30/5 30/7 30/14
definitive [1]  12/19
defraud [8]  4/12 5/9 5/19 5/22 13/15 13/16 13/24 17/22
defrauded [1]  20/14
degree [3]  5/16 27/19 28/7
deliberative [1]  28/23
delisted [4]  9/6 13/22 13/23 18/12
delisting [1]  10/17
demonstratively [1]  25/19
denied [1]  30/19
DEPARTMENT [3]  1/16 6/19 17/5
describe [2]  5/23 19/23
described [1]  18/8
designate [1]  21/12
designated [13]  4/15 4/16 6/22 6/23 6/24 9/4 9/17 15/3 15/5 15/7 15/9 15/24 17/25
designation [22]  3/16 7/10 7/11 7/13 7/16 7/18 8/5 9/5 9/8 9/10 10/16 10/17 15/15 15/18 15/20 15/21 15/22 16/5 16/13 17/1 17/12 17/15
designations [1]  16/11
desire [1]  3/15
detail [2]  5/18 18/24
determination [7]  16/18 16/21 23/25 24/2 26/10 27/3 31/22
determinations [1]  29/15
determine [2]  7/3 29/1
determines [1]  22/22
determining [2]  9/2 21/23
develop [1]  5/18
did [7]  8/25 11/12 16/15 17/18 19/5 21/17 26/21
didn't [2]  9/1 29/5
difference [1]  14/3
different [1]  23/2
difficult [5]  21/20 22/3 22/5 22/16 22/18
disagree [1]  10/11
disclose [1]  28/1

# D

**disclosed** [1]  21/8
**discoverable** [3]  25/6 29/1 30/22
**discovery** [7]  8/12 18/5 19/17 30/9
30/15 30/19 31/15
**discriminatory** [1]  17/10
**discussions** [1]  15/8
**disposition** [1]  31/18
**distinguish** [1]  16/12
**DISTRICT** [6]  1/1 1/2 1/10 2/2 32/3
32/3
**do** [26]  6/13 6/14 8/24 8/25 9/8 9/9
12/16 12/19 12/21 13/14 16/2 16/3
16/11 17/7 20/11 21/13 24/3 24/5
24/11 24/15 24/17 25/4 26/6 26/7
29/19 32/4
**Docket** [1]  1/4
**document** [1]  22/10
**documents** [16]  5/23 11/11 11/13 13/4
13/7 15/13 18/9 18/11 21/10 21/21
23/7 23/9 28/12 28/15 28/25 29/17
**does** [11]  4/17 8/1 13/18 14/4 14/5
14/24 16/7 17/13 17/24 20/2 31/9
**doesn't** [3]  15/1 15/9 17/9
**doing** [3]  6/1 14/21 19/8
**don't** [15]  4/4 5/16 6/13 13/19 14/4
15/10 18/17 22/9 26/16 27/24 28/21
29/22 29/24 29/24 31/14
**done** [2]  10/12 30/18
**drabs** [1]  25/17
**draw** [1]  7/22
**drips** [1]  25/17
**due** [1]  25/10
**during** [1]  3/23

# E

**earlier** [1]  16/4
**easy** [2]  21/19 22/8
**effect** [1]  19/8
**either** [5]  12/14 23/12 29/8 29/9 29/10
**element** [8]  7/11 7/17 7/8 7/15/16 15/21
16/19 17/8 17/11
**elements** [1]  8/9
**else** [5]  13/25 14/25 15/11 24/16 31/2
**emails** [1]  13/8
**emerged** [1]  26/5
**end** [1]  11/10
**enforcement** [2]  19/16 19/24
**engage** [1]  27/21
**engaged** [2]  4/14 9/6
**engagement** [1]  5/5
**enough** [3]  13/25 14/1 28/18
**entails** [1]  26/12
**enter** [1]  7/1
**entertain** [1]  25/13
**entire** [3]  18/1 19/11 19/11
**entities** [4]  4/23 9/9 21/2 21/5
**entitled** [5]  8/12 20/19 23/12 24/17
28/8
**episode** [1]  19/11
**errors** [1]  25/21
**especially** [1]  17/25
**Esquire** [3]  1/18 1/19 1/19
**essence** [4]  3/15 9/1 10/9 12/6
**essential** [2]  27/4 27/4
**essentially** [1]  26/11
**establish** [3]  17/8 17/11 21/14

# E

**et** [2]  15/25 15/25
**even** [6]  4/3 7/16 8/7 15/17 27/25
28/21
**eventually** [1]  18/10
**every** [1]  3/19
**everybody** [1]  16/7
**evidence** [12]  4/5 4/8 6/10 6/11 7/2
7/16 8/4 8/8 8/12 15/18 19/3 20/3
**evident** [1]  5/21
**ex** [7]  12/14 23/24 25/9 25/13 26/23
27/14 27/15
**ex parte** [1]  26/23
**exact** [1]  19/22
**exactly** [3]  10/11 27/10 29/3
**example** [2]  8/7 18/20
**exculpatory** [1]  23/11
**existed** [1]  21/24
**exists** [1]  22/14
**expeditiously** [1]  12/21
**extensive** [1]  5/15
**extent** [7]  3/17 25/8 25/10 25/25 27/22
30/2 30/15
**extremely** [1]  26/5

# F

**fact** [16]  13/19 15/5 15/6 15/6 15/20
21/12 24/1 24/1 24/20 24/25 25/1
26/25 27/5 29/14 30/20 30/22
**facts** [1]  25/23
**factual** [1]  25/21
**fair** [1]  29/24
**false** [9]  4/20 10/1 10/6 10/8 11/3 14/1
20/13 25/2 25/20
**falsehoods** [1]  5/3
**familiar** [1]  18/23
**faulty** [1]  25/19
**featured** [1]  21/7
**Federal** [2]  6/25 7/1
**felon** [1]  16/14
**felony** [4]  8/19 8/20 9/2 16/16
**felt** [1]  29/10
**few** [1]  4/18
**fight** [1]  9/5
**file** [1]  30/22
**filed** [2]  7/14 31/8
**files** [2]  3/18 13/6
**filing** [7]  11/16 11/21 12/2 12/24 20/24
27/12 27/17
**filings** [2]  25/9 26/2
**financial** [3]  4/22 15/24 16/1
**find** [1]  17/10
**finishing** [1]  31/15
**firm** [1]  5/10
**firms** [1]  20/7
**first** [2]  17/21 28/25
**flavor** [1]  28/23
**flawed** [1]  25/19
**follow** [1]  8/2
**followed** [1]  16/17
**foregoing** [1]  32/7
**form** [3]  25/9 26/9 27/25
**forth** [6]  6/3 7/24 11/7 17/5 17/24
18/25
**forum** [1]  12/15
**forward** [5]  3/4 3/23 9/3 13/21 14/1
**four** [1]  5/10
**Fourth** [1]  1/14

# F

**fragments** [1]  4/19
**fraud** [3]  13/19 13/22 18/2
**fraudulent** [2]  10/1 25/1
**frequently** [1]  24/5
**fruitful** [1]  31/13
**full** [1]  6/3
**function** [2]  20/7
**functions** [15]  4/13 5/20 5/23 5/24
17/22 18/6 18/18 18/25 19/4 19/6
19/14 19/24 20/3 20/13 20/20
**fundamentally** [1]  5/8
**further** [5]  4/17 7/8 16/9 20/16 32/7
**furtherance** [1]  7/8

# G

**gave** [1]  21/9
**general** [3]  6/18 6/20 27/11
**get** [7]  9/6 13/21 18/10 18/12 20/6
20/7 22/9
**gets** [1]  18/20
**getting** [2]  10/14 13/21
**Gillice** [3]  1/12 3/6 28/13
**give** [3]  11/12 26/22 26/23
**gives** [1]  26/11
**Giving** [1]  5/12
**global** [3]  4/16 6/24 18/1
**go** [5]  7/6 14/24 15/10 29/4 29/14
**goes** [2]  20/22 27/20
**going** [14]  8/3 9/2 10/5 12/9 15/23
16/2 18/9 18/18 20/25 22/21 23/1
28/11 29/2 30/6
**gone** [1]  10/12
**good** [6]  3/6 3/9 3/10 3/11 13/24 14/1
**gotten** [2]  10/13 25/18
**government** [57]
**government's** [8]  5/3 5/8 5/24 17/7
25/15 25/24 27/8 30/20
**great** [2]  18/24 22/13
**greatest** [1]  25/8
**grounds** [1]  28/22
**guarantee** [1]  8/3
**guess** [5]  6/8 11/15 20/11 24/15 29/13

# H

**had** [12]  4/16 7/3 8/18 8/23 12/17
12/18 16/25 18/23 24/5 26/24 27/3
32/5
**HALE** [1]  1/20
**hand** [1]  30/14
**happen** [1]  28/11
**happy** [2]  20/16 24/11
**harm** [1]  26/14
**harmful** [1]  28/1
**has** [23]  6/2 6/11 8/10 10/12 11/10
11/16 11/20 12/2 12/6 12/13 14/8
15/21 16/21 16/25 18/8 22/21 24/10
24/15 26/6 28/16 29/21 30/15 31/8
**have** [74]
**haven't** [4]  12/17 12/18 14/20 18/23
**he** [54]
**he'd** [2]  23/12 23/12
**he's** [3]  7/19 9/21 15/16
**hear** [3]  4/3 6/5 16/10
**heard** [1]  25/3
**HEARING** [1]  1/8
**hears** [1]  14/7
**heavily** [1]  18/13

**H**

help [3]  5/18 21/14 24/8
here [8]  16/22 17/17 21/19 22/21 27/21 28/9 28/11 28/21
hereby [1]  32/4
hereto [1]  32/10
Hezbollah [9]  4/17 4/24 9/21 9/22 15/25 16/1 17/25 18/15 19/12
hide [1]  21/4
highly [1]  26/14
him [2]  17/6 20/7
himself [4]  9/6 13/21 16/24 18/11
hiring [1]  5/10
his [17]  3/19 5/5 5/6 5/10 5/16 10/17 10/18 10/20 14/5 14/6 14/7 14/15 14/23 14/25 15/10 21/4 21/8
history [1]  4/19
honing [1]  6/1
Honor [29]  3/2 3/11 3/17 6/16 7/20 8/15 11/10 12/5 12/11 13/1 13/10 14/19 15/19 16/17 17/13 20/5 22/20 23/4 23/16 24/7 25/3 25/22 26/1 27/10 28/4 29/19 31/3 31/7 31/8
HONORABLE [1]  1/9
hopefully [2]  8/1 12/20
horse [1]  28/11
how [4]  13/4 16/11 21/21 28/5


**I**

I'd [2]  15/20 24/2
I'll [4]  4/3 6/6 20/2 30/17
I'm [9]  7/24 8/4 11/24 19/1 20/16 22/25 24/15 28/10 28/10
I've [1]  12/6
i.e [1]  13/15
ICTC [6]  21/7 21/8 21/9 21/12 21/15 22/11
identify [1]  3/5
IEEPA [13]  23/13 24/2 24/6 25/7 25/11 25/12 26/4 26/5 27/20 28/5 30/3 31/9 31/18
implicate [1]  12/12
implied [1]  2/19
important [3]  5/25 6/3 21/22
impossible [2]  18/3 30/1
in-person [1]  5/11
inappropriate [1]  6/13
include [1]  23/1
includes [1]  4/20
Including [1]  23/6
inconsistent [1]  5/8
incorrect [2]  17/12 17/17
incredibly [1]  21/20
inculpatory [1]  23/20
indeed [2]  8/25 18/19
independent [2]  16/21 17/9
indictment [11]  3/20 4/1 4/4 4/11 4/21 6/9 6/12 7/7 17/21 19/23 21/6
individuals [1]  4/23
inextricably [1]  4/9
inform [2]  12/9 12/22
information [63]
initially [1]  23/1
inside [1]  18/18
instance [2]  20/25 27/17
Instead [1]  6/2
instruct [1]  7/22

instructions [3]  7/22 8/2 8/2
intend [6]  4/4 6/14 20/2 20/11 21/17 25/4
intended [1]  25/11
intending [1]  5/19
intends [2]  4/8 29/16
intent [8]  14/5 14/15 14/25 15/10 18/20 19/9 20/23 21/24
internal [5]  13/4 13/7 13/9 15/8 15/11
internally [1]  22/16
interrogate [1]  25/23
intersects [1]  23/17
introduce [10]  4/5 4/8 6/10 7/16 10/25 11/1 15/17 20/3 24/22 26/19
introduced [2]  12/3 27/9
introduces [1]  8/8
introducing [1]  26/19
is [92]
isn't [3]  6/9 7/15 8/14
issue [7]  7/6 9/11 9/13 21/11 21/11 30/18 31/5
issued [1]  7/4
issues [2]  4/8 26/2
it [66]
it's [15]  6/2 6/19 7/17 11/15 15/16 15/22 17/16 18/3 19/16 22/10 22/11 28/22 28/22 28/23 30/3
item [1]  14/3
items [1]  24/10
its [13]  3/23 4/12 5/20 5/22 6/20 8/9 17/22 18/8 18/18 21/1 27/1 29/11 30/14
itself [4]  7/10 15/16 22/6 27/12
IV [2]  27/13 27/14


**J**

Jacqueline [2]  1/12 3/7
Jones [6]  1/18 2/1 3/11 32/2 32/13 32/14
Joseph [2]  1/15 3/7
JUDGE [2]  1/9 1/10
judges [1]  17/16
judicial [3]  16/21 17/1 17/9
jury [7]  7/17 7/21 7/22 7/25 8/1 22/4 22/4
just [11]  6/18 9/24 12/17 13/2 16/6 17/18 19/24 20/1 28/10 29/20 31/3
JUSTICE [2]  1/16 17/5


**K**

KASSIM [3]  1/5 3/3 3/12
key [1]  21/1
know [23]  5/9 8/1 9/16 13/9 14/11 15/1 15/1 15/2 15/7 15/9 16/5 22/1 22/14 23/23 25/12 26/15 27/24 28/21 29/13 29/22 29/22 30/15 31/14
knowledge [2]  11/16 14/25
knows [3]  16/7 31/8 31/15


**L**

last [1]  25/18
law [4]  9/18 15/11 17/20 21/25
lawful [12]  4/12 5/20 5/24 17/22 18/18 18/25 19/4 19/23 20/3 20/9 20/12 20/20
least [2]  26/2 26/21

leaves [1]  27/17
left [1]  14/10
legal [2]  26/2 27/18
legitimacy [1]  8/5
legitimate [1]  18/6
let [6]  6/5 6/6 20/1 20/2 23/22 29/12
level [1]  5/5
Lewis [2]  8/17 16/17
Libby [3]  24/5 26/6 26/21
license [2]  20/6 20/7
licenses [2]  7/4 16/6
lied [2]  4/22 14/3
like [1]  29/20
limited [1]  10/4
list [5]  3/22 18/1 18/14 18/15 21/13
listen [1]  8/2
literally [1]  5/7
litigation [1]  27/20
little [1]  16/6
log [1]  28/20
logical [1]  14/15
long [1]  28/20
look [9]  6/3 18/24 22/21 24/11 25/5 28/25 29/2 29/4 29/23
looking [1]  3/24


**M**

machine [3]  2/7 32/4 32/9
made [12]  9/25 10/5 10/21 10/25 11/16 19/18 20/13 24/15 24/23 28/6 29/13 31/22
majority [1]  18/11
make [12]  12/4 12/19 15/13 15/20 23/25 24/2 25/9 26/1 26/10 27/3 29/14 31/11
makes [1]  14/2
making [1]  4/13
manner [2]  26/17 26/24
many [2]  17/15 27/16
Mat [1]  3/11
material [3]  3/25 4/13 25/6
materially [3]  4/20 9/21 9/22
materials [5]  10/15 17/15 28/17 29/4 29/18
matter [4]  3/3 14/4 14/5 17/9
matters [1]  14/6
Matthew [1]  1/18
may [9]  4/4 7/17 12/16 12/22 16/9 23/21 23/24 30/3 31/12
maybe [5]  19/1 22/25 26/17 26/19 30/11
me [18]  6/5 8/10 12/1 12/9 12/20 12/22 12/24 19/20 20/1 22/1 22/18 23/22 23/24 24/16 26/18 26/22 26/23 30/17
mean [5]  19/17 20/19 22/13 23/10 30/11
meaningful [1]  16/20
means [1]  18/10
meetings [1]  5/11
Meltzer [2]  1/19 3/13
memorandum [1]  13/9
memos [2]  18/13 18/13
meshed [1]  17/15
midst [1]  17/4
might [5]  13/5 15/10 24/7 24/25 29/25
millions [1]  5/10
mind [3]  9/4 14/6 14/7

## M

**minimum [1]** 21/16
**misrepresentations [1]** 4/13
**mixing [1]** 25/20
**more [4]** 5/17 20/20 27/11 28/13
**most [1]** 8/17
**motion [9]** 3/14 3/15 12/20 17/14 27/15 30/19 31/8 31/10 31/19
**motions [2]** 1/8 13/3
**motive [4]** 8/7 8/8 8/11 8/14
**moving [1]** 17/17
**Mr [16]** 3/21 3/25 4/11 5/5 5/9 5/19 16/23 17/24 18/11 18/13 18/20 20/22 21/1 21/23 22/8 25/20
**Mr. [6]** 4/22 18/20 19/8 21/8 21/17 28/13
**Mr. Gillice [1]** 28/13
**Mr. Tajideen [4]** 4/22 19/8 21/8 21/17
**Mr. Tajideen's [1]** 18/20
**much [1]** 5/18
**must [1]** 16/19
**my [8]** 3/12 9/4 11/6 11/22 20/11 31/5 32/9 32/10

## N

**N.W [1]** 2/2
**name [1]** 32/11
**names [1]** 5/12
**national [3]** 1/13 26/15 26/15
**naturally [1]** 25/22
**nature [6]** 7/12 7/13 13/9 23/22 27/2 29/11
**necessarily [2]** 4/5 6/9
**need [4]** 5/17 5/23 12/21 13/4
**needs [4]** 12/24 13/11 13/12 30/18
**negate [2]** 8/5 8/13
**negotiations [1]** 31/13
**never [4]** 15/3 15/5 15/7
**New [1]** 1/16
**next [1]** 11/5
**no [13]** 1/4 7/22 8/3 8/21 10/22 10/22 13/23 14/3 16/5 18/7 23/4 29/18 31/17
**non [3]** 10/15 11/13 18/9
**non-privileged [3]** 10/15 11/13 18/9
**nonetheless [3]** 7/17 9/7 27/2
**normally [1]** 30/6
**not [87]**
**notes [1]** 32/9
**notice [4]** 7/1 7/1 17/4 30/8
**now [3]** 8/22 13/23 22/14
**number [3]** 10/4 14/12 15/4
**NW [3]** 1/14 1/16 1/20

## O

**objection [1]** 31/17
**obligation [8]** 19/20 22/19 24/6 24/17 26/6 28/16 30/9 30/15
**obviously [14]** 4/3 6/6 6/8 11/24 19/19 22/3 23/10 23/23 24/5 25/22 26/7 26/16 30/2 30/17
**occurred [2]** 16/22 18/2
**OCTF [1]** 21/9
**OFAC [63]**
**OFAC's [7]** 3/18 5/14 9/15 13/4 20/24 21/10 21/20
**offense [2]** 17/9 17/12
**offenses [1]** 7/12

**offering [1]** 5/11
**OFFICE [1]** 1/13
**officer [2]** 16/21 17/1
**official [6]** 2/1 11/6 14/21 32/2 32/8 32/14
**officials [1]** 5/12
**oftentimes [1]** 25/19
**Okay [2]** 20/18 24/14
**omit [1]** 6/11
**one [14]** 4/11 8/17 10/23 13/1 13/15 13/20 15/1 15/19 20/5 21/6 21/15 24/7 28/9 29/15
**ones [1]** 7/7
**only [6]** 3/22 8/25 11/8 13/7 14/6 14/11
**opening [1]** 5/6
**opportunity [1]** 8/23
**oral [1]** 13/3
**order [8]** 6/4 8/12 15/13 17/14 19/7 27/16 30/7 30/14
**organizations [1]** 4/24
**other [4]** 4/25 10/6 10/16 13/1 13/5 15/4 17/16 24/8 24/25
**otherwise [2]** 25/6 29/1
**our [7]** 5/4 8/16 9/16 9/18 13/7 19/10 20/15
**out [7]** 9/7 13/2 14/8 14/9 17/10 18/3 25/18
**over [9]** 4/13 5/1 5/6 11/11 11/14 17/22 17/24 25/18 28/19
**overt [2]** 4/17 7/8
**owns [1]** 15/3

## P

**p.m [2]** 1/6 31/25
**pages [1]** 32/7
**Palazzo [2]** 1/15 3/7
**Paragraph [1]** 4/20
**part [7]** 9/16 11/5 13/5 17/16 24/8 25/7 27/8
**parte [7]** 12/14 23/24 25/9 25/13 26/23 27/14 27/15
**particular [4]** 6/17 9/10 12/5 28/21
**particularly [1]** 25/14
**parties [1]** 3/4
**pause [1]** 31/4
**pending [1]** 31/18
**Pennsylvania [1]** 1/20
**people [1]** 22/17
**per [1]** 15/1
**perhaps [1]** 28/10
**period [4]** 4/14 5/1 5/7 17/23
**permitted [2]** 27/13 27/21
**person [2]** 5/11 8/18
**personal [1]** 5/6
**personnel [1]** 13/8
**pertinent [2]** 26/25 27/1
**petition [1]** 10/17
**piece [2]** 6/17 28/9
**pieces [1]** 13/10
**place [1]** 19/10
**Plaintiff [1]** 1/3
**plan [1]** 16/3
**play [2]** 23/15 30/14
**plea [1]** 31/13
**pleadings [1]** 15/2
**please [1]** 3/5

**point [6]** 8/16 9/19 13/2 15/13 17/23 18/7
**pointed [2]** 14/8 14/9
**pointers [1]** 29/20
**points [1]** 15/1
**position [8]** 9/23 10/8 11/2 17/7 23/2 24/24 27/24 27/25
**possible [3]** 25/8 25/10 27/22
**potential [2]** 7/15 30/7
**potentially [3]** 26/14 28/1 29/17
**powerful [1]** 21/14
**preceded [1]** 11/9
**predicate [1]** 19/2
**prepared [6]** 6/2 7/4 24/22 26/22 26/23 28/2
**preparing [3]** 3/19 3/25 17/16
**present [5]** 3/12 6/14 16/3 19/3 22/3
**preserve [2]** 25/10 27/1
**preserved [2]** 25/25 27/19
**press [2]** 4/10 15/25
**presume [1]** 9/20
**presumedly [1]** 13/7
**presumes [1]** 13/20
**pretend [1]** 9/1
**previously [3]** 8/19 8/23 16/14
**prior [3]** 9/2 14/23 20/7
**privilege [5]** 12/13 28/18 28/22 28/24 29/11
**privileged [12]** 10/15 10/21 11/13 18/9 22/23 23/7 24/9 24/12 28/12 28/20 29/3 29/17
**privileges [1]** 22/24
**probably [2]** 28/19 30/1
**proceed [2]** 28/5 31/1
**proceeding [5]** 8/22 12/25 18/2 20/23 23/24
**proceedings [4]** 2/7 31/24 32/5 32/8
**process [13]** 10/13 14/21 25/7 25/7 25/10 25/17 25/25 26/5 27/11 27/18 27/21 28/23 29/18
**processes [1]** 23/19
**produce [7]** 22/19 24/3 24/21 26/17 26/17 28/2 29/9
**produced [7]** 2/7 11/20 12/10 12/10 23/14 30/24 30/25
**producible [3]** 24/1 24/1 29/8
**production [1]** 29/10
**prominently [1]** 21/6
**proof [2]** 9/16 9/18
**proposition [1]** 22/4
**protect [1]** 25/11
**protecting [1]** 25/11
**prove [4]** 8/6 9/20 13/23 15/21
**proven [3]** 8/10 13/12 25/19
**provide [3]** 14/18 27/2 27/5
**provided [10]** 5/17 10/1 10/2 10/19 12/1 12/7 14/20 14/20 18/5 18/8
**providing [2]** 15/24 28/20
**proving [1]** 19/11
**public [1]** 11/15
**pull [2]** 18/3 18/3
**pulled [1]** 17/10
**purpose [1]** 6/20
**purposes [1]** 8/20
**put [6]** 7/24 10/6 13/25 19/22 21/12 30/7
**putting [3]** 3/23 13/21 28/14

## Q

qualified [2]  22/24 28/24
qualify [1]  22/19
question [6]  12/12 17/14 19/22 20/11
24/8 28/11
questions [2]  5/12 16/10
quite [1]  24/5

## R

rather [2]  6/1 29/2
reality [2]  30/4 30/11
really [3]  9/9 18/24 22/10
reams [1]  5/13
reason [1]  29/19
reasonably [2]  31/9 31/12
receive [1]  23/13
recited [1]  16/4
record [5]  3/4 3/5 6/2 21/7 31/12
recorded [1]  2/7
redact [1]  27/16
redacted [8]  18/13 18/14 18/14 18/14
25/9 26/1 26/9 27/25
redaction [3]  26/8 27/1 28/3
reference [7]  3/14 7/10 7/23 15/15
16/11 19/17 20/14
reflected [1]  20/24
reframing [1]  4/22
regard [10]  6/16 7/7 13/6 14/7 19/2
23/3 24/8 24/9 24/12 25/24
regarding [3]  4/5 8/12 31/6
Regardless [1]  4/7
REGGIE [1]  1/9
Register [2]  6/25 7/1
regular [1]  25/16
regulations [10]  9/15 19/16 19/19
19/21 19/25 21/16 21/17 21/19 22/2
22/15
related [8]  3/15 6/11 7/15 7/19 8/11
10/17 27/7 27/8
relating [1]  10/16
relatively [1]  9/19
release [1]  15/25
relevant [7]  13/11 14/9 14/10 15/14
15/17 18/19 24/20
relies [1]  16/12
relying [3]  5/3 24/23 25/1
remaining [1]  28/9
remarking [1]  5/15
remove [1]  3/21
reported [1]  32/4
Reporter [4]  2/1 2/1 32/2 32/14
reports [1]  21/9
representation [1]  30/20
representations [4]  12/4 20/19 25/15
25/24
represented [1]  30/17
representing [1]  11/9
request [3]  12/14 19/18 20/12
requesting [1]  26/7
requests [1]  28/14
require [1]  13/18
required [5]  9/7 13/23 20/6 25/13
27/15
requires [1]  30/13
resolve [1]  17/14
respect [1]  25/4
respond [2]  6/6 20/2

Response [1]  31/16
result [1]  30/10
reveal [5]  11/25 20/12 23/22 23/24
30/6
revealed [1]  12/24
review [17]  12/8 12/18 12/21 16/20
16/20 17/9 23/1 23/3 24/18 25/5 28/16
28/16 29/6 29/8 29/16 30/17 30/20
reviewed [1]  17/1
reviewing [1]  23/5
right [10]  5/4 6/11 16/13 16/16 17/3
19/1 20/8 23/12 24/3 27/10
Ronald [1]  1/19 3/13
Room [1]  2/2
RPR [2]  2/1 32/14
Rule [6]  3/24 28/17 29/4 29/9 29/17
30/22
ruling [1]  12/19
run [1]  7/3

## S

said [14]  5/1 8/21 11/12 14/2 14/14
14/19 22/21 23/1 23/2 24/21 26/4
28/13 29/6 32/8
sanctions [1]  16/24
say [20]  5/16 6/18 10/3 10/25 11/19
12/5 14/13 15/16 15/23 17/17 18/13
19/15 19/15 19/19 20/4 20/13 22/9
23/16 24/18 29/5
saying [14]  4/25 8/4 10/20 10/24 12/1
15/6 19/8 19/9 22/2 22/17 24/16 28/8
29/2 29/12
says [8]  4/19 14/7 14/9 15/25 18/9
20/25 22/11 31/5
Scooter [1]  26/5
SDGT [2]  3/22 15/4
secretly [1]  21/3
section [4]  1/13 27/13 27/14 31/19
security [3]  1/13 26/15 26/16
seek [1]  10/5
seeking [4]  3/18 3/21 26/8 30/8
seem [1]  24/18
seems [9]  5/21 8/10 8/17 19/20 22/1
22/18 26/16 28/6 28/10
selected [1]  6/1
selects [1]  4/18
self [2]  5/21 6/1
self-evident [1]  5/21
self-selected [1]  6/1
SENIOR [1]  1/9
sense [1]  20/5
sentence [1]  4/18
set [3]  14/11 18/25 21/2
seven [5]  4/14 4/19 5/7 17/23 25/18
seven-year [4]  4/14 4/19 5/7 17/23
several [1]  10/18
sharp [1]  28/10
shorthand [3]  2/7 32/5 32/9
should [13]  4/15 7/22 10/10 11/4
12/10 15/9 15/16 17/25 18/13 18/15
28/25 30/8 30/19
shouldn't [1]  8/6
show [5]  6/22 9/17 14/10 19/4 21/7
21/10 21/21
shows [1]  18/17
significant [1]  28/7
simply [1]  25/8

since [3]  12/17 15/16 16/14
situation [2]  16/23 30/12
situations [1]  21/22
slight [1]  15/19
small [1]  11/11
so [37]
sole [1]  17/23
some [16]  3/17 5/23 8/16 10/16 12/14
12/25 16/20 19/3 19/5 20/13 22/16
25/9 27/19 28/23 29/20 31/13
someone [1]  13/25
something [3]  19/5 22/14 28/24
sort [1]  24/12
speak [2]  13/20 23/8
speaking [1]  27/12
specially [2]  4/16 6/24
specific [6]  7/4 7/5 7/6 21/21 24/10
28/14
speculate [1]  29/25
speedy [4]  31/6 31/10 31/18 31/21
stand [1]  22/9
statements [12]  9/24 10/5 10/6 10/7
10/8 10/20 10/24 11/2 20/14 24/22
24/25 25/1
STATES [8]  1/1 1/3 1/10 1/13 3/3 3/8
21/4 32/3
status [1]  21/9
statute [4]  18/23 19/1 30/4 30/4
step [1]  3/4
still [1]  28/10
strange [1]  16/23
Street [1]  1/14
strong [1]  28/18
stuff [2]  14/25 22/10
subject [1]  11/20 25/16 29/10
submissions [2]  5/14 25/13
submit [1]  26/22
submitted [2]  12/17 18/12
subscribed [1]  32/10
subsequent [1]  8/21
substance [1]  18/16
such [5]  4/24 14/18 23/23 24/10 28/18
suffer [1]  26/19
sufficient [2]  22/6 27/5
sufficiently [2]  25/23 25/23
suggest [1]  21/18
suggestion [3]  5/2 10/4 24/25
sum [1]  18/15
summation [1]  11/6
support [9]  4/19 6/14 8/9 9/25 15/24
16/1 16/19 17/25 22/6
supporting [2]  9/21 9/22
supports [1]  18/14
supposed [1]  24/23
sure [6]  6/7 7/24 22/13 22/23 22/24
31/11

## T

TAJIDEEN [19]  1/5 3/3 3/12 3/21 4/11
4/22 5/9 5/19 16/23 17/24 18/11 18/13
18/20 19/8 21/1 21/8 21/17 21/23 22/8
Tajideen's [5]  3/25 5/5 18/20 20/22
25/20
take [2]  27/14 27/15
taking [1]  19/10
talking [2]  12/23 30/12
talks [1]  13/3

**T**

**target [2]**  16/24 17/17
**tell [2]**  19/20 29/3
**tells [1]**  15/2
**tend [2]**  5/2 10/3
**terrorist [7]**  3/16 4/16 4/23 6/25 7/15 7/19 18/1
**testimony [2]**  16/4 32/5
**than [3]**  6/1 20/20 29/2
**Thank [5]**  16/9 20/18 31/2 31/22 31/23
**that [287]**
**that's [26]**  5/4 6/13 8/3 8/18 9/17 10/23 11/18 11/20 12/8 12/20 13/16 17/12 18/15 19/2 19/18 21/6 22/14 23/5 24/6 24/20 26/3 28/14 28/24 29/24 30/1 30/11
**their [18]**  5/12 5/15 5/15 5/16 7/18 10/15 13/3 13/3 13/7 14/13 15/1 15/2 18/4 21/11 27/12 29/25 30/7 30/9
**them [12]**  5/15 10/14 11/9 14/2 14/12 20/12 21/17 24/24 28/16 28/17 29/2 29/5
**themselves [1]**  21/15
**then [21]**  8/5 15/17 21/2 22/18 23/12 23/25 24/1 24/13 25/6 26/9 26/16 26/19 26/24 27/7 28/5 28/17 28/17 29/12 29/14 29/18 30/25
**theory [8]**  5/8 8/9 9/25 21/1 21/4 22/6 22/15 30/2
**there [19]**  4/4 6/21 7/15 8/4 8/4 8/13 13/8 14/17 16/5 16/19 19/18 21/24 23/20 23/23 24/19 29/8 29/14 30/22 31/1
**there's [8]**  8/3 10/2 15/19 21/6 22/10 22/14 24/4 31/5
**thereafter [2]**  7/2 15/3
**therefore [3]**  10/7 14/15 28/2
**Thereupon [1]**  31/24
**these [11]**  9/14 10/6 11/8 15/13 17/6 17/8 18/3 21/2 21/5 22/15 22/23
**they [70]**
**they'd [3]**  13/22 19/3 19/20
**they'll [1]**  24/21
**they're [5]**  10/24 10/25 22/24 24/23 25/1
**they've [2]**  24/21 28/6
**thin [1]**  17/10
**thing [3]**  13/2 14/6 24/7
**things [8]**  4/25 10/24 13/5 13/9 13/14 13/15 14/11 26/22
**think [20]**  6/11 6/13 7/20 12/12 12/12 12/21 12/22 13/19 17/12 18/19 19/16 25/3 26/6 28/9 28/12 28/14 29/24 29/24 30/1 30/2
**thinking [1]**  15/12
**thinks [1]**  14/2
**this [48]**
**Thomas [1]**  1/12
**those [32]**  4/5 4/8 5/14 8/2 10/6 10/8 13/10 15/10 15/10 17/14 17/19 18/6 18/10 19/4 19/6 19/13 19/18 19/21 20/3 20/12 20/18 20/20 20/21 21/14 21/15 22/3 24/24 25/9 25/24 28/15 28/25 29/15
**though [3]**  4/3 7/16 8/7
**thought [2]**  22/25 29/6
**thousand [1]**  14/11

**three [1]**  13/14
**through [4]**  7/21 17/12 23/19 25/7
**tied [2]**  4/9 17/15
**time [1]**  5/2
**today [1]**  13/8
**together [1]**  7/24
**told [3]**  12/6 12/6 19/13
**toll [1]**  31/9
**tolled [1]**  31/21
**tolling [1]**  31/17
**Tom [1]**  3/6
**took [4]**  9/2 23/2 27/23 27/24
**touches [1]**  3/19
**transactions [8]**  5/11 7/5 7/6 9/14 9/15 17/19 17/19 21/15
**transcribed [1]**  32/9
**transcript [3]**  1/8 2/7 32/8
**transcription [1]**  2/7
**transparency [1]**  5/16
**Treasury [1]**  6/20
**trial [10]**  1/15 9/12 13/12 13/13 18/21 26/21 31/6 31/10 31/18 31/21
**true [1]**  14/12
**try [5]**  9/20 13/21 14/10 14/13 18/12
**trying [6]**  4/14 9/5 9/6 11/25 15/13 21/4
**turn [1]**  28/19
**turned [2]**  11/10 11/14
**two [2]**  13/14 18/12
**type [1]**  12/25

**U**

**U.S [8]**  1/16 2/2 5/11 8/18 9/8 20/7 21/2 21/14
**ultimately [1]**  23/3
**unable [1]**  17/7
**unclassified [6]**  10/15 11/13 18/9 24/19 29/7 30/21
**unclear [2]**  20/17 22/11
**under [14]**  3/24 9/18 23/13 24/2 24/6 25/12 27/12 27/14 28/5 29/9 29/9 30/5 30/16 31/9
**underlying [1]**  16/16
**undermine [6]**  5/2 8/13 10/4 10/7 11/2 24/25
**underpinnings [1]**  9/10
**understand [20]**  4/2 6/4 7/11 9/5 10/13 10/14 10/23 11/14 11/15 11/24 19/7 19/9 21/19 22/3 22/5 22/9 22/16 22/18 26/4 29/5
**understanding [1]**  5/4
**understands [1]**  15/11
**understood [1]**  20/23
**unfortunate [2]**  30/3 30/11
**UNITED [8]**  1/1 1/3 1/10 1/13 3/3 3/8 21/3 32/3
**universe [1]**  11/11
**unlawful [1]**  17/10
**unless [1]**  29/3
**unprecedented [1]**  5/7
**unqualified [1]**  28/24
**unspecified [1]**  22/23
**until [2]**  31/10 31/21
**up [8]**  5/6 5/12 5/25 18/20 21/2 22/9 25/20 28/4
**upon [10]**  5/3 16/12 20/12 24/23 25/1 29/7 30/4 30/16 30/19 31/20

**us [8]**  5/17 5/21 1 1/12 12/6 18/17 24/1 28/13 29/3
**use [5]**  10/5 15/6 15/6 15/8 26/8
**used [2]**  16/18 21/2
**uses [1]**  7/1
**using [2]**  9/24 11/3

**V**

**vast [1]**  18/11
**versus [2]**  3/3 8/18
**very [7]**  11/22 13/1 16/4 19/15 21/19 21/22 31/20
**vet [1]**  5/10
**view [2]**  28/16 29/21
**violate [3]**  13/15 21/17 21/24
**violated [5]**  16/25 19/14 19/19 20/4 20/21
**violation [1]**  9/15
**violative [2]**  17/19 21/16
**virtually [1]**  3/19

**W**

**WALTON [1]**  1/9
**want [2]**  10/24 13/19
**wanted [3]**  27/3 27/5 31/11
**wants [2]**  21/18 28/13
**was [59]**
**Washington [5]**  1/5 1/14 1/17 1/21 2/3
**way [4]**  19/5 19/23 20/13 27/6
**we [53]**
**we'd [1]**  29/13
**we'll [1]**  31/1
**we're [15]**  3/18 3/20 3/22 3/24 12/23 13/23 16/2 18/9 22/21 22/23 22/24 24/11 25/14 29/2 29/22
**we've [1]**  25/18
**well [8]**  13/1 14/23 15/19 17/4 20/5 24/13 31/11 31/20
**were [28]**  4/20 5/24 7/4 7/4 10/6 11/3 11/12 12/11 14/12 14/25 15/4 16/5 16/24 17/19 18/6 18/19 19/4 19/4 19/18 19/19 19/21 20/13 20/21 21/15 22/17 25/1 26/23 29/20
**weren't [2]**  23/1 26/22
**what [80]**
**what's [4]**  6/8 14/5 28/11 30/17
**whatever [3]**  7/23 15/11 26/15
**when [2]**  9/2 17/5
**where [6]**  5/21 9/21 15/6 28/21 29/4 30/12
**whereof [1]**  32/10
**whether [26]**  4/7 6/21 7/2 7/3 7/18 9/11 9/13 12/9 12/22 15/8 17/19 21/23 21/24 22/11 23/25 24/3 24/19 24/23 26/10 26/24 27/1 27/4 27/4 28/18 29/1 31/13
**which [18]**  4/14 4/21 7/14 8/18 11/11 12/19 12/20 16/23 18/2 19/10 20/24 21/2 23/14 24/3 24/4 27/13 28/10 30/6
**while [2]**  7/11 25/10
**who [2]**  3/12 8/18
**whole [2]**  20/23 21/4
**why [10]**  8/5 8/9 8/14 9/17 15/17 16/12 20/19 20/21 22/5 30/4
**will [15]**  3/23 6/10 12/19 12/20 14/18 21/22 23/18 24/18 27/16 30/16 30/18 30/20 30/23 30/25 31/21

**W**

**WILMER [1]** 1/20
**within [1]** 23/21
**witness [4]** 6/18 7/2 7/3 32/10
**wording [1]** 7/23
**words [2]** 6/25 10/15
**working [1]** 9/7
**would [59]**
**wouldn't [2]** 22/5 28/19
**wrong [4]** 18/22 19/1 22/25 23/3

**Y**

**year [4]** 4/14 4/19 5/7 17/23
**years [1]** 25/18
**yes [6]** 3/17 14/19 20/5 20/17 27/10
31/7
**yet [1]** 12/19
**York [1]** 1/16
**you [66]**
**you're [13]** 9/24 10/5 10/20 11/2 22/2
22/7 24/16 24/17 26/7 27/10 28/8 28/8
30/12
**you've [2]** 12/10 14/17
**your [36]**
**yourselves [1]** 3/5