UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:17-cr-00046 (RBW) |
| ) | |
| KASSIM TAJIDEEN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## APPEARANCE OF COUNSEL

TO:   Clerk of the Court

Please enter the appearance of William W. Taylor, III (Bar No. 84194) as counsel for Defendant Kassim Tajideen.

Dated:  November 30, 2017

                                         /s/
William W. Taylor, III
Bar No. 84194
Zuckerman Spaeder LLP
1800 M Street, N.W.
Suite 1000
Washington, DC  20036
T:  (202) 778-1810
F:  (202) 822-8106
E-mail:  wtaylor@zuckerman.com

Attorney for Defendant
Kassim Tajideen

6251235.1