UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § § § <br> v. § Case No. 17-cr-0046 (RBW) § <br> KASSIM TAJIDEEN, § § § <br> Defendant. § § | |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion to Compel Discovery, it is hereby

**ORDERED** that the Motion is **GRANTED**. It is

**FURTHER ORDERED** that the government must review all files maintained by the Office of Foreign Assets Control (OFAC) regarding Defendant, including all classified and privileged information therein, and must produce any material within those files that is discoverable pursuant to Federal Rule of Criminal Procedure 16 or *Brady v. Maryland*, 373 U.S. 83 (1963). The government must treat as discoverable any item in OFAC's files that bears on: (1) OFAC's allegation that Defendant provided financial support for Hizballah; (2) OFAC's designation of Defendant as a Specially Designated Global Terrorist; (3) whether Defendant's statements to OFAC were true or false; and (4) OFAC's consideration and denial of Defendant's delisting petitions. If the government wishes to withhold or redact any discoverable document on the grounds that it is classified, the government cannot do so unilaterally, but rather must comply with the procedures set forth in the Classified Information Procedures Act. To the extent that the government seeks to withhold or redact any discoverable document on privilege grounds, it must provide the defense with an appropriate log and/or affidavit that identifies each withheld

document and the privilege being claimed and that provides sufficient information about the document to show the basis for the claim.


Dated: _____          _____
                                        Reggie B. Walton
                                        United States District Judge