AFFIDAVIT OF PATRICK PICCIANO

I have been a Special Agent employed by the Drug Enforcement Administration (DEA) since 2002, and I was employed as a police officer in two different jurisdictions for 10 years prior to joining DEA. As a DEA Special Agent, I have assisted in numerous investigations into persons and activities involved with international drug trafficking and money laundering. My duties include investigations into potential violations of these and other criminal statutes through collection of evidence and the development of sources of information and evidence. As such, I have handled and worked with a number of persons deemed by my agency to be a "Confidential Source" ("hereinafter "CS"), each of whom provided information to me directly regarding subjects of interest to my investigations or those of my colleagues. Many of these sources live or work overseas, and a number focus on providing information regarding potential violations of U.S. law in Africa. Specifically, the DEA has cultivated reliable sources who are in a position to acquire and report information concerning Kassim Tajideen, including his associates and activities in Lebanon, Africa, and elsewhere.

I make these representations based on my own personal knowledge and familiarity with the investigation of Kassim Tajideen, as well as information provided to me by other members of law enforcement. Further, the representations herein are made in response to the Court's request and therefore this affidavit does not include the full extent of my knowledge of the investigation of Kassim Tajideen, rather, this affidavit is solely for the purpose of responding to the Court's limited request.

Sometime in March of 2017, I became aware that Kassim Tajideen had been detained by Moroccan authorities in response to charges filed by the United States. Thereafter, I asked my CSs to collect any information available to them related to Tajideen's apprehension, detention, and ongoing business dealings in Africa.

In response, during March 2017, one CS in particular (hereinafter "CS-1"), who does not speak English, but who can communicate well with me through an interpreter, told me that CS-1 had specific information regarding a $20 million dollar reward being offered by persons in the Lebanese community in Kinshasa, DRC, for anyone that could secure Tajideen's release from jail in Morocco, and that individuals in Kinshasa were, in fact, in contact with Moroccan officials regarding this reward offer. CS-1 further relayed that the persons offering the reward were reaching out to sheiks or other high-ranking officials that support Lebanon in other countries.

CS-1 continued to provide me with information regarding Tajideen for a period of months thereafter. In May 2017, after Tajideen's extradition to the United States, CS-1 indicated a specific person in the Lebanese business community, whom CS-1 named, but whose name is omitted here to protect the person's identity, had met with others on a date certain, which CS-1 specified. The purpose of the meeting was to discuss raising a large amount of money to arrange the release of Tajideen from a U.S. jail. Some days later, CS-1 relayed that the same person and another person, whom CS-1 also named, had been able to raise $10 million dollars in a very short period in support of Tajideen's release.

At that time, CS-1 was well-connected to the Lebanese community in the area where CS-1 lived, and also had connections to various government officials. I worked with CS-1 for approximately one year. During that time, my colleagues and I were able to corroborate various pieces of information provided by CS-1. At no time did I have reason to doubt CS-1's veracity.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 8, 2018

Patrick Picciano
Special Agent, DEA