**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| KASSIM TAJIDEEN, | : |
| also known as | : |
| HAJ KASSIM, BIG HAJ, BIG BOSS, | :   Case No. 1:17-CR-00046 (RBW) |
| QASIM TAJIDEEN, QASSIM TAJIDEEN, | : |
| KASSEM TAJIDEEN, KASSIM TAJ ALDINE, | : |
| KASSIM TAJ ALDIN, KASSIM TAJ AL-DIN, | : |
| KASSIM TAJ AL-DINE, and | : |
| KASSIM TAJADIN, | : |
| | : |
| Defendant. | : |

## GOVERNMENT'S MOTION TO EXCLUDE TIME
## UNDER THE SPEEDY TRIAL ACT

The United States of America, represented by undersigned counsel, per Title 18 United States Code, Section 3161(h)(7) of the Speedy Trial Act, moves this Honorable Court for the entry of an Order approving the exclusion of time between the February 16, 2018, status hearing and the trial of this matter, presently scheduled for October 15, 2018, within which any trial must be commenced upon the charges contained in the Superseding Indictment filed against the Defendant. 18 U.S.C. § 3161(h)(7)(B) identifies several factors that a court must consider in making such a determination, including whether the failure to grant such a continuance in the proceeding would make a continuation of such proceeding impossible, or result in a miscarriage of justice, and whether the failure to grant such a continuance would unreasonably deny the defendant or the Government continuity of counsel, taking into account the exercise of due diligence. See 18 U.S.C. §§ 3161(h)(7)(B)(i) and (iv).

In support of this request, the government relies on the following points and authorities, as well as any others which may be raised at a hearing on this matter.

1. The government has conferred with the Defendant via counsel and confirmed that the Defendant consents to the exclusion of the period of time from February 16, 2018, through October 15, 2018, from the computation of time within which the trial must be commenced in this matter. Moreover, counsel for the Defendant has advised the government that counsel anticipates filing with the Court the Defendant's written waiver on this topic.

2. This matter involves complex litigation due to the nature of the prosecution. The matter also implicates voluminous discovery—most of which has already been provided to the defense. Moreover, the parties agree that it is unreasonable to expect adequate preparation for pretrial proceedings and the trial itself within the time limits established by the Speedy Trial Act.

3. The Court has taken under advisement a number of contested defense motions, *inter alia,* a defense motion for pretrial release and six separate defense motions to dismiss. Further, the parties anticipate filing a number of additional substantive motions and filing deadlines have been confirmed and included in the Court's Scheduling Order.

4. At the request of the parties, the Court has ordered that the trial of this matter commence on October 15, 2018.

Based on the above, the government maintains that the ends of justice are served by excluding the proposed time from the computation of time within which the trial of this matter must commence. Wherefore, the government requests that the Court find it to be in the interests of justice to exclude a period of time between February 16, 2018, and October 15, 2018, from the computation of speedy trial calculations under Title 18, United States Code, Sections 3161(h)(7) of the Speedy Trial Act. A proposed Order is attached as Exhibit B for the convenience of the Court.

          Respectfully submitted,

          JESSIE K. LIU
          United States Attorney
          D.C. Bar No. 472845

By:     /S/_____
       Thomas A. Gillice, D.C. Bar #452336
       Maia L. Miller, VA Bar # 73221

        Assistant United States Attorneys
        Jacqueline L. Barkett, NY Bar #5424916
        Special Assistant United States Attorney
        National Security Section
        United States Attorney's Office
        555 4th Street NW, 11th Floor
        Washington, D.C. 20530
        (Gillice)(202) 252-1791
        thomas.gillice@usdoj.gov
        (Miller) 202-252-6737
        Maia.miller@usdoj.gov
        (Barkett) 202-616-2234
        jacqueline.l.barkett@usdoj.gov

        And

        DEBORAH CONNOR
        ACTING CHIEF

By:    \_\_\_\_/S/_____
        Joseph Palazzo, MA Bar #669666
        Trial Attorney
        Money Laundering and Asset Recovery
         Section, Criminal Division
        United States Department of Justice
        1400 New York Avenue NW, 10th Floor
        Washington, D.C. 20005
        (202) 514-1263
        joseph.palazzo@usdoj.gov

Dated: February 28, 2018