UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Case No. 17–46 (RBW) |
| ) | |
| KASSIM TAJIDEEN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In accordance with the Memorandum Opinion issued on this same date, it is hereby

**ORDERED** that defendant Kassim Tajideen's Motion for Pretrial Release, ECF No. 58, is **DENIED**.

**SO ORDERED** this 15th day of March, 2018.

REGGIE B. WALTON
United States District Judge