# EXHIBIT 1

**BCN Rabat**

De:
Envoyé:
À: ncb.washington@us.igcs.int
Cc: vendredi 10 mars 2017 15:59
Objet: ncb.washington@us.igcs.int
ncb.washington@us.igcs.int; ncb.rabat@ma.igcs.int
SUBJECT: Diffusion request - TAJIDEEN, KASSIM, Dob 21/03/1955 - Wanted
Pièces jointes: [DIF170310007794]
DIF170310007794.xml; DIF170310007794.zip; 59779314.JPG

## WANTED PERSON DIFFUSION

Date: 10-03-2017
From: NCB WASHINGTON United States of America
To: NCB RABAT Morocco, NCB WASHINGTON United States of America
Importance: High
Subject: Diffusion - TAJIDEEN, KASSIM, Dob 21/03/1955 - Wanted
NCB message reference: 20170307544 of 10-03-2017
Particular request:
Attention NCB Rabat: Please be advised that the subject of this Wanted Person Diffusion, Kassim TAJIDEEN, is scheduled to travel to Morocco on 12 March 2017, on FLIGHT AT526 to Casablanca from Conokry, Guinea. TAJIDEEN violated an anti-terrorism order of the President of the United States of America, as well as U.S. Global Terrorism Sanctions Regulations. Please advise Interpol Washington if your authorities can detain the fugitive, or exclude, expel, deport, or otherwise remove this fugitive to the U.S.
INTERPOL file number: 2017/14699
Status: Wanted
Purpose: Arrest

## IDENTITY PARTICULARS

Family name: TAJIDEEN
Forename: KASSIM
Sex: Male
Date and place of birth
Date: redacted
Nationality
1. Sierra Leone (confirmed)
2. Lebanon (confirmed)
3. Belgium (confirmed)

Also known as
Alias
1.
Family name: TAJ AL DIN
Forename: KASSIM

2.
Family name: TAJ ALDINE
Forename: KASSIM

3.
Family name: TAJADEEN
Forename: KASSIM

4.
Family name: TAJ ALDIN
Forename: KASSIM

1

Ex. 01-1

5.
Family name: TAJ AL-DIN
Forename: KASSIM
6.
Family name: TAJ AL-DINE
Forename: KASSIM
7.
Family name: TAJADIN
Forename: KASSIM
8.
Family name: TAJIDEEN
Forename: QASIM
9.
Family name: TAJIDEEN
Forename: QASSIM
10.
Family name: TAJIDEEN
Forename: KASSEM
11.
Family name: KASSIM
Forename: HAJ
12.
Family name: TAJIDEEN
Forename: KASSIM MOHAMED

**Nickname**
1. "BIG HAJ"
2. "BIG BOSS"

**Details**
Family name at birth: TAJIDEEN
**Father's family name and forenames**
Family name: TAJIDEEN
Forename: Mohamed
Occupation: Business man, Entrepreneur
Languages spoken: Arabic, English

**Regions/Countries likely to be visited**
1.
Country: Belgium
2.
Country: Lebanon
3.
Country: Morocco
4.
Country: Sierra Leone

Additional information: TAJIDEEN is a member of the Hizballah terrorist organization and is known to travel with a security detail. In 2003, in Belgium, TAJIDEEN was arrested for financial support to terrorism, and was prosecuted there for fraud, money laundering, and criminal association. TAJIDEEN was born in Hanaway, Lebanon or Freetown, Sierra Leone.

**Identity documents**
1.
Nationality: Belgium
Type: Passport
Number: redacted
Date of issue: 04-12-2013
Place of issue:

2

Ex. 01-2

Country: Belgium
Expiry date: 03-12-2018
2.
Nationality: Sierra Leone
Type: Passport
Number: redacted
3.
Nationality: Lebanon
Type: Passport
Number: RL1708829

**Identification material**
Photographies
1.

*Photographs file available*
**Physical description**
Description:
Height (cm): 173
Hair: Brown
Weight (kg): 86
Eyes: Brown
Build: Medium
Distinguishing marks and characteristics: TAJIDEEN may have black or dark brown colored hair.

**CASE**
Facts of the case
Date
From: 27-05-2009
To: 07-03-2017
Town: District of Columbia Country: United States
Offence code(s): FRAUD AGAINST GOVERNMENT, MONEY LAUNDERING

Summary in English:
TAJIDEEN violated an anti-terrorism order of the President of the United States that to protects Americans from threats from certain terrorist organizations, including Hizballah. He also violated U.S. Global Terrorism Sanctions Regulations that govern U.S. economic activity with different entities and individuals that threaten the safety and security of the U.S., including the Hizballah terrorist organization and its financial apparatus. From about 27 May 2009, to March 2017, Kassim TAJIDEEN and others defrauded the U.S. government by conducting transactions and causing U.S. persons to conduct transactions with a Specially Designated Global Terrorist (SDGT), without having first obtained the required license from the U.S. Department of Treasury, Office of Foreign Assets Control (OFAC), located in Washington, District of Columbia. TAJIDEEN has contributed tens of millions of dollars to Hizballah, designated by the U.S. government as a Foreign Terrorist Organization. On 27 May 2009, TAJIDEEN was publicly designated by OFAC as a SDGT. This designation by OFAC prohibits U.S. persons from participating in transactions with, or for the benefit of TAJIDEEN, without receiving a license from OFAC. TAJIDEEN operated a network of businesses in Lebanon, the United Arab Emirates, Angola, and elsewhere. The business empire utilized different corporate entities that were all controlled by TAJIDEEN, to procure and distribute goods throughout the world, including the United States. TAJIDEEN and his co-conspirators were aware that the U.S. Government designated TAJIDEEN as a terrorist and a threat to national security that TAJIDEEN's assets were blocked from entering the U.S. financial system, and that U.S. persons were legally prohibited from conducting business transactions with, or for the benefit of TAJIDEEN. TAJIDEEN and others purposely concealed TAJIDEEN's association with his businesses from vendors and banks in the U.S. in an effort to evade the anti-terrorism order of the President and the Global Terrorism Sanctions Regulations issued against TAJIDEEN and Hizballah. TAJIDEEN and others conducted approximately 15 commercial transactions with three U.S. vendors. The transactions were arranged through emails, text messages, and

Ex. 01-3

phone calls, and then were consummated by approximately 46 foreign illegal wire transfers worth approximately $27 million USD, and at least 23 subsequent shipments of goods from U.S. ports to TAJIDEEN's Africa operations, including commodities and security equipment worth at least $10 million USD. During these transactions, TAJIDEEN and his co-conspirators concealed TAJIDEEN's ownership of, and association with the entities involved. TAJIDEEN is also charged with causing three U.S. vendors to conduct seven unlawful transactions with a SDGT. From 04 June 2014, to 19 January 2015, TAJIDEEN caused six transactions with two U.S. vendors, involving the illegal sale of commodities. On 28 February 2015, TAJIDEEN caused a transaction with one U.S. vendor, involving other items. These transactions were conducted without a license from OFAC, and were for the benefit of TAJIDEEN, a Specially Designated Global Terrorist. TAJIDEEN and others also laundered millions of dollars through the U.S. financial system from cover company bank accounts in the United Arab Emirates that were secretly controlled by TAJIDEEN. As a result of the commercial transactions which were negotiated mostly by surrogates, from 15 January 2014, to 3 February 2015, 16 wire transfers totaling about $ 5,567,668.20 USD were made from bank accounts in the United Arab Emirates to financial institutions in the U.S., as payments for goods smuggled from U.S. ports to Angola. TAJIDEEN and others also utilized bank accounts in the United Arab Emirates to cause about 31 wire transfers totaling approximately $21,744,777.59 USD into financial institutions in the U.S., as payment for goods smuggled to various locations throughout West Africa. None of TAJIDEEN's activity is known to have involved Morocco, Moroccan citizens or Moroccan companies.

INTERPOL General Secretariat case reference: 2017/14700-1

## ACTION TO BE TAKEN

Locate and arrest with a view to extradition: Assurances are given that extradition will be sought upon rest of the person, in conformity with national laws and/or the applicable bilateral and multilateral treaties.

Provisional arrest: This request is to be treated as a formal request for provisional arrest, in conformity with national laws and/or the applicable bilateral and multilateral treaties.

## FUGITIVE WANTED FOR PROSECUTION
JUDICIAL DECISION1/1
Charge(s): 1) Conspiracy to Conduct Unlawful Transactions and Cause U.S. Persons to Conduct Unlawful Transactions with a Specially-Designated Global Terrorist, and to Defraud the U.S. by Dishonest Means 2) Unlawful Transactions with a Specially-Designated Global Terrorist (7 counts) 3) Conspiracy to Comm Money Laundering
Law covering the offence(s): 1) Title 18, U.S. Code, Section 371; 2) Title 50, U.S. Code, Section 1705(a); and Title 18, U.S. Code, Section 2 3) Title 18, U.S. Code, Section 1956(h)
Maximum penalty possible (imprisonment):
Years: 20
Details: 1) 5 years imprisonment 2) 20 years imprisonment per count 3) 20 years imprisonment
Time limit for prosecution or expiry date of arrest warrant or judicial information having the same effect: No time-limit

Arrest warrant or judicial decision having the same effect
Number: 1:17-cr-00046
Date of issuance: 07-03-2017
Issuing or competent judicial authorities and place of issuance: U.S. District Court, District of Columbia
Country: United States
Name of signatory: G. Michael Harvey, U.S. Magistrate Judge

Immediately inform NCB WASHINGTON United States of America (NCB reference: 20170307544 of 10/03/2017) and the ICPO-INTERPOL General Secretariat that the fugitive has been found.

4

Ex. 01-4

## SIGNATURE

Name of the officer in charge of this matter: USNCB Case Agent
Telephone and/or fax numbers of the officer in charge of this matter: Phone: 202 - 616 - 9000; Fax: 202 - 616 - 8400
E-mail address: ncb.washington@us.iges.int

INTERPOL General Secretariat message number: DIF170310007794

5

Ex. 01-5