# EXHIBIT 3

No. 125

The Embassy of the United States of America presents its compliments to the Ministry of Foreign Affairs and Cooperation of the Kingdom of Morocco and has the honor to request the extradition of Kassim Tajideen, alias Kassim Taj Al Din, alias Kassim Taj Aldine, alias Kassim Tajadeen, alias Kassim Taj Al-Din, alias Kassim Taj Al-Dine, alias Kassim Tajadin, Qasim Tajdeen, alias Qassim Tajideen, alias Kassem Tajideen, alias Haj Kassim, alias Kassim Mohamed Tajideen, alias Big Haj, alias Big Boss (TAJIDEEN), to the United States pursuant to Moroccan domestic law. In the alternative, the United States requests the removal of TAJIDEEN to the United States by way of deportation, expulsion, or other means available under the laws of Morocco. TAJIDEEN is a citizen of Lebanon.

TAJIDEEN was detained in Morocco on the basis on an Interpol Diffusion Notice.

TAJIDEEN is wanted to stand trial in the United States for terrorism and money laundering offenses. On March 7, 2017, the United States District Court for the District of Colombia issued Indictment 17-cr-00046, which charges TAJIDEEN as follows:

Count 1: Conspiracy to violate the International Emergency Economic Powers Act and the Global Terrorism Sanctions Regulations, in violation of Title 18, United States Code, Section 371; Title 50, United States Code, Section 1705(a); and Title 31, Code of Federal Regulations, Parts 594.201, 594.204, 594.205 and 594.310;

**DIPLOMATIC NOTE**

Counts 2-10: Unlawful transactions with a Specially Designated Global Terrorist, and aiding and abetting such transactions, in violation of Title 50, United States Code, Section 1705(a); Title 31, Code of Federal Regulations, Parts 594.201, 594.204, 594.205 and 594.310; and Title 18, United States Code, Section 2; and

Count 11: Conspiracy to Commit Money Laundering, in violation of Title 18, United States Code, Section 1956(h).

Based on the charges in the Indictment, on March 7, 2017, the United States District Court for the District of Colombia issued a warrant for the arrest of TAJIDEEN. This warrant remain valid and in effect.

Between approximately May 2009 and March 2017, TAJIDEEN presided over a multi-billion-dollar commodity distribution business that operates primarily in the Middle East and Africa through a web of vertically integrated companies, partnerships, and trade names. TAJIDEEN and others engaged in an elaborate scheme to engage in business with U.S. companies while concealing TAJIDEEN's involvement in those transactions. The Department of the Treasury, Office of Foreign Assets Control, named TAJIDEEN a Specially Designated Global Terrorist on May 27, 2009, which has prohibited U.S. companies from transacting unlicensed business with TAJIDEEN or any companies which are operated for his benefit – in essence stripping TAJIDEEN's global business empire of its ability to legally acquire goods from, or wire money into, the United States.

However, TAJIDEEN restructured his business empire after the designation in order to evade the sanctions and continue conducting transactions with U.S. entities. TAJIDEEN and

3

others are alleged to have created new trade names and to have misrepresented his ownership in certain entities in order to conceal TAJIDEEN's association. The scheme allowed TAJIDEEN's companies to continue to illegally transact business directly with unwitting U.S. vendors, as well as to continue utilizing the U.S. financial and freight transportation systems to conduct wire transfers and move shipping containers despite the sanctions against him.

The charges against TAJIDEEN are punishable under the laws of the United States by deprivation of liberty for a period of one year or by a more severe penalty. In addition, the applicable statute of limitations does not bar prosecution of TAJIDEEN for the offenses for which extradition or other lawful removal is sought.

TAJIDEEN was born on March 21, 1955, and is a citizen of Lebanon. He is approximately 5 feet 8 inches tall and weighs approximately 185 pounds, with brown eyes and dark brown hair.

The United States will attempt to provide any further documentation required by Morocco in a timely manner, if needed. If Moroccan authorities are willing to assist the United States Government in this matter, the United States Government has agents that are able to escort TAJIDEEN to the United States.

The United States would appreciate the assistance of Morocco in removing TAJIDEEN to the United States and would endeavor to provide similar assistance in the event of Morocco's interest in our similarly removing someone to Morocco. However, because of limitations imposed by U.S. extradition and immigration laws, we would not be in a position to guarantee

such reciprocity, but would have to consider any request for removal of a fugitive to Morocco on a case—by-case basis.

In addition to the above assistance, the United States requests the seizure of all articles in the possession of the fugitive that may serve as evidence of the offenses for surrender to the United States at the time of the fugitive's deportation, expulsion, or other means of lawful removal.

The Embassy of the United States of America avails itself of this opportunity to renew to the Ministry of Foreign Affairs and Cooperation of the Kingdom of Morocco the assurances of its highest consideration.

Embassy of the United States of America

Rabat, March 20, 2017.