# EXHIBIT 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KASSIM TAJIDEEN,<br><br>Defendant. | §<br>§<br>§<br>§  Case No. 17-cr-0046 (RBW)<br>§<br>§<br>§<br>§<br>§ |

### DECLARATION OF CHIBLI MALLAT

1. I am an international lawyer and a law professor, on leave from School of Law at the University of Utah, and the author of numerous articles and books on international and Middle Eastern law, including *Introduction to Middle Eastern Law*. I am fluent in Arabic and English.

2. I am not admitted to practice law in the United States but I have been admitted pro hac vice in this matter as counsel for defendant Kassim Tajideen. I have also represented Mr. Tajideen in other matters dating back to approximately 2010.

3. Attached hereto as Exhibit A is a report, in Arabic, of the meeting of 12 March 2017 between the Moroccan Public Prosecutor and Mr. Tajideen. This is the official court document presented by the public prosecutor in first instance to Mr. Tajideen.

4. Attached hereto as Exhibit B is an English translation of Exhibit A. The translation was prepared by personnel in my office and is accurate to the best of my knowledge, information, and belief.

5. Attached hereto as Exhibit C is of a decision in Arabic of the Court of Cassation in Rabat, Morocco in the matter of Qassem Tajeddin, of 22 March 2017.

EXHIBIT 04                                                                 04-1

2

6. Attached hereto as Exhibit D is an English translation of a decision in Arabic of Exhibit C. The translation was performed by personnel in my office and is accurate to the best of my knowledge, information, and belief.

7. Attached hereto as Exhibit E are certain sections of the Moroccan Criminal Code and sections of the Moroccan Criminal Procedure Code that are referenced in or relevant to Exhibit A and C. These translations were performed by personnel in my office and are accurate to the best of my knowledge, information, and belief.

8. Attached hereto as Exhibit F is an English translation from Arabic of Exhibit E. These translations were performed by personnel in my office and are accurate to the best of my knowledge, information, and belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 15, 2018.

Chibli Mallat