# EXHIBIT 4-A



المملكة المغربية
وزارة العدل والحريات
محكمة الاستئناف بالدار البيضاء
المحكمة الابتدائية الزجرية بالدار البيضاء
النيابة العامة
***

محضر استماع إلى المسمى :
قاسم تاج الدين

عدد : 2017/3202/10373

نحن حسن السماري النائب الأول لوكيل الملك لدى المحكمة الابتدائية الزجرية بالدار البيضاء.
بناء على ملف الاعتقالي عدد AR24185/2017 والصادر عن مديرية الشرطة القضائية المكتب المركزي الوطني التابع لمنظمة الشرطة الجنائية الدولية (الانتربول) بتاريخ 2017/03/10 في مواجهة المواطن بلجيكي الجنسية من أصل لبناني قاسم تاج الدين من أجل أفعال إرهابية و استنادا إلى برقية البحث على الصعيد الدولي رقم 13200 م م م خ / .

وبناء على المحضر المنجز من طرف الفرقة الوطنية للشرطة القضائية تحت عدد : 2119/ م و ش ق بتاريخ 2017/03/12. والتي قدم بمقتضاها المعني بالأمر أمام هذه النيابة العامة بيومه 2017/03/12.

وبناء على مقتضيات المادة 729 وما بعدها من قانون المسطرة الجنائية في شأن تسليم المجرمين.

بعد إحضار المعني بالأمر أمامنا يومه 2017/03/12 نستمع إليه وتعلق الأمر بالمسمى :

قاسم تاج الدين بلجيكي الجنسية من أصل لبناني مزداد بتاريخ 1955/03/21 ب FREETOWN من والديه محمد بن عبد الحسن و خديجة بنت رضوان , متزوج , أب لأربعة أبناء , تاجر في القطاع الصناعي و العقاري حامل لجواز السفر البلجيكي عدد EK108448 و حامل لرقم القبول المؤقت عدد XG86137 و حامل لجواز السفر السيراليوني عدد E 0151082 . و حامل لبطاقة الهوية عدد 2764/79 الصادرة عن وزارة الداخلية "الجمهورية اللبنانية".

ونشعره بالأمر بإلقاء القبض الصادر في حقه من طرف السلطات الأمريكية من اجل أفعال إرهابية كما نتلقى جوابه حول تسليمه للجهة المذكورة

" إنني بالفعل أشعرت بالأمر بالاعتقال في الملف الاعتقالي عدد AR24185 2017 و الصادر عن السلطات الأمريكية من اجل أفعال إرهابية (84) . وكذلك بأمر اعتقالي مؤقتا و با ... بالمركب السجني بسلا في انتظار إجراءات تسليمي إلى السلطات المذكورة، وإنني أنا المعني بالأمر بإلقاء القبض الذي أخبرت بمضمنه.

وبعد قراءته لمحضر تصريحاته أكده وأمضاه وأمضينا معه .

المصرح                                      النائب الأول لوكيل الملك