# EXHIBIT 4-B

**Kingdom of Morocco**

**Ministry of Justice and Freedoms**

**Court of Appeal of Casablanca**

**First instance penal court in Casablanca**

**Public Prosecution**

Number

10373/3202/2017

## Minutes of meeting with the named Qasem Tajeddin

We Hasan al-Samari, first deputy to the Representative of the King in the first instance court of Casablanca

Based on the temporary file number AR2485/2017 issued from the judicial police directorship, national central office attached to the organization of the international criminal police (INTERPOL) date 10 March 2017 confronting Belgian national of Lebanese origins Qasem Tajeddin for terrorist acts, on the basis of international search number 13200 mmmh.

And based on the minutes of the national section of the judicial police number /2111 ushq/ dated 12 March 2017, following which the person concerned was brought before this public prosecution on 12 March 2017

And based on Art. 729ff of the Criminal Procedure Code on extradition of criminals,

And after bringing the person concerned on 12 March 2017 to be heard, in the matter concerning the named

Qasem Tajeddin, Belgian national of Lebanese origin, born 21 March 1955 in Freetown to Muhammad ibn Abd al-Hasan and Khadija bint Radwan, married, four children, merchant in industrial and real estate matters, bearing Belgian passport number 0151082 E, bearing also identity card 264009 issued by the Ministry of Interior of the Lebanese Republic

We informed him of the order to detain him issued against him from the American authorities for terrorist acts, and received his statement regarding his surrendering to the abovementioned party as follows:

"I have as a matter of fact been informed of my arrest in the temporary file number AR2485/2017, issued by the American authorities for terrorist acts (84). I have also been informed of my temporary detention and of my transfer to the prison of Sale in expectation of the measures to extradite me to the abovementioned authorities. I am the person concerned with the detention order of which I have been informed."

And after reading the minutes of his statement, he confirmed, signed, and we countersigned

Declarer [signed] Qasem Tajeddin   First deputy to the Representative of the King [signature]

**EXHIBIT B**                                                                                                          **04-B-2**