# EXHIBIT 4-C

| | المملكة المغربية | القرار عدد : 3/531 |
|---|---|---|
| | — | المؤرخ في : 22-03-2017 |
| | الحمد لله وحده | ملف التسليم |
| | باسم جلالة الملك | عدد: 2017/3/6/5892 |
| | وطبقا للقانون | الوكيل العام للملك لدى محكمة النقض |
| | | ضــد |
| | | قاسم تاج الدين |

بتاريخ: 22-03-2017

إن الغرفة الجنائية القسم الثالث

بمحكمة النقض بالرباط

في جلستها العلنية أصدرت القرار الآتي نصه:

بين: الوكيل العام للملك لدى محكمة النقض بالرباط

الطالب

وبين المسمى: قاسم تاج الدين، بلجيكي وسيراليوني من أصل لبناني، مزداد بفري تاون بتاريخ 1955/03/21، من والديه محمد بن الحسين، وخديجة بنت روضان، متزوج وله أربعة أطفال، تاجر.







المطلوب

## لهذه الأسباب

تصرح بإبداء الرأي بالموافقة على تسليم المطلوب قاسم تاج الدين إلى سلطات الولايات المتحدة الأمريكية الطالبة له وأنه لا داعي لاستخلاص الصقر.

وبه صدر القرار وتلي بالجلسة العلنية المنعقدة بالتاريخ المذكور أعلاه بقاعة الجلسات العادية بمحكمة النقض الكائنة بشارع النخيل حي الرياض بالرباط وكانت الهيئة الحاكمة متركبة من السادة: محمد بن حمو رئيسا والمستشارين السادة: المصطفى البعاج مقررا زكرياء كنوني ومصطفى نجيد ومحمد زحلول وبمحضر المحامي العام السيد ابراهيم الرزيوي وبمساعدة كاتب الضبط السيد عزيز ايبورك.

الرئيس          المستشار المقرر          كاتب الضبط

لى حسابات في مصارف أمريكية، وصرفه لما يقارب عشرة ملايين من الدولارات، على
شكل شحنات بضائع من مواقع أمريكية إلى الشركات المسيرة بإسمه في إفريقيا.

كما يتضمن الحكم بالمتابعة بإشراف المطلوب على مشروع تجاري في بيروت
بلبنان لتوزيع بضائع تبلغ قيمتها مليارات من الدولارات، والذي يدار بشكل رئيسي في
الشرق الأوسط وإفريقيا، عبر شبكة من الشركات والشركات وأسماء تجارية متكاملة
عموديا، وإقدامه رفقة باقي المتآمرين ابتداء من شهر يوليو 2013 وإلى يومنا هذا بإكمال
47 تحويلا نقديا شخصيا غير مشروع إلى أطراف في الولايات المتحدة الأمريكية، بمجموع
يقارب 27 مليون دولار دون الحصول على التراخيص اللازمة من وزارة المالية الأمريكية.

وأن هذه الأفعال موضوع المتابعة، والتي ارتكبت من طرف المطلوب تسليمه تشكل
طبقا للقانون الجاري به العمل في الولايات المتحدة الأمريكية، جرائم التآمر للاحتيال،
وجريمة تبييض الأموال النقدية والتشجيع على تبييض الأموال دوليا، وجريمة التستر على
تبييض الأموال دوليا.

وأنه بناء على الأمر بإنتقاء الحصانة الصادر عن السلطات القضائية الطالبة تم
إحضار المطلوب تسليمه بتاريخ 2016/03/13 أمام السيد وكيل الملك لدى المحكمة
الإبتدائية الزجرية بدار البيضاء وتم استجوابه حول هويته وإخباره بمضمون السند الذي
اعتقل بسببه وأودع مؤقتا بمركب سجني بسلا.

وأن السيد الوكيل العام تمسك بمحكمة النقض تقدم بملتمس بتاريخ 2017/03/20
مرفق بكتاب وزير العدل والحريات عدد 1523/س/3 وتاريخ 2017/03/20 وبفصول
الوثائق الرسمية، يتضمن مستنتجة بشأن مسطرة التسليم الجارية في حق المطلوب
تسليمه ترامية إلى إبداء الرأي بالموافقة على طلب التسليم.

وبعد إحالة الملف على محكمة النقض واتخاذ كافة الإجراءات القانونية أدرج
الملف بجلسة 2017/03/22 حضر فيها المطلوب في حالة اعتقال مؤازرا بدفاعه
الأستاذ عبد اللطيف العمراني نيابة عن الأستاذ منير ثابت. وبعد التحقق من هويته
وإشعاره بموضوع طلب التسليم وتلاوة التقرير. رفض أن يسلم إلى السلطات القضائية
الطالبة له. وأعطيت الكلمة لدفاع المطلوب الذي التمس تأخير القضية لإعداد الدفاع،
فعارض في ذلك الوكيل العام تمسك بشدة ملتمسا اعتبار القضية جاهزة، ومستشهدا
بمقتضيات المادة 732 من قانون المسطرة الجنائية التي تلزم المحكمة بالنظر في قضايا
التسليم داخل أجل لا يتعدى خمسة أيام من تاريخ إحالة الملف عليها.




3

قرر أخيرا القضية جاهزة وأعطيت الكلمة للنيابة لعد تسمها لسنوات عدة للقضية موضحة أن ظروف القضية تستلزم ظروف، وأعطيت الكلمة بعد ذلك للسيد عبد اللطيف المرني لدفاع بلهفة، قوضع أن الأفعال التي يحكم بها المطلوب تعود لسنة 2003 وأن هذه قد مقتضيات للمدة 721 من قانون المسطرة الجنائية، وأن موكله ليس له أي تهمة سياسي حزب الله وأنه رجل أعمال له شركات خفية وغيرها، وبعد هذه المناقشة تم أمر لدوجة ليد مشتمل القرار مسطرة تسلم حقه.

### وبعد المداولة

حيث إن طلب التسلم موضوع القضية قدم أمر لسلطات المغربية كتابة بالطرق الديبلوماسي، كما أنه مرفق بكافة جلبة البيع الصادر عن السلطات القضائية بالولايات المتحدة الأمريكية، ويتضمن الأفعال التي طلب من أجله التسليم وبيان دقيق لوصف الشخص المطلوب تسليمه وجميع المعلومات التي شأنها بيان بالتفصيل للقانونية المطبقة عن ذلك.

وحيث إنه ثبت من خلال وثائق الملف أن المطلوب تسليمه هو موطن بمملكة بسويسريا وليس من جنسية مغربية، وأنه يقطن في تراب المغربي، وأنه كان مجوبا عنه من أجل الأفعال المذكورة أعلاه.

وحيث إن الأفعال المتابع من طرف المطلوب تسليمه معاقب عليها بالقانون المغربي، وتشكل جريمتي أركاب قتل إرهابية وغسيل الأموال وفقا للمادة 218-1 وما بعدها من القانون الجنائي، ومقتضيات ظهير 2007/04/17.

وحيث إن لدى مة المطلوب من أجله التسلم لا تعني بخلالات عسكرية، وإنه سلك بعض مدة لتقادم الجنحي، ولا تعتبر عليه سياسية أو لها علاقة بفعل سياسي.

وحيث إنه لم تثبت وفقا لما تم ذكره لمطلوب حصوص عدم توفر شروط المادة 721 من قانون المسطرة الجنائية، وأعتبر مسطرة التسلم بطلبها، فإن طلب التسليم جاء مستوفيا لشروط الشكلية والموضوعية لمصوص عليه قانونا، والمشار إليها أعلاه.




Mohamed Mounir [...]
Docteur en Droit
agréé près la Cour de Cassation

بوسمه النار لبيضاء
مقبول لدى محكمة النقض

بنـاء على الطلب الرسمي المرفوع من السلطات القضائية بالولايات المتحدة الأمريكية، المحال على هذه الغرفة بواسطة الوكيل العام للملك لدى محكمة النقض، الرامي إلى تسليمها المواطن البلجيكي والسيراليوني الجنسية من أصل لبناني أعلاه، الذي سبق يوقفه بالتراب الوطني للمملكة المغربية بتاريخ 2017/03/12 بمقتضى أمر دولي بإلقاء القبض.

## وإن الغرفة الجنائية بمحكمة النقض

بعد أن تلا المستشار المصطفى البعاج التقرير المكلف به في القضية.
وبعد الإنصات إلى السيد ابراهيم الرزيوي المحامي العام في مستنتجاته.
وبعد المداولة طبقا للقانون.

### تطبيقا للفصل 713 وما بعده من قانون المسطرة الجنائية

يستفــاد من الوثائق والمستندات المرفقة بالملف أن المطلوب تسليمه كان مبحوثا عنه بمقتضى أمر دولي بإلقاء القبض صادر عن السلطات القضائية بالولايات المتحدة الأمريكية بتاريخ 2017/03/07 من أجل جريمتي المؤامرة لعقد صفقات غير قانونية مع منظمات إرهابية وتبييض الأموال، وهي الأفعال التي يصل الحد الأقصى فيها للعقوبة القصوى إلى 20 سنة.

وتتلخص وقائع هذه القضية، في كون المطلوب تسليمه قاسم تاج الدين، يعتبر من طرف حكومة الولايات المتحدة الأمريكية شخصا إرهابيا معترفا به دوليا، بسبب روابطه المالية مع منظمة حزب الله ؛ إذ يتمثل نشاطه أساسا في تشغيل شبكة أعمال تجارية في لبنان والإمارات العربية المتحدة وإفريقيا. فالثابت من تنصيصات القرار القاضي بمتابعته بكونه تبرع بملايين من الدولارات إلى حزب الله، وأنه قائد في نفس المنظمة، ويقوم رفقة إخوته بتشغيل شركات في اسم نفس المنظمة في جميع أرجاء العالم. وأنه في 7 مارس من سنة 2017، وعقب تحقيقات معمقة، قامت بها إدارة مكافحة المخدرات بمساعدة إدارة الجمارك وحماية الحدود الأمريكية، تقررت متابعته من طرف هيئة محلفين بالمحكمة التابعة لمقاطعة كولومبيا بتهمة الاحتيال ضد الحكومة الأمريكية والتآمر للقيام بغسل الأموال دوليا وارتكاب مخالفات بحق قانون الصلاحيات الاقتصادية وقوانين العقوبات المتعلقة بالإرهاب الدولي، استنادا إلى إرساله ما يقارب 27 مليون دولار في شكل حوالات وتبرعات مباشرة

2

2017-3-6-531