WILMERHALE

January 13, 2016

**Ronald I. Meltzer**

+1 202 663 6389 (t)
+1 202 663 6363 (f)
ronald.meltzer@wilmerhale.com

**CONFIDENTIAL TREATMENT REQUESTED**

<u>VIA EMAIL AND HAND DELIVERY</u>

Michael Schisa
Office of the Chief Counsel
Office of Foreign Assets Control
United States Department of the Treasury
1500 Pennsylvania Avenue, NW—Annex
Washington, DC 20220

Re: <u>Delisting Petition of Kassim Tajideen, FAC-No.: SDG-465805</u>

Dear Mr. Schisa:

Thank you again for speaking with us on January 7, 2016 concerning OFAC's re-opening of the Kassim Tajideen delisting petition. As we discussed, a core question in the case is determining how best can Mr. Tajideen provide assurances to OFAC that he is not a supporter of Hizballah. Demonstrating that fact is a critical aspect of the re-opened petition because, as you noted, it impacts OFAC's review of the supplemental information we intend to submit and its willingness to overcome past concerns about Mr. Tajideen. Otherwise, as we have discussed, the credibility and effectiveness of Mr. Tajideen's delisting commitments will remain subject to recurring OFAC doubt.

On our January 7th call, we outlined at least five possible ways in which Mr. Tajideen could demonstrate to OFAC that he is not a supporter of Hizballah.

*1. Affidavits*

Mr. Tajideen is willing to submit a signed affidavit affirming that he is not a supporter of Hizballah – and this attestation could address any specific points or concerns identified by OFAC. In addition, we would also seek out third-party validators who would execute supporting affidavits attesting to their knowledge of Mr. Tajideen and his lack of support for Hizballah. In doing so, we would work with you to identify third-party validators that would be credible to OFAC and responsive to particular sets of concerns.

*2. Interview(s) with U.S. Government officials*

Mr. Tajideen is willing to be interviewed by U.S. Government officials outside the United States to respond to any questions or concerns about his activities or delisting efforts, confirm points

Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006
Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington

WILMERHALE

Michael Schisa
January 13, 2016
Page 2

**Confidential Treatment Requested**

addressed in prior submissions to OFAC and provide relevant information (now and in the future) about the delisting case and related matters.

3. *Corporate reorganization*

Mr. Tajideen would consider mandated divestments or other means of reorganizing his business affairs to address areas of particular concern to OFAC. While Mr. Tajideen has already engaged in such activities (e.g., formally severing all ties with Tajco SARL, the company owned by his brother Ali in which Mr. Tajideen was formerly a shareholder), it may be that OFAC seeks additional actions to further ensure that he has fully mitigated apparent risks. These steps could include a mandate to deal with certain banks; further reduction and consolidation of entities owned or controlled by Mr. Tajideen; or the sale of certain real estate or other assets.

4. *Third-party monitor*

Mr. Tajideen would consider having a third-party monitor oversee his delisting actions and report directly to OFAC on his current activities. This could occur prior to, and/or following, his removal from the SDN list. We understand that OFAC has not resorted to the use of such monitors in past delisting cases, but still offer this option if it would be persuasive to OFAC that a trusted, impartial third party validates Mr. Tajideen's delisting commitments, including the fact that he does not support Hizballah.

5. *Public statement*

Mr. Tajideen would consider making a public statement (for U.S., Lebanese, or other international media) that he does not support Hizballah or the use of political violence more broadly. He is willing to do so, in spite of the risks that such action could present to his personal safety and that of his family. If OFAC believes a public statement would help the case, we would confer with you about the nature and manner of making such statement to ensure that it resolved any continuing concern about whether Mr. Tajideen is a supporter of Hizballah.

We look forward to speaking with you again soon about these and other proposed steps that Mr. Tajideen can take to address OFAC's fundamental concerns in this case.

Sincerely,

*Ronald I. Meltzer*
Ronald I. Meltzer