## ADVICE OF RIGHTS

Place _PLANE_
Date _3/23/17_
Time _9:30 PM_

## YOUR RIGHTS

BEFORE WE ASK YOU ANY QUESTIONS, DO YOU UNDERSTAND:

- ☐ You have the right to remain silent.
- ☐ Anything you say can be used against you in court.
- ☒ You have the right to talk to a lawyer for advice before we ask you any questions.
- ☐ You have the right to have a lawyer with you during the questioning.
- ☐ If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

Do you understand your rights?

Are you willing to answer some questions?

## WAIVER OF RIGHTS

☒ I have read or ☐ someone has read to me this advice of rights and I understand what my rights are. At this time, I am willing to freely and voluntarily answer questions without a lawyer present.

Signed _[signature] 23-3-2017_

Witness: _S/A [signature]_
Witness: _[signature]_
Time: _9:42 PM_

FORM DEA-13 (4-06)

DOJ_01299969