

| 3383 | Events | 2713 |

———— 2016-04-17 ————

**Dr Jamil Hedayb <9613822844>**

Received:  11:59:35 (Device time)

**Dr Jamil Hedayb <9613822844>**

Received:  12:06:19 (Device time)

**Lana Moh Taj <96176962962>**

Received:  14:21:53 (Device time)

**Tadijeen <96176020000>**
to Lana Moh Taj <96176962962>

Jedo          miss u   if i undastarn u say i don t know?? U should know

Sent:  17:41:04 (Device time)

**Lana Moh Taj <96176962962>**

Ano mab3ref shu teshtre

Received:  17:47:32 (Device time)

**Shadi Zabad <96176913701>**

Salam haj
Hope every thing ok
Remind dr that general tavares not in position any more and we need to recover the saopaulo land

Received:  17:50:48 (Device time)

**Shadi Zabad <96176913701>**

We need also licence for seguranca company on sicam is ok our security team working without licence

Received:  17:51:42 (Device time)

1

3383 **Events** 2713

---

**2016-04-17**

**Tadijeen <96176020000>**
to Shadi Zabad <96176913701>
Today we speak he gatantee me we well have it
Sent: 17:51:52 (Device time)

**Shadi Zabad <96176913701>**
[empty message]
Received: 17:51:52 (Device time)

**Shadi Zabad <96176913701>**
Viana land with dra ludmila we paid 450000
Received: 17:52:16 (Device time)

**Tadijeen <96176020000>**
to Shadi Zabad <96176913701>
Ok try to put all i well take note
Sent: 17:52:44 (Device time)

**Tadijeen <96176020000>**
to Shadi Zabad <96176913701>
For the expiry goods we must fallow to know ifvthe cornador and fiel doing ok
Sent: 17:53:34 (Device time)

**Tadijeen <96176020000>**
to Shadi Zabad <96176913701>
My idea if we hier secureter co is better if co good co
Sent: 17:54:17 (Device time)

**Shadi Zabad <96176913701>**
Yes anwar is doing and i will check him tomorrow
Received: 17:54:24 (Device time)

**Shadi Zabad <96176913701>**
They are asking very high
Received: 17:54:45 (Device time)

**Tadijeen <96176020000>**
to Shadi Zabad <96176913701>
I dont want send email only we need to blam some one
Sent: 17:55:06 (Device time)

Case: N/A, IMEI: 354443068711328, Alias: Cellebrite UFED (iPhone)     Oxygen Forensic® Analyst - 9.4.0.65

| 3383 | **Events** | 2713 |

---

**2017-03-13**

**Michel Alchater <224664250250>**
Received: 20:17:48 (Device time)

**Michel Alchater <224664250250>**
WhatsApp call
Duration: 00:00:00
Not sent: 20:17:48 (Device time)

**Michel Alchater <224664250250>**
Received: 20:18:18 (Device time)

**Michel Alchater <224664250250>**
WhatsApp call
Duration: 00:00:00
Not sent: 20:18:18 (Device time)

**Michel Alchater <224664250250>**
Media/224664250250@s.whatsapp.net/3/4/34d14c22-93ec-4e68-8e48-43fb8686d279.opus

34d14c22-93ec-4e68-8e48-43fb8686d279.opus

Received: 20:18:41 (Device time)

**2017-03-15**

**+961 70 084 097 <96170084097>**
WhatsApp call
Duration: 00:00:00
Not sent: 15:41:12 (Device time)

**2017-03-16**

**+961 70 084 097 <96170084097>**
WhatsApp call
Duration: 00:00:00
Not sent: 19:15:58 (Device time)

**2017-03-24**

**Tadijeen <96176020000>**
to Hussein K Taj Leb <9613936262>
I am in on way to usa they pick me around 7
Sent: 04:15:43 (Device time)

3383   **Events**   2713

**2017-03-24**

**Tadijeen <96176020000>**
to Huda <9613868000>
I am on my way to usa i hope all of u are ok
Sent: 04:17:08 (Device time)

**Tadijeen <96176020000>**
to Hussein K Taj Leb <9613936262>
7 pm jeadi inform lower
Sent: 04:19:20 (Device time)

**Tadijeen <96176020000>**
to Mohamed Tajideen <96170962962>
Hi i hope u are ok i am on my way to usa
Sent: 04:23:26 (Device time)

**Tadijeen <96176020000>**
to Ali Saad Haj <9613701712>
For abou amar apartment inform kassim hassan or his wife try to push it i ambon my way to usa
Sent: 04:25:57 (Device time)

**Tadijeen <96176020000>**
to Huda <9613868000>
I dont know what i cal tel u
Sent: 04:27:02 (Device time)

**Tadijeen <96176020000>**
to Chibli Mallat <9613438383>
Hi i am on my way to dc
Sent: 04:30:39 (Device time)

**Tadijeen <96176020000>**
to Ali K Taj Leb <9613798793>
Hi habibi i am ok and i am on my way to us keep it screet not to harth the family
Sent: 04:36:31 (Device time)

**Tadijeen <96176020000>**
to Abbas Taj <96176838322>
Hi amo i hope all of u are ok
Sent: 04:39:05 (Device time)

**Ali K Taj Leb <9613798793>**
USA?
Received: 04:39:22 (Device time)

3383     **Events**     2713

— 2017-03-24 —

**Tadijeen <96176020000>**
to Ali K Taj Leb <9613798793>

> Yes keep slient i can not speak i am whit police on the plain just allow me to speak to famyly take care for u and u family love all of u and miss all of u

Sent: 04:41:06 (Device time)

**Ali K Taj Leb <9613798793>**

> We are praying for u

Received: 04:41:44 (Device time)

**Tadijeen <96176020000>**
to Ali K Taj Leb <9613798793>

> Ok habibi

Sent: 04:41:56 (Device time)

**Tadijeen <96176020000>**
to Ali K Taj Leb <9613798793>

> Thanks

Sent: 04:42:02 (Device time)

**Tadijeen <96176020000>**
to Ali K Taj Leb <9613798793>

> I send to abass i dont have susu on this phone best regard love u

Sent: 04:42:40 (Device time)

**Ali K Taj Leb <9613798793>**

> Will tell her don t worry. Lara also praying for u

Received: 04:43:05 (Device time)

**Ali K Taj Leb <9613798793>**

> We both love u

Received: 04:43:16 (Device time)

**Tadijeen <96176020000>**
to Ali K Taj Leb <9613798793>

> Ok habibi dont forget u mam u and lare

Sent: 04:44:41 (Device time)

**Ali K Taj Leb <9613798793>**

> Yes I know. Good luck

Received: 04:45:16 (Device time)

3383    **Events**    2713

— **2017-03-24** —

**Tadijeen <96176020000>**
to Ali K Taj Leb <9613798793>
Ask u mam to colose nbr because well take long on us too nbr
Sent: 04:47:46 (Device time)

**Ali K Taj Leb <9613798793>**
U mean to close your phone numbers? Both of them?
Received: 04:49:03 (Device time)

**Tadijeen <96176020000>**
to Huda <9613868000>
Better stop the 2 phone nbr because well take long in usa
Sent: 04:49:06 (Device time)

**Tadijeen <96176020000>**
to Ali K Taj Leb <9613798793>
Yes
Sent: 04:49:16 (Device time)

**Ali K Taj Leb <9613798793>**
Ok will do. Where is Hussein? Is he with u?
Received: 04:49:38 (Device time)

**Tadijeen <96176020000>**
to Ali K Taj Leb <9613798793>
Because we paid every month money for every nbr
Sent: 04:50:06 (Device time)

**Tadijeen <96176020000>**
to Ali K Taj Leb <9613798793>
Hussei in morroco
Sent: 04:50:20 (Device time)

**Ali K Taj Leb <9613798793>**
Keep faith in god & always be strong
Received: 04:51:19 (Device time)

**Ali K Taj Leb <9613798793>**
We trust and u can do it. Nshala it will pass
Received: 04:51:43 (Device time)

| 3383 | Events | 2713 |

**2017-03-24**

**Tadijeen <96176020000>**
to Ali K Taj Leb <9613798793>
Inchaallah habibi
Sent: 04:52:41 (Device time)

**Ali K Taj Leb <9613798793>**
Everything is ok here, so don t worry
Received: 04:54:07 (Device time)

**Ali K Taj Leb <9613798793>**
Good luck
Received: 04:54:11 (Device time)

**Tadijeen <96176020000>**
to 96170900001
Habibi i am on my way to us take care for u and kids and abass
Sent: 04:58:18 (Device time)

**Huda <9613868000>**
Allah karim
Received: 04:59:54 (Device time)

**Mohamed  Tajideen <96170962962>**
Salam
Received: 05:00:34 (Device time)

**Mohamed  Tajideen <96170962962>**
I miss you so much
Received: 05:00:43 (Device time)

**Huda <9613868000>**
May God help you with this problem
Received: 05:00:46 (Device time)

**Tadijeen <96176020000>**
to Huda <9613868000>
Ok habibi
Sent: 05:03:36 (Device time)

**Tadijeen <96176020000>**
to Mohamed  Tajideen <96170962962>
Ok habibi take care for u family speacial kassim and lana
Sent: 05:04:37 (Device time)

# End of report

**Signed by** _____