# Exhibit 1

DOJ_01201939

# Appendix 1
## Personal Statement of Kassim Tajideen

DOJ_01201940

PT7

**Kassim Tajideen**
Residing at Adnan Hakeem Street – Jnah
Lamis Building 4th Floor
Beirut, Lebanon

July 19, 2010

**VIA FEDERAL EXPRESS**

Mr. Michael Swanson
Assistant Director, Designation Investigations Division
Office of Foreign Assets Control
U.S. Department of the Treasury
ATTN: Designation Investigations Division
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

>           Re:     Personal Letter in Support of Removal Petition – Kassim Tajideen
>                   FAC No. SDG-465805

Dear Mr. Swanson:

        I am writing to provide the information that you have requested so that you can evaluate my removal petition. As you know, I have requested that you remove me from list designating me as an "Africa-based supporter of the Hizballah terrorist organization." I am not such a supporter and your designation is gravely harming me and my business reputation.

        Accompanying this letter is another document that I have asked my attorneys to prepare to give you as much information as possible about the subjects that you raise. All of the information contained in my attorneys' document is accurate to the best of my knowledge. But I wanted to write personally and directly to answer each of the questions you raise in your February 24, 2010, letter.

        By way of introduction, I wanted to let you know that I am a self-made businessman, who started out as a low-paid mechanic working in West African in the late seventies. While still a teenager, I built up the trade by hard work, using the good will and networks originally set up by my father-in-law in West Africa. Well before the rise of Hizballah and other Islamist groups, I had established a unique trading network by developing business in food staples across important African countries, where difficult business environments make it difficult to use normal "western" accounting protocols.

        Unfortunately, in 2003, I was criminally charged in Belgium for association with an obscure organization called the Arab European League. I came in good faith to Belgium to defend my name and my company. After a protracted trial which forced me to shut my companies in Belgium, none of the two original accusations for which I was arrested and charged stood. Then, as the appeal was bringing an end to a difficult and long trial, I was suddenly put on the OFAC's "terrorism support" list on May 27, 2009. This came as a painful blow for me. I painstakingly developed my reputation as an honest businessman who has worked the world over

DOJ_01201940

P 8

Page 2

with successful and highly reputable food conglomerates, including such prominent American companies as Tyson.

I have not received any information about why I am on this list other than a brief "press release." I wish to state in the strongest possible way that your press release is simply inaccurate. I have never dealt, let alone made a fortune, in the trade of blood diamonds. I am not affiliated directly or indirectly with Hizballah or its leadership. I have not provided any support, financial or otherwise, to Hizballah or any other terrorist organization, nor am I aware of any such support provided by any company with whom I work in West Africa.

I am especially aggrieved by the accusation that ties my own business activities to those of my brother Ali, who sadly has declared Hizballah ties. I have consistently avoided any association in any of my businesses with my brother Ali. I must tell you that, in my view, this guilt-by-family-association seems completely un-American and unfair. I personally believe in the need to keep a clear distance between business and politics – and particularly distance from groups like Hizballah, which are under severe international scrutiny.

I have asked my attorneys to respond in more detail to your questions. In the course of pulling that information together, I have also asked them to recommend steps that might be taken to provide even stronger assurance in the future to ensure that companies with which I am involved do not allow any of their funds to be used to support terrorism. Today, all such companies have implemented financial controls to ensure against money laundering and fraud, which should provide even stronger assurance in the future against support for terrorism. I am of course open to considering and helping implement continuing improvements in control procedures, as recommended by OFAC, if this is necessary in order to provide assurances to your office that no support is being provided inadvertently to Hizballah.

In the interests of completeness, let me finish my letter by covering your specific questions.

1.    **Personal Information.**

You have requested personal information. My full name is Kassim Tajideen. This is the way it appears on my passport, and I do not have any aliases (The press will use different forms to convey the original Arabic). Other personal information is attached in the appendix to the letter prepared by my attorneys.

2.    **Relationship with Hizballah.**

You have asked for information about my relationship with Hizballah. I do not support Hizballah, nor am I affiliated – directly or indirectly – with Hizballah or any of its leadership or commanders. I have not provided any support, financial or otherwise, to Hizballah (or any other terrorist organization for that matter), nor am I aware of any such support being provided by any company with whom I work in West Africa or elsewhere. I have asked my attorneys, in the accompanying letter, to explain in greater detail steps that I am taking to insure that none of the

P19

Page 3

companies with whom I work provide any such support.

As you know, my attorneys have also asked for more detailed information from you about what has led you to have concern about my possible support of Hizballah. In response, you have referred me only to very limited information in the nature of a press release. My attorneys have responded to the press release in more detail in their letter. But let me make clear that I am not running any "cover" company for Hizballah in Africa (or elsewhere). Nor am I sending any funds to Hizballah through my brother. If you have evidence that has raised any such concerns in your mind, I would very much like to see it so that I can respond to it and set the record straight.

### 3. Information Relating to My Holdings and Business Ventures.

You have asked for detailed information about all of my financial holdings. This is quite an undertaking, as I have been successful in a number of business ventures. In order to be as complete and thorough as possible, I have asked my attorneys in Salt Lake City, Washington, D.C., Belgium, and Beirut to work together to produce a complete picture. That information is found in their accompanying document. If you have any further questions, please let me know and I will do my best to get you the information that you need to act on my petition for removal.

* * *

In conclusion, I trust that you will act quickly to remove me from the terrorism support list. I have explained why the listing is inaccurate and have requested a chance to respond specifically to any evidence or concerns that you might have. I have done my best to steer clear of any association with Hizballah. I am determined to remove any concern that OFAC may still have, and am prepared to consider any reasonable suggestion for developing controls that ensure that no material support be forthcoming to Hizballah or any other similar organization. I hope that you will move quickly to recognize this determination and efforts and undo the damage that is being done to my good name and to my business reputation.

Sincerely,

Kassim Tajideen