## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| KASSIM TAJIDEEN, | : | |
| also known as | : | |
| HAJ KASSIM, BIG HAJ, BIG BOSS, | : | Case No. 1:17-CR-00046 (RBW) |
| QASIM TAJIDEEN, QASSIM TAJIDEEN, | : | |
| KASSEM TAJIDEEN, KASSIM TAJ ALDINE, | : | |
| KASSIM TAJ ALDIN, KASSIM TAJ AL-DIN, | : | |
| KASSIM TAJ AL-DINE, and | : | |
| KASSIM TAJADIN, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF DISCLOSURE OF EXPERT WITNESSES

The United States of America, by and through its attorneys, the United States Attorney for the District of Columbia and the Criminal Division, United States Department of Justice, respectfully provides notice of its disclosure to defendant Kassim Tajideen, through their counsel, of the government's intent to call expert witnesses at trial in this matter. In accordance with Fed. R. Crim. P. 16 and the Court's Scheduling Order, on June 29, 2018, the government produced a written summary of the expert testimony that the government intends to use under Fed. R. Evid. 702, 703, or 705 during its case in-chief at trial.

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

By:  /s/_____
Thomas A. Gillice, D.C. Bar No. 452336
Luke Jones, VA Bar No. 75053
Karen P. Seifert, NY Bar No. 4742342

        Assistant United States Attorneys
Jacqueline L. Barkett, NY Bar No. 5424916
Special Assistant United States Attorney
National Security Section
United States Attorney's Office
555 4th Street NW, 11th Floor
Washington, D.C. 20530
(202) 252-1791
thomas.gillice@usdoj.gov
luke.jones@usdoj.gov
karen.seifert@usdoj.gov
jacqueline.l.barkett@usdoj.gov

DEBORAH L. CONNOR
ACTING CHIEF

By: /s/
Joseph Palazzo, MA Bar No. 669666
Trial Attorney
Money Laundering and Asset Recovery
  Section, Criminal Division
United States Department of Justice
1400 New York Avenue NW, 10th Floor
Washington, D.C. 20005
(202) 514-1263

Dated: June 29, 2018      joseph.palazzo@usdoj.gov