# United States Court of Appeals
## For The District of Columbia Circuit

**No. 18-3023**  **September Term, 2017**

1:17-cr-00046-RBW-1

Filed On: May 11, 2018

United States of America,

    Appellee

  v.

Kassim Tajideen, also known as Haj Kassim, also known as Big Haj, also known as Big Boss, also known as Qasim Tajideen, also known as Qassim Tajideen, also known as Kassem Tajideen, also known as Kassim Taj Aldine, also known as Kassim Taj Aldin, also known as Kassim Taj Al-din, also known as Kassim Taj Al-dine, also known as Kassim Tajadin,

    Appellant

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**BEFORE:** Millett, Pillard, and Katsas, Circuit Judges

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the memoranda of law and fact and pleadings filed by the parties. The court has determined that the issues presented occasion no need for an opinion. See D.C. Cir. Rule 36. It is

**ORDERED and ADJUDGED** that the district court's March 15, 2018 ruling denying appellant's motion for release pending trial be affirmed. The district court's determination that no condition or combination of conditions will reasonably assure appellant's appearance if he is released pending trial is supported by a preponderance of the evidence. See 18 U.S.C. § 3142(e); U.S. v. Vortis, 785 F.2d 327, 329 (D.C. Cir. 1986).

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 18-3023**                   **September Term, 2017**

     Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

                              BY:    /s/
                                            Daniel J. Reidy
                                            Deputy Clerk