# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KASSIM TAJIDEEN,<br><br>Defendant. | Criminal Action No. 17–46 (RBW) |

## ORDER

Upon consideration of the parties' Joint Motion to Continue Sentencing Date, and for good cause shown, it is hereby

**ORDERED** that the parties' Joint Motion to Continue Sentencing Date, ECF No. 222, is **GRANTED**. It is further

**ORDERED** that the sentencing currently scheduled for January 18, 2019, is **CONTINUED** to February 26, 2019, at 3:00 p.m.

**SO ORDERED** this 16th day of January, 2019.

REGGIE B. WALTON
United States District Judge