**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | Criminal No. 1:17-cr-0046-RBW |
| **KASSIM TAJIDEEN,** | ) ) ) | |
| **Defendant.** | ) ) | |

### SECOND JOINT MOTION TO CONTINUE SENTENCING DATE

This matter is currently scheduled for sentencing on February 26, 2019. A condition of the plea agreement requires the defendant to make a substantial forfeiture payment on or before the date of sentencing. ECF 215, at 11. The parties recognized that assembling and transferring the funds for the forfeiture payment would be subject to various potential complications and that the funds might not be available by the initial sentencing date. Accordingly, the plea agreement provides for a 180 day window for transferring the funds (which defendant calculates to terminate on June 4, 2019), and states that "if banking issues prevent funds from being transferred by the date scheduled for sentencing, the parties will jointly request a delay in the scheduled sentencing date." *Id.* at 11-12.

The Court previously granted an extension of the sentencing date. ECF 223. During the extended period, defendant and his counsel have continued working on assembling and transferring the forfeiture amount. Defense counsel understands that defendant has access to assets, some of which are held in real estate, that are more than sufficient to cover the forfeiture amount. The chief problem, defense counsel understands, is that the existing OFAC restrictions and other U.S. policies make Lebanon banks highly reluctant to assist defendant or his family in significant transactions, even with an OFAC license. One of defendant's U.S. lawyers traveled to

Lebanon in January to meet with defendant's family members and others who may be able to assist. A Lebanese-based lawyer for defendant is scheduled to meet with an official of the Lebanon Central Bank on February 26. And defense counsel are currently attempting to work with government counsel to overcome the banking issues that have arisen in Lebanon.

The funds will not be available by February 26, 2019, however, and the government has agreed to join in this second motion for continuance of the sentencing, in accordance with the plea agreement. (Defendant remains incarcerated, so extending the sentencing date does not benefit him.)

Accordingly, the parties jointly request that the Court continue the sentencing by approximately 30-45 days, and that the Court reset the sentencing to an available date in the period between March 26, 2019, to April 8, 2019.[1] A proposed order is attached.

---

[1] Undersigned counsel (John Connolly) will coordinate with government counsel to arrange an available date for all counsel, if the Court provides available dates.

| | |
|---|---|
| Dated: February 21, 2019 | Respectfully submitted, |
| JESSIE K. LIU (D.C. Bar No. 472845)<br>United States Attorney | ZUCKERMAN SPAEDER LLP |
| By: /s/ *Thomas A. Gillice* | By: /s/ *John J. Connolly* |
| Luke M. Jones, VA Bar #75053<br>Thomas A. Gillice, D.C. Bar #452336<br>Karen P. Seifert, NY Bar #4742342<br>Assistant United States Attorneys<br>Jacqueline L. Barkett, NY Bar #5424916<br>Special Assistant United States Attorney<br>United States Attorney's Office<br>555 4th Street NW, 11th Floor<br>Washington, D.C.  20530<br>(202) 252-1791<br>luke.jones@usdoj.gov<br>thomas.gillice@usdoj.gov<br>karen.seifert@usdoj.gov<br>jacqueline.l.barkett@usdoj.gov | William W. Taylor, III (D.C. Bar No. 84194)<br>Eric R. Delinsky (D.C. Bar No. 460958)<br>Steven N. Herman (D.C. Bar No. 987250)<br>1800 M Street N.W. Suite 1000<br>Washington, D.C. 20036<br>Tel: (202) 778-1800<br>Fax: (202) 822-8106<br>E-mail: wtaylor@zuckerman.com |
| DEBORAH CONNOR, CHIEF | William J. Murphy (D.C. Bar No. 350371)<br>John J. Connolly (D.C. Bar No. 495388)<br>ZUCKERMAN SPAEDER LLP<br>100 East Pratt Street, Suite 2440<br>Baltimore, MD 21202<br>Tel: (410) 332-0444<br>Fax: (410) 659-0436<br>E-mail: wmurphy@zuckerman.com |
| By: /s/ | *Attorneys for Defendant Kassim Tajideen* |
| Joseph Palazzo, MA Bar #669666<br>Trial Attorney<br>Money Laundering and Asset Recovery<br>Section, Criminal Division<br>United States Department of Justice<br>1400 New York Avenue NW, 10th Floor<br>Washington, D.C.  20005<br>(202) 514-1263<br>joseph.palazzo@usdoj.gov | |
| *Attorneys for the United States* | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 21, 2019, the foregoing was served on counsel of record via the Court's CM/ECF Service.

/s/ *John J. Connolly*
John J. Connolly