**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|                              |   |                                  |
|------------------------------|---|----------------------------------|
| **UNITED STATES OF AMERICA** | ) |                                  |
|                              | ) |                                  |
| **v.**                       | ) | **Criminal No.  1:17-cr-0046-RBW** |
|                              | ) |                                  |
| **KASSIM TAJIDEEN,**         | ) |                                  |
|                              | ) |                                  |
| **Defendant.**               | ) |                                  |
|                              | ) |                                  |

_____

## JOINT MOTION TO CONVERT SENTENCING TO STATUS CONFERENCE

This matter is currently scheduled for sentencing on April 8, 2019, at 11:00 a.m. A condition of the plea agreement requires the defendant to make a forfeiture payment of $45,478,966.41 on or before the date of sentencing. ECF 215, at 11. As set forth in prior joint motions to continue the sentencing date, the parties recognized that assembling and transferring the funds for the forfeiture payment would be subject to various potential complications and that the funds might not be available by the initial sentencing date. Accordingly, the plea agreement provides for a 180 day window for transferring the funds (which defendant calculates to terminate on June 4, 2019), and states that, before that date, "if banking issues prevent funds from being transferred by the date scheduled for sentencing, the parties will jointly request a delay in the scheduled sentencing date." *Id.* at 11-12.

Defendant has represented to the government that he owns assets with values well in excess of the forfeiture amount and that he and his representatives have been diligently attempting to assemble, deposit, and transfer the forfeiture amount, but that Lebanese banks have been unwilling to assist him in converting assets to cash, or in receiving and transferring cash for the purpose of satisfying the forfeiture amount. The government has represented to defendant's counsel that it believes defendant has the capacity to satisfy the forfeiture amount, using private

banks or other means within Lebanon or in other countries, within the time allotted by the plea agreement. The parties agree that the sentencing should not occur on April 8, but they request an opportunity to explain their positions to the court, with the defendant present, and thereafter to set a new date for sentencing convenient for the Court.

Accordingly, the parties jointly request that the Court convert the sentencing hearing set for April 8, 2019, to a status conference, and that the Court re-schedule the sentencing date during the status conference. A proposed order is attached.

Dated: April 1, 2019

JESSIE K. LIU (D.C. Bar No. 472845)
United States Attorney

By: /s/ *Thomas A. Gillice*
_____

Luke M. Jones, VA Bar #75053
Thomas A. Gillice, D.C. Bar #452336
Karen P. Seifert, NY Bar #4742342
Assistant United States Attorneys
Jacqueline L. Barkett, NY Bar #5424916
Special Assistant United States Attorney
United States Attorney's Office
555 4th Street NW, 11th Floor
Washington, D.C.  20530
(202) 252-1791
luke.jones@usdoj.gov
thomas.gillice@usdoj.gov
karen.seifert@usdoj.gov
jacqueline.l.barkett@usdoj.gov

DEBORAH CONNOR, CHIEF

By: /s/
_____

Joseph Palazzo, MA Bar #669666
Trial Attorney
Money Laundering and Asset Recovery
Section, Criminal Division
United States Department of Justice
1400 New York Avenue NW, 10th Floor
Washington, D.C.  20005
(202) 514-1263
joseph.palazzo@usdoj.gov

*Attorneys for the United States*

Respectfully submitted,

ZUCKERMAN SPAEDER LLP

By: /s/ *John J. Connolly*
_____

William W. Taylor, III (D.C. Bar No. 84194)
Eric R. Delinsky (D.C. Bar No. 460958)
Steven N. Herman (D.C. Bar No. 987250)
1800 M Street N.W. Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
E-mail: wtaylor@zuckerman.com

William J. Murphy (D.C. Bar No. 350371)
John J. Connolly (D.C. Bar No. 495388)
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
Tel: (410) 332-0444
Fax: (410) 659-0436
E-mail: wmurphy@zuckerman.com

*Attorneys for Defendant Kassim Tajideen*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 1, 2019, the foregoing was served on counsel of record via the Court's CM/ECF Service.

/s/ *John J. Connolly*_____
John J. Connolly