حضرة القاضي والتون،

أنا حسن محمد صائغ , عمري 74 سنة . كنت مدير مدرسة حانويه الرسمية عندما التحق قاسم تاج الدين بالمدرسة الابتدائية في أواخر الخمسينيات وأوائل الستينيات من القرن الماضي. عرفت قاسم تاج الدين منذ الحداثة ولديّ علاقة مستمرة معه حتى اليوم.

عندما كان صغيراً، كان قاسم تاج الدين حسن التصرف وذكي وأحب والدته كثيراً. تخرج من المدرسة الابتدائية وتوقّف في وقت لاحق عن الذهاب إلى المدرسة. كانت الظروف في جنوب لبنان قاسية في ذلك الحين، حيث عانى الفقرَ الكثير من العائلات. لم يكن قاسم تاج الدين مثل باقي الأطفال الفقراء، غير أنه برز لكونه عاملاً نشيطاً منذ سنّ مبكرة. كان يحضر دائماً إلى المدرسة متأخراً عشر أو خمس عشرة دقيقة، ونتيجة لذلك، رأيته أكثر من مرة يقف خارج صفّه وهو يقضي عقوبته. بعد ذلك اكتشفت أن السبب في عدم التزامه بمواعيد الدراسة هو أنه كان يعمل. عمل في تغيير الإطارات في كاراج والده وآثار الشحم كانت ظاهرة على يديه. خلال موسم حصاد الزيتون، كان يعمل طوال الليل، وبالكاد يحصل على ساعات قليلة من النوم. عندما أسأله لماذا يتأخر كثيراً كان يقول لي: "هل تعتقد أنني أريد أن أكون فقيرًا إلى الأبد؟ أريد حياة أفضل بالنسبة لي ولعائلتي". كان طموحه ورغبته منذ الصغر في أن يكون مستقلاً معتمداً على نفسه.

كنت محظوظًا بمتابعة حياة قاسم عن قرب بعد تركه المدرسة. لم يكن التنقل سهلاً في تلك الأيام وكان هو ووالده من ينقل لعائلتنا الطعام مجاناً في سيارة الأجرة. إنّهم أناس طيبون. قال لي مازحاً حين ركبت سيارة الأجرة معه: "أنت علمتني في المدرسة، لكن في سيارة الأجرة أنا المعلم". هو معلّم لأنه إلى جانب قيادة سيارة الأجرة لساعات عديدة، كان يقوم بإصلاحها وصيانتها بنفسه. في حقبة من الزمن، كانت سيارة الأجرة هي كلّ حياته، إذ وفّرت له مدخوله، وكان ينام فيها لشهور متواصلة تجنباً لدفع أجرة الفنادق. حتى بعد كسبه المال، ظل هو نفسه الشخص المتواضع الذي لا يهتم حقاً بمظهره. كثيراً ما كنت أمازحه بأن بات اليوم دوره أن يعلمني، عليه أن يعلمني كيفية جني الأموال.

مع وافر الاحترام

حسن محمد صائغ

٠٧/٤٢١٤٩٨
٧-٨٤١٠٧٤

Dear Judge Walton,

My name is Hassan Mohammad Sayegh, I am 74 years old. I am the principal of the Hanaway Public School when Kassim Tajideen attended primary school in the late 1950s, early 1960s. I have known Kassim Tajideen since I was a young boy and have had a continued relationship with him until today.

As a child, Kassim Tajideen was a well-behaved, intelligent and loved his mother very much. He graduated from primary school and later he stopped attending school. The circumstances in the South of Lebanon were tough back then, with many families struck by poverty. Kassim Tajideen was not like the other poor kids however, he stood out for being a hard worker from a young age. He would regularly show up ten or fifteen minutes late to school, as a result, I had seen him standing outside of class serving his punishment. I would later find out that the reason for his lack of punctuality was that he was working. He was changing tires in his father's garage and would show up with greasy hands. During the olive harvest season, he would work all night, barely getting a few hours of sleep. When I would ask him why he is late so often, he would tell me: "do you think I want to be poor forever? I want a better life for me and my family." His ambition and desire to be independent was striking from a young age.

I was lucky to monitor Kassim's life from a close distance after he graduated. Transportation was not easy in those days and his father and him would regularly transport food for our family for free in the taxi. They are kind people. When I once got into his taxi with him, he jokingly said: "at school, you taught me, but in the taxi, I am the teacher". This is because besides driving the taxi for many hours, he would repair and maintain it himself. At a certain moment in time, the taxi was his life, it earned him his money and for months on end he slept in it to avoid paying for hotels. Even after he made money, he remained the same humble person who doesn't really care about his appearance. I often joke with him that it is his turn to teach me, he should teach me how to make money.

Repectfully yours,

Hassan Mohammad Sayegh

[Signature]

07/431492

70840574