The Honorable Reggie B. Walton
United States District Judge
c/o William W. Taylor III
Zuckerman Spaeder LLP
1800 M Street, NW Site 1000
Washington, DC 20036-5802

Dear Judge Walton,

My name is MARILOU THYS, I am living in Belgium (Antwerp province), I know Kassim Tajideen almost 25 years and I worked at his company for several years, here in Belgium.

It was the best job I ever did.

Working for Mr Kassim was very pleasant and I learned a lot of him has me on professional and also very much in human terms has made a difference in my life. He was always willing to listen and help, even for our family, he always told me: "Marilou, works is important for you, I know but don't forget to make time for your family", which he found very important. He helped everyone and especially the underprivileged, he had a soft spot for, and he forgot how he himself started. He told how he once worked as a taxi driver and his case had build up through hard work. He was a very generous man, with the heart in the right place, fair, just and loyal and a word was a word.

My husband, my children and myself he regarded as his family and still. He's a real family man. I'm been in Lebanon several times at his home and he (and also his wife and children) provided always that the US. I still have to date, very good contacts with his wife and children and especially with Hussen, the youngest son, I have very regular contact. That will remain so;

That is why this happen me so touched and I was/am shocked at what has happened to him. I know he really suffer under this situation and also his wife, his children and grandchildren.

Kassim and myself, are meanwhile both Grandma and Grandpa, I have six grandchildren, he has twelve, they miss him very hard. His wife is going through a very difficult period, she committed to her children and grandchildren, I know.

We are 64 and 65 years, and sit in the last part of our lives, still healthy but that can change quickly on our age so let us enjoy what's left us, after a lifetime of hard work, together with our children grandchildren and family.

I/we have absolutely no experience with criminal activities of or by Mr. Kassim, on the contrary, he helps people and has respect for every human being, whatever its origin or belief may be.

Finally, I would like to also mention that also on business, he is/was highly respected by the suppliers and others anywhere in the world.

With thanks;

Yours faithfully.

Marilou Thys