حضرة القاضي والتون،

اسمي رفعت حسين كفل، عمري 44 سنة أب لثلاثة أولاد. أنا وشقيقتيّ عندنا ضعف بصر. أنا من ضيعة حانويه في جنوب لبنان، مثل قاسم تاج الدين.

لولا قاسم تاج الدين، ما كنت أعيش اليوم، لكن بفضله أعيش الآن حياة كاملة ومستقلة. أولاً، لقد أعطاني المنزل الذي أعيش فيه ولولا ذلك لما كنت تزوجت ورزقت بأولادي. لست أنا وحدي مديناً لقاسم تاج الدين بل أيضًا ابني الذي احتاج لعملية جراحية في قلبه عندما كان عمره سبع سنين، وبفضل دعم قاسم تاج الدين يتمتع ابني بصحة جيدة وهو الآن في العاشرة من عمره.

كما استفادت شقيقتاي من كرم وطيبة قاسم تاج الدين. خضعت واحدة منهما لعملية جراحية فاشلة للعين، كان قاسم تاج الدين هو من دفع كلفتها رغم علمه أن فرص نجاح العملية قليلة ورغم ذلك أرادها أن تجري العملية.

قاسم تاج الدين رجل متواضع يساعد جميع الناس من ضيعته دون التفريق بينهم. انه ليس شخص سياسي، إنه يساعد الناس دون أي سبب سوى أنهم طيبين وبحاجة إلى مساعدة. هو يزورني دائمًا في منزلي عندما يكون لديه وقت، ويوقف دائمًا سيارته للترحيب بي عندما يمرّ جنبي على الطريق. إنه شخص لطيف ويتصرف دائمًا بطريقة محترمة.

مع فائق الاحترام،

رفعت حسين كفل

21_5_2019

Dear Judge Walton,

My name is Refat Hussein Kefel, I am 44 year-old father of three children. My two sisters and I are visually impaired. I am from the same village of Hanaway in South of Lebanon, just like Kassim Tajideen.

If not for Kassim Tajideen, I would not have the life I have today, thanks to him, I now live a full and independent life. Firstly, he has provided me with the home that I live in and without which I would not have married and had children. Not only do I owe my life to Kassim Tajideen but so does my son, who at the age of 7 years required heart surgery. Thanks to Kassim Tajideen's support, my son is perfectly healthy and is now 10 years old.

Also, my sisters benefited from Kassim Tajideen's generosity and kindness. One of my sisters had unsuccessful eye surgery, paid for by Kassim Tajideen, who knew that the chances of a successful operation would be low but still wanted her to have the operation.

Kassim Tajideen is a humble man who helps all the people from his village without differentiating between them. He is not a political person. He helps people for no other reason than that they are good or that they need help. He always tries to visit me in my home when he has the time. He also always stops to greet me when he drives by me in the street. He is a kind person who always conducts himself in a respectful manner.

With all respect,

Refaat Hussein Kefel

[Signature]

21-5-2019