حضرة القاضي والتون،

أنا بسام شريف بزون، حالياً مدير مدرسة حانويه الرسمية، وهي مؤسسة رسمية تقع في بلدة حانويه في جنوب لبنان. أنا والسيد قاسم تاج الدين من نفس البلدة، ونعرف بعضنا البعض منذ عقود طويلة.

كان قاسم تاج الدين عوناً كبيراً لمدرستنا، وكان يسدد رسوم التسجيل عن جميع الطلاب في مؤسستنا، واستمرّ في ذلك طيلة ست سنوات. تضمّ مدرستنا حوالي ثلاثمائة طالب، ويبلغ رسم تسجيل كل طالب /240.000/ ل.ل. (/160/ د.أ.). كما وفّر لمدرستنا معدّات رياضية وتجهيزات للمختبر ومولداً ضخماً للكهرباء، وقام بالعديد من الترميمات والتصليحات، بما في ذلك صيانة تلك المعدات والتجهيزات.

وأعلم أن قاسم تاج الدين هو رجل برّ وإحسان في المجتمع خارج مدرستنا. فقد أمّن منزلاً لسيدة عملت على الاهتمام بوالدته المريضة خلال السنوات التي سبقت وفاتها. منذ نعومة أظافره، رغب في خدمة الجميع، بمعزل عن عمرهم أو مكانتهم في الحياة. كان دائماً متواضعاً طامحاً في النجاح، وقد استمرّ على هذا النحو حتى بعد اقتنائه الثروة التي جمعها على مرّ السنين.

مع التحيات

بسام بزون

Dear Judge Walton,

My name is Bassam Shareef Bazoun, I am the current principal of the Hanaway Public School. Our school is a governmental institute located in the village of Hanaway in the South of Lebanon. Kassim Tajideen and I both come from this village and have known each other for decades.

Kassim Tajideen has been a tremendous help for our school. In 2009, he paid the registration fee for each and every student in our institution. He did this for 6 years running. Our school averages around 300 students with each student paying a registration fee of LL240,000 ($160). He has also provided our school with gym equipment, laboratory equipment, a huge electric generator and several refurbishments, including their maintenance.

I have also known Kassim Tajideen to be charitable to society beyond our school. For example, he has provided a home for the woman who nursed his mother in the years before she passed away. From a young age, he has always wanted to help everyone, regardless of their age or position in life. He has always been a person that has been very humble with an ambition to be dependent and successful. He remained the same person despite the wealth he has amassed over the years.

Yours Truly,

Bassam Bazoun

[Signature and seal of the Hanaway Public School]