عزيزي القاضي والتون ،

اسمي هاشم محمود بزون، عمري 64 سنة وأنا صديق الطفولة لقاسم تاج الدين.

أنا وقاسم صديقان منذ أواخر الستينيات وأوائل السبعينيات. اعتدنا أن نبحث عن وظائف معًا بشكل عشوائي، أي شيء من شأنه أن يدرّ علينا المال. كنا نقيم في فنادق مع 15 شخصًا في الغرفة وأحيانًا كنا ننام في الحديقة في ساحة البرج ببيروت حتى توظنا الشرطة للمغادرة.

منذ صغره، كان عند قاسم طموح للسفر إلى الخارج والاعتماد على نفسه. لقد عمل بجد للوصول إلى ما أصبح عليه اليوم. كان دائمًا شديد التركيز ويحب العمل، وبدلاً من مطاردة الفتيات أو غيرها من اللهوات، كان يركز على العمل من أجل إرضاء طموحه.

قاسم هو شخص عنده أخلاق ويدافع عن ما يؤمن به. مثلاً، عندما كنا صغارًا وذهبت أنا مع قاسم وصديق آخر إلى مزرعة فواكه لالتقاط ثمار ناضجة. في تلك الأيام كانت الزراعة طبيعية ونادراً ما يضيف المالك الماء أو الأسمدة، فقط يقوم بقطف الثمار عندما تنضج. أخبرنا صديقنا أن المزرعة تعود إلى والده، بينما في الواقع كنا قد تجولنا لفترة طويلة في مزرعة الجار. عندما اكتشف قاسم ذلك، توقّف عن قطف الفواكه وقال لنا إنه هذا خطأ وتركنا هناك.

قاسم هو شخص يحب مساعدة الناس، ساعدني عدة مرات في حياتي من خلال توفير الوظائف لي، وكان دائماً يسألني عن أحوالي وإذا كنت بحاجة الى أي شيء. طريقته في مساعدتي كانت مساعدتي في صيد السمك بدلاً من إعطائي السمك إذا جاز التعبير. قاسم يساعد جميع الأشخاص حتى الذين أخطأوا بحقّه، انه متسامح جداً.

بكل احترام،

هاشم محمود بزون

Dear Judge Walton,

My name is Hashem Mahmud Bazoun, I am 64 years old and I am the childhood friend of Kassim Tajideen.

Kassim and I are friends since the late 60s early 70s. We used to look for random jobs together, anything that would make us money. We would go to random hotels together with 15 persons per room and sometimes even sleep in the Garden in el-Burj Square in Beirut until the police would wake us up to leave.

From a young age, Kassim had the ambition to travel abroad and be self-dependent. He worked very hard to get where he is. He was always very focused and practical and instead of chasing girls or other distractions, he would focus on work in order to satisfy his ambition.

Kassim is a moral person who stood up for what he believed in. For example, when we were young Kassim and I went with a friend to a fruit plantation to pick and eat ripe fruits. In those days, plantations were natural, rarely would the owner add water or fertilizer, merely picking the fruits when they were ripe for harvest. Our friend told us that the plantation belonged to his father, when in reality, we had long wandered into the neighbor's plantation. When Kassim found out, he no longer picked fruit and told us it was wrong before leaving us there.

Kassim is a person who loves to help people. Many times in my life, he helped me by providing me with jobs, always asking me how I am doing and what I needed. His way of helping me was by helping me catch the fish instead of giving me the fish, so to speak. Kassim would help people that have wronged him in the past. He is very forgiving.

With all respect,

Hashem Mahmud Bazoun

[Signature]

Dated 22/5/2019