Dear Judge Walton,

My name is A[redacted] K[redacted], i am 15 years old, I am a student at the American Community School at Beirut (ACS). I am in my second year of high school in grade 10.

Kassim Tajideen is my grandfather from my mother's side. I am the eldest of his grandchildren. He has also played the role of my father since my dad lives abroad because of Work. We have always lived in the same building. We have a very strong relationship, and I often go to him for general advice especially when I am thinking about my future. I am not just saying this now because of his situation now but he is really my idol.

Today, it breaks my heart to see my grandfather, my father, my idol in a prisoner's jumpsuit. The man that taught me to stay humble no matter what life has to offer you. He smiles at me on our video-call conference. Asking me, if I am doing well, when he is the one not eating well, had lost his teeth, and lost tremendous weight. I can't even recall his "Santa" looking belly anymore. It 's like a totally different person I am seeing with my own eyes. All I can think of is I want to make him proud as I talk to him. I had never seen him cry before, now I am not just seeing him cry, but also my grandma, my mother, my uncles, and even my littlest cousin cries and hides in the bathroom.

We are the type of family with a very strong bond. We were thought by our grandparents that family should always be there for each other no matter what. When grandpa was here we used to have Friday evenings as family time, and Sunday lunches. Today we have Friday evening video-call with grandpa.

Today If I have to tell you more about him I can only tell you what I have learned from him: I have learned to respect all kinds of people no matter what their religion or where they come from, I have learned to respect the poor, I have learned to keep my feet on the ground, I have learned never to forget where I came from and last but not least I have learned that family comes first.

I am not sure if I will ever see him again, just the thought of it kills me. All I can think of is I just want him back home. I want to see him eat out of my plate like he used to. Or even just him giving me a lecture on junk food.

Dear honorable judge, I beg for your mercy on him, bring him back to us to at least meet my youngest sister who is 2 and a half year old that only knows him through video call , and my 2 other cousins who are just 1 year old. Let them meet their grandfather, let them learn from him what I have learned.

Last but not least, I will be graduating from school in 2021. I don't want to have to make a speech saying "I wish my grandfather was here to see what I have achieved".
I just want him back.

Thank you in advance for taking the time to read my letter, and thank you for your support.

Respectfully yours,

A[redacted]
A[redacted] K[redacted]