**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | **Criminal No. 17-46 (RBW)** |
| v. : | |
| : | |
| KASSIM TAJIDEEN, : | |
| : | |
| **Defendant.** : | |

## NOTICE OF INTENT TO REQUEST JUDICIAL REMOVAL

NOTICE IS HEREBY GIVEN TO KASSIM TAJIDEEN ("defendant") and to his attorneys of record, including Chibli Mallat, Paul G. Cassell, William J. Murphy, William W. Taylor III, Erick R. Delinsky, and Steven N. Herman, that upon conviction of the defendant for a violation of Title 18 United States Code, Section 1956(h), the United States of America shall request that the Court issue a Judicial Order of Removal against the defendant pursuant to Section 238(c) of the Immigration and Nationality Act of 1952, as amended, 8 U.S.C. § 1228(c).

Respectfully submitted,

JESSIE K. LIU
United States Attorney
DC Bar No. 472845

By: ____/S/_____
Thomas A. Gillice, DC Bar #452336
Luke Jones, VA Bar #75053
Karen Seifert, NY Bar #4742342
Assistant United States Attorneys
Jacqueline L. Barkett, NY Bar #5424916
Special Assistant United States Attorney
National Security Section
United States Attorney's Office
555 4th Street NW, 11th Floor
Washington, D.C. 20530
(202) 252-1791

        thomas.gillice@usdoj.gov
        luke.jones@usdoj.gov
        karen.seifert@usdoj.gov
        jacqueline.l.barkett@usdoj.gov

        And

        DEBORAH L. CONNOR
        ACTING CHIEF

By:    /S/_____
        Joseph Palazzo, MA Bar #669666
        Trial Attorney
        Money Laundering and Asset Recovery
         Section, Criminal Division
        United States Department of Justice
        1400 New York Avenue NW, 10th Floor
        Washington, D.C. 20005
        (202) 514-1263
        joseph.palazzo@usdoj.gov