## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal No. 17-46 (RBW)** |
| **v.** : | |
| : | |
| **KASSIM TAJIDEEN,** : | |
| : | |
| **Defendant.** : | |

## FACTUAL ALLEGATIONS IN SUPPORT OF JUDICIAL REMOVAL

NOTICE IS HEREBY GIVEN TO KASSIM TAJIDEEN ("the defendant") and to his attorneys of record, including Chibli Mallat, Paul G. Cassell, William J. Murphy, William W. Taylor III, Erick R. Delinsky, and Steven N. Herman, that the United States of America alleges the following facts in support of the Notice of Intent to Request Judicial Removal:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of Lebanon and a citizen of Belgium and Lebanon.

3. The defendant was paroled into the United States for the purpose of criminal prosecution on or about March 23, 2017.

4. At the time of sentencing in the instant criminal proceeding, the defendant will have been convicted in the United States District Court for the District of Columbia of Count Eleven of the Superseding Indictment, charging Conspiracy to Launder Monetary Instruments, in violation of Title 18 United States Code, Section 1956(h).

5. The maximum term of imprisonment for a conviction of Count Eleven, a violation of Title 18 United States Code, Section 1956(h), is twenty (20) years' imprisonment.

6. The defendant is, and at sentencing will be, subject to removal from the United States pursuant to Section 212(a)(2)(I) INA, 8 U.S.C. § 1182(a)(2)(I), as an alien who a consular

officer or the Attorney General knows, or has reason to believe, has engaged in an offense which is described in section 1956 of Title 18, United States Code (relating to laundering of monetary instruments).

WHEREFORE, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), the United States of America requests that the Court, at the time of sentencing, order that the defendant be removed from the United States to Lebanon, or in the alternative, Belgium.

Respectfully submitted,

JESSIE K. LIU
United States Attorney
DC Bar No. 472845

By: ____/S/_____
Thomas A. Gillice, DC Bar #452336
Luke Jones, VA Bar #75053
Karen Seifert, NY Bar #4742342
Assistant United States Attorneys
Jacqueline L. Barkett, NY Bar #5424916
Special Assistant United States Attorney
National Security Section
United States Attorney's Office
555 4th Street NW, 11th Floor
Washington, D.C. 20530
(202) 252-1791
thomas.gillice@usdoj.gov
luke.jones@usdoj.gov
karen.seifert@usdoj.gov
jacqueline.l.barkett@usdoj.gov

And

DEBORAH L. CONNOR
ACTING CHIEF

By: ____/S/_____
Joseph Palazzo, MA Bar #669666
Trial Attorney
Money Laundering and Asset Recovery
  Section, Criminal Division

United States Department of Justice
1400 New York Avenue NW, 10th Floor
Washington, D.C. 20005
(202) 514-1263
joseph.palazzo@usdoj.gov