**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | Criminal No. 1:17-cr-0046-RBW |
| **KASSIM TAJIDEEN and IMAD HASSOUN,** | ) ) ) ) | |
| **Defendants.** | ) ) | |

## ADDENDUM TO DEFENDANT'S SENTENCING MEMORANDUM

Defendant Kassim Tajideen, through undersigned counsel, submits this Addendum to his Sentencing Memorandum (ECF 239) for the purpose of suggesting a form of recommendation by the Court to the U.S. Bureau of Prisons. Defendant will request at the sentencing hearing that the Court consider appending this form to the Judgment. The proposed form, attached hereto as Exhibit 1, would (1) recommend that Mr. Tajideen be designated for incarceration at FCI Butner Low; (2) provide medical reasons therefor; and (3) recommend transfer to the Kingdom of Belgium as soon as practicable.

At the sentencing hearing today, counsel will provide an update on recent developments in the defendant's medical condition that support portions of the proposed form.

Dated: August 9, 2019                                    Respectfully submitted,

| | |
|---|---|
| Paul G. Cassell (Utah Bar. No. 6078)<br>S.J. Quinney College of Law, Univ. of Utah[1]<br>383 S. University Street<br>Salt Lake City, UT 84112-0730<br>Tel: (801) 585-5202<br>Fax: (801) 585-2750<br>E-mail: cassellp@law.utah.edu<br><br>Chibli Mallat (Beirut Bar No. 3877)<br>Pro Hac Vice<br>Presidential Professor of Law, Emeritus<br>S.J. Quinney College of Law, Univ. of Utah[2]<br>Principal, Mallat Law Offices<br>Museum Square, Beirut<br>Lebanon<br>Tel: +961 1 424812<br>E-mail: chibli.mallat@mallat.com |    /s/ William W. Taylor III<br>William W. Taylor, III (D.C. Bar. No. 84194)<br>Steven N. Herman (D.C. Bar No. 987250)<br>ZUCKERMAN SPAEDER LLP<br>1800 M Street, N.W.<br>Washington, D.C. 20036<br>Tel: (202) 778-1800<br>Fax: (202) 822-8106<br>E-mail: wtaylor@zuckerman.com<br><br>William J. Murphy (D.C. Bar No. 350371)<br>John J. Connolly (D.C. Bar No. 495388)<br>ZUCKERMAN SPAEDER LLP<br>100 East Pratt Street, Suite 2440<br>Baltimore, MD 21202<br>Tel: (410) 332-0444<br>Fax: (410) 659-0436<br>E-mail: wmurphy@zuckerman.com |

*Attorneys for Defendant Kassim Tajideen*

---

[1] This address is provided for identification and contact purposes only and is not intended to imply institutional endorsement for this private representation.

[2] This address is provided for identification and contact purposes only and is not intended to imply institutional endorsement for this private representation.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 9, 2019, the foregoing was filed with the Court's CM/ECF Service and provided by email to counsel of record.

                                                 /s/ *John J. Connolly*
                                                 John J. Connolly