**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 1:17-cr-0046-RBW |
| | ) | |
| **KASSIM TAJIDEEN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ADDENDUM TO JUDGMENT

In connection with the sentencing of defendant Kassim Tajideen, the Court makes the following recommendations to the United States Bureau of Prisons:

1. That defendant Tajideen be deemed eligible to serve his period of incarceration in a minimum security facility; however, given all the facts and circumstances, including the apparent unavailability of a minimum security facility for Mr. Tajideen, that Mr. Tajideen be designated to serve his period of incarceration at FCI-Butner Low. The reasons for this recommendation are:

    a. During his pretrial detention Mr. Tajideen developed significant shoulder and arm pain. After more than six months of pain Mr. Tajideen was recently diagnosed with a torn rotator cuff and possible PVNS (pigmented villonodular synovitis). These conditions will require sophisticated medical care that may be available at FCI Butner.

    b. Mr. Tajideen has a number of chronic heart problems including hypertension, high cholesterol, and significant bradycardia with episodes of dizziness and occasional tachycardia. Recently he has developed swelling in his ankles. These conditions may require sophisticated cardiac monitoring and treatment.

    c. Mr. Tajideen has a substantial family history of colon cancer and would benefit from regular colon screenings.

2. That defendant Tajideen be transferred as soon as practicable to the Kingdom of Belgium to serve the balance of his sentence in a country of his citizenship, where he has friends and where his family can visit him.

SO RECOMMENDED this ____ day of _____, 2019.

_____
The Honorable Reggie B. Walton
United States District Judge