Tajideen, Kassim (MRN 22623643)

## Medical Imaging of North Stafford
## Imaging Result

| Patient Name and MRN. | DOB: | Sex: | MRN. |
|---|---|---|---|
| **Tajideen, Kassim** | | Male | 22623643 |
| MRN: 22623643 | | | |

| Procedures Performed: | Exam Time: | Reason for Exam: | |
|---|---|---|---|
| **MRI Shoulder Right wo I V Contrast** | 07/08/2019 10:34 AM | | |

| Performing Department: | Accession Number: | Auth Prov: |
|---|---|---|
| **Medical Imaging of North Stafford** | 1000414230 | Peter C. Ober |
| 125 Woodstream Boulevard, Suite 109 | Patient Class: | Fredericksburg Emergency Medical Alliance, Inc. |
| Stafford VA 22556-4630 | | 1001 Sam Perry Boulevard |
| 540-657-9729 | | Fredericksburg VA 22401 |

MRI right shoulder without contrast.

COMPARISON: None.

REASON FOR EXAM: Right shoulder pain for the last 4-5 months, evaluate for rotator cuff tear.

TECHNIQUE: Multiplanar, multisequence MR images of the right shoulder were obtained without contrast on the Signa 1.5 Tesla magnet at Medical Imaging of North Stafford.

FINDINGS:

Abnormal signal and morphology of the anterior fibers supraspinatus in keeping with a full-thickness tear measuring approximately 10 mm in AP dimension. There is minimal tendon retraction, with a small gap of 9 mm. The infraspinatus, teres minor and subscapularis tendons are intact.

Confluent with the tear is abnormal focal collection of synovial debris or synovial proliferation. This collection measures approximately 2.6 x 0.7 cm in axial cross-section and spans 3.8 cm in length. This is just lateral to the biceps tendon sheath. Synovial proliferative process such as PVNS is not entirely excluded.

No muscle belly atrophy or fatty infiltration.

Normal glenohumeral alignment. No effusion or loose body. There is likely a separate subcoracoid bursal fluid collection which is also prominent measuring 3 cm in long axis.

Glenoid labrum is intact. No labral tear or paralabral cyst. Intact long head biceps tendon. No tenosynovitis.

Normal acromioclavicular alignment.

No axillary adenopathy. Bone marrow signal is within normal limits.

IMPRESSION:

Wed Jul 10, 2019 10:34 AM



7/11/19 CJO

Refer to ortho
for Rotator cuff
Tear and possible
PVNS

DEFENDANT'S EXHIBIT

Tajideen, Kassim (MRN 22623643)

1. Full-thickness tear of the anterior most fibers supraspinatus
approximately 10 mm in AP dimension. Minimal tendon retraction. No muscle
belly atrophy or fatty infiltration. No other rotator cuff tear.

2. Unusual focal synovial proliferation along the anterior
subacromial/subdeltoid bursal space. PVNS is a consideration. Consider
correlation with biopsy/aspirate.

3. Subcoracoid bursitis.

Dictated: George Sofis, MD On: 7/8/2019 2:54 PM
Electronically signed by: George Sofis, MD On: 7/8/2019 3:34 PM
Transcribed: 7/8/2019 3:19 PM Kimberly Maslock
Signed By: George T Sofis, MD on 7/8/2019 3:34 PM
Dictated by: INTERFACE, RADIOLOGY RESULTS IN on Mon Jul 8, 2019 3:14:36 PM EDT