# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Action No. 17-46-1 (RBW) |
| KASSIM TAJIDEEN, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the motion hearing conducted by video teleconference on May 27, 2020, it is hereby

**ORDERED** that Defendant Kassim Tajideen's Emergency Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), ECF No. 258, is **GRANTED**. It is further

**ORDERED** that the defendant is **RESENTENCED** to time served, with no period of supervised release. It is further

**ORDERED** that, subject to a fourteen-day quarantine and a medical clearance by prison authorities, the United States Marshals Service shall forthwith **TRANSFER** the defendant to the custody of United States Immigration and Customs Enforcement ("ICE"). It is further

**ORDERED** that, once the defendant is transferred into ICE custody, ICE shall forthwith **REMOVE** the defendant from the United States to either Belgium or Lebanon, or allow the defendant to voluntarily remove himself at his own expense to either Belgium or Lebanon. If removal is not effectuated within fourteen days from the date of this Order, ICE shall forthwith notify the Court in writing of the status of the defendant's removal. It is further

**ORDERED** that the government shall forthwith make ICE aware of this Order.

**SO ORDERED** this 28th day of May, 2020

_____
REGGIE B. WALTON
United States District Judge