*Office of Enforcement and Removal Operations*

**U.S. Department of Homeland Security**
31 Hopkins Plaza, Room 730
Baltimore, MD 21201



June 11, 2020

Judge Reggie B. Walton

US District Court for the District of Columbia

In Re: Kassim Tajideen

Judge Walton:

My name is Phillip Meadows, and I am a Supervisory Detention and Deportation Officer for the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Office of Enforcement and Removal Operations (ERO). I am currently assigned to the Criminal Alien Program (CAP) in the Baltimore Field Office. Through CAP, ICE identifies inmates in state and local detention facilities who are present in the United States in violation of immigration law and investigates whether it is appropriate to arrest, detain, and seek the removal of these individuals upon or during the completion of their criminal sentence. My job responsibilities include oversight of CAP, supervision of officers assigned to CAP, and the review and execution of administrative arrest warrants and other operational matters related to the removal of inmates identified through CAP. I am one of several immigration officers assisting in the removal of Mr. Kassim Tajideen, pursuant to the Court's Judicial Removal Order and the more recent Minute Order, dated May 28, 2020. As required in the Minute Order, I write to provide a status update on the removal efforts related to Mr. Tajideen. The statements below are based on documents and discussions I have reviewed or received in my official capacity and relevant to this matter from the Bureau of Prisons (BOP), ICE, and other relevant U.S. government agencies.

On May 29, 2020, ERO Baltimore received notification of the Court's order that Mr. Tajideen be released from FCI – Cumberland following a 14-day quarantine. Since that date, ERO has been coordinating with FCI – Cumberland to ensure a smooth transition into ICE custody and to determine appropriate placement in a local detention facility, if possible. ERO has also made efforts to obtain valid travel documents by searching relevant databases to determine what travel documents may be obtainable. On June 10, 2020, ERO received two expired passports for Mr. Tajideen. On June 11, 2020, ERO received a current Lebanese passport from Mr. Tajideen's attorney. Valid travel documents, as well as various country clearances and other logistical requirements, are needed to effect an individual's removal from the United States. The Baltimore Field Office is working closely with ERO Headquarters to establish an itinerary and

obtain the necessary clearances for Mr. Tajideen's removal.  At this time, a charter flight to Lebanon has been scheduled for July 2020 and Mr. Tajideen is on the manifest.  Whether this removal occurs as scheduled is contingent upon, among other things, obtaining the necessary country clearances, consideration of country conditions, and any global health-related concerns that may impact removal.

On June 10, 2020, ERO received confirmation that Mr. Tajideen was medically cleared for release from FCI – Cumberland into ICE custody.  Upon completion of his 14-day quarantine at FCI – Cumberland on June 11, 2020, Mr. Tajideen entered ICE custody and will be housed at the Howard County Detention Center in Jesssup, Maryland.

_____
Phillip Meadows
Supervisory Detention and Deportation Officer
U.S. Department of Homeland Security
Enforcement and Removal Operations
31 Hopkins Plaza
Baltimore, MD  21201