# United States Court of Appeals
### For The District of Columbia Circuit

**No. 20-3047**  **September Term, 2019**

1:17-cr-00046-RBW-1

Filed On: August 4, 2020 [1855017]

United States of America,

      Appellant

    v.

Kassim Tajideen, also known as Haj Kassim, also known as Big Haj, also known as Big Boss, also known as Qasim Tajideen, also known as Qassim Tajideen, also known as Kassem Tajideen, also known as Kassim Taj Aldine, also known as Kassim Taj Aldin, also known as Kassim Taj Al-din, also known as Kassim Taj Al-dine, also known as Kassim Tajadin,

      Appellee

## MANDATE

In accordance with the order of August 4, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                    BY:   /s/
                              Daniel J. Reidy
                              Deputy Clerk

Link to the order filed August 4, 2020