# United States Court of Appeals
### For The District of Columbia Circuit

**No. 20-3047**              **September Term, 2019**

**1:17-cr-00046-RBW-1**

**Filed On:** August 4, 2020

United States of America,

        Appellant

    v.

Kassim Tajideen, also known as Haj Kassim, also known as Big Haj, also known as Big Boss, also known as Qasim Tajideen, also known as Qassim Tajideen, also known as Kassem Tajideen, also known as Kassim Taj Aldine, also known as Kassim Taj Aldin, also known as Kassim Taj Al-din, also known as Kassim Taj Al-dine, also known as Kassim Tajadin,

        Appellee

### ORDER

Upon consideration of appellant's motion for voluntary dismissal of this appeal, it is

**ORDERED** that the motion be granted and this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

                                                 **FOR THE COURT:**
                                                 Mark J. Langer, Clerk

                                 BY:    /s/
                                                 Daniel J. Reidy
                                                 Deputy Clerk